# EXHIBIT 2

| DR. KEENAN K. COFIELD, | IN THE |
|---|---|
| **Plaintiff,** | CIRCUIT COURT |
| v. | FOR BALTIMORE CITY |
| PASSPORT MOTORS HOLDINGS, INC., et al., | Case No. 24-C-22-002016 |
| **Defendants.** | |

## <u>ORDER</u>

On consideration of the Notice to Stay pursuant to 11 USC 362(a) (Paper No. 4), filed by Plaintiff, it is this 1st day of May, 2023, by the Circuit Court for Baltimore City, Part 35, hereby **ORDERED** that this action is **STAYED**, and the proceedings are deferred to the Bankruptcy Court in accordance with Section 362 of Title 11 of the United States Code.

It is further **ORDERED** that the stay is subject to Maryland Rule 2-507.

It is further **ORDERED** that the Clerk of this Court shall mail copies of this Order to the parties.

Judge's Signature appears on the original document

Judge John S. Nugent