**EXHIBIT 3 -
Writs of Summons**

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

WRIT OF SUMMONS (Private Process)
                                        Case Number: 24-C-22-002016 OT
                                        CIVIL
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: TWITTER RESIDENT AGENT
        2405 York Rd
        Suite 201
        Lutherville Timonium, MD 21093


    You are hereby summoned to file a written response by pleading or motion,
within 30   days after service of this summons upon you, in this court, to
the attached Complaint filed by:  Keenan Cofield Dr
                                  1236 Kendrick Rd.
                                  Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland

Date Issued:   05/24/23         _____
                                Xavier A. Conaway
                                Clerk of the Circuit Court, per_____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: TWITTER, INC.
        1355 Market St
        Suite 900
        San Francisco, CA 94103

    You are hereby summoned to file a written response by pleading or motion, within 60   days after service of this summons upon you, in this court, to the attached Complaint filed by:   Keenan Cofield Dr
                                          1236 Kendrick Rd.
                                          Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389


W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
                                    Case Number: 24-C-22-002016 OT
                                    C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

       To: RESIDENT AGENT: THE CORPORATION TRUST, INC. C/O ALLY FINANCIAL, INC.
           2405 York Rd
           Suite 201
           Lutherville Timonium, MD 21093


    You are hereby summoned to file a written response by pleading or motion,
within 30   days after service of this summons upon you, in this court, to
the attached Complaint filed by:  Keenan Cofield Dr
                                  1236 Kendrick Rd.
                                  Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland

Date Issued:   05/24/23        _____
                               Xavier A. Conaway
                               Clerk of the Circuit Court, per_____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389


W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: RESIDENT AGENT: THE CORPORATION TRUST, INC. C/O ALLY FINANCIAL INC & P
    2405 York Rd
    Suite 201
    Lutherville Timonium, MD 21093


You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389


W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: REIDENT AGENT: THE CORPORATION TRUST, INC. C/O ALLY FINANCIAL, LLC PAS
    2405 York Rd
    Suite 201
    Lutherville Timonium, MD 21093


You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

```
                CIRCUIT COURT FOR BALTIMORE CITY
                         Xavier A. Conaway
                      Clerk of the Circuit Court
                          Courthouse East
                      111 North Calvert Street
                             Room 462
                        Baltimore, MD 21202-
             (410)-333-3722, TTY for Deaf: (410)-333-4389
```

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: ALLY FINANCIAL, INC
        2405 York Rd
        Suite 201
        Lutherville Timonium, MD 21093


    You are hereby summoned to file a written response by pleading or motion, within 30  days after service of this summons upon you, in this court, to the attached Complaint filed by:  Keenan Cofield Dr
                                       1236 Kendrick Rd.
                                       Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   05/24/23       _____
                              Xavier A. Conaway
                              Clerk of the Circuit Court, per_____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

```
                    CIRCUIT COURT FOR BALTIMORE CITY
                           Xavier A. Conaway
                         Clerk of the Circuit Court
                              Courthouse East
                         111 North Calvert Street
                                 Room 462
                            Baltimore, MD 21202-
              (410)-333-3722, TTY for Deaf: (410)-333-4389


W R I T    O F    S U M M O N S    ( P r i v a t e   P r o c e s s )
                                          Case Number: 24-C-22-002016 OT
                                                 C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

        To: ALLY FINANCIAL INC. & ALLY FINANCIAL LLC
            500 Woodward Ave
            Detroit, MI 48226


     You are hereby summoned to file a written response by pleading or motion,
within 60   days after service of this summons upon you, in this court, to
the attached Complaint filed by:  Keenan Cofield Dr
                                  1236 Kendrick Rd.
                                  Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland


Date Issued:   05/24/23    _____
                           Xavier A. Conaway
                           Clerk of the Circuit Court, per _____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.
```

```
                    CIRCUIT COURT FOR BALTIMORE CITY
                           Xavier A. Conaway
                        Clerk of the Circuit Court
                            Courthouse East
                         111 North Calvert Street
                               Room 462
                           Baltimore, MD 21202-
                (410)-333-3722, TTY for Deaf: (410)-333-4389
```

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: PASSPORT MOTORS HOLDING, INC
        5000 Auth Way
        Suitland, MD 20746


    You are hereby summoned to file a written response by pleading or motion, within 30   days after service of this summons upon you, in this court, to the attached Complaint filed by:   Keenan Cofield Dr
                                        1236 Kendrick Rd.
                                        Baltimore, MD 21237

    WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland


Date Issued:   05/24/23        _____
                               Xavier A. Conaway
                               Clerk of the Circuit Court, per_____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: PASSPORT NISSAN OF MARLOW HEIGHTS
    5000 Auth Way
    Suitland, MD 20746


You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by:  Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per _____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: PASSPORT MOTORCARS, INC
        5000 Auth Way
        Suitland, MD 20746


    You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by:   Keenan Cofield Dr
                                                            1236 Kendrick Rd.
                                                            Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389


W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: JOHN & JANE DOE, STATE VEHICLE INSPECTIONS PASSPORT MOTORS HOLDINGS, I
    5000 Auth Way
    Suitland, MD 20746


You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:  05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.