


DAVID E. RICE
U. S. BANKRUPTCY JUDGE

EXHIBIT 3 -
2023.05.18 Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| KEENAN KESTER COFIELD, | * | Case No. 22-15317-DER |
| | | (Chapter 7) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY COUNSEL

UPON CONSIDERATION of the application of Patricia B. Jefferson, Chapter 7 trustee, (the "Trustee") to employ counsel in this matter (the "Application"), and upon the Verified Statement of Patricia B. Jefferson, a principal of the law firm of Miles & Stockbridge P.C. ("M&S"), and it appearing that M&S represents no interest adverse to the Debtor or the estate in the matters upon which the firm will be engaged, and that M&S's employment is necessary and in the best interest of the estate, and good cause appearing therefor, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Trustee is hereby authorized to employ M&S as counsel to the Trustee, and to represent the Trustee on the terms set forth in the Application effective as of the date that work commenced; and it is further



ORDERED, that any and all compensation and reimbursement of expenses from the estate shall be subject to approval of this Court upon proper application.

cc:
- **Patricia B. Jefferson**   bktrustee@milesstockbridge.com, MD68@ecfcbis.com
- **Susan Christine Scanlon**   Susan.Scanlon@Maryland.gov, Sheron.gresham@maryland.gov
- Debtor
- United States Trustee

**END OF ORDER**