IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

IN THE CIRCUIT COURT FOR

BALTIMORE CITY, MARYLAND

IN RE: <u>COFIELD, et. al.</u>

DR. KEENAN COFIELD, et. al.

      Plaintiff(s)

                                      **Civil Action No. <u>24-C-22-002016</u>**

VS.

**PASSPORT MOTORS HOLDING, INC. et. al.**

      Defendant(s)

## <u>NOTICE OF FILING OF CASE IN BANKRUPTCY COURT</u>

You are hereby notified of the filing of a case in the <u>**BALTIMORE**</u> Division of the United States Bankruptcy Court for the District of Maryland for the following debtor: <u>**DR. KEENAN COFIELD**</u>, et. al. The **Bankruptcy Case No.** is <u>**22-15317-DER**</u>. It is a case under **Chapter 7** filed on <u>**September 28, 2022**</u>. The case is now pending. The U.S. Bankruptcy Petition was AMENDED to include this case within that Petition and filing.

_(signature)_

Dr. Keenan K. Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
EMAIL:Supremegrandbishop@gmail.com
443-554-3715

## CERTIFICATE OF SERVICE

I hereby certify that on the **3rd** day of **April**, 2023, I SERVED by hand-mail and/or email or I reviewed the Court's CM/ECF system and it reports that an electronic copy of the ATTACHED NOTICE will be served electronically by the Court's CM/ECF system on the following: **Hon. Patricia Jefferson, esq.-**Name of Trustee, Chapter 7 Miles & Stockbridge PC 100 Light Street, 10th Floor Baltimore, MD 21202, I further certify that on or about the **3rd** day of April, 2023, a copy of the above **NOTICE** was also mailed first class, postage prepaid and/or SERVED WITH A COPY OF THE COMPLAINT, SUMMONS AND OTHER MOTIONS OR DOCUMENTS to:

**ALL DEFENDANTS AND/OR COUNSELS OF RECORD**

_____
Dr. Keenan Cofield

## WHEN A DEBTOR & PLAINTIFF FILES A CHAPTER 7 BANKRUPTCY PETITION

1). When a debtor files a Chapter 7 bankruptcy petition, all of the debtor's assets become the property of the bankruptcy estate..."*Schwab v Reilly*, 560 U.S. 770, 774 (2010). <u>Claims of personal injury "become property of the bankruptcy estate."</u> A bankruptcy trustee has the capacity to sue or be sued... (See 11 U.S.C. Sec. 323(b). A trustee has three options with respect to pending actions by the Debtor. *Detrick v Panalpina,* 108 F.Ed. 529, 535 (4th Cir. 1997). The Bankruptcy Trustee is the REAL PARTY in interest as Trustee. <u>The Trustee by law has the authority to decide how this matter even in the Sate Courts shall proceed.</u> The Creditor does not have any such right. This Petition was just filed and it shall be some time before the Bankruptcy Trustee and Debtor have the meeting where all this shall be discussed, <u>relating to this case. Any Notice or Motions to STAY at this juncture are premature or moot.</u>

2). The Debtor filed on April 3, 2023, with the Circuit Court & Clerk for Baltimore CITY, MD and U.S. Trustee, Notice was filed and given to that Court of this pending action and the requirement that a STAY be entered on <u>each</u> case until the conclusion of the Bankruptcy action. (See **Attachment/State Court filing**, etc.

3). In **Adams,** 328 Md at 481; and **Morton,** 449 Md. At 240, <u>"A circuit court must provide reasonable opportunity to allow the real party in interest to join the action as a co-plaintiff or take the place of the Plaintiff who commenced the action BEFORE the court may terminate the action.....</u>

_____
Dr. Keenan Cofield

United States Bankruptcy Court
District of Maryland

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 09/29/2022 at 4:02 PM and filed on 09/28/2022.

Dr. Keenan Kester Cofield
4109 Cuttty Sark Rd.
Middle River, MD 21220
SSN / ITIN: xxx-xx-5407
Tax ID / EIN: 83-2307196
*aka* Laverne Thompson
*aka* Chere' K. Nedd
*fdba* Henrietta Lacks, LLC
*fdba* World Cares and Food Bank



The bankruptcy trustee is:

Patricia B. Jefferson
Miles & Stockbridge P.C.
100 Light Street
10th Floor
Baltimore, MD 21202
410-385-3405

The case was assigned case number 22-15317 to Judge David E Rice.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Mark A. Neal**
**Clerk, U.S.**
**Bankruptcy Court**

of 2

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Dr. Keenan Kester Cofield | Social Security number or ITIN 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 |
| | First Name  Middle Name  Last Name | EIN 83-2307196 |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN ____ |
| | | EIN __-_____ |
| United States Bankruptcy Court  District of Maryland | | Date case filed for chapter 7  9/28/22 |
| Case number:  22-15317 DER   Chapter: 7 | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline       10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov)..

The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov and click on Filing Without An Attorney for additional resources and information.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Dr. Keenan Kester Cofield | |
| 2. | All other names used in the last 8 years | aka Laverne Thompson, aka Chere' K. Nedd, fdba Henrietta Lacks, LLC, fdba World Cares and Food Bank | |
| 3. | Address | 4109 Cuttty Sark Rd. Middle River, MD 21220 | |
| 4. | Debtor's attorney Name and address | PRO SE | |
| 5. | Bankruptcy trustee Name and address | Patricia B. Jefferson Miles & Stockbridge P.C. 100 Light Street 10th Floor Baltimore, MD 21202 | Contact phone 410-385-3405 Email: bktrustee@milesstockbridge.com |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline       page 1

| | | |
|---|---|---|
| 6. Bankruptcy clerk's office<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal | Hours open:<br>8:45 – 4:00 PM<br><br>Contact phone (410) 962-2688<br><br>Date: 9/29/22 |
| 7. Meeting of creditors<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | October 27, 2022 at 10:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>See https://go.usa.gov/xeHZq or contact the case trustee listed in box 5 of this notice. |
| 8. Presumption of abuse<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. Deadlines<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:<br><br>You must file a complaint:<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• If you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>You must file a motion:<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | Filing deadline: 12/27/22 |
| | Deadline to object to exemptions:<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | Filing deadline: 30 days after the conclusion of the meeting of creditors |
| 10. Proof of claim<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. Debtor electronic bankruptcy noticing | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court — additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non-debtors) can register at ebn.uscourts.gov. | |