## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD

EXHIBIT 3 -
DOCKET 13-0

DR. KEENAN K. COFIELD,
LAVERNE THOMPSON & KAYLA NEDD,
et. al.

   Plaintiff(s)

          CASE NUMBER: <u>24-C-22-002016</u>

VS

PASSPORT MOTORS HOLDINGS, INC.et. al.

   DEFENDANTS

### PLAINTIFF(S) NOTICE OF FILING OF DISCOVERY MATTERS

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and do hereby file and give notice **[PLAINTIFF(S) NOTICE OF FILING OF DISCOVERY MATTERS ]** and Service of their **FIRST SET of Request for Admissions of Facts, Interrogatories, and Productions of Documents** upon **each** of the respective Defendants named in this case.

The Defendants **each** are required to respond and provide the information as requested, within (30) days of receipt of this Notice.

*/s/ Dr. Keenan Cofield*
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
EMAIL: Supremegrandbishop@gmail.com
Dated this the 4th day of April, 2023

*/s/ Dr. Keenan Cofield*
Dr. Keenan Cofield

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the US District Court in Baltimore, MD, and Circuit Court for Baltimore CITY, MD and any and ALL other Defendants or Defendants Counsel on this the 4th day of April, 2023, and/or placed in the United States mail postage prepaid, to all Defendants so served, and served by this Court via the CM/ECF electronic service system of this Court.

_____
Dr. Keenan Cofield

## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD

DR. KEENAN K. COFIELD,
LAVERNE THOMPSON & KAYLA NEDD,
et. al.
        Plaintiff(s)

                          CASE NUMBER:  **24-C-22-002016**

VS

PASSPORT MOTORS HOLDINGS, INC.et. al.

        DEFENDANTS

### PLAINTIFF(S)-FIRST SET OF REQUEST FOR ADMISSIONS

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and do hereby file and give notice and service of PLAINTIFF'S First Set of Request for Admissions upon **each** respective Defendant named in this case. The Defendants are required to respond and answer **each**, within (30) days of receipt of this Notice and Request.

### DEFENDANTS ARE REQUESTED TO ADMIT OR DENY EACH ADMISSION

1). Defendants, of the USA, Admit, the United States and Government Defendants U.S. Postal Service, U.S. Attorney's Office, U.S. Attorney General Office, Social Security Administration, U.S. Treasury, and IRS, **are the ONLY Defendants** who filed and submitted a Notice of Removal of this case from the Circuit Court for Baltimore CITY, MD to the USDC?

2). All Defendants, **except the United States government Defendants**, Admit, no other Defendants named in this case filed a Notice of Removal in the Circuit Court for Baltimore CITY

within (30) days and/or filed a TIMELY Amended and/or Supplemental Notice of Removal with the State Court of this court to date?

3). To All Defendants to whom this is applicable, Admit, the Plaintiff purchased a 2012 Mercedes Benz Used R-350 from Passport Motors Defendants?

4). To All Defendants to whom this is applicable, Admit, Defendant Komi E. Dogbatse, was the salesperson who executed and sold the vehicle for the Passport Defendants to Plaintiff(s)?

5). To All Defendants to whom this is applicable, Admit, the 2012 Mercedes Benz vehicle sold to the Plaintiff as is?

6). To All Defendants to whom this is applicable, Admit, the 2012 Mercedes Benz vehicle sold to the Plaintiff(s) failed to have a legally proper inspection or fraudulent MD State inspection?

7). To All Defendants to whom this is applicable, Admit, the MD State inspection conducted certified the rotors, brakes and all vehicle parts, products, and the vehicle were in perfect condition and passed inspection with no mechanical parts or problems?

8). To All Defendants to whom this is applicable, Admit, the vehicle was financed by Ally Financial as a vehicle in good working condition that passed inspection?

9). To All Defendants to whom this is applicable, Admit, the vehicle had to be serviced several times for rear brake problems at Passport Motors?

