EXHIBIT 3 -
DOCKET 15-0

## IN THE CIRCUIT COURT FOR BALTIMORE CITY

DR. KEENAN K. COFIELD,
LAVERNE THOMPSON & KAYLA NEDD,

      Plaintiff(s)

                      CASE NUMBER:  **24-C-22-002016**

VS

PASSPORT MOTORS HOLDINGS, INC.et. al.

      DEFENDANTS

## PLAINTIFF(S)-MOTION FOR SUMMARY JUDGMENT
## & MEMORANDUM IN SUPPORT THEREOF

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and do hereby file **PLAINTIFF(S)-MOTION FOR SUMMARY JUDGMENT AND & MEMORANDUM IN SUPPORT THEREOF** and says the following:

a). Plaintiff(s) do hereby adopt and incorporate Plaintiffs Motion for Summary Judgment filing filed on 10/28/2022 or [ECF-58], in further support of this Motion for Summary Judgment.

b). The Plaintiff(s) assert that there is NO genuine issue to any material fact that the Plaintiff are FULLY entitled to the GRANTING of a Summary Judgment in their favor as a matter of law based upon the following filings by the Plaintiff(s) and many uncontested pleadings and motions going unopposed by the Defendants just like NO Defendant has filed the required Answer to the Complaint, and/or any of the Amendment Complaints and various Motions filed:

d). **This Motion is based upon in support of the Motion for Summary Judgment, with the Memorandum in Support being filed separately and submitted to this court for the record, says:**

## STANDARD OF REVIEW FOR SUMMARY JUDGMENT

e). Only genuine disputes of material facts will preclude entry of Summary Judgment for the moving party. **A material fact is a fact the resolution of which will affect the outcome of the case. Friedman & Fuller v Funkhouser,** 107 Md. App. 91 (1995). If the record shows that there is no genuine dispute of any material fact and the moving party is entitled to judgment as a matter of law, summary judgment should be rendered forthwith. **King v Bankerd,** 303 d.98 (1985) There is no dispute that the Plaintiff was involved in an accident, damage to his vehicle and sustained serious to permanent injuries.

### f). NO DEFENDANTS HAS FILED THE REQUIRED ANSWER TO THE ORIGINAL COMPLAINTS, EACH ALLEGATIONS, EACH COUNTS OR CLAIMS AND/OR ANY OF THE MEDICAL RECORDS/MEDICAL EVIDENCE & REPORTS, AND OTHER DOCUMENTS HAVE NOT BEEN REFUTED, OPPOSED OR NO OBJECTIONS FILED TO DATE OR OTHERWISE PRESENTED BY ANY NAMED DEFENDANTS

g). The Defendants **each have not** opposed not one piece of evidence, documents and other information prior to and filed herein to date. The Defendants **have not** opposed any allegations or claims set forth by the Plaintiffs and those pleadings shall be deemed admitted.

h). The underlying facts **are not** in dispute. One of the beneficent purposes of the Summary Judgment Rule is to prevent the necessity and expense of preparing for trial on the merits when there is NO genuine of facts in the case....(See **Whitcom v Horman,** 244 Md. 431 (1966). The Defendants have WAIVED the rights to assert any defenses, since neither filed any response to date.

m). [ECF-1-3, 37-1, 17, 18, 28, 29, 42, 45, 52, 54, 58], and many others filed by the Plaintiff(s) in this case, are hereby incorporated in further support of the Plaintiffs Motion for Summary Judgment.

**ADDITIONAL MEDICAL AND OTHER SUPPORTING DOCUMENTS, RECORDS, PAPERS, ETC. SHALL BE SUPPLEMENTED AS SOON AS THEY ARE AVAILABLE.**

**WHEREFORE, FOR GOOD CAUSE SHOWN**, the Plaintiff(s) pray that this Honorable Court **GRANT** the Plaintiff(s) Motion For Summary Judgment, as there is NO genuine issue to any material fact the Plaintiffs are entitled to FULL Judgment in their favor and/or The Plaintiff(s) seek any and all other relief as this Court feel is necessary to Order in this matter, **Rule**, that the Court should rule all DEFENDANTS Motion to Dismiss should be DENIED or DISMISSED, and furthermore, several Defendants have failed to file any Answer and/or appear in this case and Default is proper, including the **GRANTING** in favor of the Plaintiffs for any Defendants who fail to file any Answer to this Motion for Summary Judgment, for any and all the relief requested in the Consolidated Complaints.

_____
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
EMAIL: Supremegrandbishop@gmail.com
Dated this the 13st day of April, 2023

_____
Dr. Keenan Cofield

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the Circuit Court for Baltimore CITY, MD in Baltimore, MD, and any and ALL other Defendants or Defendants Counsel on this the 13th day of April, 2023, and/or placed in the United States mail postage prepaid, to all Defendants and/or RESINENT AGENTS so served, so SERVED with the COMPLAINT, SUMMONS, etc. and/or served by this Court or other entities via the CM/ECF electronic service system of this Court.

_____
Dr. Keenan Cofield