IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD

EXHIBIT 3 -
DOCKET 16-0

DR. KEENAN K. COFIELD,
LAVERNE THOMPSON & KAYLA NEDD,
et. al.
        Plaintiff(s)

CASE NUMBER:   24-C-22-002016

VS

PASSPORT MOTORS HOLDINGS, INC. et. al.

        DEFENDANTS

## PLAINTIFF(S) MOTION AND NOTICE OF FILING OF SEPARATION AND/OR CONSOLIDATION FOR TRIAL ANY AND ALL ISSUES, CLAIMS, SEPARATE ISSUES AND/OR MULTIPLE ACTIONS AND PARTIES FOR TRIAL PURSUANT TO MD RULE 2-503, NUNC PRO TUNC, JOINTLY

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and do hereby file and give notice [**PLAINTIFF(S) MOTION AND NOTICE OF FILING OF SEPARATION AND/OR CONSOLIDATION FOR TRIAL ANY AND ALL ISSUES, CLAIMS, SEPARATE ISSUES AND/OR MULTIPLE ACTIONS AND PARTIES FOR TRIAL PURSUANT TO MD RULE 2-503, NUNC PRO TUNC, JOINTLY**]

_____
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
EMAIL: Supremegrandbishop@gmail.com
Dated this the 30th day of April, 2023

_____
Dr. Keenan Cofield

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the Circuit Court for Baltimore CITY, MD and any and ALL other Defendants or Defendants Counsel on this the 30th day of April, 2023, and/or placed in the United States mail postage prepaid, to all Defendants so served, and served by this Court via the CM/ECF electronic service system of this Court, **WITH THE COMPLAINT, SUMMONS, PAPERS, DOCUMENTS, RECORDS, ETC when the AMENDED COMPLAINT IS SERVED-UPON ALL DEFENDANTS AND/OR COUNSEL**.

_____
Dr. Keenan Cofield