# IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD

DR. KEENAN K. COFIELD,
LAVERNE THOMPSON & KAYLA NEDD,

      Plaintiff(s)

                          CASE NUMBER:   24-C-22-002016

VS

PASSPORT MOTORS HOLDINGS, INC.et. al.

      DEFENDANTS

## PLAINTIFF(S)-MOTION FOR SUMMARY JUDGMENT AND ANY RESPONSE, OPPOSITION OF ANY AND ALL DEFENDANTS MOTION TO DISMISS AND/OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT & MEMORANDUM IN SUPPORT THEREOF SEPARATELY

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and do hereby file **PLAINTIFF(S)-MOTION FOR SUMMARY JUDGMENT AND RESPONSE, OPPOSITION OF ANY AND ALL DEFENDANTS MOTION TO DISMISS AND/OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT & MEMORANDUM IN SUPPORT THEREOF SEPARATELY,** and says the following:

1). The Plaintiff(s) assert that there is NO genuine issue to any material fact that the Plaintiff are FULLY entitled to the GRANTING of a Summary Judgment in their favor as a matter of law based upon the following filings by the Plaintiff(s) and many uncontested pleadings and motions going unopposed by the Defendants just like NO Defendant has filed the required Answer to the Complaint, and/or any of the Amendment Complaints and various Motions filed:

2). **<u>This Motion is based upon in support of the Motion for Summary Judgment, with the Memorandum in Support being filed separately and submitted to this court for the record, says:</u>**

a). **Exhibit AA**-Is the Plaintiff recent medical report and diagnosis from an Orthopedic Surgeon and Expert who treated the Plaintiff Cofield for continuing pain and concussion on 10/26/2022. The Plaintiff is in PT concussion treatment for a concussion suffering from headaches and <u>never</u> was examined until recently with various other symptoms leading to several exams that concluded Plaintiff had been suffering off and on from a concussion from many months from the 2021 accident from the Defendants Passport Clients. Additional, medical records and reports shall be submitted soon in this record.

b). Multiple Affidavits of Dr. Keenan Cofield, submitted herein.

c). Plaintiff(s) Original Complaint-**Exhibit-BB.**

d). **Exhibit CC-1-**Amended Complaint.

e). **Exhibit DD-2-**Amended Complaint.

f). **Exhibit EE-3-**Amended Complaint.

g). **Exhibit FF-4-**Amended Complaint on Mercedes Recalls.

h). **Exhibit GG-5-**Assorted Medical and other Records.

i). **Exhibit HH-5-**Assorted car Repair records, and other documents.

j). **Exhibit II-6**-Medical Records of Kayla Nedd.

k). **Exhibit JJ-7**-Amended and Supplemental Claim filed.

l). **[ECF-1-3, 37-1, 17, 18, 28, 29, 42, 45, 52, 54], and many others filed by the Plaintiff(s) in this case.**

I). **Exhibit A-Various Medical Records, documents and information.**

j). **Exhibit 1**-Additional Auto repair(s) receipts, medical records and reports relating to treatment regarding being injured, Copy of the Original Claim Form filed to the insurance company, and attorney for the Passport dealership, etc.

**ADDITIONAL MEDICAL AND OTHER SUPPORTING DOCUMENTS, RECORDS, PAPERS, ETC. SHALL BE SUPPLEMENTED AS SOON AS THEY ARE AVAILABLE.**

**WHEREFORE, FOR GOOD CAUSE SHOWN**, the Plaintiff(s) pray that this Honorable Court <u>**GRANT**</u> the Plaintiff(s) Motion For Summary Judgment, as there is NO genuine issue to any material fact the Plaintiffs are entitled to FULL Judgment in their favor and/or The Plaintiff(s) seek any and all other relief as this Court feel is necessary to Order in this matter, to include REMAND back to the Circuit Court for Baltimore CITY. MD, for TRIAL. Rule, that the Court should rule all DEFENDANTS Motion to Dismiss should be DENIED or DISMISSED, and furthermore, several Defendants have failed to file any Answer and/or appear in this case and Default is proper, including the GRANTING in favor of the Plaintiffs for any Defendants who fail to file any Answer to this Motion for Summary Judgment, for any and all the relief requested in the Consolidated Complaints.

_____
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
EMAIL: Supremegrandbishop@gmail.com
Dated this the 13th day of April, 2023

_____
Dr. Keenan Cofield

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the Circuit Court for Baltimore CITY, MD in Baltimore, MD, and any and ALL other Defendants or Defendants Counsel on this the 13th day of April, 2023, and/or placed in the United States mail postage prepaid, to all Defendants so served, and served by this Court via the CM/ECF electronic service system of this Court.

_____
Dr. Keenan Cofield