### IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD

EXHIBIT 3 -
DOCKET 18-0

DR. KEENAN K. COFIELD,
LAVERNE THOMPSON & KAYLA NEDD,
et. al.

   Plaintiff(s)

      CASE NUMBER: **24-C-22-002016**

VS

PASSPORT MOTORS HOLDINGS, INC.et. al.

   DEFENDANTS

### PLAINTIFF(S) NOTICE OF FILING OF DISCOVERY MATTERS

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and do hereby file and give notice [**PLAINTIFF(S) NOTICE OF FILING OF DISCOVERY MATTERS** ] and Service of their **SECOND SET of, Interrogatories, and Productions of Documents** upon **each** of the respective Defendants named in this case. The Defendants **each** are required to respond and provide the information as requested, within (30) days of receipt of this Notice.

_/s/ Dr. Keenan Cofield_
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
EMAIL: Supremegrandbishop@gmail.com
Dated this the 4th day of April, 2023

## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD

**DR. KEENAN K. COFIELD,**
**LAVERNE THOMPSON & KAYLA NEDD,**
**et. al.**
        **Plaintiff(s)**

                                    **CASE NUMBER:   24-C-22-002016**

**VS**

**PASSPORT MOTORS HOLDINGS, INC.et. al.**

        **DEFENDANTS**

## PLAINTIFF(S)-SECOND SET REQUEST FOF INTERROGATORIES

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and do hereby file and give notice and service of PLAINTIFF'S Second Set of Request FOR Interrogatories upon **each** respective Defendant named in this case. The Defendants are required to respond and answer each, **under OATH**, within (30) days of receipt of this Notice and Request.

## DEFENDANTS ARE REQUESTED TO ANSWER EACH INTERROGATORY

1). Defendants of ALL Passport Motors entities, Allied World Specialty Insurance, Athens Program Insurance Services, please state specifically the name and types of any and all policies, policy limits of any kind, general, liability, casualty, etc. between these Defendants and/or any other third parties active in the past 3 years to or on behalf of Passport Motors Defendants, ownership, employees, and staff at any and all levels, for negligence, fraud, and any other forms of illegal to unlawful conduct?

2). Defendants of Passport Motors entities and parties, please state in details what policies, rules, regulations, and any guidelines are in effect or were in effect from 2020 to date, or prior to the sale of the Plaintiffs vehicle, which employees and/or any third parties **must** follow when it comes to MD State Inspections of any Passport Motors owned vehicles that maybe sold at anytime?

_____
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
EMAIL: Supremegrandbishop@gmail.com
Dated this the 4th day of April, 2023

_____
Dr. Keenan Cofield

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the US District Court in Baltimore, MD, and Circuit Court for Baltimore CITY, MD and any and ALL other Defendants or Defendants Counsel on this the 4th day of April, 2023, and/or placed in the United States mail postage prepaid, to all Defendants so served, and served by this Court via the CM/ECF electronic service system of this Court.

_____
Dr. Keenan Cofield

## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD

DR. KEENAN K. COFIELD,
LAVERNE THOMPSON & KAYLA NEDD,

       Plaintiff(s)

                                                **CASE NUMBER:  24-C-22-002016**

VS

PASSPORT MOTORS HOLDINGS, INC.et. al.

       DEFENDANTS

## PLAINTIFF(S)-SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and do hereby file and give notice and service of PLAINTIFF'S SECOND Set of Production of Documents, upon **each** respective Defendant named in this case. The Defendants are required to respond and answer, and CERTIFY the same under oath by the Custodian of Records or other persons who's custody the requested items are in, to **each** request within (30) days of receipt of this Notice and Request.

## DEFENDANTS ARE REQUESTED TO PRODUCE EACH REQUESTED RECORD

1). The Plaintiff(s) request any and all records, computer records/data, forms of **any** kind the subject of the Original Complaint/lawsuit, discovery requests, associated with INTERROGATORIES 2, from the Defendants of Passport Motors entities and parties, please provide copies of any policies, rules, regulations, and any guidelines are in effect or were in effect from 2020 to date, or **prior to** the sale to date, of the Plaintiffs vehicle, which employees of Passport Motors Defendants and/or any third parties **must** follow when it comes to MD State Inspections of any Passport Motors owned vehicles that maybe sold at anytime?


2). The Plaintiffs requests any and all records, papers, documents, emails, on file against any Defendants of ALL Passport Motors entities, Allied World Specialty Insurance, Athens Program Insurance Services, please provide the name or names and types of any and all insurance policies carried for Passport Motors-Defendants, policy limits of **any** kind, general, liability, casualty, contract, agreements or service agreements between these Defendants and/or any other third parties active in the past 3 years to or on behalf of Passport Motors Defendants, ownership, employees, and staff at any and all levels, for negligence, fraud, and any other tort, to include any forms of illegal to unlawful conduct ever filed against Passport Motors employee, official, owner or any of their Defendants, Shannon Register, Allied World, Athens Insurance, associated with INTERROGATORY 1.

_[signature]_
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
EMAIL: Supremegrandbishop@gmail.com
Dated this the 4th day of April, 2023

_[signature]_
Dr. Keenan Cofield

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the US District Court in Baltimore, MD, and Circuit Court for Baltimore CITY, MD and any and ALL other Defendants or Defendants Counsel on this the 4th day of April, 2023, and/or placed in the United States mail postage prepaid, to all Defendants so served, and served by this Court via the CM/ECF electronic service system of this Court.

_[signature]_
Dr. Keenan Cofield