## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD

**EXHIBIT 3 -
DOCKET 20-0**

**DR. KEENAN K. COFIELD,**

**LAVERNE THOMPSON & KAYLA NEDD,**

Plaintiff(s)

**CASE NUMBER:  24-C-22-002016**

**VS**

**PASSPORT MOTORS HOLDINGS, INC.et. al.**

DEFENDANTS

## PLAINTIFF(S)- REQUEST FOR A JURY TRIAL SCHEDULING ORDER

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and

do hereby file **[PLAINTIFF(S)- REQUEST FOR TRIAL SCHEDULING ORDER**

and says the following:

1). That the Honorable Court issue a SCHEDULING ORDER in this case.

**WHEREFORE, FOR GOOD CAUSE SHOWN,** the Plaintiff(s) pray that this Honorable Court **GRANT**

the Plaintiff(s) Motion/NOTICE/REQUEST and issue a SCHEDULING ORDER. The Plaintiff(s)

request that this Honorable Court GRANT to the Plaintiff(s) any and all relief as necessary.

Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
EMAIL: Supremegrandbishop@gmail.com

Dated this the 13th day of April, 2023


_____

Dr. Keenan Cofield

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the Circuit Court for Baltimore CITY, MD in Baltimore, MD, ***Hon. Patricia B. Jefferson, U.S. Bankruptcy Trustee***, and any and ALL other Defendants or Defendants Counsel on this the 13TH day of April, 2023, and/or placed in the United States mail postage prepaid, to all Defendants so served, and served by this Court via the CM/ECF electronic service system of this Court.

**Patricia B. Jefferson, esq.**
Miles & Stockbridge, P.C.
100 Light Street, 10th Floor
Baltimore, MD 21202


_____

Dr. Keenan Cofield