# EXHIBIT 4

| | | |
|---|---|---|
| KEENAN COFIELD, *et al.*, | * | IN THE |
| Plaintiffs, | * | CIRCUIT COURT |
| v. | * | FOR |
| PASSPORT MOTORS HOLDINGS, INC., *et al.*, | * | BALTIMORE CITY |
| | * | CASE NO.: 24-C-22-002016 |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING OF NOTICE OF REMOVAL

Defendant X Corp., as successor in interest to named defendant Twitter, Inc. ("Twitter"), through its undersigned counsel, hereby gives notice that on the 5th day of July, 2023, Twitter removed this action by filing a Notice of Removal in the United States District Court for the District of Maryland.[1] A copy of the Notice of Removal is attached hereto as **Exhibit 1** (with the Exhibits thereto omitted), and it has been served on all parties of record.

---

[1] Plaintiffs did not serve Twitter with a complete set of all papers and pleadings filed in the action, as required when adding a party by amended pleading under Maryland Rule 2-431(d). In obtaining a full copy of the Court's file, however, counsel for Twitter discovered that Plaintiff Keenan Cofield had sought, and this Court granted, a request by Cofield to stay the case below. *See* **Exhibits 2** and **3** hereto. This stay was granted before this Court issued a summons directed to Twitter, which was later served on X Corp.'s resident agent, apparently in violation of the stay order that Plaintiff Cofield himself had requested.

In light of the fact that the summons was issued and served despite the stay order, in an abundance of caution, Twitter has filed a Notice of Removal, given the mandatory removal deadline set forth in 28 U.S.C. § 1446. Twitter does not contest the effectiveness of the stay.

Dated: July 5, 2023

*[signature]*

Christopher C. Dahl (AIS No. 1012140177)
Sabrina N. Marquez (AIS No. 2211290030)
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, PC
100 Light Street
19th Floor
Baltimore, MD 21202
P: 410.862.1134
F: 410.547.0699
E: cdahl@bakerdonelson.com
E: smarquez@bakerdonelson.com

*Counsel for Defendant X Corp.,
as successor in interest to
named defendant Twitter, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of July, 2023, a copy of the foregoing Notice of Filing of Notice of Removal was sent via regular U.S. mail, postage prepaid to:

Emily Devan
Counsel for U.S. Bankruptcy Trustee Patricia B. Jefferson
Miles & Stockbridge
100 Light Street
10th Floor
Baltimore, MD 21202

Keenan Cofield
1236 Kendrick Road
Baltimore, MD 21237

Laverne Thompson
1236 Kendrick Road
Baltimore, MD 21237

Luluk Novi Fatwamati
PO Box 133121
Baltimore, MD 21218

Kevin L. Cofield, Sr.
1236 Kendrick Road
Baltimore, MD 21237

Orlan D. Cofield
1236 Kendrick Road
Baltimore, MD 21237

Arviette L. Cofield
1236 Kendrick Road
Baltimore, MD 21237

Kayla Nedd
1236 Kendrick Road
Baltimore, MD 21237

United States Attorney's Office
U.S. Attorney General
36 South Charles Street
Baltimore, MD 21201

Social Security Administration
c/o U.S. Attorney's Office
36 South Charles Street
Baltimore, MD 21201

Consumer Financial Protection Bureau
U.S. Attorney's Office
36 S. Charles Street
Baltimore, MD 21201

Internal Revenue Service
c/o U.S. Attorney's Office
36 S. Charles Street
Baltimore, MD 21201

Internal Revenue Service
c/o U.S. Attorney's Office
1111 Constitution Avenue, NW
Washington, DC 20224

Social Security Administration
c/o U.S. Attorney's Office
1100 West High Rise
Baltimore, MD 21235

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Federal Trade Commission
36 S. Charles Street
Baltimore, MD 21201

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Consumer Financial Protection Bureau
1625 Eye Street, NW
Washington, DC 20006

USPS
900 E. Fayette Street
Room 118
Baltimore, MD 21233

USPS
36 South Charles Street
Baltimore, MD 21201

United States Postal Service Domestic Claims
P.O. Box 80143
Saint Louis, MO 63180

USPS – Headquarters
470 L'Enfant Plaza, SW
Suite 604
Washington, DC 20024

USPS
5600 Spalding Drive
Peachtree Corners, GA 30092

Passport Motors Holding, Inc.
2405 York Road
Suite 201
Lutherville-Timonium, MD 21093

Passport Motors
5000 Auth Way
Suitland, MD 20746

4

Athens Program Insurance Services
2552 Stanwell Dr.
Concord, CA 94520

Athens Program Insurance Services
P.O. Box 4111
Concord, CA 94524


Allied World Specialty Insurance Company
9 Farms Spring Road
Farmington, CT 06032

Allied World Specialty Insurance Company
c/o Maryland Insurance Administration
200 St. Paul Place
Baltimore, MD 21202

Equifax Information Services, LLC
7 St. Paul Street
Baltimore, MD 21202

The Prentice-Hall Corporation System
c/o Equifax, Inc.
7 St. Paul Street
Baltimore, MD 21202

Equifax Inc.
32 South Street
Baltimore, MD 21202

Equifax Consumer Services LLC
1550 Peachtree Street, NW
Baltimore, MD 21202

Equifax Information Services, LLC
1550 Peachtree Street, NW
Baltimore, MD 21202

Texas Roadhouse
6040 Dutchmans Lane
Louisville, KY 40250

Texas Roadhouse
7 St. Paul Street
Baltimore, MD 21202

Texas Roadhouse, Inc.
8207 Town Center Drive
Baltimore, MD 21236

Ally Financial, Inc.
2405 York Road
Lutherville-Timonium, MD 21093

Ally Financial Inc. and Ally Financial LLC
500 Woodward Avenue
Detroit, MI 48226

_____
                    Christopher C. Dahl