# EXHIBIT 1

4/0

## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD

DR. KEENAN K. COFIELD,
LAVERNE THOMPSON & KAYLA NEDD,

      Plaintiff(s)

                              CASE NUMBER: 24-C-22-002016

VS

PASSPORT MOTORS HOLDINGS, INC.et. al.

      DEFENDANTS

### PLAINTIFF(S)- **NOTICE TO STAY** TO THE COURT AND DEFENDANTS TO STAY ALL THE PROCEEDINGS IN THIS CASE AND ALLOW THE U.S. BANKRUPTCY TRUSTEE TO INTERVENE ON PLAINTIFF DR. COFIELD BEHALF HAS FILED A CHAPTER 7 PETITION AND INCLUDED THIS CASE THEREIN AS THE TRUSTEE IS THE REAL PARTY IN THIS ACTION

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and do hereby file [PLAINTIFF(S)- **NOTICE TO STAY** TO THE COURT AND DEFENDANTS TO STAY ALL THE PROCEEDINGS IN THIS CASE AND ALLOW THE U.S. BANKRUPTCY TRUSTEE TO INTERVENE ON PLAINTIFF DR. COFIELD BEHALF HAS FILED A CHAPTER 7 PETITION AND INCLUDED THIS CASE THEREIN AS THE TRUSTEE IS THE REAL PARTY IN THIS ACTION and says the following:

1). The Plaintiff(s) states the Trial Court and Defendants SHALL inform and/or advise the U.S. Bankruptcy Trustee Ms. Patricia B. Jefferson, that Plaintiff Dr. Cofield had filed a Chapter 7 Voluntary Petition for Bankruptcy, Case No. 22-15317, on September 28, 2022, but this instant case is a part of that action, **EFFECTIVE IMMEDIATELY**. (See Attachments-Exhibits 1)

2). "When a debtor files a Chapter 7 bankruptcy petition,, all of the debtor's assets become the property of the bankruptcy estate...." **Schwab v Reilly**, 560 U.S. 770, 774 (2010). **Claims of personal injury "become property of the bankruptcy estate." A bankruptcy trustee has the capacity to sue or be sued..** See 11 U.S.C.A. Sec. 323(b). A trustee has three options with respect to pending actions by the debtor. **Detrick v Panalpina**, 108 F.#d. 529, 535 (4th Cir. 1997)

3). As of September 28, 2022, this instant lawsuit became the property of the bankruptcy estate. Ms. Patricia B. Jefferson is the trustee in Plaintiff's Cofield's bankruptcy proceeding. (See also Maryland Rule 2-201. As a result of Plaintiff's bankruptcy Ms. Jefferson is the real party in interest as trustee. **Ms. Jefferson "simply steps into the shoes of the plaintiff who commenced the actions**." *Adams,* 328 Md. At 481. The Trustee has the authority to decide how this matter is to proceed. See **Detrick,** 108 F.3d. 529, 535 (4th Cir. 1997). The Plaintiffs rights to due process and equal protection clause were violated by the Court and Defendants Counsel who all knew Plaintiff Cofield had filed a Chapter 7 Petition for bankruptcy. "**A circuit court must provide reasonable opportunity to allow the real party in interest to join the action as a co-plaintiff or take the place of the plaintiff who commenced the action BEFORE the court may terminate the action...**" **Morton,** 449 Md. At 240.

4). **THIS MATTER MUST BE STAYED IN PART TO ALLOW THE BANKRUPTCY TRUSTEE TO INTERVENE.**

**WHEREFORE, FOR GOOD CAUSE SHOWN,** the Plaintiff(s) pray that this Honorable Court **GRANT** the Plaintiff(s) Motion with Notice to the Court Clerk to give Official Notice to the U.S. Bankruptcy Trustee Ms. Patricia Jefferson of this action and allow her to contact all parties

moving forward. The Plaintiff(s) request that this Honorable Court GRANT to the Plaintiff(s) any and all relief as necessary.

_____
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
EMAIL: Supremegrandbishop@gmail.com
Dated this the 13th day of April, 2023

_____
Dr. Keenan Cofield

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the Circuit Court for Baltimore CITY, MD in Baltimore, MD, **_Hon. Patricia B. Jefferson, U.S. Bankruptcy Trustee_**, and any and ALL other Defendants or Defendants Counsel on this the 13TH day of April, 2023, and/or placed in the United States mail postage prepaid, to all Defendants so served, and served by this Court via the CM/ECF electronic service system of this Court.

**Patricia B. Jefferson, esq.**
Miles & Stockbridge, P.C.
100 Light Street, 10th Floor
Baltimore, MD 21202

_____
Dr. Keenan Cofield