# EXHIBIT 3

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L

Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

   To: TWITTER RESIDENT AGENT
       2405 York Rd
       Suite 201
       Lutherville Timonium, MD 21093


   You are hereby summoned to file a written response by pleading or motion, within 30   days after service of this summons upon you, in this court, to the attached Complaint filed by:  Keenan Cofield Dr
                                                  1236 Kendrick Rd.
                                                  Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:  05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per _____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

```
                  CIRCUIT COURT FOR BALTIMORE CITY
                          Xavier A. Conaway
                       Clerk of the Circuit Court
                            Courthouse East
                        111 North Calvert Street
                               Room 462
                          Baltimore, MD 21202-
              (410)-333-3722, TTY for Deaf: (410)-333-4389
```

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L

Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: TWITTER, INC.
        1355 Market St
        Suite 900
        San Francisco, CA 94103

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached Complaint filed by: Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:  05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.