UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEENAN COFIELD, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No:_____ |
| PASSPORT MOTOR HOLDINGS, INC., *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **DEFENDANT'S LOCAL RULE 103.3 DISCLOSURE**

Defendant X Corp., as successor in interest to named defendant Twitter, Inc., by its undersigned attorneys and pursuant to Local Rule 103.3, states that Twitter, Inc. has been merged into X Corp. and no longer exists. X Corp. is a privately held corporation. Its parent corporation is X Holdings Corp. No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.

X Corp. further states that, other than the entities listed above, there are no corporations, unincorporated associations, partnerships, or other business entities not a party to the case (including insurers) that have a financial interest in the outcome of the litigation.

Dated: July 5, 2023                          Respectfully submitted,

/s/ *Christopher C. Dahl*
_____

Christopher C. Dahl (Bar No. 29649)
Sabrina N. Marquez (Bar No. 30516)
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, PC
100 Light Street
19th Floor
Baltimore, MD 21202
P: 410.862.1134
F: 410.547.0699
E: cdahl@bakerdonelson.com
E: smarquez@bakerdonelson.com

/s/ *Kenneth M. Trujilo-Jamison*
_____

Kenneth M. Trujilo-Jamison (pro have vice application forthcoming)
WILLENKEN LLP
707 Wilshire Boulevard
Suite 3850
Los Angeles, CA 90017
P: 213.955.8031
F: 213.955.9250
E: ktrujilo-jamison@willenken.com

*Counsel for Defendant X Corp.,
as successor in interest to
named defendant Twitter, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of July, 2023, a copy of the foregoing Local Rule 103.3 Disclosure was sent via regular U.S. mail, postage prepaid to:

Emily Devan
Counsel for U.S. Bankruptcy Trustee Patricia B. Jefferson
Miles & Stockbridge
100 Light Street
10th Floor
Baltimore, MD 21202

Keenan Cofield
1236 Kendrick Road
Baltimore, MD 21237

Laverne Thompson
1236 Kendrick Road
Baltimore, MD 21237

Luluk Novi Fatwamati
PO Box 133121
Baltimore, MD 21218

Kevin L. Cofield, Sr.
1236 Kendrick Road
Baltimore, MD 21237

Orlan D. Cofield
1236 Kendrick Road
Baltimore, MD 21237

Arviette L. Cofield
1236 Kendrick Road
Baltimore, MD 21237

Kayla Nedd
1236 Kendrick Road
Baltimore, MD 21237

United States Attorney's Office
U.S. Attorney General
36 South Charles Street
Baltimore, MD 21201

Social Security Administration
c/o U.S. Attorney's Office
36 South Charles Street
Baltimore, MD 21201

Consumer Financial Protection Bureau
U.S. Attorney's Office
36 S. Charles Street
Baltimore, MD 21201

Internal Revenue Service
c/o U.S. Attorney's Office
36 S. Charles Street
Baltimore, MD 21201

Internal Revenue Service
c/o U.S. Attorney's Office
1111 Constitution Avenue, NW
Washington, DC 20224

Social Security Administration
c/o U.S. Attorney's Office
1100 West High Rise
Baltimore, MD 21235

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Federal Trade Commission
36 S. Charles Street
Baltimore, MD 21201

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Consumer Financial Protection Bureau
1625 Eye Street, NW
Washington, DC 20006

USPS
900 E. Fayette Street
Room 118
Baltimore, MD 21233

USPS
36 South Charles Street
Baltimore, MD 21201

United States Postal Service Domestic Claims
P.O. Box 80143
Saint Louis, MO 63180

USPS – Headquarters
470 L'Enfant Plaza, SW
Suite 604
Washington, DC 20024

USPS
5600 Spalding Drive
Peachtree Corners, GA 30092

Passport Motors Holding, Inc.
2405 York Road
Suite 201
Lutherville-Timonium, MD 21093

Passport Motors
5000 Auth Way
Suitland, MD 20746

Athens Program Insurance Services
2552 Stanwell Dr.
Concord, CA 94520

Athens Program Insurance Services
P.O. Box 4111
Concord, CA 94524

Allied World Specialty Insurance Company
9 Farms Spring Road
Farmington, CT 06032

Allied World Specialty Insurance Company
c/o Maryland Insurance Administration
200 St. Paul Place
Baltimore, MD 21202

Equifax Information Services, LLC
7 St. Paul Street
Baltimore, MD 21202

5

The Prentice-Hall Corporation System
c/o Equifax, Inc.
7 St. Paul Street
Baltimore, MD 21202

Equifax Inc.
32 South Street
Baltimore, MD 21202

Equifax Consumer Services LLC
1550 Peachtree Street, NW
Baltimore, MD 21202

Equifax Information Services, LLC
1550 Peachtree Street, NW
Baltimore, MD 21202

Texas Roadhouse
6040 Dutchmans Lane
Louisville, KY 40250

Texas Roadhouse
7 St. Paul Street
Baltimore, MD 21202

Texas Roadhouse, Inc.
8207 Town Center Drive
Baltimore, MD 21236

Ally Financial, Inc.
2405 York Road
Lutherville-Timonium, MD 21093

Ally Financial Inc. and Ally Financial LLC
500 Woodward Avenue
Detroit, MI 48226

/s/ *Christopher C. Dahl*
Christopher C. Dahl (Bar No. 29649)