10). To All Defendants to whom this is applicable, Admit, the vehicle was sold with defective WRONG rotors and brakes?

11). To All Defendants to whom this is applicable, Admit, it was reported that the vehicle sold and financed had the WRONG rotors on the rear of the vehicle, which caused the brakes to totally fail causing the Plaintiffs to be involved and injured in a accident on a Maryland highway?

12). To All Defendants to whom this is applicable, Admit, Passport Defendants nor Ally Financial neglected and failed to inform the Plaintiff Cofield, prior to completion of the sale, the vehicle had been repaired and someone replaced the rear rotors with the WRONG incorrect rotors which caused totally brake failures, and serious personal injury?

13). To All Defendants to whom this is applicable, Admit, Passport Motors and Ally Financial, you knew the vehicle had the wrong rotors placed on the vehicle?

14). To All Defendants to whom this is applicable, Admit, Passport Motors and Ally Financial, you approved the inspection and sale of the vehicle with the WRONG rotors placed on the vehicle which caused serious to permanent injuries?

15). To All Defendants to whom this is applicable, Admit, the MD State Inspection forms for this vehicle was falsified as to the brakes, and rotors?

16). To All Defendants to whom this is applicable, Admit, after the Plaintiff reported the rear brake issues and the vehicle was serviced several times for problems, Passport Motors staff never checked and inspected the rotors and brakes for any defects, or problems as to WRONG rotors, sizes, etc.?

17). To All Defendants to whom this is applicable, Admit, NO named Defendants, including Passport Motors, Mr. Chester, Shannon Register, Claims Specialist, Athens and Allied Insurance **never** offered to settle the Plaintiffs claims for personal injuries and property damage to Plaintiffs vehicle?

18). To All Defendants to whom this is applicable, Admit, Dr. Keenan Cofield has been the victim for the past 11 to 20 plus years, someone known and/or unknown have and continue to use the name, DOB, Social Security Number, addresses, and MD Drivers License of Plaintiff to file SSA and IRS tax benefits, numerous tax refunds requests, individuals filing for State unemployment benefits from Maryland to Oregon, without any interruption by any of the government Defendants?

19). To All Defendants to whom this is applicable, Admit, the Plaintiff Dr. Keenan Cofield has filed over the years complaints, or reported many times to even local police, and all the various U.S. government Defendants of the illegal use of his name, DOB, social security number, MD driver's license and other information that has been compromised by scammers and fraudsters who have received tax and other refund benefits under his name, whereas credit cards, bank accounts, online accounts have ruined the Plaintiffs personal government information, with any action by any government/Defendants agencies?

20). Admit, U.S. Defendants, that various government records clearly indicate the illegal uses, and/or compromised SSA, IRS and other records showing someone other than Plaintiff Cofield using and/or accessing government computer databases to illegal obtain information, benefits

steal benefits of the United States for the Plaintiff using his name, DOB, social security number to obtain illegal benefits?

21). Admit, U.S. Defendants, the IRS, SSA and other agencies have sent alerts and notices to Plaintiff Cofield of the illegal and unauthorized use of his name, DOB, social security number, MD drivers license in many attempts by some unknown person to steal the identity and benefits from the Plaintiff from many government agencies over the past 15 plus years?

22). To All Defendants to whom this is applicable, Admit, based upon submitted medical records, documents etc. the Plaintiff is permanently disabled from his injuries?

23). Admit, Texas Roadhouse Defendants, the incident involving the food poisoning of Kayla Nedd was reported and medical documents were submitted on the accident/incident?

24). Admit, Taxas Roadhouse Defendants, the medical information or documents indicated food poisoning of Kayla Nedd?

25). To All Defendants to whom this is applicable, Admit, U.S. government Defendants that the Plaintiff sent a 2-Day Priority package with Tracking number: **9505511796611205751006** to a Cheneye Frank in Georgia?

26). Admit, U.S. government Defendants someone intercepted the package from the post office And a thief was given the phone without a trace?

27). Admit, U.S. Defendants a local police and report was filed with the U.S. Postal Inspector regarding this phone and it was stolen while in the possession of these Defendants, and the intended person never received the phone?

28). To All Defendants to whom this is applicable, Admit, NO Defendant has filed a **TIMELY Answer to the Complaint and/or Amended Complaints**?

29). Defendants of Passport Motors, Shannon Register, Athens Program Services, and Allied World, Admit, the Plaintiff Dr. Keenan Cofield suffered and sustained permanent *personal* injuries and damages from the accident total brake failures and defective/wrong rotors placed on the vehicle causing the accident?

30). Defendants of Passport Motors, Shannon Register, Athens Program Services insurance, and Allied World, Admit, you NEVER completed the accident insurance claims filed by Plaintiff Cofield, to date, and/or make any settlement offers for the vehicle condition nor injuries to Plaintiff Cofield?

_____
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
EMAIL: Supremegrandbishop@gmail.com
Dated this the 4th day of April, 2023

_____
Dr. Keenan Cofield

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the US District Court in Baltimore, MD, and Circuit Court for Baltimore CITY, MD and any and ALL other Defendants or Defendants Counsel on this the 4th day of April, 2023, and/or placed in the United States mail postage prepaid, to all Defendants so served, and served by this Court via the CM/ECF electronic service system of this Court.

_____
Dr. Keenan Cofield

## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD

DR. KEENAN K. COFIELD,
LAVERNE THOMPSON & KAYLA NEDD,
et. al.

        Plaintiff(s)

                        CASE NUMBER: **24-C-22-002016**

VS

PASSPORT MOTORS HOLDINGS, INC.et. al.

        DEFENDANTS

## **PLAINTIFF(S)-FIRST SET REQUEST FOF INTERROGATORIES**

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and do hereby file and give notice and service of PLAINTIFF'S First Set of Request FOR Interrogatories upon **each** respective Defendant named in this case. The Defendants are required to respond and answer each, **under OATH**, within (30) days of receipt of this Notice and Request.

## **DEFENDANTS ARE REQUESTED TO ANSWER EACH INTERROGATORY**

1). Defendants of the United States, please state specifically name all Defendants who were named and included in your Notice of Removal to this Court from Baltimore CITY?

2). Defendants of the United States, please state did you ever Amend and/or Supplement your Notice of Removal or did any other Defendants file a separate Notice of Removal to your knowledge, and according to the filings in this case? If yes, who and when?

3). All other Defendants named to this case, **except** the United States Defendants, please state specifically and in detail why, you **did not** file a Notice of Removal, with both State and federal courts, in a timely manner or at all in this case?

4). Defendants, please state to whom this is applicable, give the exact date of the sale and purchase of the 2012 R-350 Mercedes Benz the subject of the lawsuit?

5). Defendants name the salesperson and manager Defendants who approved the sale of the vehicle the subject of this case part to Plaintiff Cofield?

6). Defendant Komi E. Dogbatse, please state specifically what documents, car fax sheets, MD inspection records, you showed and explained the vehicle conditions, **before, and after** execution of the sale documents and contracts to Plaintiff Cofield?

7). Defendants of Passport Motors, Mr. Chester, General Manager, Allied World, Athens Insurance Services, Ally Financial, and all others, if applicable, please provide the name of the vehicle inspector(s), when, where/location, date and time the vehicle received a legally proper MD State vehicle inspection and was CERTIFIED, cleared for sale?

8). Defendants of Passport Motors, Mr. Chester, Allied World, Ally Financial, Athens Insurance Services, please state specifically and in details what did the MD State inspection vehicle Inspector state or wrote down for brakes, rotors both back and front on the inspection sheet?

9). Defendants of Passport Motors, Mr. Chester, Allied World, Ally Financial, Athens Insurance Services, please state in details why the MD state vehicle inspector wrote in the report the back and front rotors and brakes were ok condition, and **never** checked?

10). Defendants of Passport Motors, please give the date or date(s), and why each time the subject-vehicle was at Passport for services relating to the brakes, etc.?

11). Defendants of Passport Motors, please state in details why the subject matter vehicle purchased by the Plaintiff was sold with defective WRONG rotors and brakes, and when did you become aware?

12). Defendants of Passport Motors, Mr. Chester, and to whom this question is applicable, please state the person or persons and all details and specifics as to who falsified the MD State Inspection report for the subject matter Mercedes Benz purchased by the Plaintiff that the WRONG rotors and brakes were okay condition?

13). Defendants of the United States, ONLY, please state specifically and in details when, dates, times and what agencies have reports or received reports to inquiries that the Plaintiff name, social security number, DOB, MD drivers license number were used in the past 25 years for any type tax refund(s) benefits requests, unemployment benefits anywhere requests, tax refund requests in the last 25 years?

14). Defendants of the United States, ONLY, please state any opened investigations, Complaints filed by Plaintiff Keenan Cofield to any government agency as to the illegal use of his stole theft personal information i.e. (name, DOB, social security number, MD drivers license, etc.) for any type government tax or other services, are active, and current status?

## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD

**DR. KEENAN K. COFIELD,**
**LAVERNE THOMPSON & KAYLA NEDD,**
**et. al.**
       **Plaintiff(s)**

                                **CASE NUMBER:  24-C-22-002016**

**VS**

**PASSPORT MOTORS HOLDINGS, INC.et. al.**

       **DEFENDANTS**

## PLAINTIFF(S)-FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and do hereby file and give notice and service of PLAINTIFF'S First Set of Production of Documents, upon **each** respective Defendant named in this case. The Defendants are required to respond and answer, and CEFRTIFY the same under oath by the Custodian of Records or other persons who's custody the requested items are in, to **each** request within (30) days of receipt of this Notice and Request.

## DEFENDANTS ARE REQUESTED TO PRODUCE EACH REQUESTED RECORD

1). The Plaintiff(s) request any and all records, computer records/data, forms of **any** kind the subject of the Original Complaint/lawsuit, discovery requests, ID fraud complaints, complaints, documents, letters, papers, files, emails from any Defendants, claims, investigation reports, notes, fraudulent tax forms requests submitted in the name, DOB and social security numbers of the Plaintiff Keenan Cofield, with any Defendants agency, associated with INTERROGATORIES 1, 2, 3, 13, 14, 15, 16, 18, and 19, for the past 25 years.

2). The Plaintiffs requests any and all records, papers, documents, emails, forms, claims, complaints of any kind, copies of any and all claims, lawsuits ever filed against Passport Motors or any of their Defendants, Shannon Register, Allied World, Athens Insurance, attorneys files for

any counsel for either Defendants named herein. Those records, documents should also include whether the matter was an accident, negligence, breach of contract, fraud type claim filed, the names, addresses of the parties, was a lawsuit filed if yes, those records, and FINAL DISPOSITION of each claim and lawsuit filed, to further include any and all records, contract, documents, papers, emails, forms, MD State inspection forms for the 2012 Mercedes Benz the subject of this lawsuit, and any and all items, documents and records, associated with INTERROGATORIES 4, 5, 6, 7, 8, 9, 10, 11, 12, and 20.

3). Plaintiffs requests any and all documents, claims, papers, emails, records files, settlement records relating to the claims and injuries of Kayla Nedd by Texas Roadhouse Defendants, also associated with INTERROGATORY 17.

_____
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
EMAIL: Supremegrandbishop@gmail.com
Dated this the 4th day of April, 2023

_____
Dr. Keenan Cofield

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the US District Court in Baltimore, MD, and Circuit Court for Baltimore CITY, MD and any and ALL other Defendants or Defendants Counsel on this the 4th day of April, 2023, and/or placed in the United States mail postage prepaid, to all Defendants so served, and served by this Court via the CM/ECF electronic service system of this Court.

_____
Dr. Keenan Cofield