EXHIBIT 3 -
DOCKET 11-0

**AMENDED COMPLAINT**

# ISSUE SUMMONS

## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

DR. KEENAN COFIELD, JD/Ph.D/Psy.D/DD
and The Supreme **_GRAND_** Bishop-Cofield
4109 CUTTY SARK RD.
MIDDLE RIVER, MD 21220
EMAIL:psychdotor101@gmail.com
and Superemegrandbishop@gmail.com

## **MAILING ADDRESS:**

DR. KEENAN COFIELD
1236 KENDRICK RD.
ROSEDALE, MARYLAND 21237
443-554-3715

# CASE NUMBER:<u>24-C-22-002016</u>

LAVERNE THOMPSON-(84 year old Mother Victim)
1236 KENDRICK RD.
ROSEDALE, MD 21237

KAYLA NEDD
1236 KENDRICK RD.
ROSEDALE, MD 21237

LULUK NOVI FATWAMATI
3622 GREENMOUNT AVE.
BALTIMORE, MD 21218

**U.S. BANKRUPTCY TRUSTEE**
**HON. PATRICIA B. JEFFERSON, ESQ.**
CHAPTER 7-**Miles & Stockbridge, PC**
100 LIGHT STREET-10TH FLOOR
BALTIMORE, MD 21202

KEVIN L. COFIELD, SR.
1236 KENDRICK RD.
ROSEDALE, MD 21237

ORIAN D. COFIELD
1236 KENDRICK RD.
ROSEDALE, MD 21237

ARVIETTE L. COFIELD
1236 KENDRICK RD.
ROSEDALE, MD 21237

PLAINTIFF(S)/CLAIMANTS

Vs

CASE AND CLAIM NUMBER:24-C-22-002016

**RESIDENT AGENT:**
THE CORPORATION TRUST, INC.
**PASSPORT MOTORS HOLDINGS, INC.**
2405 YORK RD.
SUITE 201
LUTHERVILLE, MD 21093-2264

**PASSPORT MOTORS HOLDINGS, INC.**
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

**PASSPORT NISSAN OF MARLOW HEIGHTS**
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

**PASSPORT MOTORCARS, INC.**
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746,

**KOMI E. DOGBATSE, SALEPERSON**
**PASSPORT NISSAN OF MARLOW HEIGHTS**
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

**MR. CHESTER, GENERAL MANAGER**
**PASSPORT MOTORS HOLDINGS, INC.**
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

**JOHN & JANE DOE, STATE VEHICLE INSPECTIONS EMPLOYEES**
**PASSPORT MOTORS HOLDINGS, INC. & PASSPORT NISSAN OF MARLOW HEIGHTS**
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

**ATHENS PROGRAM INSURANCE SERVICES**
**C/O SHANNON REGISTER, CLAIMS SPECIALIST**
PO BOX 4111
CONCORD, CA 94524

**ATHENS PROGRAM INSURANCE SERVICES**
**C/O ATHENS ADMINISTRATORS**
PO BOX 4111
CONCORD, CA 94524

**ALLIED WORLD SPECIALTY INSURANCE COMPANY**
**ATHENS ADMINISTRATORS**
9 FARM SPRING ROAD
FARMINGTON, CONNECTICUT 06032-2576

**TEXAS ROADHOUSE, INC.**
8207 TOWN CENTER DR.
NOTTINGHAM, MD 21236

**TEXAS ROADHOUSE OF BALTIMORE COUNTY, MC LLC**
7 ST. PAUL STREET
SUITE 820
BALTIMORE, MD 21202

**TEXAS ROADHOUSE MANAGEMENT CORP.**
7 ST. PAUL STREET
SUITE 820
BALTIMORE, MD 21202

**CSC-LAWYERS INCORPORATING SERVICE**
**C/O TEXAS ROADHOUSE OF BALTIMORE COUNTY, MC LLC**
7 ST. PAUL STREET
SUITE 820
BALTIMORE, MD 21202

CSC-LAWYERS INCORPORATING SERVICE
C/O TEXAS ROADHOUSE
7 ST. PAUL STREET
SUITE 820
BALTIMORE, MD 21202

CSC-LAWYERS INCORPORATING SERVICE
C/O TEXAS ROADHOUSE
6040 DUTCHMANS LANE
LOUISVILLE, KY 40205

CSC-LAWYERS INCORPORATING SERVICE
C/O TEXAS ROADHOUSE MANAGEMENT CORP.
7 ST. PAUL STREET
SUITE 820
BALTIMORE, MD 21202

CSC-LAWYERS INCORPORATING SERVICE
C/O TEXAS ROADHOUSE HOLDINGS, LLC.
7 ST. PAUL STREET
SUITE 820
BALTIMORE, MD 21202

CSC-LAWYERS INCORPORATING SERVICE
C/O TEXAS ROADHOUSE, INC.
8207 TOWN CENTER DR.
NOTTINGHAM, MD 21236

USPS
900 E. FAYETTE STREET, RM 118
ATTN: CLAIMS & LEGAL DEPARTMENT
BALTIMORE, MD 21233

USPS-HEADQUARTERS
470 L'ENFANT PLAZA SW SUITE 604
WASHINGTON, DC 20024

UNITED STATES POSTAL SERVICE
DOMESTIC CLAIMS
PO BOX 80143
ST. LOUIS, MO 63180-0143

**USPS**
5600 SPALDING DR.
PEACHTREE CORNERS, GA 30092

**SERVE ON**: **ALL USPS DEFENDANTS**
**UNITED STATES ATTORNEYS OFFICE**
**U.S. ATTORNEY GENERAL**
36 S. CHARLES STREET
BALTIMORE, MD 21201

## ADDED DEFENDANTS:

1). **RESIDENT AGENT:**
**THE CORPORATION TRUST, INC.**
**C/O ALLY FINANCIAL, INC.**
2405 YORK RD.
SUITE 201
LUTHERVILLE TIMONIUM MD 21093-2264

2). **RESIDENT AGENT:**
**THE CORPORATION TRUST, INC.**
**C/O ALLY FINANCIAL, LLC**
2405 YORK RD.
SUITE 201
LUTHERVILLE TIMONIUM MD 21093-2264

3). **RESIDENT AGENT:**
**THE CORPORATION TRUST, INC.**
**C/O ALLY FINANCIAL, INC. & PASSPORT MOTORS HOLDINGS, INC.**
2405 YORK RD.
SUITE 201
LUTHERVILLE TIMONIUM MD 21093-2264

4). **RESIDENT AGENT:**
**THE CORPORATION TRUST, INC.**
**C/O ALLY FINANCIAL, LLC & PASSPORT MOTORCARS, INC.**
2405 YORK RD.
SUITE 201
LUTHERVILLE TIMONIUM MD 21093-2264

5). **ALLY FINANCIAL, INC. & ALLY FINANCIAL, LLC**
500 WOODWARD AVENUE
DETROIT, MI 48226

6). **ALLY FINANCIAL, LLC**
2405 YORK RD.
SUITE 201
LUTHERVILLE TIMONIUM MD 21093-2264

**NEWLY ADDED ADDITIONAL DEFENDANTS:**

1). **SERVE ON:** **ALL LISTED U.S. GOVERNMENT AGENCIES**
**UNITED STATES ATTORNEYS OFFICE**
**U.S. ATTORNEY GENERAL**
36 S. CHARLES STREET
BALTIMORE, MD 21201

2). **SOCIAL SECURITY ADMINISTRATION-SSA**
**C/O US ATTORNEYS OFFICE**
36 S. CHARLES ST.
BALTIMORE, MD 21201

3). **INTERNAL REVENUE SERVICE (IRS)**
**C/O US ATTORNEYS OFFICE**
36 S. CHARLES ST.
BALTIMORE, MD 21201

4). **SOCIAL SECURITY ADMINISTRATION-SSA**
**C/O US ATTORNEYS OFFICE-SSA GENERAL COUNSEL**
1100 WEST HIGH RISE
6401 SECURITY BLVD.

5). **INTERNAL REVENUE SERVICE (IRS)**
**C/O US ATTORNEYS OFFICE**
1111 CONSTITUTION AVE. NW
WASHINGTON, DC 20224

6). **CONSUMER FINANCIAL PROTECTION BUREAU**
**US ATTORNEYS OFFICE**
36 S. CHARLES STREET
BALTIMORE, MD 21201
**and**

**FEDERAL TRADE COMMISSION**
C/O US ATTORNEYS OFFICE
36 S. CHARLES STREET
BALTIMORE, MD 21201

THE PRENTICE-HALL CORPORATION SYSTEM, MARYLAND
**THE UNITED STATES CORPORATION COMPANY-RESIDENT AGENT**
7 ST. PAUL STREET
BALTIMORE, MD 21202

**EQUIFAX INFORMATION SERVICES, LLC**
1550 PEACHTREE ST, NW
ATLANTA, GA 21202

**RESIDENT AGENT**
CSC-LAWYERS INCORPORATING SERVICE COMPANY
**C/O EQUIFAX INFORMATION SERVICES, LLC**
7 ST. PAUL STREET
SUITE 820
BALTIMORE, MD 21202

**RESIDENT AGENT**
THE PRENTICE-HALL CORPORATION SYSTEM, MARYLAND
**C/O EQUIFAX INC.**
7 ST. PAUL STREET
SUITE 820
BALTIMORE, MD 21202

**EQUIFAX INC.**
32 SOUTH STREET
BALTIMORE, MD 21202

**EQUIFAX CONSUMER SERVICES, LLC**
7 ST. PAUL STREET
SUITE 820
BALTIMORE, MD 21202

**EQUIFAX CONSUMER SERVICES, LLC**
1550 PEACHTREE ST, NW
ATLANTA, GA 21202

**U.S. BANKRUPTCY TRUSTEE**
**HON. PATRICIA B. JEFFERSON, ESQ.**
CHAPTER 7-**Miles & Stockbridge, PC**
100 LIGHT STREET-10TH FLOOR
BALTIMORE, MD 21202

**TWITTER, INC.**
1355 MARKET STREET
SUITE 900
SAN FRANCISCO, CA 94103

**TWITTER RESIDENT AGENT**
**THE CORPORATION TRUST INCORPORATED**
2405 YORK RD.
SUITE 201
LUTHERVILLE TIMONIUM, MD 21093-2264

**CONSUMER FINANCIAL PROTECTION BUREAU**
1625 Eye Street, N.W.
Washington, DC 20006
**and**

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Ave. NW
Washington, DC 20580

ALL DEFENDANTS OR RESPONDENTS ARE BEING SUED AND/OR CLAIMS FILED
IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY-**KNOWN AND UNKNOWN/NAMED
OR UNNAMED**

## PRELIMINARY STATEMENT

1). The Plaintiffs assert that this Honorable Court has subject matter jurisdiction over the

persons, and parties included in this petition. This Complaint is to bring an action to

redress acts, conduct and/or practices of various forms of gross negligence, fraud

against the Defendants and others. This Court has jurisdiction over this case and

parties as to the acts and conduct described herein, **set forth herein**.

2). ## PROCEDURAL AND FACTUAL BACKGROUND

On or about the 31st day of March, 2021 thru 14th day of May, 2021 to date, the Claimant

purchased a 2011 Mercedes Benz USED R-Class vehicle with **VIN#4JGCB5HEXCA146274.**

3). The Plaintiff Cofield used the product or vehicle described above in a reasonably foreseeable manner; and the brakes totally failed as a result of the vehicle having replaced with the WRONG rotors on the rear of the Claimants vehicle, that carried a failed or faulty inspection.

4). The Plaintiff/Claimant Dr. Cofield suffered serious to permanent injuries as described below and his Mother LaVerne Thompson suffered minor pain and suffering, injuries or harm as a result of the defect or failure to inspect the vehicle and all inspection items as required by law before the vehicle was sold. The Plaintiff Cofield used the product or vehicle described above in a reasonably foreseeable manner; and the brakes totally failed as a result of the vehicle having replaced with the WRONG rotors on the rear of the Claimants vehicle, that carried a failed or faulty inspection. The Plaintiff(s) do hereby adopt and incorporate **COUNTS 1 thru 6**, in further support of **COUNT 12**, and says:

The Plaintiff/Claimant Dr. Cofield suffered serious to permanent injuries as described below and his Mother LaVerne Thompson suffered minor pain and suffering, injuries or harm as a result of the defect or failure to inspect the vehicle and all inspection items as required by law before the vehicle was sold. The Amended and/or ADDED Defendants Ally Financial, knew and/or should have known that the vehicle before financing the same was fit to be operated in good to fair condition. These Defendants financed a vehicle that almost killed the Plaintiff(s) Cofield and Thompson that caused permanent injury to Dr. Cofield, but caused a hardship as defined and described in the ORIGINAL/VERIFIED complaint as to the personal expenses paid to repair the vehicle several times and the permanent injuries in financing a vehicle that had a fraudulent state vehicle inspection, which would have discovered that the vehicle had the rotors changed, and someone placed by FORCE, the wrong rotors, which caused the brakes to totally fail

causing serious bodily injuries for life. **The Plaintiff Dr. Keenan Cofield for the past 11 to 15 years off and on has been the victim of massive Identity Fraud and Theft, when many unknown and unnamed individuals has gained access and used in an illegal and unauthorized manner the Name, DOB, Social Security Number, addresses, and MD Drivers License of Plaintiff Dr. Keenan Kester Cofield to file for SSA and IRS tax benefits, numerous tax refunds request have been made in recent years, to include, individuals filing for State Unemployment benefits from Maryland to Oregon. The IRS and Social Security has failed and neglected to protect my information, even with a fraud alert, individuals are able to make IRS tax refunds requests successfully, causing a hardship upon the Plaintiff Cofield who is unable to make any personal tax claims or anyone else I authorize to make a yearly tax claim, because the scammers and fraudsters have already made a claim and received money or benefits in my name under may Social Security Number, and DOB, etc. ,any times over the years. The Plaintiff Cofield has filed Complaints several times with Baltimore County, MD Police, MD State Police, IRS and SSA to NO avail. The Plaintiff Dr. Keenan Cofield, Name but more specifically my social security number, and drivers license have all been compromised to further obtain and change credit cards, bank accounts, all and more the fraudsters have been and continue to be able to use my name, identity, social security and drivers license number like it's FREE. This Plaintiff has suffered economic hardship MENTAL pain and suffering as an end result of no action by these Government agencies to change the Social Security Number and drivers license and other online data in the Plaintiff(s) name. The SSA Defendants have received multiple ALERTS that they believe the Plaintiff Cofield was filing and that someone else has and continues to file fraudulent unemployment claims, to tax**

refunds, open bank accounts and the list goes on and on. They ONLY way to make any adjustment is to CHANGE the Social Security Number of Plaintiff Cofield and his MD Drivers License, and his current social security number be shut down and purged from the system. Exhibit A, page two is a letter from SSA, this is the second such letter or notice I have received from this agency that my name and information has ALERTED SSA that I allegedly filed for UNEMPLOYMENT. Never have I ever filed for any unemployment benefits. Exhibit B, is a 2021, letter from the IRS about an alleged but fraudulent tax refund, which again, I never made NO such claim. Someone fraudulently filed taxes under my Social Security Number this year causing me unable to be claimed myself. Exhibit-C, is an *IRS Identity Theft Affidavit* faxed (2) times to the IRS with attachments. As of this date, never received a call and/or letter. Exhibit D, is a letter and/or documentation from the IRS, whereas someone filed taxes back 2013 in my name. Exhibit E, is copies of various letters from the State of Oregon about unemployment. Plaintiff Cofield has never travelled to or worked in that state. The Plaintiff now finds it necessary as his credit has been affected as well as other issues from the fraudsters using my identity, name, DOB, address, social security name and MD license all have been completely compromised beyond repair.

## STATEMENT OF THE CASE, FACTS AND CLAIMS
### COMPLAINT AND COUNT ONE-NEGLIGENCE

5).    **COME NOW** the Plaintiff(s) Dr. Keenan Cofield, the Supreme GRAND Bishop, and his mother (LaVerne Thompson) and for the cause of action state as follows:

## CAUSES OF ACTION

6). Beginning on or about the 24th day of September, 2021, the Defendants, Respondents, and/or employees, managers, staff, workers, and other officials of

Passport Nissan, Passport MotorCars, Inc. and others thereof, individually, separately and/or jointly, did knowingly, willingly, purposely, negligently, commit some acts or conduct with negligence, malice, deliberate indifference, did commit and/or caused or allowed thereto, to sell a vehicle described above with faulty and/or defective rotors and brakes that failed causing permanent injuries and bodily damages to Claimant Dr. Cofield for life, and did so **without** any or proper inspection of the brakes, rotors on the rear of the vehicle as required by State law, selling a motor vehicle falsifying and/or forging with the intent to deceive the vehicle owner injured the MD Vehicle Inspection Forms committing a fraud that the rotors, brakes and other mechanical products were in excellent condition and the vehicle had passed inspection, knowing that not to be or should have known it to be false.

9). At all times herein mentioned Plaintiff(s) and/or Claimant Dr. Keenan Cofield vehicle was operated in a reasonable and prudent manner, with due caution and regard for the motor vehicle laws of the State of Maryland. **Defendants/Respondents Passport Nissan had a duty to Plaintiffs/Claimant Cofield and Thompson to act reasonably**. **Respondents Passport Nissan breached that duty**.

10). Plaintiff(s) suffered injuries because of the WRONG rear rotors of vehicle.

11). At all relevant times, Plaintiff(s) exercised due care for Plaintiff Cofield and his mother (LaVerne Thompson) safety.

12). As a direct and proximate cause of the negligence of Defendants/Respondents Passport Nissan and its agents, employees action, Plaintiffs suffers from permanent physical injuries, conscious mental anguish, pain and suffering in the past and in the future, past medical expenses and future medical expenses.

and

12a). All of the above damages were directly and proximately caused by the aforementioned negligence of Defendants/Respondents Passport Nissan, and were incurred **without** contributory negligence, or assumption of the risk on the part of Plaintiff/Claimant Cofield, or an opportunity for Plaintiff/Claimant Cofield to avoid the accident.

## 13). On **September 24, 2021 @ 3:00 on Pulaski Hwy. (SECOND MVA)-**Vehicle history-The Injured party Dr. Keenan Cofield, purchased a 2012 Mercedes-Benz/R-Class. The vehicle was allegedly State inspected. The vehicle was purchased from PASSPORT NISSAN, Suitland, MD. 301-423-8400. For several weeks after purchase of the vehicle, there was rear noises with the brakes. After many weeks and phone calls to the dealership, I was able to get the vehicle inspected and determined the rear brakes needed **Both rear brake rattle clips**. The repairs occurred on 05/28/21. **Not known at the time, the rear brake rattle clips needed to be changed because of the wrong rotors on the rear of the alleged inspected and faulty sold vehicle.**

14). The noise returned, but not as bad on both sides. On September 24, 2021, at around 3:00 pm on Pulaski Hwy. My 82 year old mother (LaVerne Thompson) was in the vehicle. The brakes failed totally, so immediately as a trained first responder, I located a soft landing spot to stop and slow down the vehicle. I took the vehicle to a high curb causing the greater impact to be on the left or driver side, used my forearm to brace myself against the steering wheel and hit the curb causing my head, neck and other body parts to make a whip lash or neck popping movement, rocking or snapping back and forth quickly. There was NO immediate discomfort **until** hours later when I could not move. I applied various medications to the affected areas and took pain and other meds until I could be seen. My FIRST medical exam for the second MVA was 09/27/2021.

### TOTAL BRAKE FAILURE-WITH INJURIES

15). On 09/29/2021, the vehicle was taken to MONRO BRAKE CENTER on 7870 Eastern Ave. Baltimore. Before any repair work was done pictures were taken at various angles while the brakes what was left were still intact. MONRO determined and placed in their Invoice and notes that the vehicle brakes failed on both sides and the rear right caliper piston failed and the right side rear brake pad was totally missing which can be seen in photos taken. I was in possession of those original brakes as evidence. The total costs for those total REAR brakes, new rotors repair was **$1,068.70**, and **$799.94** for the FRONT brakes and new rotors.

16). Because of wear and tear on front brakes and rotors due to rear problems the front brakes and rotors had to be fully replaced.

17). On 11/06/2021, Mr. Chester General Manager of Passport Nissan denied my claim just relating to the reimbursement of my expenses.

18). The MVA caused me to miss two Federal bankrupties and civil case deadlines because I **was not** able to prepare responses as Ordered by those Judges, to date. Millions of dollars were at stake. Additionally, I have lost tens of thousands to several hundred thousand in contracts dollars and various works directly from the September 24, 2021 MVA accident. Some of my injuries are permanent with the pains and I may *never* be the same. Including not being able to drive or the fear of driving haunts me, always wondering of the brakes will fall again. Often my daughter and/or brother drive me to most places.

19). As indicated previously I am totally unable to work or function at all at **any** level. Preparing this took me almost a week or more finding the strength was not easy, and the assistance of my Clerk. **A Claim and accident report was made to GEICO my insurance carrier.**

# CURRENT AND ON-GOING LISTINGS OF PRIMARY, TREATING, EXAMINING AND MEDICAL SPECIALISTS WITH NUMBER OF VISITS OF PATIENT DR. KEENAN COFIELD ASSOCIATED WITH OR SUSTAINED FROM MVA PERMANENT INJURIES AND IMPAIRMENTS

20). Dr. Cofield has (22)-visits to ***Physical Therapy*- Cofield is being treated for injuries to his Neck, back, lower back, TMJ, both right and left Shoulders and both hands.**

**NOTE: All treating and examining physicians recommended and have expanded PT six (6) times for various other parts of the body due to pain and need for further PT treatments.**

Dr. Cohen terminated and/or temporarily discontinued (PT) due to pain and further injury to Dr. Cofield **until** surgery is performed on both right and left rotator cuffs.

21). (25)--***Psych and Pain Management*** visits—**Dr. Cofield has been diagnosed with PTSD, depression, anxiety, adjustment disorder, pain, Insomnia.** Dr. Cofield was prescribed Escitalopram 10MG Tablets for anxiety, depression, on or about **11/10/2021**, by Dr. C. Nwachukwu, at Aspire. Medstar Family Health Center upgraded patient Dr. Cofield psych referral is now being seen by Velma Viloria-Gragoa, MD (Psychiatrist) at MedStar Behavioral Health Center beginning **01/14/2022**. (1)-Visit… Dr. Viloria-Grageda, underline concurred with the diagnoses of Aspire psych officials. Dr. Viloria prescribed Trazodone  50mg ***every*** night for depression and sleep for Dr. Cofield.

22). ***Neurology*** (8)-visits—**Dr. Deidre J. Ammah, MedStar Neurologist** ruled and diagnosed Dr. Cofield with radiculopathy/cervical region, neuropathy, abnormal NCS & EMG, Cofield has severe to permanent damage to tendons, nerves and muscles upper body, herniated and bulging discs . In ability to HOLD items in either hand can be difficult at any time, caused from MVA. Numbness, tingling and swelling of both hands occurred after the accident and no previous issues prior thereto. **Surgery is required for the C-3, C-4, C-5, C-6, and C-7 discs.**

**Dr. Ammah, MD referred Dr. Cofield to Dr. Zeena Dorai, a neck and spine specialist for further evaluation, on 12/13/2021, for 01/27/2021 exam.**

23). · **PATIENT SLEEPS IN CHAIR BECAUSE OF VARIOUS PAINS & INJURIES**

Patient Dr. Cofield is unable to sleep in his bed any longer due to his injuries from MVA pains suffered and sustained.

24). *Orthopedic* (8)-visits—**Dr. Alaee, MD, a MedStar orthopedic specialist,** diagnosed Dr. Cofield with Complete rotator cuff tear of left shoulder. Dr. Alaee, injected Dr. Cofield with a corticosteroid injection in left shoulder. Since this report, Dr. Cofield was ordered a MRI in the Right shoulder due to severe pain recently and it appears there is tendon tear and damage to the right side.

**Dr. Alaee,** determined that the first MVA on or about 07/20/2021 caused damage to the Left rotator cuff. It is possible the first MVA accident caused rotator cuff damage and injuries to Cofield on both Right and Left sides of shoulders and arms. A MRI determined the Right shoulder findings indicated rotator cuff injury, right shoulder.

25). *Orthopedic Surgeon*- **(4) visit-Dr. Cohen**
Was examined by Dr. Cohen Orthopedic Surgeon on 12/22/21, who confirmed the rotor cuff tear on the Right side Shoulder, as well as the left. Dr. Cohen administered a cortisone shot or injection into my right shoulder for pain**.**

26). *ENT/TMJ injury*- (4) visit—**On 11/30/21, Dr. Alan H. Shikani, ENT specialist examined Dr. Cofield due to swelling and often lockjaw on left side. Dr. Shikani, fully examined Cofield and immediately determined Dr. Cofield had a permanent TMJ injury stemming from the Second MVA on September 24, 2021. The Family Health Center referred Dr. Cofield to the ENT Center for further evaluation for TMJ. Follow-up on 12/30/21.**

**NOTE: It was highly recommended that Dr. Cofield injuries are very serious and is a life changer as to his diet and many foods he can NO longer consume or eat.** Dr. Cofield can NO longer eat apples and many meats to foods which require chewing, is ***prohibited*** and will cause further permanent damage to the jaw.

27). *FAMILY HEALTH CENTER-AFTER* HOURS REPORTS-(13) calls or visits

28). **FRANKLIN SQUARE HOSPITAL (ER) (4)** visits

29). **Family Health Center**—visits--(19)-Received shot in Right arm due to severe pains, and unable to move arm, etc. on 12/08/2021. On 12/29/21, Dr. Pristell issued a indefinite NO work letter, for Dr. Cofield.

**SPECIAL DISABILITY OUT OF WORK REPORT--However on 12/22/2021, Dr. Kelsey Chmielewski, DO because of the MVA injuries and permanent damage to impairments, "the patient has limited use of upper extremities which interferes with functionality at work and he unable to return."**

30). **MedStar URGENT Care**—(8) visits

31). *Family Health Center*-OMT Clinic/Specialty Treatment-(5) visits---Dr. David Pierre, and Stephen C. Kane, diagnosed Dr. Cofield with the following:

Spasm of thoracic back muscle
Cervical somatic dysfunction
Somatic dysfunction of thoracic region
Somatic dysfunction of upper extremity region
Somatic dysfunction of lumbar region-All associated with MVA accident.

32). ***Choice Pain & Rehab Center***-(1) visit-Dr. Cofield was seen and examined at Choice Pain & Rehab Center for a Second Opinion and further specialized treatment on 12/28/21. Because of back, neck and bulging & herniated discs Dr. Cofield will be seen for a *epidural injection* on 1/26/22. It has been recommended Dr. Cofield will require multiple surgeries to his discs beginning this year.

33). **MEDICAL DEVICE LISTINGS DUE TO MVA INJURIES AND PERMANENT DAMAGE**

**PLAINTIFF DR. COFIELD HAS MORE THEN 50 TO 100 MORE VARIOUS ON-GOING AND CONTINIOUS MEDICAL TREATMENTS, CARE FOR PAINS, PERMANENT DAMAGES AS A**

**RESULT OF THIS ACCIDENT INCLUDING THE DISCOVERY OF POST CONCUSSION SYNDROME DIAGNOSES AND MILD STROKE ASSOCIATED WITH THIS MVA**

NOTE: Dr. Cofield has been prescribed the following medical devices for support due to his many injuries, impairments, and damages sustained as a result of a MVA, by Defendant/Respondents:

1). Cervical Collar/Neck Brace-Wear at night
2). Back Brace
3). Both Hand Braces
4). Mouth Guard-at night-NEW-ENT Dr.
5). Left Arm Sling

<u>**DAMAGES**</u>

<u>**LISTINGS OF MEDICAL DIAGNOSES DUE TO MVA BODILY INJURIES AND PERMANENT DAMAGE TO IMPAIRMENTS RELATING TO MVA ON SEPTEMBER 24, 2021-BRAKE FAILURE-VEHICLE SOLD AND OPERATED WITH WRONG ROTORS ON REAR**</u>

34). Adjustment disorder with mixed anxiety and depressed mood-MVA
Adjustment disorder with disturbance of emotion-MVA
Anxiety disorder-MVA
Back spasm-MVA
Bulging & Herniated disc, cervical region, C-3-C-4, C-4-C-5, C-5-c-6, C-6-C-7-MVA
Carpal tunnel syndrome
Cervical disc disease-MVA
Cervical radiculopathy-MVA
Cervical stenosis of spine-MVA
Cervical somatic dysfunction-MVA
Complete rotator cuff tear of left shoulder
Depression-MVA

Epidural Injection for pain back/spine
Impingement syndrome, shoulder, Right-MVA
Impingement syndrome, shoulder, Left-MVA
Insomnia-MVA
Lumbar herniated disc
Lumbar radiculopathy
Motor Vehicle accident
Neck pain
Numbness and tingling of both right and left hands-MVA
Parenthesis of hands, bilateral
Permanent injury, damage or impairments to nerves, tendons, and muscles-MVA
PTSD-MVA
Rotator cuff tear of right shoulder-MVA
Shoulder pain, Right-MVA
Shoulder pain, Left-MVA
Sensorimotor neuropathy-MVA
Somatic dysfunction of thoracic region-MVA
Somatic dysfunction of upper extremity region-MVA
Somatic dysfunction of lumbar region-MVA
Shoulder pain, left-MVA
Spondylosis of cervical spine-MVA
Temporomandibular joint (TMJ) pain
Upper back pain-MVA

35). The Defendants or Respondents at Passport Nissan owed a duty of care to the claimant/vehicle owner, to be able to operate a used vehicle that is safe to operate in a reasonable and prudent manner.

36). The Crash and brake failures was directly and proximately caused by the negligence of Passport Nissan, their employees, staff, and others who's failure to inspect the vehicle the wrong rotors which caused the brakes to fail before selling of the vehicle the subject of this Claim.

37). Plaintiff(s) personal injuries were directly and proximately caused by Passport Nissan agents and employees negligence. Plaintiffs/Claimant suffered serious, painful

and permanent bodily injuries, great physical pain and mental anguish, serve emotional distress, as Plaintiff or Claimant Dr. Keenan Cofield is not able to go back to work and is precluded from engaging in normal activities and pursuits, including a loss of ability to earn any and actual earnings from his brand NEW non-profit organization, to other business interests, etc..

38). Defendants and/or Respondents of Passport Nissan is liable for Plaintiff(s) injuries and damages sustained, pain and suffering, and all other elements of damages allowed under the laws of the State of Maryland.

39). Defendants or Respondents of Passport Nissan and their agents thereof, conduct and actions evidence of bad faith, and negligence were and are stubbornly litigious, and have caused Plaintiff(s) undue expense.

## COUNT 2

### COMPLAINT FOR FAILURE TO PROPERLY TRAIN AND SUPERVISOR

40). The Plaintiff(s) do hereby adopt, reassert and incorporate paragraphs 1-39, in further support of **COUNT 2**, and says the following:

41). The Plaintiffs state that the Defendants **each** failed to train and/or properly train and Supervisor Defendants Respondents of Passport agents, employees of their policy and State laws which states and/or mandates that every time any vehicle before it is sold and released, **must** be inspected, according to state law. If the Respondents of Passport had conducted a legally proper and accurate inspection of the rotors and brakes that would have discovered the vehicle was sold with the wrong rotors that caused total brake failure with serious and permanent injuries to Claimant Cofield for life.                              **COUNT 3**

## COMPLAINT FOR NEGLIGENT ENTRUSTMENT

42). The Plaintiff(s) do hereby adopt, reassert and incorporate paragraphs 1-41, in further support of **COUNT 3**, and says the following:

43). The injuries, harm, and damages were incurred by the Plaintiffs/Claimants as a result of the sale of a vehicle that had not been properly or legally inspected that had the wrong rear rotors on it which caused the rear brakes to totally fail and fronts brakes and rotors had to be replaced because of wear and tear from the back brakes.

44). The Defendants/Respondents knew, or should have known that Plaintiff/Claimant Dr. Cofield would likely to operate a motor vehicle they sold to Claimant that would or could operate in a faulty, negligent and reckless manner causing possibly serious or permanent injuries which is the case at bar.

45). As a direct result of Defendants/Respondents negligently entrusting the un or improperly inspected vehicle selling the defective vehicle to Plaintiff/Claimant Cofield, based upon falsified and/or false MD Motor Vehicle Inspection records such negligence caused serious and permanent bodily injuries to Claimant Dr. Cofield, who did suffer the injuries, damages, and harm as previously described in paragraphs 1-44 of this Claim.

## COUNT 4, 5 AND 6

### COMPLAINT FOR STRICT PRODUCT LIABILITY
### COMPLAINT FOR DEFECTIVE AUTO, BREACH OF WARRANTY, MOTOR VEHICLE WARRANTY, BREACH OF CONTRACT

46). The Plaintiff(s) do hereby adopt, reassert and incorporate paragraphs 1-45, in further support of **COUNT 4**, and says the following:

47). At all ties mentioned in this Claim or Complaint, the motor vehicle described herein and later sold to Plaintiffs/Claimant with defective rear rotors and brakes as to the wrong rotors were placed on the vehicle when the last owner and/or Respondents needed to repair the vehicle, causing the vehicle, rear brakes and rotors to be in a dangerous and defective condition that made the vehicle unsafe for their intended use and sale.

48). As a direct and proximate result of the wrong rotors on the rear of the above described vehicle with defective rotors causing a total break failure, Plaintiff/Claimant suffered serious injuries, damages, as outlined above herein which caused or resulted in loss of wages, pain and suffering, permanent disability, medical expenses and mountains of losses in the millions of dollars. Plaintiff/Claimants was damaged by said defects. Plaintiff/Claimant was damaged by said breach of the implied warranties and is entitled to recover therefor. The Respondents of Passport Nissan failed to repair the defects and/or properly inspect the vehicle before it was sold as is as the express warranties and contracts were breached causing the defects to cause serious to permanent injuries to Plaintiff/Claimant, therefor causing the warranties to fail to perform and protect the Claimant Cofield, or fulfill the intended purpose, and the Plaintiff/Claimant Dr. Cofield has consequently been damaged, and Plaintiff pr Claimant is entitled to recover.

49). The Defendants/Respondents failed to and had several opportunities to cure or fix the defects. The Defendants/Respondents of Passport Nissan failed to make the vehicle for the purpose for which it was sold and intended, was sold as is with the wrong rear rotors that caused serious and permanent injuries to Dr. Cofield for life.

Claimant has the original photos of the vehicle before, during and after the brakes were removed in a safe secured location. Claimant also has photographs of the entire location of the brake failure and mountains of medical reports, MRI's and other reports are continuing in nature. Plaintiff/Claimant also has photographs that show when the brake likes came on and brake fluid levels at time of brake failure and accident.

50).
# COUNT 7, 8, 9, and 10
## JOINT STATEMENT OF THE CASE AND FACTS
## COMPLAINT FOR STRICT PRODUCT LIABILITY/COMPLAINT FOR NEGLIGENCE/BREACH OF WARRANTY/BEACH OF CONTRACT & NEGLIGENCE PER SE

51). The Plaintiff(s) do hereby adopt, reassert and incorporated paragraphs 1-56, in further support of **COUNTS 7, 8, 9, AND 10**.

## The Salmonella Bacteria/Food Poisoning

52). Salmonella and/or Food Poisoning is the second most common intestinal infection in the United States. More than 7,000 cases of *Salmonella* were confirmed in 2009; however, most cases go unreported. The Centers for Disease Control and Prevention estimates that over 1 million people in the U.S. contract Salmonella each year, and that an average of 20,000 hospitalizations and almost 400 deaths occur from Salmonella poisoning, according to a 2011 report.

53). Salmonella infection usually occurs when a person eats food contaminated with feces of animals or humans carrying the bacteria. Salmonella or food poisoning outbreaks are commonly associated with eggs, meat, and poultry, but these bacteria can also contaminate

7other foods such as fruits and vegetables. In this case, it was fairly uncooked contaminated

beef that had been exposed, for many days or hours before it was cooked or prepared.

54). Symptoms of Salmonella infection, Salmonellosis, or food poisoning, range widely and

sometimes absent altogether. The most common symptoms include diarrhea, abdominal

cramps, and fever. The Plaintiff Nedd had all those including back pains, nausea, vomiting,

headaches, body aches, which began around 2 to 4 hours after attempting to each the

contaminated foods or steak, on the evening on or about the 2nd day of April, 2022. Typical

Symptoms of food poisoning or Salmonella appear 6 to 72 hours after eating contaminated

food and last for 3 to 7 days.

55). Plaintiff Kayla Nedd, contacted me Dr. Keenan Cofield about what she had ate, the pain

and discomfort, the headache and other symptoms intensified and increased. Kayla was first

taken to Franklin Square Hospital in (Baltimore) on April 3, 2022, for treatment for

complications from Salmonella, gastroenteritis. Various tests were conducted, Zofran 4mg oral

tablet was ordered. **I took Kayla to the ER.**

56). The Plaintiff missed 4 plus day worth or work at over $100 a day.

57). Plaintiff Nedd continued to have complications and sickness, which now required a

SECOND visit to URGENT care on April 5, 2022, for further evaluations as all noted pains,

suffering was persistent and Kaylas pain was unbearable. The doctors at URGENT CARE

concluded Kayla suffered and had contracted food poisoning. Plaintiff Ned stayed in my care for

almost a week because she was unable to care for herself.

## STRICT LIABILITY

58). The food product at issue in this suit was designed, manufactured, constructed, marketed, prepared and cooked and/or distributed by and through the Texas Roadhouse Defendants and other agents on their behalf.

59). The food product in question remained unchanged from the time it was originally manufactured, distributed, and sold by the Defendants until it reached Kayla Nedd. The product and conditions were defective and in an unreasonably dangerous condition when it left, but was not properly stored, prepared and cook when it was in the hands of the Defendants named herein Texas Roadhouse and always remained defective and further unreasonably dangerous thereafter after the Plaintiff took photos of where this steak was exposed until it ultimately caused the Plaintiff damages.

60). At the time the steak food product left control of the Defendants Texas Roadhouse, it was defective and unreasonably dangerous in that it **was not** adequately manufactured, prepared, cooked to minimize the risk of injury or death.

61). The above unreasonably dangerous defects, among others, in the product in question were the proximate and producing cause of the Plaintiff Nedd damages.

## NEGLIGENCE/NEGLIGENCE PER SE

62). Defendants owed a duty to the Plaintiff to take reasonable care to prevent the manufacture, distribution, and sale of food products contaminated with Salmonella, E. Coli, or other foodborne pathogens. The Texas Roadhouse Defendants owed a duty to the Plaintiff to maintain their premises, equipment, and facilities, and supervise their foods and employees, in a reasonable manner to prevent the contamination of the food products they store, cook, prepare for sale and distribution. Defendants owed a duty to the Plaintiff to comply with all

applicable laws and regulations relating to the manufacture, distribution, and sale of food,
requiring that such food be FREE of pathogens, and unadulterated.

63). Defendants breached these duties. The breach of these duties was the proximate cause of
the Plaintiff's Nedd injuries. Plaintiff Nedd was among the class of persons, namely consumers,
intended to be protected by laws related to the manufacture, distribution, and sale of food that
was free from pathogens and unadulterated.

# COUNT 11
## NEGLIGENCE AND FRAUD
### ALL U.S.P. S. AND UNITED STATES GOVERNMENT DEFENDANTS

64). On or about the 24th day of July, 2021, I purchased a Apple IPhone from T-Mobile, for the
total price of $1,099.99. The package was mailed by 2-Day Priority with **TRACKING
NUMBER:9505511796611205751006.** The package was intended for Cheneye Frank. It was
later determined the phone had been stolen by an unknown person appeared and **was not**
questioned, and the package was given to a thief. A local police report, and report was filed
with the USP Inspector Offices. The Plaintiff Dr. Cofield filed a timely claim. It was denied. These
Defendants were negligent in their actions in allowing some unknown person take possession
of the package and the intended person never received the phone. The Plaintiff replaced the
phone at his own expense, but was afraid to resend the phone a second time because of fear it
would not make it again to the intended person.

**WHEREFORE**, the Plaintiff seeks judgment for losses, damages, theft which is a crime and for
pain and suffering and inconvenience in the amount of $12,000 dollars in Compensatory
Damages and $75,000 in Punitive Damages against the U.S. Defendants, or **BEST OFFER.**

# COUNT 12

65). The Plaintiff Cofield used the product or vehicle described above in a reasonably foreseeable manner; and the brakes totally failed as a result of the vehicle having replaced with the WRONG rotors on the rear of the Claimants vehicle, that carried a failed or faulty inspection. The Plaintiff(s) do hereby adopt and incorporate **COUNTS 1 thru 6**, in further support of **COUNT 12**, and says:

The Plaintiff/Claimant Dr. Cofield suffered serious to permanent injuries as described below and his Mother LaVerne Thompson suffered minor pain and suffering, injuries or harm as a result of the defect or failure to inspect the vehicle and all inspection items as required by law before the vehicle was sold. The Amended and/or ADDED Defendants Ally Financial, knew and/or should have known that the vehicle before financing the same was fit to be operated in good to fair condition. These Defendants financed a vehicle that almost killed the Plaintiff(s) Cofield and Thompson that caused permanent injury to Dr. Cofield, but caused a hardship as defined and described in the ORIGINAL/VERIFIED complaint as to the personal expenses paid to repair the vehicle several times and the permanent injuries in financing a vehicle that had a fraudulent state vehicle inspection, which would have discovered that the vehicle had the rotors changed, and someone placed by FORCE, the wrong rotors, which caused the brakes to totally fail causing serious bodily injuries for life.

# COUNT 13
# COMPLAINT FOR NEGLIGENCE, FRAUD, IDENTITY FRAUD, ID THEFT, VIOLATION OF PRIVACY ACT, ETC. AGAINST SSA AND IRS, JOINTLY

66). The Plaintiff Dr. Keenan Cofield for the past 11 to 15 years off and on has been the victim of massive Identity Fraud and Theft, when many unknown and unnamed individuals has gained access and used in an illegal and unauthorized manner the Name, DOB, Social Security Number, addresses, and MD Drivers License of Plaintiff Dr. Keenan Kester Cofield to file for SSA and IRS tax benefits, numerous tax refunds request have been made in recent years, to include, individuals filing for State Unemployment benefits from Maryland to Oregon. The IRS and Social Security has failed and neglected to protect my information, even with a fraud alert, individuals are able to make IRS tax refunds requests successfully, causing a hardship upon the Plaintiff Cofield who is unable to make any personal tax claims or anyone else I authorize to make a yearly tax claim, because the scammers and fraudsters have already made a claim and received money or benefits in my name under may Social Security Number, and DOB, etc. ,any times over the years. The Plaintiff Cofield has filed Complaints several times with Baltimore County, MD Police, MD State Police, IRS and SSA to NO avail. The Plaintiff Dr. Keenan Cofield, Name but more specifically my social security number, and drivers license have all been compromised to further obtain and change credit cards, bank accounts, all and more the fraudsters have been and continue to be able to use my name, identity, social security and drivers license number like it's FREE. This Plaintiff has suffered economic hardship MENTAL pain and suffering as an end result of no action by these Government agencies to change the Social Security Number and drivers license and other online data in the Plaintiff(s) name. The SSA Defendants have received multiple ALERTS that they believe the Plaintiff Cofield was filing and that someone else has and continues to file

fraudulent unemployment claims, to tax refunds, open bank accounts and the list goes on and on. They ONLY way to make any adjustment is to CHANGE the Social Security Number of Plaintiff Cofield and his MD Drivers License, and his current social security number be shut down and purged from the system.

67). Exhibit A, page two is a letter from SSA, this is the second such letter or notice I have received from this agency that my name and information has ALERTED SSA that I allegedly filed for UNEMPLOYMENT. Never have I ever filed for any unemployment benefits. Exhibit B, is a 2021, letter from the IRS about an alleged but fraudulent tax refund, which again, I never made NO such claim. Someone fraudulently filed taxes under my Social Security Number this year causing me unable to be claimed myself. Exhibit-C, is an *IRS Identity Theft Affidavit* faxed (2) times to the IRS with attachments. As of this date, never received a call and/or letter. Exhibit D, is a letter and/or documentation from the IRS, whereas someone filed taxes back 2013 in my name. Exhibit E, is copies of various letters from the State of Oregon about unemployment. Plaintiff Cofield has never travelled to or worked in that state. The Plaintiff now finds it necessary as his credit has been affected as well as other issues from the fraudsters using my identity, name, DOB, address, social security name and MD license all have been completely compromised beyond repair.

68). WHEREFORE, the Plaintiff Dr. Keenan Cofield seeks Judgment and Damages in the amount of $5,000,000 in Compensatory Damages and $2,500,000 dollars in Punitive Damages against each named Defendant herein, as to COUNT 13. That the Court Order IRS and SSA to delete and purge from its records the Plaintiff Dr. Keenan Kester Cofield name associated with Social Security Number 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, permanently, that the Social Security is FOREVER BLOCKED from

any further uses and is no longer recognized by SSA, IRS or any other state to federal agency, is

that social security number and other relevant information has been compromised, effective

immediately. That the IRS and SSA shall fully RESTORE to the Plaintiff Dr. Keenan Kester Cofield,

any and all benefits lost as a result of being a victim of ID fraud and the illegal and unauthorized

use of his name, DOB, but more specifically his Social Security Number and MD drivers license.

69). That the Court shall enter an immediate TRO and/or Injunction, and/or any Declaratory

Judgment to Orders to effective ensure this relief is carried out s set forth above and the

Plaintiff Cofield is fully protected going forward. Order, that these Defendants did fail to protect

the privacy rights and government information associated with Plaintiff Dr. Keenan Cofield, and

further violated the Plaintiff Cofield rights, from due process of law to equal protection of the

law. **Plaintiff Dr. Keenan Cofield is willing to discuss and settle this matter with the United States government. Plaintiff seeks any and all other Relief this Honorable Court deem to grant and/or award to the Plaintiff Cofield as to Count 13 and others of the U.S. Defendants.**

## DAMAGES

70). As a result of their injuries, the Plaintiff **Nedd** seek monetary

damages to compensate them for the following elements of damages:

a). The Plaintiff Nedd seeks Compensatory Damages in the amount of

$150,000 dollars against the Texas Roadhouse Defendants and

$250,000 dollars in Punitive Damages.

b). The Plaintiff Nedd seeks lost wages in the amount of $500.00.

c). Plaintiff Nedd seeks Pain and Suffer damages in the amount of $175,000 dollars against these same Defendants.

d). Reasonable and necessary medical care and expenses in the past, and/or that will incur in the future;

e). Physical pain and suffering in the past and/or in the future;

f). Mental anguish in the past and future in the amount of $75,000 dollars;

**80). Plaintiff(s) are willing to discuss any reasonable and fair settlements offers.**

**81). DEMAND TRIAL BY JURY ON THIS COUNT AS WELL INVOLVING THESE DEFENDANTS.**

82). <u>**RELIEF REQUESTED**</u>

A). The Plaintiffs demand and seek judgment in their favor for **$3,500,000 million Dollars** in **Compensatory Damages <u>against each</u>** Defendant(s) and **$10,000,000 million Dollars** in **Punitive Damages <u>against each</u>** Defendants named herein for **COUNTS 1-6, and 12**, separately and independently. The negligence by these Defendants caused a financial hardship upon the Plaintiff Dr. Keenan Cofield, leaving him with permanent injuries and over $100,000 in medical bills and **have not** even had

the required multiple surgeries needed, which could run into the millions of dollars.

Request that these Defendants of Ally Financial pay the victims vehicle off in FULL and

correct any and all credit reports as PAID IN FULL in GOOD STATIS, OR BEST

OFFER. This is in addition to the RELIEF requested against this Defendants. The

Plaintiff has the original brakes and rotors taken off the vehicle, as well as the original

photos at each stage of the repairs conducted.

83).                         **AMENDED RELIEF**

B). Plaintiff(s)/Claimant Dr. Keenan Cofield and mother LaVerne Thompson
demands against Passport Motors, and any and all other Passport Defendants to
and is entitled to recover for and/or **BESTOFFER in the amounts set forth below**:

LaVerne Thompson **only** seeks damages for pain and suffering of **$25,000 dollars**
for being 82 years old in the front passenger seat when the brakes failed.

Pain and Suffering-**MD Maximum-$905,000 dollars**
Personal injuries-**$15,000,000 dollars**
Past, present, and future pain and suffering-**$2,500,000 dollars**
Disability-**$20,000,000 dollars**
Emotional distress-**$5,000,000 dollars**
Disfigurement-**$15,000,000 dollars**
Mental Anguish-**$2,500,000 dollars**
Loss of capacity for the enjoyment of life-**$15,000,000 dollars**
Economic losses-**$2,000,000 dollars**
Incidental expenses-**$350,000 dollars**
Past, present, and future medical expenses-**$2,500,000 dollars**
Lost earnings-**$10,000,000 dollars**
Loss of earning capacity-**$10,000,000 dollars**
Permanent injuries-**$15,000,000 dollars**
Consequential damages-**$1,000,000 dollars**

Loss of Court Bankruptcy Orders and Court Judgments-Appeals, etc.-**$5,000,000 dollars**
**Repair Bills for brakes and rotors-$1870.00.**

C). **AMENDED ADDITIONAL RELIEF-Plaintiffs/Claimants demand that the Respondents of Passport Nissan fully pay off Claimants vehicle that is left on the loan pending. Approximately $15,000 dollars.**

D). **Medical bills are between $75,000 and $100,000 dollars plus and continuing for life.**

E). **DEMAND FOR TRIAL BY JURY ON ALL COUNTS, ALL ISSUES, ALL PARTIES PURSUANT TO MD RULES 2-503(a), and (b).**

F). The Plaintiff(s) and his mother losses were, are and will be due to the carelessness and negligence of Defendants/Respondents **Passport Nissan** employees, salespersons, and agents staff, **without** any negligence or want of due care on the Plaintiff(s) part contributing to harm done. Plaintiff Dr. Cofield is now a forced **disabled** psych doctor, personal injury & Domestic Urban Terrorism expert, International News Director and MD State Lobbyist.

G). **The Plaintiff(s) where applicable seek and DEMAND that this Complaint and/or Amended Complaint be treated as a Complaint for Injunctive Relief and Declaratory Judgment Relief, JOINTLY in invoked, under State and federal acts, jointly.**

84). **CONTINUED WITH COUNT 14....**

# COUNT 14

**84). Plaintiff(s) Dr. Keenan Cofield, ONLY**, do hereby adopt each and every previous statement made in the Original Complaint-COURTS JURISDICTION to now further Amend and/or Supplement this section with the following and says, from paragraphs 1-83:

85). The Plaintiff(s) action now includes violations under the Sherman Antitrust Act 15 U.S.C. 1, and 15, 18 U.S.C. 1961, et. seq., a federal crime for relief under 15 U.S.C. 1 and 15, and FTC Act, 15 US.C. 44, 15 U.S.C. 53(b), 1607(c), 1693(c), Section 5(a) of the FTC Act, 15 U.S.C. 45(a) and the Lanham Act under section 32, 15 U.S.C. 1114, 1121, and 1125(a)(b)(c) and (d), state law trademark dilution, and common law trademark infringement claims, 28 U.S.C. 1331, 1338, unfair competition, MD state tradename violations and section 43(a) to obtain preliminary and permanent injunctive relief, rescission and corrective advertising order for certain specific Defendants TWITTER, to discontinue their unlawful acts of false advertising, willful copyright infringement, wrong restraint of trade, unfair competition and deceptive trade practice in commerce, restitution, Court's Order branding Defendant's advertising as false and misleading, damages and other equitable relief for Defendants acts, practices and conduct violate state and federal laws. This court has jurisdiction over the various Supplemental/Pendent State Claims, Herein Defendants Twitter has and continues to aid and abet in an unlawful monopoly, by the use of a materially false information that violates and infringes upon the copyrights, trademarks, and tradenames and other protections in the names and/or intellectual properties owned by the Plaintiff Cofield, and not Twitter. Defendants Twitter know and/or knew the claims in question were false and has the design and intent to mislead, confuse, and deceive the public, business world and commerce actors of its site. The Plaintiff(s) have also included

the **MD Lemon Law Act, Motor Vehicle Warranty Act, and the Magnuson Moss Act** in the

Original, and Amended Complaint, though not these Counts.

**VIOLATIONS OF SECTION FIVE OF THE ACT**

86). Section 5(a) of the FTC Act, 15 U.S.C. 45(a), **"prohibits unfair and deceptive acts or**

**practices in or affecting commerce. Misrepresentations or omissions of material facts**

**necessary to prevent misleading consumers constitute deceptive acts or practices prohibited**

**by Section 5(a) of the FTC Act.**

## COUNT 15

## Infringement of State and/or Federal Tradename, Trademark and Service Marks
## (Fraudulent Deceit, Deceptive Acts & Practices)

87). The Plaintiff(s) Dr. Keenan Cofield sets forth the following as to their Amendment and/or

Supplemental of these Defendants to the **entire** [Original, Amended and/or Supplemental

Complaints of Record jointly], to include **but not** limited to each and every allegation contained

in paragraphs 1-84, as the same force and effect as if the allegations and claims were fully set

forth incorporate these paragraphs below in further support of **COUNTS 14** and Defendants as

mentioned and Amended, and says:

a). Plaintiff Dr. Keenan Cofield, Dr. Keenan Kester Cofield, also Sir. Lord Keenan Kester Cofield,

who's name or names are properly and/or legally organized and recognized as a protected

member of society, class, person and entity in the State of Maryland to federally registered in

real and common law are names and marks in commerce to registered domain names and

business names with EIN's, in connection with virtually all of its products and services, including

search engines, and connections to and with the internet and world wide web.

b). The Defendants Twitter, Inc. knew and/or should have known the Plaintiff described herein had both actual and constructive knowledge of Plaintiff's ownership and rights in its state and federally registered names and marks prior to Defendants Twitter infringing use of and/or allowing other parties in an illegal and unauthorized manner access and the unlawful right to use those names and marks in violation of Plaintiff(s) tradename, trademarks and other copyright protections the Plaintiff enjoys in the same illegal used in a fake and illegal posting and Twitter advertising or advertisement, without the knowledge nor consent of the tradename, trademarks or copyright holder consent.

c). Defendants Twitter, Inc. adopted and continue to use in commence and/or allow other parties the right and access to use and infringe upon the property rights and intellectual property rights of the Plaintiff, even after contacting Twitter, Inc. Twitter took NO action to shut down and STOP further infringement of my name or names in any form. Defendants continued use with full knowledge and a complaint on file of the Plaintiff's Dr. Keenan Cofield superior rights, and doing so with the full knowledge that their infringing use of Plaintiff's marks and names was intended to harm, to cause confusion, mistake and/or deception.

d). Defendants Twitter, Inc. offer services as part of their search system under the infringing names and marks to include by other parties or persons in a fraudulent scheme that is likely to cause and did cause, confusion, mistake, deception of false or inaccurate misinformation or beliefs having the Plaintiff and general public to believe the same all with the intent to injure and harm the Plaintiff in connection with the scheme that violates 15 U.S.C. 1114 and other applicable state and federal statutes.

e). Defendants actions constitute knowing, deliberate, and willful infringement of Plaintiffs state and federally protected marks and rights. The knowing and intentional nature of the acts set forth herein renders this an exceptional vase under 15 U.S.C. 1117(a).

f). Defendants Twitter, Inc. have represented and/or misrepresented, directly or indirectly, expressly and by implication, the knowingly false statement and deceptive advertisement in the name and marks of the Plaintiff on their web site, through deceptive acts and practices infringed upon the tradenames, trademarks and/or copyright of the Plaintiff by false advertisement and unfair competition and commerce.

g). Therefore, Defendants Twitter, Inc. representations are false and misleading and constitute deceptive acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. Section 45(a) and willful restraint of trade and name, Sherman Antitrust Act, 15 U.S.C. 1 and 15.

As a result of Defendants infringements, Plaintiff Dr. Keenan Cofield and/or Sir. Lord Keenan Kester Cofield,, a name used recently in a HBO movie, has suffered substantial damages, as well as the continuing loss of the goodwill and reputation established by Plaintiff in his common law and/or state to federally registered marks. This continuing loss of name, marks and goodwill cannot be properly calculated and thus constitutes irreparable harm and an injury for which Plaintiff has NO adequate remedy at law. Plaintiff Dr. Cofield will continue to suffer irreparable harm unless this Court enjoins Defendants conduct, and require the Defendants shut down the infringing content.

## STATEMENT OF THE CASE AND FACTS

88). An investigation has revealed that Defendant Twitter, Inc. is not a legally foreign and/or domestic legal entity, organization, company or corporation licensed and incorporated with

various filings to legally do business and operate within the State of Maryland. The MD

Assessment and taxation offices in Baltimore, Maryland have NO listings of Twitter, Inc. as a

foreign entity nor is there a required tradename application or permit on file and issued to

Twitter. (See **Exhibit A**)-**As of this date, 05/02/2023, TWITTER is not and has not been in**

**GOOD STANDING TO DO BUSINESS IN MARYLAND FOR MANY YEARS.**

89). **The Powers, Legal Authority, Jurisdiction to form and do any business, operate, function and engage in business in any state is based upon State laws, not federal, and the Articles of Incorporation, to By Laws of that entity, with also a tradename filing in that name in MD as a foreign or domestic entity, all filed and established with the State, completes the legal process for that entity to do business and operate within this State of Maryland. TWITTER, INC. has NO such filings nor rights to do any business or take any action for or against a protected class of consumers within the State of Maryland, to date, with or without written consent.**

90). Many months back, the Plaintiff(s) Dr. Keenan Cofield sent Twitter several messages

regarding this fake postings in his protected name. To date, Twitter **did not** as it promised

remove the illegal and unlawful content from its web site or search system.

91). Dr. Keenan Kester Cofield, Dr. Keenan Cofield, Sir. Lord Keenan Kester Cofield, Supreme

GRAND Bishop Dr. Keenan Cofield, and other related names are all tradenames, trademarks, or

parts of copyrighted works owned by Dr. Keenan Cofield. At NO time have I allowed, gave

written consent or any form of permission for Defendant Twitter or anyone else anywhere the

right, power or authority to use my tradename, trademarks in any form, message, fake news to

unauthorized content, posted on Twitters web site, without my knowledge, information nor

written consent that has infringed upon and is a direct violation of my tradenames, trademarks

and copyrighted works property rights.

92). With Defendants Twitter, Inc. permission without any disclaimer, notice or other contact, Twitter, Inc. violated my intellectual property rights when they allowed some unknown person to create a FAKE Twitter account that is libelous, false advertisement, on its website with defamatory false content. The Plaintiff has never made any of the alleged statements craved from this unknown source. The fake, illegal and unlawful Twitter account in and using my name is illegal and violates and/or infringed upon my tradenames and trademarks and cannot legally stand as valid, as the owner of the tradename, names and marks never gave Twitter or anyone the right nor written consent to use it in this public worldwide forum.

93).

## COUNTS 16/COUNT 17/COUNT 18/COUNT 19/COUNT 20-JOINTLY

**(State & Federal Unfair Competition and False Designation of Origin)**
**State and Federal Dilution By Tarnishment**
**Violation of Anti-Cybersquatting Consumer Protection Act (Cyberpiracy)**
**Violation of Maryland Unfair Competition & Consumer Sales Act**
**Trademark Dilution**
**MD-Trademark & Tradename Infringement**
**Violation of The Lanham Act**

94). Plaintiffs adopt each and every previous allegation and claim and reassert any and all statements contained in paragraphs 1-54 as if fully set forth herein.

95). Defendants have deliberately, willfully and unlawfully used and/or allowed others to use on its web site and platform his name, names and marks that violate the Plaintiff protected and common law intellectual properties, without the written consent of the Plaintiff, with the grand intent to confuse consumers and the public.

96). Defendants Twitters, Inc. unauthorized and tortious conduct has also deprived and will continue to deprive the Plaintiff of the ability to control the consumer perception of its products, services and names, placing the valuable reputation and goodwill of the Plaintiffs name in the dirty unclean hands of the Defendants Twitter, Inc.

97). Defendants conduct described herein is likely to cause confusion, mistake or deception as to the affiliation, connection or association of Defendants Twitter and their schemes and schemes of others illegally using the Plaintiffs name in a false advertisement or posting, with Defendant Twitter, Inc. approval, in violation of Section 43 of the Lanham Act, 15 U.S.C. 1125(a)(1).

98). Defendants had direct and full knowledge of Plaintiff Cofield's prior use of and rights in its marks and names before the acts complained of herein. The knowing, intentional and willful nature of the acts set forth herein renders this an exceptional case under 15 U.S.C. 1117(a).

99). The name and marks of Dr. Keenan Cofield and/or Sir. Lord Keenan Kester Cofield both in word and other forms are famous and distinctive and are entitled to protection against dilution by blurring or tarnishment. Defendants Twitter, Inc. have injured and will continue to injure Plaintiff   name and business reputation, have tarnished the distinctive quality of Plaintiff's famous name, marks and brand, and have lessened the capacity of the Plaintiff's famous name and marks use in violation of 15 U.S.C. 1125(c).

100). The Defendants have misused, infringed upon the registered domain names of the Plaintiff as described herein with their conduct. The Defendants Twitter, Inc. have used illegally privacy protection services that prevent the Plaintiffs from fully discovering through public available information the real names and entities or web addresses of the suspects pirates.

violated the tradenames, ,trademarks and copyrights to intellectual property rights common or registered by the Defendants Twitter, Inc.

**WHEREFORE**, the Plaintiffs prays for an Order and Judgment as follows:

1). Entry of an Order (on a preliminary and permanent injunction) and/or TRO, requiring the Defendants Twitter, Inc. and their officers, agents, servants, employees, owners, and representatives, and all other persons, firms or corporations in active concert or participation with them as to the conduct described herein be enjoined and restrained from the use or further use of any of the names, persons or entities of the Plaintiff(s), owned by the Plaintiff, unless created and established by the Plaintiff, which Sir. Lord Keenan Kester Cofield is a fake site, posting and false advertisement of the Plaintiffs name, brand, domain name and marks so protected.

a). Using the name or names, domain name or names in any manner **without** the written consent of the owner Dr. Keenan Cofield, in any form on Twitters web site, or business as promotional materials in any false and/or deceptive manner, is a violation and infringement of the Plaintiffs rights of his name and marks, is prohibited, and any such information and/or postings displaying the use of the name, marks or domain names of the Plaintiffs shall be immediately removed, without delay, from the Twitter, Inc. web site and business;

b). Ordering Defendants to retain and disclose all communications with all individuals and entities with whom they engaged in any transaction to or arising from the use of Sir. Lord Keenan Kester Cofield, or Dr. Keenan Cofield names, marks, or domain names, etc. or otherwise in furtherance of the scheme alleged herein;

c). Ordering Defendants Twitter, Inc. pursuant to 15 U.S.C. 1116(a) to file with this Court and serve upon the Plaintiff(s) within thirty days after entry of the injunction a written report under oath describing in detail the manner and form in which Defendants Twitter, Inc. have complied with the injunction, including the ceasing of any and all postings and uses of the Plaintiffs name or names as referenced or further described in this Complaint.

d). The Plaintiffs seek damages and judgment be entered against Defendants Twitter, Inc. as to COUNTS 14, 15, 16, 17, 18, 19, 20, separately in the amount of $25,500,000 in Compensatory Damages, and $150,000,000 dollars in Punitive Damages. Plaintiff(s) Demand Trial by Jury on these Counts jointly, but separately from all others, these named Defendants are not named or involved in. That any settlement shall be FREE and clear. No taxes imposed upon the Plaintiffs for any settlement. Plaintiff Dr. Keenan Cofield is open for any settlement talks with these or any Defendants named herein in this case.

e). Ordering the Defendants Twitter, Inc. to pay any and all attorney's fees, expenses, costs, to include a judgment for enhanced damages under 15 U.S.C. 1117. The Plaintiffs are opened to discuss and settle any claims involving Twitter, Inc. at anytime.

f). Granting the Plaintiff's such other and further relief as the Court deems just and proper.

# COUNT-21

106). The Plaintiff(s) do hereby adopt and incorporate **COUNTS 1-20, and paragraphs 1-105**, in further support of this AMENDED COMPLAINT, and its RELIEF and AMENDED RELIEF, and says the following:

107). Plaintiff(s) **Kevin L. Cofield, Sr., Dr. Keenan K. Cofield, LaVerne Thompson, Orian D. Cofield, Arviette L. Cofield, Luluk Novi Fatwamati,** All ("Plaintiffs"), individually and jointly, file this Complaint against Defendant Equifax Inc. ("Equifax"), Equifax Consumer Services, LLC, states as follows:

## PARTIES, JURISDICTION, AND VENUE

108). Plaintiff(s) **Kevin L. Cofield, Sr., Dr. Keenan K. Cofield, LaVerne Thompson, Orian D. Cofield, Luluk Novi Fatwamati, Arviette L. Cofield,** a natural person(s) and at all relevant times have been residing and/or doing business in Baltimore CITY, Baltimore County, and throughout State of Maryland and the United States of America. Plaintiff(s) are, and at all times relevant was, a "consumer" as that term is understood under 15 U.S.C. § 1681a(c) and Md. Code. Ann., Com. Law § 13-101(c).

109). Defendant Equifax Inc., Equifax Consumer Services, LLC, et. al. is a corporation incorporated under the laws of the State of Georgia, with its principal place of business located at **1550 Peachtree Street NE, Atlanta, GA**, and doing business in the State of Maryland. Defendant Experian Information Solutions, Inc. is a foreign corporation authorized to do business in Maryland. Defendant is also a foreign corporation authorized to do business in Maryland. Equifax, Experian, and Transunion operates through various subsidiaries, and each of

these entities acted as agents of Equifax, Experian, and Transunion or in the alternative, acted in concert with Equifax, Experian and/or Transunion as alleged in this complaint.

110). Equifax, Experian, and Transunion is a "Consumer Reporting Agency" (or "CRA") as that term is defined by 15 U.S.C. § 1681a(f).

111). Equifax, Experian, and Transunion three of the "Big 3" consumer reporting agencies, All have a long history of consumer complaints and lawsuits alleging (and establishing) that they unreasonably mixed the credit files and information of one consumer with the credit reports of another consumer. In this case, representative of numerous others, Equifax, Experian and Transunion combined or mixed the credit files of the Plaintiff with a complete stranger with a similar name, and/or Plaintiff Kevin L. Cofield, Sr. into Plaintiff Dr. Keenan K. Cofield's credit files for many years resulting in a collection's, addresses, birthdate information among other account appearing in Plaintiff's credit reports that belonged to each Plaintiff or someone else.

112). Equifax, Experian and Transunion are also a "Consumer Reporting Agency that Compiles and Maintains Files on Consumers on a Nationwide Basis" as that term is defined under 15 U.S.C. § 1681a(p).

113). This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as this case alleges a violation of federal law, specifically the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("FCRA"). **However, in the event of a REMOVAL, the Plaintiff(s) shall file an objection and contests any of the other Defendants named to this action and seek a REMAND as to ALL other Defendants and issues as described herein, which has been noted on the record in a separate filing.**

114). This Court has supplemental jurisdiction to hear all state law claims pursuant to 28 U.S.C. § 1367.

115). Venue in this District is proper pursuant to 28 U.S.C. § 1391(b) and (c), as Plaintiff(s) resides or do business within this District, a substantial portion of the events or omissions giving rise to the claim occurred in this District, and Equifax, Experian, and Transunion regularly conducts business in this District, and elsewhere throughout the United States.

## INTRODUCTION

116). The United States Congress has found that the banking system is dependent upon fair and accurate credit reporting. Inaccurate credit reports directly impair the efficiency of the banking system, and unfair credit reporting methods undermine the public confidence, which is essential to the continued functioning of the banking system. Congress enacted the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("FCRA"), to ensure fair and accurate credit reporting, promote efficiency in the banking system, and, as most relevant to this Complaint, protect consumer privacy. The FCRA imposes duties on the CRAs to protect consumers' sensitive personal information.

117). FCRA protects consumers through a tightly wound set of procedural protections from the material risk of harms that otherwise follow from the compromise of a consumer's sensitive personal information. Thus, through FCRA, Congress struck a balance between the credit industry's desire to base credit decisions on accurate information, and a consumer's substantive right to protection from damage to reputation, shame, mortification, and emotional distress that naturally follows from the compromise of a person's identity.

118). A central duty that FCRA imposes upon CRAs is the duty to protect the consumer's privacy by guarding against inappropriate disclosure to third parties. 15 U.S.C. § 1681b codifies this duty, and permits a CRA to disclose a consumer's information only for one of a handful of exclusively defined "permissible purposes." To ensure compliance, CRAs must maintain

reasonable procedures to ensure that such third party disclosures are made exclusively for permissible purposes. 15 U.S.C. § 1681e(a).

119). FCRA defines "consumer report" broadly, as "any written, oral, or other communication of any information by a CRA bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for (A) credit or insurance to be used primarily for personal, family, or household purposes; (B) employment purposes; or (C) any other purpose authorized under section 1681b of this title." 15 U.S.C. § 1681a(d).

120). FCRA also entitles the consumer to take an active role in the protection of his or her sensitive personal information, by giving the consumer a right to request "All information in the consumer's file at the time of the request." 15 U.S.C. § 1681g(a)(1). Through immediate review of the details of when, and for what purpose, a consumer's information has been disclosed to a third party, a consumer may better understand whether their identity has been stolen.

121). FCRA also entitles consumers to actively protect their privacy rights in cases of suspected identity theft. Specifically, a consumer who believes he or she has been the victim of identity theft can submit a fraud alert to a consumer reporting agency. 15 U.S.C. § 1681c-1. The consumer can either request that the fraud alert be imposed for a 90-day period, or for an extended period of seven years. 15 U.S.C. § 1681c-1(a)-(b). In the event a consumer requests "extended" protection, a consumer reporting agency must remove the consumer from any list of third parties to whom the agency sends the consumer's information to extend firm offers of credit, and keep the consumer off of any such a list for five years, unless the consumer requests otherwise. 15 U.S.C. § 1681c-1(b)(1)(B). After being notified of a fraud alert, a CRA must send

notification of the alert to the consumer reporting agencies which report information on a nationwide basis. 15 U.S.C. § 1681c-1(a)(1)(B); see 15 U.S.C. 1681a(p).

121). After fraud notification, FCRA provides the consumer additional rights to independently monitor their credit information to protect their privacy. Specifically, once notified of a consumer's fraud notification, a CRA must, within three days of the notification, provide the consumer with all of the disclosures required under 15 U.S.C. § 1681g. 15 U.S.C. §§ 1681c- 1(a)(2), 1681c-1(b)(2). When a consumer requests that an "extended" fraud alert be placed on their files, the consumer is entitled to request two free disclosures under 15 U.S.C. § 1681g within the 12-month period following notification of a fraud alert. 15 U.S.C. § 1681c-1(b). Each of the Defendants have violated or failed to comply with the statutes or provisions of law cited above in this paragraph, that severely harmed, damaged or injured the Plaintiff(s) in life and while applying for credit.

122). Thus, through immediate review of the details of when, and for what purpose, a consumer's private information has been disclosed to a third party, a consumer may better understand whether their identity has been stolen. And through semi-annual review of their consumer disclosures in the case of an "extended" alert, a consumer can periodically check to determine whether efforts to protect their identity after potential fraud have not been successful. Thus, FCRA presupposes that consumers subject to potential fraud should be permitted the immediate opportunity to investigate the issues themselves and ascertain the extent of any suspected fraud.

123). Plaintiff(s), individually and jointly, brings this action to challenge the actions of Defendant(s) in the protection and safekeeping of Plaintiff's and the personal information, reporting and refusal to correct disputed incorrect and inaccurate information, and/or update

credit information for months to years with combined or mixed the credit files of several

Plaintiff(s) as described above creating denial of credit based upon inaccurate reporting or

correction of reported information from many sources.

124). Defendants, failed to properly safeguard the information of Plaintiff(s) as required

under 15 U.S.C. § 1681e(a).

125). Additionally, Defendant's failure to properly safeguard the information of

Plaintiff(s) constitutes a violation of the Maryland Consumer Protection Act, Md. Code Ann.,

Com. Law § 13-101, et seq., i.e., an unfair or deceptive trade practice by failing to safeguard an

on-going consumer service. Accordingly, relief under Md. Code Ann., Com. Law § 13-303 is

warranted to prevent Defendant's from forcing Plaintiff 's to subject themselves to arbitration.

## GENERAL ALLEGATIONS

126). Equifax, a global corporation, "organizes, assimilates and analyzes data on more

than 820 million consumers and more than 91 million businesses worldwide, and its database

includes employee data contributed from more than 7,100 employers."

(http://www.equifax.com/about-equifax/company-profile/ (September 11, 2017)), **and expanded**

**to include between January 23, 2020 and January 22, 2024, as to also include but not mited**

**to the EXTENDED CLAIMS PERIOD CLAIMS.** . More specifically, the Plaintiff Dr. Keenan

Cofield continued to date to suffer from said original breach and supplemented uncontrolled

breach of their personal data and information. Plaintiff Dr. Cofield complained to the FTC, IRS

and various other federal agencies as described herein, even years **AFTER** the First settlement,

and an ADDITIONAL NEW Count and Issues that occurred indicating a tax fraud or tax fraud

reporting claim scheme by Equifax to double claims for settlement in excess of the settlement

amount is fraud, tax cheats. Here is the breakdown of the settlements paid by Equifax and what

they reported to the IRS: **Kevin L. Cofield, Berri A. Wells, LaVerne Thompson-**settled for

$2000.00 Equifax claimed and filed or reported a loss of $4000.00, Dr. Keenan Cofield settled

$3500.00 and Equifax illegally claimed and reported a loss of $7000.00. **The Plaintiff(s) filed in**

**recent months various Complaints with the IRS, and other Federal agencies, including the**

**U.S. Postal Inspector Offices, and others on the subject of ID fraud, theft and use of name,**

**social security numbers, along with DIRECTLY filing several online and email Complaints**

**to Equifax and their counsel at that time regarding to the tax claim scheme by Equifax.**(See

**COUNT 21-EXHIBITS & ATTACHMENTS)**

127). The data Equifax stores includes Plaintiff's personal identifying information, such as

names, full Social Security numbers, birth dates, addresses, driver's license numbers, and credit

card numbers (collectively, "PII"). At all relevant times, Equifax knew or should have known

that the PII it collected and stored is valuable, highly sensitive, susceptible to attack, and could

be used for wrongful purposes by third parties.

128). In 2011, the State of Maryland Department of Human Resources partnered with

Equifax to increase efficiencies and reduce fraud with regard to the distribution of government

entitlement benefits to Maryland recipients. (See Credit Rating Firm Helps State Validate

Welfare Recipients, Rebecca Lesner, MARYLANDREPORTER.COM, June 30, 2015, available

at: http://marylandreporter.com/2015/06/30/credit-rating-firm-helps-state-validate-

welfarerecipients/).  Maryland consumers therefore have a unique relationship with Equifax.

129). On July 29, 2017, Equifax discovered that one or more of its servers, which

contained Plaintiff's sensitive personal information including Plaintiff's name, full Social

Security number, birth date, address, and, upon belief, his driver's license number and possibly

one or more of his credit cards, had been breached or "hacked" by a still unknown third party.

130). Upon belief, when Equifax discovered this breach, Equifax immediately began an internal investigation and contracted with an unidentified third-party cybersecurity firm to conduct a comprehensive forensic review to determine the scope of the hack including identifying the specific data impacted. As of the filing of this Complaint, that investigation remains ongoing and has yet been completed despite over six weeks elapsing since the initial breach. **A breach also occurred in March, 2017 at Equifax, to date.**

131). On September 7, 2017, major news outlets began reporting about the July 29, 2017 incident. (See, e.g., Massive Equifax Data Breach Could Impact Half of the U.S. Population, Alyssa Newcomb, NBCNEWS, Sept. 7, 2018, available at:

https://www.nbcnews.com/tech/security/massive-equifax-data-breach-could-impact-half-u-spopulation-n799686).

132). For Plaintiff(s), these news stories were the first time that they had been informed that their information secured by Equifax had been compromised six (6) weeks earlier, and they now live in constant fear that their information has been compromised.

133). After Equifax discovered the breach but before notifying Plaintiff, Class Members, and all other consumers, three (3) Equifax executives, including the Chief Financial Officer, John Gamble, sold shares of Equifax stock worth a combined $1,800,000. (See, e.g., Equifax Faces Multibillion-Dollar Lawsuit over Hack, Polly Mosendz, BLOOMBERG, Sept. 8, 2017, available at: ccccc).

134). Equifax's decision to wait six (6) weeks after the alleged data breach before informing all consumers of the same was willful, or at least negligent. Further, by depriving Plaintiff's timely information about the breach, Equifax subjected each consumer to a concrete informational injury, as these consumers were deprived of their opportunity to meaningfully

consider and address issues related to the potential fraud, as well as to avail themselves of the remedies available under FCRA to prevent further dissemination of their private information.

135). Equifax has been subject to numerous allegations regarding data breaches in the past. (See, e.g., A Brief History of Equifax Security Fails, Thomas Fox-Brewster, FORBES, Sept. 8, 2017, available at: https://www.forbes.com/sites/thomasbrewster/2017/09/08/equifax-databreach-history/#63dc4270677c). In light of Equifax's continual failure to ensure the integrity of its file storage systems given known defects in those systems, Equifax recklessly, willfully, or at the very least, negligently failed to use reasonable care or to enact reasonable procedures and/or technological safeguards to ensure that consumer reports would only be provided for a permissible purpose. By failing to establish reasonable procedures to safeguard individual consumer's private information, Equifax deprived millions of consumers of a benefit conferred on them by Congress, which, now lost, cannot be reclaimed.

136). Equifax knew or should have known that failing to protect consumers' PII from unauthorized access would result in a massive data breach and would expose consumers to serious harm such as identity theft.

137). The unauthorized disclosure and dissemination of private credit information causes immediate harm. At the time that the unauthorized breaches occurred, Plaintiff's began to incur, and continue to incur, such harm

138). Furthermore, the PII that unauthorized third parties took from Equifax includes multiple types of sensitive information on a single person, the aggregate value of which is greater than the sum of each individual datum. This further exacerbates the extent of Plaintiff's injuries.

139). Defendant's acts and omissions have diminished the value of Plaintiff's PII.

33). As a direct and proximate result of Equifax's acts and/or omissions, Plaintiffs have suffered imminent and impending injury arising from the subsequently increased risk of future fraud, identity theft and misuse of their PII.

140). On September 7, 2017, Equifax began to offer consumers like Plaintiff's an allegedly dedicated secure website where consumers could determine if their PII was compromised (https://www.equifaxsecurity2017.com) and offer consumers "free" credit monitoring through an Equifax product, TrustedID Premier (https://www.equifaxsecurity2017.com/enroll/), for one year.

141). However under the guise of providing victims the opportunity to mitigate their damages, Equifax offered Plaintiff(s) free access to its TrustedID Premier service, the terms and conditions of which require that the victims, including Plaintiff's, waive their right to bring or participate in a class action lawsuit and require them to submit to arbitration (http://www.equifax.com/terms/). These actions are yet another avenue by which Equifax has deprived Plaintiff (s) of the ability to avail themselves of the remedies available under FCRA and to prevent further dissemination of their private information. **This is why this action is private.**

142). Equifax Credit Information Services, Inc. was negligent in allowing my data to be breached under Maryland, and Alabama consumer's laws. The nature of the breach, including the release and access of permanent personal data, such as Plaintiff(s) social security numbers, etc., has resulted in significant damage. Plaintiff Kevin L. Cofield, Sr. birthdate is being reported by Transunion on Plaintiff Dr. Keenan Cofield credit report and profile. This is not the only discrepancy between the two Plaintiff(s) credit reports and profiles. This has been going on with other area of the credit report or profile being reported by both Defendants Equifax and Experian.

143). Plaintiff(s) Kevin L. Cofield, Sr. and Dr. Keenan Cofield, have written, called, faxed, disputed incorrect to inaccurate information reported to and/or by each of the credit bureau Defendant's at least some 25 to 50 times, with information never being corrected from mixed file information being reported to disputed matters, like the Plaintiff Kevin L. Cofield, Sr. who paid off his APGFCU auto loan 6 to 8 weeks, but Equifax is still reporting the debt that caused the Plaintiff Kevin L. Cofield, Sr. to be denied several loans or other credit because of the negative information being reported and/or not being updated or falsely being reported by APGFCU to date. That car loan still appears on Plaintiff(s) Kevin Cofield's credit report as a debt.

144). The inaccurate reporting by APGFCU for years truly harmed Plaintiff Kevin L. Cofield, Sr. This derogatory item severely reduced the Plaintiff's credit scores and caused him to be denied loans, credit etc. Now Ally is reporting derogatory and negative information on both Plaintiff(s) Dr. Keenan Cofield, and Kevin L. Cofield, Sr.

145). As a result of this negative credit reporting, Plaintiff's Kevin L. Cofield, Sr. and Dr. Keenan Cofield suffered actual damages.

**Equifax's/Transunion and Experian Double Standard and Willful Misconduct**

146). Equifax, Transunion, and Experian's each have had substantial notice and knowledge of the "mixed file" problems and failures of its business procedures and system that led to the Equifax data breach.

147). While Equifax, Transunion and Experian claims that partial matches are reasonable because of possible creditor transcription error – a theoretical typo transposing two social security digits – Equifax, Transunion and Experian do not possess any actual research or data to support its contrived risk of error.

148). In contrast, Equifax, Experian and Transunion all have substantial notice and knowledge of the "mixed file" problems and failures of its business procedures and systems.

149). As early as 1992, the Attorneys General of eighteen states were forced to file a lawsuit against Equifax and other Defendants because of its conduct in connection with mixing consumer credit files. The lawsuit resulted in an Agreement of Assurances between the attorneys general relating to Equifax's responsibilities to prevent mixed files. Only three years after the Agreement of Assurances, the Federal Trade Commission ("FTC") brought another enforcement action due to Equifax's widespread violations of the FCRA, including the creation of mixed files and then furnishing them to users who did not have a permissible purpose to view the information of the consumer. In the Matter of Equifax Credit Information Services, Inc., 12 F.T.C. 577 (Aug. 14, 1995). This enforcement action resulted in a consent order between Equifax and the FTC that sets forth certain procedures to prevent mixed files and to conduct reinvestigations as required by the FCRA.

150). Despite the 1992 Agreement of Assurances and the 1995 Consent Order, Equifax's computer system causes these mixes because it does not require or use full identifying information for a potential credit grantor's inquiry even when unique identifiers such as a full social security number are present. It does this in order to sell more credit reports.

151). Equifax, Experian and Transunion ALL know that their computer system causes one individual's credit report to be confused with another individual's credit report causing a "mixed file".

152). Equifax has been sued repeatedly for failing to prevent mixed consumer files, including the $18.6 million verdict on July 26, 2013 in Miller v. Equifax Information Services,

LLC, 3:11-cv-1231 (D. Or. 2011) (Docket No. 79). Transunion and Experian both have been sued multiple times for failing to prevent and correct mixed consumer files.

153). The recent verdict from Oregon is not the only multi-million dollar verdict against Equifax in a mixed file case. In November 2007, a jury found in favor of another consumer with a mixed file and awarded her $219,000 in actual damages and $2.7 million in punitive damages. Williams v. Equifax Information Solutions, LLC, No. 48-2003-CA-9035-O (Orange County 2007). 1

154). These cases are representative of numerous other lawsuits around the country where Equifax has been sued for failing to prevent **mixed consumer files**. See, e.g., Apodaca v. Discover Financial Services, 417 F. Supp. 2d 1220 (D.N.M. 2006).

155). Numerous cases alleging a mixed file and/or a failure to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit reports and credit files it publishes and maintains have also been brought in this Circuit. See e.g., Robinson v. Equifax Info. Servs., LLC, 560 F.3d 235 (4th Cir. 2009); Sloane v. Equifax Info Servs., 510 F.3d 495 (4th Cir. 2007); Abraham Lopez, Jr., v. Trans Union, LLC, Civil Action No. 1:12-cv-902 (E.D. Va. 2012); Alejandro Lopez, Sr. v. Trans Union, LLC, Civil Action No. 1:12cv1325 (E.D. Va. 2012); Chaudhary v. Experian Info. Solutions, Inc., Civil No. 3:13-cv-577 (E.D. Va. 2013); Valdez-Estep v. Equifax Info. Servs., Civil No. 1:13-cv-00007 (E.D. Va. 2016); Kang v. Equifax Info. Servs., Civil No. 1:15-cv-01406 (E.D. Va. 2015); Moulvi v. Equifax Info. Servs., Civil No. 1:15-cv-01073 (E.D. Va. 2015); Barclay v. Equifax Info. Servs., Civil No. 1:15- 1 cv-00691 (E.D. Va. 2015); Robinson-Huntley v. Equifax Info. Servs., Civil No. 1:15-cv-00626 (E.D. Va. 2015).

156). Equifax, Experian and Transunion knowingly chooses to ignore these notices of its mixed file problems. It does so even though it already possesses a simple, easy and inexpensive means to correct and avoid the problem.

157). Despite these lawsuits and multi-million dollar verdicts, Equifax, like Transunion and Experian have not significantly modified its procedures to assure that the credit reports that it prepares, publishes, and maintains are as accurate as possible, as required by the FCRA at 15 U.S.C. § 1681e(b).

158). Upon information and belief, Equifax, and Transunion have not, and does not intend, to modify its procedures to comply with this section of the FCRA because compliance would drastically increase its operating expenses.

159). Accordingly, Equifax's, like Transunion violation of 15 U.S.C. § 1681e(b) was willful and Equifax and Transunion is liable for punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

160). Equifax's and Transunion failure to modify its procedures caused substantial harm to the Plaintiffs.

**Consumer Victory: Equifax Must Pay $ 2.9 million for Mixing Up Credit Files, The Consumer Advocate, Vol. 14, No. 1, National Association of Consumer Advocates (Jan.- Mar. 2008), at 14; Consumer Wins Fight For Credit Report Accuracy, Privacy Times, Dec. 6, 2007.**

### Experian's Double Standard and Willful Misconduct

161). Experian has substantial notice and knowledge of the "mixed file" problems and failures of its business procedures and systems.

162). As early as 1991, the Federal Trade Commission ("FTC") brought an enforcement action against Experian [formerly TRW, Inc.] in the United States District Court for the Northern District of Texas. FTC v. TRW, Inc., 784 F. Supp. 361 (N.D. Texas 1991). In settling the enforcement action brought by the AGs, Experian agreed to make the following practice changes:1. Maintain reasonable procedures to prevent the occurrence or reoccurrence of Mixed Files, including **but not** limited to:

a. Continuing its current efforts to improve its information gathering, storing, and generating systems to reduce the occurrence of Mixed Files, through modification of its software system to enable such system to accommodate and use, for matching and identification purposes, a Consumer's Full Identifying Information;3 and

b. Not later than July 31, 1992, implementing and utilizing changes to its system designed to prevent, to the extent it reasonably can, the reoccurrence of Mixed Files, once known; …

iv. Employing reasonable procedures designed specifically to reinvestigate disputes from Consumers that result from Mixed Files. …

For the five (5) year period following the entry of [the Consent Order], [Experian] shall measure, monitor, and test the extent to which changes in [Experian's] computer system, including its algorithms, reduce the incidence of Mixed Files. FTC, 784 F. Supp., 362-364 (N.D. Texas 1991).

163). Similarly, another enforcement action was brought against Experian by nineteen state attorneys general that resulted in a similar consent order as described in the previous paragraphs, including the procedures related to the prevention of mixed files and procedures to reinvestigate disputes resulting from mixed files. See TRW, Inc. v. Morales, Civil Action No. 3-91-1340-H (N.D. Tex. 1991).

164). Despite the consent orders with the FTC and the Attorneys General, Experian's computer system causes these mixes because it does not require or use full identifying

2. Mixed File is defined in the Consent Order as a Consumer Report in which some or all of the information pertains to Persons other than the Person who is the subject of that Consumer Report. Id. at 362.

3. Full Identifying Information is defined in the Consent Order as full last and first name; middle initial; full street address; zip code; year of birth; any generational designation; and social security number. Id. information for a potential credit grantor's inquiry even when unique identifiers such as a full social security number are present. It does this in order to sell more credit reports.

165). Experian knows that their computer system causes one individual's credit report to be confused with another individual's credit report causing a "mixed file".

166). Experian has been sued repeatedly for failing to prevent mixed consumer files. See, e.g., Calderon v. Experian Info. Solutions, Inc., 2012 U.S. Dist. LEXIS 89375, *10 (D. Idaho 2012); Howley v. Experian Information Solutions, Inc., Civil Action No. 09-241 (D.N.J. filed January 16, 2009); Ainsworth v. Experian Info. Solutions, Inc., 2011 U.S. Dist. LEXIS 63174 (C.D. Cal. 2011); Novak v. Experian Info. Solutions, Inc., 782 F. Supp. 2d 617 (N.D. Ill. 2011); Comeaux v. Experian Info. Solutions, 2004 U.S. Dist. LEXIS 10705, *20 (E.D. Tex. 2004); Cartwright v. Experian, et al., Case No. CV 09-427 (C.D. Cal. 2009); Campbell v. Experian Info. Solutions, Inc., 2009 U.S. Dist. LEXIS 106045 (W.D. Mo. Nov. 13, 2009); Jensen v. Experian Info. Solutions, Inc., 2001 U.S. Dist. LEXIS 15134 (E.D. Tex. Mar. 30, 2001).

167). Experian knowingly chooses to ignore these notices of its mixed file problems. It does so even though it already possesses a simple, easy and inexpensive means to correct and avoid the problem.

168). Despite these lawsuits, Experian **has not** significantly modified its procedures to assure that the credit reports that it prepares, publishes, and maintains are as accurate as possible, as required by the FCRA at 15 U.S.C. § 1681e(b).

169). Upon information and belief, Experian has not, and does not intend, to modify its procedures to comply with this section of the FCRA because compliance would drastically increase its operating expenses.

**COUNT 21** 15 U.S.C. 1681, et seq. FCRA Defendant's compromise of Plaintiff's personal information that was discovered on or before, during and/or after July 29, 2017 by Defendant violates 15 U.S.C. 1681e(a).

**COUNT 22** Md. Code Ann., Com. Law § 13-303, et seq. Defendant's compromise of Plaintiff's personal information is an unfair or deceptive trade practice, as Defendants failed to maintain Plaintiff's personal information.

**COUNT 23** Negligence Defendant's compromise of Plaintiff's personal information is a breach of Defendant's duty of care to protect Plaintiff's PII, which directly and proximately caused Plaintiff's injuries.

**COUNT 24** Gross Negligence Defendant's intentional, willful and wanton misconduct regarding the compromise of Plaintiff's personal information is a breach of Defendant's duty of care to protect Plaintiff's PII, which directly and proximately caused Plaintiff's injuries.

**COUNT 25** Punitive Damages Defendant's compromise of Plaintiff's personal information evidences conscious and deliberate wrongdoing constituting actual malice against Plaintiff.

**COUNT 26** Gross Negligence when Defendants Transunion, Equifax and Experian failed to establish or follow procedures to assure maximum accuracy in the preparation to release of the credit reports and credit files they published and maintained concerning the Plaintiff's, violating 15 U.S.C. 1681e(b). **The illegal to unlawful conduct described above and throughout this Complaint is prohibited activity by a credit bureau or reporting agency.**

## COUNT 21: VIOLATION OF 15 U.S.C. 1681, et seq. against Defendants Equifax

170). Plaintiff(s) restates all allegations contained in the preceding and subsequent paragraphs as if fully restated herein.

171). Based upon Equifax's failure to have reasonable procedures in place, Plaintiff's private information was compromised, and neither Plaintiff received notice of the data breach, except through media, approximately six (6) weeks after the breach occurred.

172). As a result of each and every willful violation of FCRA, Plaintiffs are entitled to: actual damages, pursuant to 15 U.S.C. § 1681n(a)(1); statutory damages, pursuant to 15 U.S.C. § 1681n(a)(1); punitive damages, as this Court may allow, pursuant to 15 U.S.C. § 1681n(a)(2); and reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1681n(a)(3). This is a prohibited activity by a credit bureau or reporting agency.

173). As a result of each and every negligent non-compliance of the FCRA, Plaintiffs are also entitled to actual damages, pursuant to 15 U.S.C. § 1681o(a)(1); and reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1681o(a)(2) from Defendants.

## COUNT 22: MARYLAND CONSUMER PROTECTION ACT

174). Plaintiff(s) restate any and all allegations contained in all preceding and subsequent paragraphs as if fully restated herein.

175). This Count is brought on pursuant to the Maryland Consumer Protection Act, Md. Code Ann., Com. Law ("CL") § 13-101 et seq.

176). Plaintiff is a "consumer" within the meaning of CL § 13-101(c).

177). Equifax is a "merchant" as that term is defined by CL § 13-101(g), as Equifax was, at all times relevant herein, engaged in soliciting "consumer services" as that term is defined in CL § 13-101(d) by soliciting an ongoing service, credit reporting and data aggregation of Plaintiff's personal information, to consumers in Maryland for primarily personal use within the meanings specified in CL § 13-101(c) and (d).

178). Equifax is also a "person" as that term is defined by CL § 13-101(h), as Equifax was, at all times relevant herein, a legal or commercial entity.

179). Equifax's breach of Plaintiff's information was deceptive and meets the requirements of CL § 13-303, which provides that no person shall commit an unfair or deceptive trade practice in connection with a consumer service. Such an unfair or deceptive trade practice by a person violates this section irrespective of whether any consumer has in fact been misled, deceived, or damaged as a result of that practice. This is a prohibited activity by a credit bureau or reporting agency.

180). As a direct and proximate result of the above violation of the Consumer Protection Act ("CPA"), Plaintiffs each have suffered injuries including, but not limited to mental anguish, emotional distress, fear, panic, stress, and the continued worry that their identities have been compromised and are being used fraudulently.

181). Equifax's actions violate the CPA, and Plaintiffs are entitled to receive actual damages, statutory damages, and attorneys' fees, expenses and costs.

182). By trying to trick Maryland and other consumers by offering a "free" service of credit monitoring into signing a broad class action waiver and/or an arbitration agreement, which would benefit only Equifax, Defendant engaged in a class bait and switch which is prohibited under the Maryland Consumer Protection Act.

183). Defendant was on notice of prior administrative and judicial determinations that such bait and switch tactics violate the Maryland Consumer Protection Act.

184). Defendant Equifax's actions as described herein, supra, further warrant Plaintiffs requesting that this Court also provide a declaration pursuant to CL § 13-101 et seq. that any arbitration provision that Plaintiff(s)  may be subjected to due to their use of https://www.equifaxsecurity2017.com/ is void.

185). Defendants Transunion, Experian and APGFCU also as detailed or described herein their conduct too is in direct violation of the Maryland Consumer Protection Act.

## COUNT 23: NEGLIGENCE

186). Plaintiff restates all allegations contained in the preceding and subsequent paragraphs as if fully restated herein.

187). Defendant or Defendants each owed Plaintiff's  a duty to, inter alia, a. keep consumers' PII confidential; b. enact appropriate measures and safeguards to adequately protect consumers' PII from unauthorized disclosure, including via theft or data breach; and c. timely and adequately advise consumers of any unauthorized dissemination of that PII.

188). Defendant knew or should have known that failing to adequately protect Plaintiff(s) PII would result in its unauthorized dissemination, including via theft or data breach, and would expose consumers to serious and ongoing harm.

189). Defendant breached its legal duties by failing to safeguard, protect, and keep confidential Plaintiff's PII, and by failing to adequately and timely advise Plaintiff's that their data had been compromised and disclosed without authorization.

190). As a direct and proximate cause of Defendant's negligence, Defendants individually and/or jointly in each applicable COUNTS of this Complaint, created a foreseeable risk of harm to its consumers, including Plaintiff(s). Plaintiff's injuries were caused solely by the Defendants, without any wrongdoing on the part of Plaintiff(s)

191). As a direct and proximate result of Defendant's negligence, Plaintiff(s) each have suffered injury and incurred damages, including **but not** limited to the significantly decreased value of their PII and the future costs associated with protecting and reestablishing their financial identities. This Count also includes the Defendants who mixed credit profile information reported on another Plaintiff(s) credit report or profile.  This is a prohibited activity by a credit bureau or reporting agency.

## COUNT 24: GROSS NEGLIGENCE

192). Plaintiff restates all allegations contained in the preceding and subsequent paragraphs as if fully restated herein.

193). Defendants owed Plaintiff(s) a duty to, inter alia, a. keep consumers' PII confidential; b. enact appropriate measures and safeguards to adequately protect consumers' PII from unauthorized disclosure, including via theft or data breach; and c. timely and adequately advise consumers of any unauthorized dissemination of that PII.

194). Defendants knew or should have known that failing to adequately protect Plaintiff(s) PII would result in its unauthorized dissemination, including via theft or data breach, and would expose consumers to serious and ongoing harm.

195). Defendants breached its legal duties and engaged in intentional acts of gross negligence and reckless, intentional, willful, and wanton misconduct, on a continuing basis by failing to safeguard, protect, and keep confidential Plaintiff's PII, and by failing to adequately and timely advise Plaintiff(s) that their data had been compromised and disclosed without authorization. This is a prohibited activity by a credit bureau or reporting agency.

196). Defendants' grossly negligent conduct directly and proximately caused the injuries sustained by Plaintiff's. Plaintiff's injuries were caused solely by grossly negligent conduct of the Defendants without any wrongdoing on the part of Plaintiff(s).

197). As a result of Defendant's grossly negligent conduct, Plaintiff(s) have suffered injury and incurred damages, including but not limited to the significantly decreased value of their PII and the future costs associated with protecting and reestablishing their financial identities.

## COUNT 25: PUNITIVE DAMAGES

198). Plaintiff(s) restates all allegations contained in the preceding and subsequent paragraphs as if fully restated herein.

199). Defendant's conduct in failing to safeguard Plaintiff's valuable and highly sensitive PII, despite its knowledge that such safeguards were required and that a massive data breach was foreseeable, evidences evil motive, intent to injure, and ill will, and constitutes actual malice.

200). Defendant's conduct in refusing to alert Plaintiff(s) of the data breach that occurred on **July 29, 2017 to date** until at least six (6) weeks after the breach, and only after numerous news articles drew attention to the issue, evidences evil motive, intent to injure, and ill will, and constitutes actual malice

201). Defendant's conduct in willfully, intentionally, and knowingly depriving consumers, including Plaintiff(s), of the opportunity to seek any remedies available to them under FCRA evidences evil motive, intent to injure, and ill will, and constitutes actual malice.

202). That Defendants and three of its executives consciously, deliberately, and maliciously profited, at Plaintiff's expense, by selling $1,800,000 of shares in days following the data breach, further evidences evil motive, intent to injure, and ill will, and constitutes actual malice. The Plaintiffs **each** are entitled and seek ***"Punitive Damages"*** from **each** Defendant as it relates to each and every Count 1-6.

## COUNT 26: VIOLATION OF 15 USC 1681e(b)
## EQUIFAX, EXPERIAN, TRANSUNION & APGFCU

203). Plaintiff restates each of the allegations in the preceding paragraphs as if set forth at length herein.

204). The Defendants violated 15 U.S.C. § 1681e(b) by failing to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit reports and credit files they published and maintained concerning the Plaintiffs.

205). As a result of this alleged conduct, Plaintiff's suffered actual damages, including but not limited to damage to their credit rating, lost opportunities to enter into consumer credit transactions, denial of credit, loans, credit cards and aggravation, inconvenience, embarrassment and frustration.

206). The Defendants' conduct, actions, and inaction were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n. In the alternative, they were negligent, entitling the Plaintiffs to recover under 15 U.S.C. § 1681o. This is a prohibited activity by a credit bureau or reporting agency.

207). The Plaintiff(s) are entitled to recover actual damages, statutory damages, costs, and his attorney's fees from the Defendants in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and/or 15 U.S.C. § 1681o.

**WHEREFORE**, Plaintiff(s) **each** demands judgment for actual, statutory and punitive damages against Defendants, jointly and severally; for his attorneys' fees and costs; for prejudgment and post-judgment interest at the judgment rate, and such other relief the Court deems proper.

1). **The Plaintiff(s) are willing to discuss and open to a reasonable settlement offer by the Defendants, or BEST OFFER.**

2). **Enter an Order declaring the arbitration provisions waiver provisions obtained by enticing consumers to sign up for free credit monitoring void pursuant to Md. Code Ann. Com. Law Section 13-303 as alleged in Count 22; and**

3). Plaintiff(s) require, and that the Court Order the Defendants **each** REMOVE and delete any and all *Inquiries* and correct and remove any and all disputed accounts, or other misinformation as previously disputed.

4). Plaintiff Kevin L. Cofield, Sr. require and demand the Court to Order the Defendants to correct his credit profile and direct that his Ally, and APGFCU car loan shows the debt paid off back in August in FULL, immediately.

5). That the Court Order each Defendant correct its credit reports and profiles of Dr. Keenan K. Cofield, correct DOB, and Social Security Number is reported correctly and not that of his brother Kevin L. Cofield, Jr. or anyone else's.

6). That the Court further Order each Credit Bureau Defendant search, locate and re-report each and every **GOOD STANDING DEBT OR ACCOUNTS-PAID IN FULL that had been reported or listed in good standing**, Dr. Keenan K. Cofield had that was deleted, purged or

removed **without** any notice or other dispute by him, by each Defendant except APGFCU, from his credit file, **without** just cause.

8). Enter a Preliminary and Permanent injunction and/or declaratory judgment prohibiting the Defendants mainly Equifax from continuing to bait and switch consumers into signing any waiver or arbitration agreement.

9). Plaintiffs demand judgment is entered against each Defendant in the amount of $500,000 dollars in Compensatory damages each Count.

10). For any and all other relief this Court may deem just and proper.

11). The actions herein destroyed the Plaintiff Dr. Keenan K. Cofield credit score, rating and status.

12). Award Punitive Damages against each EQUIFAX Defendant for **$2,500,000 dollars**.

13). Award statutory damages against Defendant for the allegations contained in Count 22 of at least $7,500 dollars.

14). Plaintiff(s) **Dr. Keenan Cofield,  and Kevin L. Cofield, Sr**. seek the maximum  of $20,000 dollars for TIME SPENT during the EXTENDED CLAIMS PERIOD as indicated.

15). Plaintiffs Dr. Keenan Cofield, LaVerne Thompson, and Kevin L. Cofield, Sr. demand damages against EQUIFAX in the amount of **$25,000,000 dollars in Compensatory Damages** for the continued breach and losses, but for the inflated tax fraud claim scheme.

**TRIAL BY JURY IS DEMANDED.**

# AMENDED AND/OR SUPPLEMENTAL COMPLAINT-ADDENDUM COUNTS 21 THRU  26

207). Plaintiffs restates **each** of the allegations in the preceding paragraphs & Counts as if set forth at length herein, in further support of this Amended and/or Supplemental Count to the Verified Complaint, and says:

208). Plaintiff(s) does hereby Amend and/or Supplement the Original Complaint to add the following **NEW Defendants** to this cause of action:

b). **CONSUMER FINANCIAL PROTECTION BUREAU**
1625 Eye Street, N.W.
Washington, DC 20006
**and**

c). **FEDERAL TRADE COMMISSION**
600 Pennsylvania Ave. NW
Washington, DC 20580
**and**

209). The conducts and acts described 1-103 by the Defendants violate the provisions of various laws and statutes more specifically, **Dodd-Frank Wall Street Reform and Consumer Protection Act and The Federal Trade Commission Acts of 1914 as so Amended and/or Codified** into various other Federal Acts and Statutes to rules passed by Congress and each agencies that such statutes or rules are applicable to.

210). Credit Reporting agencies or companies serve as a major piece of our financial infrastructure in America, but less regulatory scrutiny and passes by the Defendants as U.S. government regulators over them named in paragraph 102, where justice and protection seemed blind.

211). Both the Defendants **Consumer Financial Protection Bureau and Federal Trade Commission** as federal government agencies have a duty and responsibility for consumer protection in the financial sector, as federal regulatory bodies. The NEW Defendants have a duty

making sure the credit reporting agencies and others under their control or jurisdiction **shall** put additional measures in place to protect consumer information, data, and credit profiles of the Defendants and other consumers; 2). That the **Consumer Financial Protection Bureau and Federal Trade Commission shall** have in place rules or apply for Congressional actions that require, any and all credit reporting agencies or any other financial agency or company under their jurisdiction **shall immediately** report to these and other federal agencies **any time** there is a breach, hack, or other actions whereas the records of that agency or credit reporting company has been breached or compromised; That the Court shall under a possible Consent Decree that any violation or violations thereof as to the complaint and relief described herein, shall impose automatic sanctions against each and any credit reporting agency that violates any Order, and all affected **shall be** compensated accordingly to be determined by the parties, government and court.

Dated this the 13th day of April, 2023

## VERIFICATION OF COMPLAINT

I, Dr. Keenan Cofield, Kayla Nedd, Orian D. Cofield, Arivette L. Cofield, Luluk Novi Fatmawati, Kevin L. Cofield, Sr.,  LaVerne Thompson,  do hereby certify that the above and foregoing VERIFIED COMPLAINT is true and correct to the best of my knowledge, information and belief, under the penalty of perjury and that I am over the age of (21) years and I am competent to testify to the alleged facts herein.  **THIS CLAIM IS SUBJECT TO BE AMENDED AND/OR SUPPLEMENTED AS MEDICAL TREATMENTS, AND OTHER SERVICES CONTINUE.**

**The Plaintiffs/Claimants assert and feel confident that this matter can be resolved to the satisfaction of all parties quietly without the need for any long drawn out litigation. But if necessary the Claimant is ready to file a lawsuit and issue Press Releases if forced to do so.**

**The Defendants/Respondents make a fair and reasonable offer, this matter is over.**

Email: Supremegrandbishop@gmail.com


_Kayla Nedd_
Kayla Nedd


_LaVerne Thompson_
LaVerne Thompson

_Luluk N. Fatwamati_
Luluk N. Fatwamati


_Dr. Keenan Cofield_
Dr. Keenan Cofield



# MedStar Health

COFIELD, KEENAN
1236 KENDRICK RD
ROSEDALE, MD 21237

May 02, 2023

To Whom It May Concern:

This patient was seen by Dr. Cohen in this office on 4/26/23 and will have their next appointment 7/26/23.


This patient is under Dr. Cohen, patient will not be able to return to work indefinitely due to bilateral shoulder and concussion.




Sincerely,

Elizabeth Scales

---

Name: COFIELD, KEENAN          Page 1 of 1          DOB: ██████/1959

**MedStar Orthopaedic Institute at MFSMC**
9101 Franklin Square Drive
Suite 200
Baltimore, MD, 21237
**Phone:**   (443)777-6788          **Fax:**   (844)606-5109

Orthopedic Office/Clinic Note
**Visit Date:** 04/26/2023 10:15
**Scheduled Provider:** Cohen, MD, David A.

# * Final Report *

**Chief Complaint**
Return Left Shoulder Pain

**History of Present Illness**
64-year-old male returns in follow-up for his bilateral shoulders.  He has a history of
some rotator cuff pathology.  He had injections about 6 months ago which helped
in total recently.  He also has a little bit of some cervical radicular type pain.  He
gets occasional spasms in his neck.  He would like to consider injections again in
both shoulders.
Hand Dominance: Right
Occupation: Unemployed
Onset of Symptoms: 2 + years
Orthopedic Injury: No

**Physical Exam**

Vitals & Measurements
04/25/2023 13:18  **HT:** 187 cm (6 ft 2 in)   **WT:** 113 kg (249 lbs 2
oz)  **BMI:** 32.31 kg/m2
Patient has no tenderness in his neck.  He has good forward flexion extension but a
little discomfort with side bending.  He has negative Spurling sign.  Bilateral
shoulders have no obvious swelling or deformity.  He has some crepitus in the left
shoulder with internal and external rotation.  His forward flexion abduction
bilaterally is about 140 degrees.  He has good strength in deltoid but pain and
weakness with supraspinatus testing bilaterally.  He has pain with Neer and
Hawkins impingement signs as well as the speeds and O'Brien's test.  He has good
internal and external rotation strength.

**Assessment/Plan**

Bilateral rotator cuff syndrome M75.101
   Patient elected for injections of both shoulders today.  A time out was called to
   verify the site and procedure.  Under sterile conditions 40 mg of Kenalog and 3
   mL's of 1% lidocaine were injected in the noted joint/area.  The injection was
   tolerated well and a bandaid was applied.  He may follow-up as needed
   Ordered:    Xylocaine-MPF 1% preservative-free injectable solution, Dose = 3 mL,
                Inj, Infiltrate, One Time, Routine 04/26/23 11:16:00 EDT, Stop:
                04/26/23 11:16:00 EDT
                Xylocaine-MPF 1% preservative-free injectable solution, Dose = 3 mL,
                Inj, Infiltrate, One Time, Routine 04/26/23 11:16:00 EDT, Stop:
                04/26/23 11:16:00 EDT
                Kenalog-40 injectable suspension, 40 mg = 1 mL, Inj, IntraARTiCular,
                One Time, Routine, 04/26/23 11:16:00 EDT, Stop: 04/26/23 11:16:00
                EDT, 04/26/23 11:16:00 EDT
                Kenalog-40 injectable suspension, 40 mg = 1 mL, Inj, IntraARTiCular,
                One Time, Routine, 04/26/23 11:16:00 EDT, Stop: 04/26/23 11:16:00
                EDT, 04/26/23 11:16:00 EDT

**Problem List/Past Medical History**
Ongoing
   Adjustment disorder with mixed anxiety
   and depressed mood
   Allergic rhinitis
   Asthma
   Back spasm
   Cardiomyopathy
   Carpal tunnel syndrome
   Cerebrovascular disease
   Cervical radiculopathy
   Cervical stenosis of spine
   Complete rotator cuff tear of left
   shoulder
   Concussion
   Depression
   Erectile dysfunction
   GAD (generalized anxiety disorder)
   Headache
   Heart failure with reduced ejection
   fraction
   History of COPD
   Hypercholesterolemia
   Hypertension
   Impingement syndrome of right
   shoulder
   Insomnia
   Lumbar herniated disc
   Lumbar radiculopathy
   MDD (major depressive disorder),
   recurrent episode, moderate
   Motor vehicle accident
   Neck pain
   Numbness and tingling of upper
   extremity
   Obesity
   Obesity
   Occipital neuralgia
   Other cervical disc displacement at C4-
   C5 level
   Other cervical disc displacement at C5-
   C6 level
   Other cervical disc displacement at C6-
   C7 level
   Paresthesia of hand, bilateral
   Post-concussion syndrome
   Prostate cancer

**COFIELD, KEENAN**
**DOB:** ▓▓▓▓1959

FSH-00745640615
Printed on: 05/02/2023 11:15 EDT

EMPI: 36263
Page 1 of 5

MedStar Orthopaedic Institute at MFSMC

Orthopedic Office/Clinic Note

**Visit Date:** 04/26/2023 10:15

Bill For Arthrocentesis Aspir&/Inj Major Jt/Bursa W/O Us AMB - 20610
Return to Clinic

Prostatitis
PTSD (post-traumatic stress disorder)
Sensorimotor neuropathy
Shoulder pain, right
Social anxiety disorder
Somatic dysfunction of cervical region
Somatic dysfunction of lumbar region
Somatic dysfunction of thoracic region
Somatic dysfunction of thoracolumbar region
Somatic dysfunction of upper extremity
Spondylosis of cervical spine
Stroke/cerebrovascular accident
Temporomandibular joint (TMJ) pain
Upper back pain
Historical
Adjustment disorder with disturbance of emotion
At risk of venous thromboembolus
Cervical disc disease
Depression, unspecified
Eye pain
Immunization due
Impingement syndrome of right shoulder
Impingement syndrome, shoulder, left
Obesity
Pruritus
Seasonal allergies

**Procedure/Surgical History**
None

**Medications**
albuterol CFC free 90 mcg/inh inhalation aerosol, 2 puff, Inhalation, q6h, PRN, 3 refills
amitriptyline 75 mg oral tablet, See Instructions, Take 1 tablet at night for depression/anxiety/insomnia
amLODIPine 10 mg oral tablet, 10 mg= 1 tab, PO, Daily, 3 refills
aspirin 81 mg oral delayed release tablet, 81 mg= 1 tab, PO, Daily, 3 refills
atorvastatin 40 mg oral tablet, 40 mg= 1 tab, PO, Daily, 3 refills
azelastine 137 mcg/inh ( 0.1%) nasal spray, 1 spray, Inhale-nasal, Daily
benzonatate 100 mg oral capsule, 100 mg= 1 cap, PO, 3x/day, 1 refills
Cialis 10 mg oral tablet, 10 mg= 1 tab, PO, Daily, PRN
diclofenac 1% topical gel, 1 appl, TOP, 4x/day, PRN, 2 refills
EpiPen 2-Pak 0.3 mg Injectable kit, 0.3 mg= 1 ea, IM, One Time, 1 refills
fexofenadine 180 mg oral tablet, 180 mg= 1 tab, PO, Daily, 3 refills

COFIELD, KEENAN
DOB: ▮▮▮/1959

FSH-00745640615
Printed on: 05/02/2023 11:15 EDT

EMPI: 36263
Page 2 of 5

Case 1:23-cv-01795-JKB   Document 157   Filed 07/06/23   Page 75 of 259

MedStar Orthopaedic Institute at MFSMC

Orthopedic Office/Clinic Note

**Visit Date: 04/26/2023 10:15**

Flonase 50 mcg/inh nasal spray, 2 inhl, Nasal, Daily, 3 refills, 2 inhalations per nostril

furosemide 20 mg oral tablet, 20 mg= 1 tab, PO, Daily

gabapentin 300 mg oral capsule, 300 mg= 1 cap, PO, Nightly, 1 refills

hydrochlorothiazide 25 mg oral tablet, 25 mg= 1 tab, PO, Daily, 3 refills

Kenalog-40 injectable suspension, 40 mg= 1 mL, IntraARTiCular, One Time

Kenalog-40 injectable suspension, 40 mg= 1 mL, IntraARTiCular, One Time

lidocaine 5% topical film/patch, See Instructions, APPLY 1 PATCH TOPICALLY TO THE SKIN DAILY FOR 7 DAYS APPLY UP TO 12 HOUR/ EVERY DAY. MAX 3 PATCHES AT A TIME

lidocaine patch removal, 1 ea, TOP, One Time

meclizine 12.5 mg oral tablet, 12.5 mg= 1 tab, PO, 3x/day, PRN

Melatonin 5 mg oral capsule, See Instructions, Take 1 capsule at bedtime as needed

metoprolol succinate 25 mg oral tablet, extended release, 25 mg= 1 tab, PO, Daily, 3 refills

Potassium Chloride (Eqv-K-Tab) 20 mEq oral tablet, extended release, 20 mEq= 1 tab, PO, Daily, 1 refills

potassium chloride 20 mEq oral tablet, extended release, 20 mEq= 1 tab, PO, Daily, 3 refills

Symbicort 160 mcg-4.5 mcg/inh inhalation aerosol, 2 puff, Inhalation, 2x/day, 4 refills

Vitamin B12 1000 mcg oral tablet, 1000 mcg= 1 tab, PO, Daily, 2 refills

Vitamin C, 100 mg= 1 tab, PO, Daily

Vitamin D3 (cholecalciferol), PO, Daily

Xylocaine-MPF 1% preservative-free injectable solution, 30 mg= 3 mL, Infiltrate, One Time

Xylocaine-MPF 1% preservative-free injectable solution, 30 mg= 3 mL, Infiltrate, One Time

**Allergies**
Mold (asthma trigger, Hayfever)
Pollen (Hayfever)
No Known Medication Allergies

**Social History**
  Smoking Status
    Never smoker
Alcohol

COFIELD, KEENAN
DOB: ▮▮▮▮/1959

FSH-00745640615
Printed on: 05/02/2023 11:15 EDT

EMPI: 36263
Page 3 of 5

MedStar Orthopaedic Institute at
MFSMC

Orthopedic Office/Clinic Note

**Visit Date:** 04/26/2023 10:15

Use: Denies. Previous treatment: None.
Household alcohol concerns: No.
Alcohol Counseling: Not Indicated -
Patient Doesn't Drink.

Employment/School
  Status: Off work temporarily.
  Work/School description: Patient
  reported he was employed as a
  psychologist for 18 years. Patient
  reported he has been unable to work
  due to the physical and emotional
  hardships he has endured after being in
  two car accidents in 2021.. Highest
  education level: Post graduate degree
  (s). Previous employment/school:
  Patient reported in the past he worked
  in radio and television broadcasting.
  Patient reported he attended private
  school growing up.. Hazardous
  equipment operation: No.

Exercise
  Frequency: 1-2 times/week.

Home/Environment
  Born Outside the US: No. Marital
  Status: Single. Lives with Mother.
  Comment(s): Lives with 82 yo mother.
  Patient is the oldest of 4.. Living
  situation: Home/Independent. Home
  Equipment: None. Alcohol abuse in
  household: No. Substance abuse in
  household: No. Smoker in household:
  No. Concerns for Domestic Violence:
  No. Feels unsafe at home: No. Safe
  place to go: Yes. Family/Friends
  available for support: Yes. Concern for
  family members at home: No. Major
  illness in household: No. Financial
  concerns: No.

Nutrition/Health
  Type of Diet: Regular diet. Diet
  Restrictions: Patient reported, "I can't
  eat certain foods because of the
  popping/the TMJ.". Sleeping Concerns
  Yes.

Sexual
  Sexually active: No. History of sexual
  abuse: No. SelfDescribe Sexual
  Orientation: Patient reported, "I am
  free spirited." . Gender Identity:
  Identifies as male.

Substance Use
  Use: Denies.

Tobacco/Nicotine
  Use: Denies any past/current use/abuse
  of licit or illicit drugs..

**Family History**
Anxiety: Mother.

COFIELD, KEENAN
DOB: ▮▮▮▮/1959

FSH-00745640615
Printed on: 05/02/2023 11:15 EDT

EMPI: 36263
Page 4 of 5

MedStar Orthopaedic Institute at MFSMC

Orthopedic Office/Clinic Note

**Visit Date:** 04/26/2023 10:15

Diabetes mellitus: Mother and Father.
HBP (high blood pressure)......: Mother and Father.

**Review of Systems**
Headache: Denies
Eyesight Problems: Denies
Swallowing Problems: Denies
Chest Pain: Denies
Shortness of Breath: Denies
Diarrhea: Denies
Constipation: Denies
Poor Circulation: Denies
Blood in Stool: Denies
Ulcers: Denies
Painful Urination: Denies

**Signature Line**
Electronically signed by:

_____

Cohen, MD, David A. on: 04.26.2023 11:18 EDT

**COFIELD, KEENAN**
DOB: ████/1959

FSH-00745640615
Printed on: 05/02/2023 11:15 EDT

EMPI: 36263
Page 5 of 5

# Your personal prescription information

**Your Walgreens Pharmacy Location**
6 Carroll Island Rd
Baltimore, MD 21220
(410)335-2323

If you have questions about your prescription, please contact your Walgreens pharmacist or call 800-WALGREENS (800-925-4733).

| PATIENT | KEENAN K COFIELD | DOCTOR | S. KRIEG, MD | DRUG DESCRIPTION |
|---|---|---|---|---|
| BIRTH DATE | /59 | | | |
| MEDICATION | AMITRIPTYLINE 75MG TABLETS | PATIENT ALLERGIES | | |
| QUANTITY | 30 | | | |

**DIRECTIONS** TAKE 1 TABLET BY MOUTH AT NIGHT FOR DEPRESSION OR ANXIETY OR INSOMNIA

YELLOW
FRONT: U
BACK: 422

**GENERIC INGREDIENT:** Amitriptyline(a mee TRIP ti leen)

**WARNING:** Drugs like this one have raised the chance of suicidal thoughts or actions in children and young adults. The risk may be greater in people who have had these thoughts or actions in the past. All people who take this drug need to be watched closely. Call the doctor right away if signs like depression, nervousness, restlessness, grouchiness, panic attacks, or changes in mood or actions are new or worse. Call the doctor right away if any thoughts or actions of suicide occur. This drug is not *approved* for use in *children*. Talk with the doctor.

**COMMON USES:** It is used to treat depression.It may be given to you for other reasons. Talk with the doctor.

**BEFORE USING THIS MEDICINE: WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR DOCTOR:** If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.If you have had a recent heart attack.If you have taken certain drugs for depression or Parkinson's disease in the last 14 days. This includes isocarboxazid, phenelzine, tranylcypromine, selegiline, or rasagiline. Very high blood pressure may happen.If you are taking any of these drugs: Linezolid or methylene blue.If you are taking cisapride.This is not a list of all drugs or health problems that interact with this drug.Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

**HOW TO USE THIS MEDICINE: HOW IS THIS DRUG BEST TAKEN?** Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely. Take at bedtime if taking once a day.Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well. HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature in a dry place. Do not store in a bathroom.Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area. WHAT DO I DO IF I MISS A DOSE? Take a missed dose as soon as you think about it.If it is close to the time for your next dose, skip the missed dose and go back to your normal time.Do not take 2 doses at the same time or extra doses.

**CAUTIONS:** Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists. This drug may need to be stopped before certain types of surgery as your doctor has told you. If this drug is stopped, your doctor will tell you when to start taking this drug again after your surgery or procedure.Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.To lower the chance of feeling dizzy or passing out, rise slowly if you have been sitting or lying down. Be careful going up and down stairs.Do not stop taking this drug all of a sudden without calling your doctor. You may have a greater risk of signs of withdrawal. If you need to stop this drug, you will want to slowly stop it as ordered by your doctor.If you have high blood sugar (diabetes), you will need to watch your blood sugar closely.Tell your doctor if you have signs of high or low blood sugar like breath that smells like fruit, dizziness, fast breathing, fast heartbeat, feeling confused, feeling sleepy, feeling weak, flushing, headache, unusual thirst or hunger, passing urine more often, shaking, or sweating.Talk with your doctor before you use alcohol, marijuana or other forms of cannabis, or prescription or OTC drugs that may slow your actions.Some people may have a higher chance of eye problems with this drug. Your doctor may want you to have an eye exam to see if you have a higher chance of these eye problems. Call your doctor right away if you have eye pain, change in eyesight, or swelling or redness in or around the eye.This drug may make you sunburn more easily. Use care if you will be in the sun. Tell your doctor if you sunburn easily while taking this drug.Be careful in hot weather or while being active. Drink lots of fluids to stop fluid loss.Some people may get a severe muscle problem called tardive dyskinesia. This problem may lessen or go away after stopping this drug, but it may not go away. The risk is greater with diabetes and in older adults, especially older females. The risk is greater with longer use or higher doses, but it may also occur after short-term use with lower doses. Call your doctor right away if you have trouble controlling body movements or problems with your tongue, face, mouth, or jaw like tongue sticking out, puffing cheeks, mouth puckering, or chewing.If you are 65 or older, use this drug

with care. You could have more side effects.Tell your doctor if you are pregnant, plan on getting pregnant, or are breast- feeding. You will need to talk about the benefits and risks to you and the baby.

**POSSIBLE SIDE EFFECTS: WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION:** Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.Signs of high or low blood pressure like very bad headache or dizziness, passing out, or change in eyesight.Signs of liver problems like dark urine, tiredness, decreased appetite, upset stomach or stomach pain, light- colored stools, throwing up, or yellow skin or eyes. Weakness on 1 side of the body, trouble speaking or thinking, change in balance, drooping on one side of the face, or blurred eyesight.Chest pain or pressure, a fast heartbeat, or an abnormal heartbeat.Feeling confused, not able to focus, or change in behavior.Trouble passing urine.Fever, chills, or sore throat; any unexplained bruising or bleeding; or feeling very tired or weak.Swelling. Shakiness. Seizures.Hallucinations (seeing or hearing things that are not there).A burning, numbness, or tingling feeling that is not normal. Change in sex interest.Not able to get or keep an erection.Swelling of the testicles.Enlarged breasts or nipple discharge.Severe constipation or stomach pain. These may be signs of a severe bowel problem. Not sweating during activities or in warm temperatures.Trouble sleeping.Bad dreams.Ringing in ears.Change in tongue color.Sweating a lot.Joint pain. WHAT ARE SOME OTHER SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:Constipation, diarrhea, stomach pain, upset stomach, throwing up, or decreased appetite.Feeling dizzy, sleepy, tired, or weak.Dry mouth.Headache.Anxiety.Feeling nervous and excitable.Change in taste.Weight gain or loss. Mouth sores.These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects. You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/ medwatch.

**GENERAL DRUG FACTS:**If your symptoms or health problems do not get better or if they become worse, call your doctor.Do not share your drugs with others and do not take anyone else's drugs.This drug comes with an extra patient fact sheet called a Medication Guide. Read it with care. Read it again each time this drug is refilled. If you have any questions about this drug, please talk with the doctor, pharmacist, or other health care provider. If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

Call your doctor for medical advice about side effects.
You may report side effects to the FDA at 800-FDA-1088.

Do not flush unused medications or pour down a sink or drain.

WIC# 957546

**Keep out of reach of children. Store in safety container or secure area**

# EXHIBIT A

**MedStar Outpt Psych Services at MFSMC**
9105 Franklin Square Drive
Suite 102 and 104
Baltimore, MD, 21237
Phone:   (443)777-7785          Fax:   --

Behavioral Health Telehealth Note
Visit Date: 03/15/2022 08:30
Scheduled Provider: Audlin, CRNP, Tiffany H.

## * Final Report *

### Chief Complaint
BEH Chief Complaint: Anxiety Symptoms, Depression, Evaluate Response to Treatment, Monitor Stability and Maintain Gains

### History of Present Illness
Reviewed notes from prior appointment in EMR. 62 yo AAM with history of Prostate Cancer, diagnosed 12/2021, COPD, Hypertension, S/P MVA, 2X with rotator cuff tear both shoulders, with cervical radiculopathy, TMJ pain, back pain. He had 2 separate MVA, July and September 2021. Patient has no previous psychiatric history but became depressed because of job loss and his medical conditions affecting his functioning. F/U telemedicine visit today via phone in patient's home, Rosedale, Md. Patient reports the pain in his left shoulder has been worse, goes to OMT clinic every 30 days or so, rigorous testing process. In regard to his prostate, stopped the vitamins and his PSA dropped 5 or 6 points. Most recent PSA is 29.9, treatment plan still being discussed. Escitalopram has been helping with his mood, less irritable. . Still has some level of anxiety that comes and goes, does not interfere with his day to day. Is doing very little driving, always on alert, has trouble siting still, but is not consumed by this. Disruptive sleep because of the pain, never completely goes away. Has been sleeping a bit more in bed, 60% chair, 40% bed. Appetite, picky, not eating in excess, maybe one good meal a day, doesn't really think about food. Takes medications consistently as prescribed and reports no side effect(s) of concern. Patient is not endorsing current SI or HI, intent or plan. No acute safety concerns.

Scales/Scores
*Little Interest, Pleasure in Activities (ref) :*  1: several days
*Feeling Down, Depressed, Hopeless :*  1: several days
*Initial Depression Screening Score :*  2
*Depression Screening Negative :*  Negative
*Trouble Falling or Staying Asleep :*  1: several days
*Feeling Tired or Little Energy :*  1: several days
*Poor Appetite or Overeating :*  3: nearly every day
*Feeling Bad About Yourself :*  1: several days
*Trouble Concentrating :*  1: several days
*Moving or Speaking Slowly :*  0: not at all
*Thoughts Better Off Dead or Hurting Self :*  0: not at all
*Difficulty at Work, Home, or Getting Along With Others :*  Somewhat difficult
*Detailed Depression Screening Score :*  7
*Total Depression Screening Score :*  9

### Review of Systems
Psychiatric: Anxiety
Constitutional: Fatigue, Insomnia
Musculoskeletal: Back pain, Neck pain, Other: chronic pain, MVA x 2

Pain Assessment Information
Pain Present: Yes actual or suspected pain
Pain Present: Yes actual or suspected pain

### Exam

### Past Behavioral Health History
No qualifying data available.

### Problem List / Past Medical History
Ongoing
  Adjustment disorder with mixed anxiety
  and depressed mood
  Allergic rhinitis
  Asthma
  Back spasm
  Carpal tunnel syndrome
  Cervical radiculopathy
  Cervical somatic dysfunction
  Cervical spinal stenosis
  Cervical stenosis of spine
  Complete rotator cuff tear of left
  shoulder
  Depression
  Erectile dysfunction
  Heart failure with reduced ejection
  fraction
  History of COPD
  Hypercholesterolemia
  Hypertension
  Impingement syndrome of right
  shoulder
  Insomnia
  Lumbar herniated disc
  Motor vehicle accident
  Neck pain
  Numbness and tingling of upper
  extremity
  Obesity
  Other cervical disc displacement at C4-
  C5 level
  Other cervical disc displacement at C5-
  C6 level
  Other cervical disc displacement at C6-
  C7 level
  Paresthesia of hand, bilateral
  Prostate cancer
  Prostatitis
  PTSD (post-traumatic stress disorder)
  Sensorimotor neuropathy .
  Shoulder pain, right
  Somatic dysfunction of lumbar region
  Somatic dysfunction of thoracic region
  Somatic dysfunction of upper extremity
  Spondylosis of cervical spine

---

**COFIELD, KEENAN KESTER**
**DOB:** ████/1959

FSH-C0684734700
Printed on: 03/16/2022 12:29 EDT

EMPI: 36263
Page 1 of 5

MedStar Outpt Psych Services at MFSMC     Behavioral Health Telehealth Note     Visit Date: 03/15/2022 08:30

No vitals or measurement results available for this patient:
BEH Consciousness: Alert
BEH Orientation: Well Oriented in all Spheres
BEH Appearance: Other: phone visit
BEH Mood Per Self Report: Other: good
BEH Affect: Other: unable to assess, phone visit
BEH Relatedness/Rapport: Other: engaged in the conversation and forthcoming with symptoms
BEH Insight: Adequate
BEH Judgement: Adequate
BEH Thought Content: Conversationally appropriate
BEH Thought Process: Logical and Coherent
BEH Speech: Spontaneous and well articulated with average rate and volume
BEH Language: Intact
BEH Perception: No Perceptual Abnormalities Reported
BEH Memory: Recent - Intact
BEH Attention Span/Concentration: Intact
BEH Intellectual Functioning: Average
BEH Fund of Knowledge: Adequate
BEH Musculoskeletal: Other: phone visit

### Assessment/Plan

1. Adjustment disorder with mixed anxiety and depressed mood F43.23
   Patient reports the Escitalopram has been helping with his mood, less irritable. Mild depression per PHQ-9. Adjusting given his present circumstances and waiting to hear about treatment for his prostate. No changes made to medication regimen. Discussed individual psychotherapy with patient, not interested at this time.

2. Insomnia G47.00
   Disruptive sleep because of the pain, never completely goes away. Has been sleeping a bit more in bed, 60% chair, 40% bed. Trazodone helpful.
   Ordered: traZODone 50 mg oral tablet, 50 mg = 1 tab, Tab, PO, Nightly, PRN PRN insomnia, # 30 tab, 1 Refill(s), Pharmacy: WALGREENS DRUG STORE #19149, Rx or Hx Med, 189, 03/09/22 14:02:00 EST, cm, Height/Length Dosing, 110.2, 03/09/22 14:02:00 EST, kg, Weight Dosing

### Plan and Treatment Recommendations

Continue to adhere to med management as advised to improve level of functioning, mood and to maintain gains and prevent relapse.
Patient understood the importance of adherence with treatment and coming in for regular appointments as scheduled.
Patient to follow up with provider in one month or sooner if experiencing worsening of symptoms, no improvement or experiencing side effects to the medication.
Patient to follow up with primary care provider for all medical concerns.
Patient provided with psychoeducation and brief supportive therapy during session.
Encouraged patient to engage in self-care activities as can tolerate.
BEH Counseling Provided To: Patient
BEH Psychotherapy Type Provided: Supportive
BEH Counseling Regarding: Importance Of Adherence To Recommended Treatment, Instructions for Treatment and Follow Up, Risk factor reduction, Patient and/or Family Education
BEH Psychotherapy Needs: Anxiety management
BEH Continued Need for Treatment: Relapse prevention, Continued Need For

Temporomandibular joint (TMJ) pain
Upper back pain
Historical
Adjustment disorder with disturbance of emotion
At risk of venous thromboembolus
Cervical disc disease
Eye pain
Immunization due
Impingement syndrome of right shoulder
Impingement syndrome, shoulder, left
Obesity
Pruritus
Seasonal allergies

### Procedure/Surgical History
- APPLICATION SHORT LEG SPLINT CALF FOOT (10/25/2018)
- None

### Medications
**Medications at the Start of the Visit**
1. amLODIPine (amLODIPine 10 mg oral tablet), 10 mg, 1 tab, PO, Daily, 90 tab, 1 Refill(s)
2. ascorbic acid (Vitamin C), 100 mg, 1 tab, PO, Daily, 30 tab, 0 Refill(s)
3. aspirin (aspirin 81 mg oral delayed release tablet), 81 mg, 1 tab, PO, Daily, 90 tab, 3 Refill(s)
4. atorvastatin (atorvastatin 40 mg oral tablet), 40 mg, 1 tab, PO, Daily, 90 tab, 3 Refill(s)
5. azelastine nasal (azelastine 137 mcg/inh ( 0.1%) nasal spray), 1 spray, Inhale-nasal, Daily, 1 ea, 0 Refill(s)
6. budesonide-formoterol (Symbicort 160 mcg-4.5 mcg/inh inhalation aerosol), 2 puff, Inhalation, 2x/day, 10 gm, 4 Refill(s)
7. cholecalciferol (Vitamin D3 (cholecalciferol)), PO, Daily, 0 Refill(s)
8. cyanocobalamin (Vitamin B12 1000 mcg oral tablet), 1,000 mcg, 1 tab, PO, Daily, 90 tab, 2 Refill(s)
9. diclofenac topical (diclofenac 1% topical gel), 1 appl, TOP, 4x/day, PRN: as needed for pain, 100 gm, 0 Refill(s)
10. EPINEPHrine (EpiPen 2-Pak 0.3 mg injectable kit), 0.3 mg, 1 ea, IM, One Time, 1 pack, 1 Refill(s)
11. escitalopram (escitalopram 10 mg oral tablet), 15 mg, 1.5 tab, PO, Daily, 45 tab, 1 Refill(s)
12. fexofenadine (fexofenadine 180 mg oral tablet), 180 mg, 1 tab, PO, Daily, 90 tab, 0 Refill(s)
13. fluticasone nasal (Flonase 50 mcg/inh

COFIELD, KEENAN KESTER
DOB: ███/1959

FSH-C0684734700
Printed on: 03/16/2022 12:29 EDT

EMPI: 36263
Page 2 of 5

MedStar Outpt Psych Services at MFSMC                    Behavioral Health Telehealth Note          Visit Date: 03/15/2022 08:30

Structured Care To Adjust Medications
BEH Education Method: Discussion
BEH Patient Response: Accepted, Verbalized Understanding

**Duration of Session**
Psychiatry Start Time: 03/15/22 08:28:00
Psychiatry Stop Time: 03/15/22 08:51:00
Psychiatry Time Spent: 23 Minute(s)

nasal spray), 2 inhl, Nasal, Daily, 2 Inhalations per nostril, 16 gm, 3 Refill(s)
14. furosemide (furosemide 20 mg oral tablet), 20 mg, 1 tab, PO, Daily, 90 tab, 0 Refill(s)
15. gabapentin (gabapentin 100 mg oral capsule), 100 mg, 1 cap, PO, 3x/day, 90 cap, 0 Refill(s)
16. ibuprofen (ibuprofen 600 mg oral tablet), 0 Refill(s)
17. lidocaine topical (Lidoderm 5% topical film), 1 patch, TransDERMAL, Daily, for 7 Day(s), apply up to 12h/d, max 3 patches at a time, 30 patch, 0 Refill(s)
18. metoprolol (metoprolol succinate 25 mg oral tablet, extended release), 25 mg, 1 tab, PO, Daily, 30 tab, 0 Refill(s)
19. potassium chloride (potassium chloride 20 mEq oral tablet, extended release), 20 mEq, 1 tab, PO, Daily, 10 tab, 3 Refill(s)
20. traZODone (traZODone 50 mg oral tablet), 50 mg, 1 tab, PO, Nightly, PRN: insomnia, 30 tab, 1 Refill(s)

**Medication Changes at visit**
1. escitalopram (escitalopram 10 mg oral tablet), 15 mg, 1.5 tab, PO, Daily, 45 tab, 1 Refill(s)  Changed/Refilled
2. traZODone (traZODone 50 mg oral tablet), 50 mg, 1 tab, PO, Nightly, PRN: insomnia, 30 tab, 1 Refill(s)  Changed/Refilled

**Medications at the End of the Visit**
1. amLODIPine (amLODIPine 10 mg oral tablet), 10 mg, 1 tab, PO, Daily, 90 tab, 1 Refill(s)
2. ascorbic acid (Vitamin C), 100 mg, 1 tab, PO, Daily, 30 tab, 0 Refill(s)
3. aspirin (aspirin 81 mg oral delayed release tablet), 81 mg, 1 tab, PO, Daily, 90 tab, 3 Refill(s)
4. atorvastatin (atorvastatin 40 mg oral tablet), 40 mg, 1 tab, PO, Daily, 90 tab, 3 Refill(s)
5. azelastine nasal (azelastine 137 mcg/inh ( 0.1%) nasal spray), 1 spray, Inhale-nasal, Daily, 1 ea, 0 Refill(s)
6. budesonide-formoterol (Symbicort 160 mcg-4.5 mcg/inh inhalation aerosol), 2 puff, Inhalation, 2x/day, 10 gm, 4 Refill(s)
7. cholecalciferol (Vitamin D3 (cholecalciferol)), PO, Daily, 0 Refill(s)
8. cyanocobalamin (Vitamin B12 1000

MedStar Outpt Psych Services at MFSMC         Behavioral Health Telehealth Note          Visit Date: 03/15/2022 08:30

mcg oral tablet), 1,000 mcg, 1 tab, PO, Daily, 90 tab, 2 Refill(s)

9. diclofenac topical (diclofenac 1% topical gel), 1 appl, TOP, 4x/day, PRN: as needed for pain, 100 gm, 0 Refill(s)

10. EPINEPHrine (EpiPen 2-Pak 0.3 mg injectable kit), 0.3 mg, 1 ea, IM, One Time, 1 pack, 1 Refill(s)

11. escitalopram (escitalopram 10 mg oral tablet), 15 mg, 1.5 tab, PO, Daily, 45 tab, 1 Refill(s)

12. fexofenadine (fexofenadine 180 mg oral tablet), 180 mg, 1 tab, PO, Daily, 90 tab, 0 Refill(s)

13. fluticasone nasal (Flonase 50 mcg/inh nasal spray), 2 inhl, Nasal, Daily, 2 inhalations per nostril, 16 gm, 3 Refill(s)

14. furosemide (furosemide 20 mg oral tablet), 20 mg, 1 tab, PO, Daily, 90 tab, 0 Refill(s)

15. gabapentin (gabapentin 100 mg oral capsule), 100 mg, 1 cap, PO, 3x/day, 90 cap, 0 Refill(s)

16. ibuprofen (ibuprofen 600 mg oral tablet), 0 Refill(s)

17. lidocaine topical (Lidoderm 5% topical film), 1 patch, TransDERMAL, Daily, for 7 Day(s), apply up to 12h/d, max 3 patches at a time, 30 patch, 0 Refill(s)

18. metoprolol (metoprolol succinate 25 mg oral tablet, extended release), 25 mg, 1 tab, PO, Daily, 30 tab, 0 Refill(s)

19. potassium chloride (potassium chloride 20 mEq oral tablet, extended release), 20 mEq, 1 tab, PO, Daily, 10 tab, 3 Refill(s)

20. traZODone (traZODone 50 mg oral tablet), 50 mg, 1 tab, PO, Nightly, PRN: insomnia, 30 tab, 1 Refill(s)

**Allergies**
Mold (asthma trigger, Hayfever)
Pollen (Hayfever)
No Known Medication Allergies

**Social History**
 Smoking Status
  Never smoker
Alcohol
 Use: Denies.
Employment/School
 Status: Off work temporarily.
Exercise
 Frequency: 1-2 times/week.
Home/Environment
 Born Outside the US: No. Marital Status: Single. Lives with Mother.

COFIELD, KEENAN KESTER          FSH-00684734700            EMPI: 36263
DOB:     1959                   Printed on: 03/16/2022 12:29 EDT     Page 4 of 5

MedStar Outpt Psych Services at MFSMC

Behavioral Health Telehealth Note

Visit Date: 03/15/2022 08:30

Comment(s): Lives with 82 yo mother. Patient is the oldest of 4.. Living situation: Home/Independent. Home Equipment: None. Alcohol abuse in household: No. Substance abuse in household: No. Smoker in household: No. Concerns for Domestic Violence: No. Feels unsafe at home: No. Safe place to go: Yes. Family/Friends available for support: Yes. Concern for family members at home: No. Major illness in household: No. Financial concerns: No.

Substance Use
Use: Denies.

Tobacco/Nicotine
Use: Denies.

**Legal History**
No qualifying data available.

**Family History**
Diabetes mellitus: Mother and Father.
HBP (high blood pressure)......: Mother and Father.

**Signature Line**
Electronically signed by:

_____

Audlin, CRNP, Tiffany H. on: 03.15.2022 11:23 EDT

COFIELD, KEENAN KESTER
DOB: ▓▓▓/1959

FSH-00684734700
Printed on: 03/16/2022 12:29 EDT

EMPI: 36263
Page 5 of 5

# EXHIBIT B

After Hours Phone Note
Visit Date: 03/09/2022 13:40

MedStar Family Health Center at MFSMC
9101 Franklin Square Drive
Baltimore, MD, 21237
Phone:  (443)777-2000      Fax:  --

# * Final Report *

From: Randolph, MD, Martine Nzungize
To: Pristell, DO, Chrystal Lynette;
Sent: 03/18/2022 01:06:04 EDT
Subject: After Hours Phone Note - shoulder pain

**Caller is:** ( X ) Patient  ( ) Mother  ( ) Father  ( ) Pharmacy   ( ) Other.

**Patient's Physician:** Dr. Pristell

**Chief Complaint:** Shoulder pain
- Shoulder started to swell up for 1 week, would like something for pain
- Came in to OMT clinic on 3/10, given something for the pain
- He has been doing gabapentin 100 mg x1, ibuprofen 600 mg x 1

**Advice/Action:**
Tylenol 1000 mg q8h - sent to pharmacy
Start sports cream
Lidocaine patches - sent to pharmacy
Call us back if this regimen does not help in 1-2 days for an acute visit

**Completed Action List:**
* Perform by Randolph, MD, Martine Nzungize on March 18, 2022 01:06 EDT

COFIELD, KEENAN KESTER  DOB: ███/1959

Printed on: 03/18/2022 14:26 EDT

Page 1 of 1

MedStar Family Health Center at MFSMC
9101 Franklin Square Drive
Suite 300
Baltimore, MD, 21237
**Phone:** (443)777-2000   ,  Fax:  --

Ambulatory Clinical Summary
Visit Date: 03/09/2022 13:40

## * Final Report *

# COFIELD, KEENAN KESTER

**Visit Date:** 03/09/2022 13:40

## Instructions From Your Provider

- You may experience increased soreness and tightness for the next day or two, it's important to stay hydrated.
- May take Tylenol as needed for the discomfort. You can use topical creams such as lidocaine.
- Continue to incorporate routine gentle stretches.  You can refer to the handout provided.
- Return to clinic to follow up with OMT in 1-3 months.

## Other Scheduled Appointments

| | | |
|---|---|---|
| Tuesday **MARCH 15, 2022** 08:30 am | **With:** **Where:** | Audlin, CRNP, Tiffany H. MedStar Outpt Psychiatry Services at Franklin Square Med Ctr |
| Wednesday **April 27, 2022** 10:30 am | **With:** **Where:** | Cohen, MD, David A. MedStar Orthopaedic Institute at MFSMC |
| Monday **May 09, 2022** 08:40 am | **With:** **Where:** | Johnson, MD, Martha E. MedStar Family Health Center at Franklin Square Medical Cntr |
| Thursday **May 12, 2022** 09:30 am | **With:** **Where:** | Dorai, MD, Zeena MedStar UMH Orthopaedics Center of Excellence -Spine |

## Medications

| | What | How Much | When | Why | Instructions |
|---|---|---|---|---|---|
| *Unchanged* | amLODIPine (amLODIPine 10 mg oral tablet) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | ascorbic acid (Vitamin C) | 100 Milligram By Mouth | Every day | | |

COFIELD, KEENAN KESTER
DOB: ███ 959

FSH-00676408768
Printed on: 03/11/2022 12:04 EST

EMPI: 36263
Page 1 of 6

MedStar Family Health Center at MFSMC                    Ambulatory Clinical Summary              Visit Date: 03/09/2022 13:40

|  | What | How Much | When | Why | Instructions |
|---|---|---|---|---|---|
| *Unchanged* | aspirin (aspirin 81 mg oral delayed release tablet) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | atorvastatin (atorvastatin 40 mg oral tablet) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | azelastine nasal (azelastine 137 mcg/ inh ( 0.1%) nasal spray) | 1 Spray(s) Nasal inhalation | Every day | | |
| *Unchanged* | budesonide-formoterol (Symbicort 160 mcg-4.5 mcg/ inh inhalation aerosol) | 2 Puff(s) Inhalation | 2 times a day | | |
| *Unchanged* | cholecalciferol (Vitamin D3 (cholecalciferol)) | By Mouth | Every day | | |
| *Unchanged* | cyanocobalamin (Vitamin B12 1000 mcg oral tablet) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | diclofenac topical (diclofenac 1% topical gel) | 1 Application Topical | 4 Times a Day as needed for as needed for pain | | |
| *Unchanged* | EPINEPHrine (EpiPen 2-Pak 0.3 mg injectable kit) | 1 Each Intramuscular | One Time | | |
| *Unchanged* | escitalopram (escitalopram 10 mg oral tablet) | 1.5 Tablet(s) By Mouth | Every day | Adjustment disorder with disturbance of emotion PTSD (post-traumatic stress disorder) | |
| *Unchanged* | fexofenadine (fexofenadine 180 mg oral tablet) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | fluticasone nasal (Flonase 50 mcg/ inh nasal spray) | 2 Inhalation Nasal | Every day | | 2 Inhalations per nostril |

**COFIELD, KEENAN KESTER**
DOB:███████1959

FSH-00676408768
Printed on: 03/11/2022 12:04 EST

EMPI: 36263
Page 2 of 6

MedStar Family Health Center at
MFSMC                          Ambulatory Clinical Summary          Visit Date: 03/09/2022 13:40

|  | What | How Much | When | Why | Instructions |
|---|---|---|---|---|---|
| *Unchanged* | furosemide (furosemide 20 mg oral tablet) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | gabapentin (gabapentin 100 mg oral capsule) | 1 Capsule(s) By Mouth | 3 times a day | | |
| *Unchanged* | ibuprofen (ibuprofen 600 mg oral tablet) | | | | |
| *Unchanged* | lidocaine topical (Lidoderm 5% topical film) | 1 Patch Transdermal | Every day | | Duration: 7 Day (s) apply up to 12h/ d, max 3 patches at a time |
| *Unchanged* | metoprolol (metoprolol succinate 25 mg oral tablet, extended release) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | potassium chloride (potassium chloride 20 mEq oral tablet, extended release) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | traZODone (traZODone 50 mg oral tablet) | 1 Tablet(s) By Mouth | Once a day (at bedtime) as needed for insomnia | PTSD (post-traumatic stress disorder) Insomnia | |

## Allergies

Mold (asthma trigger, Hayfever)
Pollen (Hayfever)
No Known Medication Allergies

## My Summary
## My Visit Was For

Cervical spinal stenosis
Complete rotator cuff tear of left shoulder
Somatic dysfunction of upper extremity
Somatic dysfunction of thoracic region
Cervical somatic dysfunction

## Vital Signs
**03/09/2022 14:02**
**Temperature:** Oral - 36.5 °C (97.7 °F);
**Heart Rate:** 82
**Respiratory Rate:** 20
**Blood Pressure:** 129/78

COFIELD, KEENAN KESTER              FSH-00676408768                    EMPI: 36263
DOB: ███/1959                 Printed on: 03/11/2022 12:04 EST              Page 3 of 6

MedStar Family Health Center at
MFSMC

Ambulatory Clinical Summary

**Visit Date:** 03/09/2022 13:40

**Height:** 189 cm (6 ft 2 in)
**Weight:** 110.2 kg (242 lbs 15 oz)
**Body Mass Index (BMI):** 30.85 kg/m2

**COFIELD, KEENAN KESTER**
**DOB:** ████/1959

FSH-00676408768
Printed on: 03/11/2022 12:04 EST

EMPI: 36263
Page 4 of 6

Case 1:22-cv-01989-GLR   Document 58-1   Filed 10/28/22   Page 13 of 375

MedStar Family Health Center at
MFSMC                          Ambulatory Clinical Summary          **Visit Date:** 03/09/2022 13:40

## Education Materials

**Manage your health care anytime, anywhere with the
myMedStar Patient Portal**
**myMedStar** is a free, secure and convenient way to manage your health care and communicate with
your physician.

**With myMedStar you can:**
- Request and view upcoming appointments
- View most lab, radiology and pathology results as soon as they are available
- Renew prescriptions
- Exchange secure email messages with any of your MedStar Health care providers
- View summaries of your hospital or office visits
- And more

**How to Enroll:**

**Self-enrollment**
1. Go to *myMedstar.org*
2. Click **Enroll Now**
3. Follow the instructions to enroll. You will need:

- First and last name
- Date of birth
- Email address or this **PatientID - 36263**

**Email Invitation:**

If you provided an email address during registration you should have received an invitation to enroll in the
myMedStar patient portal.

- From within the invitation, click the link to accept the invitation.
- After successful verification, you will be prompted to create your account. Follow the onscreen
instructions to complete the enrollment process.

MedStar Health is dedicated to helping improve your overall health care experience by providing
convenient, streamlined resources to help you better manage your health. We now offer the ability for
you to securely connect some of the health management apps you may use(i.e. fitness trackers, dietary
trackers, etc.) to your health record. Email us at mymedstar@medstar.net if you are interested. Once we
receive your request, MedStar Health will work with the appropriate vendors to determine if they meet the
technical requirements in order to establish a secure connection.

If you have questions or need assistance creating your account, please contact myMedStar support toll
free at 1-877-745-5656, 24 hours a day, 7 days a week.

---

COFIELD, KEENAN KESTER          FSH-00676408768                    EMPI: 36263
DOB:███/1959                    Printed on: 03/11/2022 12:04 EST    Page 5 of 6

**Signature Line**
Electronically signed by:

_____

Kabert, MD, Lorrane N on: 03.09.2022 15:16 EST

# EXHIBIT C

**Ciox Health**
P.O. Box 409900
Atlanta, GA 30384-9900
Fed Tax ID 58 - 2659941
1-800-367-1500

| Date |
|---|
| **02/24/2022** |
| Request ID # |
| **0365906635** |

Ship To:
DR KEENAN COFIELD
COFIELD, KEENAN
1236 KENDRICK RD
ROSEDALE,MD 21237-2920

**Requested By:** COFIELD, KEENAN
**Patient Name:** COFIELD DR KEENA

DOB : ███/1959

Records From:
OUTPATIENT PSYCHIATRY
9105 FRANKLIN SQUARE DRIVE
EFRC
BALTIMORE,MD 21237

MedStar Outpt Psych Services at MFSMC
9105 Franklin Square Drive
Suite 102 and 104
Baltimore, MD, 21237
Phone: (443)777-7785          Fax: --

Behavioral Health Telehealth Note
Visit Date: 02/15/2022 08:55
Scheduled Provider: Audlin, CRNP, Tiffany H.

# * Final Report *

## Chief Complaint
BEH Chief Complaint: Depression, Evaluate Response to Treatment, Monitor
Stability and Maintain Gains, Mood Symptoms

## History of Present Illness
Reviewed notes from prior appointment in EMR. Summary taken from previous
provider's note. Patient is a 62 yo AAM with history of Prostate Cancer, COPD,
Hypertension, S/P MVA, 2X with rotator cuff tear both shoulders, with cervical
radiculopathy, TMJ pain, back pain. He had 2 separate MVA, July and September
2021. Patient has no previous psychiatric history. The more he was hearing about
his medical condition, the more he was becoming depressed. He has so much pain
in his body due to the accident affecting his functioning. He has not been able to
return to work since first accident in July 2021. Patient is a psychologist, state and
federal lobbyist. He was recently diagnosed with Prostate Cancer December of
2021. The cancer treatment is now the priority and this put a hold on any treatment
for rotator cuff tear. He is scheduled to see Radiologist and Oncologist to determine
what treatment will be done for the prostate cancer. Patient has been depressed,
poor motivation, poor sleep and appetite, difficulty concentrating, decreased energy
but denies any suicidal thought. Patient denies mania or hypomania. Patient denies
anxiety, no OCD. He denies any psychotic symptoms. He denies alcohol or illicit
drug abuse. He endorses fear of driving since the car accidents, hypervigilant and
has not been driving since unless forced to drive. Very little to no driving. He still
has intrusive thoughts and memories of the accident, can see the incident very
clear, vivid scenarios of accident. He tries to avoid memories of it. He sometimes
wakes up feeling being crushed again from the accident. Patient was seen at Aspire
Wellness Center and was diagnosed with PTSD, Adjustment Disorder, and was
given Escitalopram 10 mg.

F/U telemedicine phone visit today with new provider. Patient concurs with the
above summary and reports he is feeling okay. Saw radiologist two weeks ago in
regard to prostate cancer treatment. PSA was rechecked, patient in limbo right now
waiting to hear back. Encouraged patient to reach out since it's been two weeks.
Patient believes that two vitamins he was taking Vit. A and E could have increased
his PSA. He has been researching and would like to have his PSA rechecked since
he has stopped taking these vitamins two weeks ago. Denies anxiety and has an "I
don't care attitude." Patient states, it doesn't take much to set him off, thinks his
pain has a lot to do with this. Cortisone shots and the epidural have greatly helped
with his pain. Appetite is still not great secondary to TMJ, tolerating soft foods,
weight is stable, 240-245 pounds. Sleep has been on and off though better with the
trazodone. At night wears a cervical collar, hand and back brace for support. Sleeps
in a recliner. Still having flashbacks and nightmares, at least 3-5 times a week.
Wakes up feeling exhausted as if he's been running and exerting himself. Still not
driving. Has two brothers and lives with his 83 year old mother who still drives and
gets around well. Patient has a good support system. Takes medications
consistently as prescribed and reports no side effect(s) of concern. Patient is not
endorsing current SI or HI, intent or plan. No acute safety concerns.

Scales/Scores
*Little Interest, Pleasure in Activities (ref) :* 0: not at all
*Feeling Down, Depressed, Hopeless :* 1: several days
*Initial Depression Screening Score :* 1

## Past Behavioral Health History
No qualifying data available.

## Problem List/Past Medical History
Ongoing
Adjustment disorder with mixed anxiety
and depressed mood
Allergic rhinitis
Back spasm
Carpal tunnel syndrome
Cervical radiculopathy
Cervical somatic dysfunction
Cervical spinal stenosis
Cervical stenosis of spine
Complete rotator cuff tear of left
shoulder
Depression
Erectile dysfunction
Heart failure with reduced ejection
fraction
History of COPD
Hypercholesterolemia
Hypertension
Impingement syndrome of right
shoulder
Insomnia
Lumbar herniated disc
Motor vehicle accident
Neck pain
Numbness and tingling of upper
extremity
Obesity
Other cervical disc displacement at C4-
C5 level
Other cervical disc displacement at C5-
C6 level
Other cervical disc displacement at C6-
C7 level
Paresthesia of hand, bilateral
Prostate cancer
Prostatitis
PTSD (post-traumatic stress disorder)
Sensorimotor neuropathy
Shoulder pain, right
Somatic dysfunction of lumbar region
Somatic dysfunction of thoracic region
Somatic dysfunction of upper extremity
Spondylosis of cervical spine
Temporomandibular joint (TMJ) pain
Upper back pain

**COFIELD, KEENAN KESTER**
DOB: ███/1959

FSH-00680911138
Printed on: 02/24/2022 14:51 EST

EMPI: 36263
Page 1 of 5

MedStar Outpt Psych Services at MFSMC | Behavioral Health Telehealth Note | **Visit Date: 02/15/2022 08:55**

*Depression Screening Negative :* Negative
*Trouble Falling or Staying Asleep :* 1: several days
*Feeling Tired or Little Energy :* 3: nearly every day
*Poor Appetite or Overeating :* 3: nearly every day
(Comment: poor appetite, secondary to TMJ [Aldlin, CRNP, Tiffany H. - 02/15/2022 9:18 EST] )
*Feeling Bad About Yourself :* 1: several days
*Trouble Concentrating :* 3: nearly every day
*Moving or Speaking Slowly :* 0: not at all
*Thoughts Better Off Dead or Hurting Self :* 0: not at all
*Difficulty at Work, Home, or Getting Along With Others :* Extremely difficult
*Detailed Depression Screening Score :* 11
*Total Depression Screening Score :* 12

**Review of Systems**
Psychiatric: Depression
Constitutional: Fatigue, Insomnia
Musculoskeletal: Back pain, Neck pain, Other: shoulder and jaw pain, C3-C7 herniation

Pain Assessment Information
Pain Present: Yes actual or suspected pain
Pain Present: Yes actual or suspected pain

**Exam**

No vitals or measurement results available for this patient
BEH Consciousness: Alert
BEH Orientation: Well Oriented in all Spheres
BEH Appearance: Other: phone visit
BEH Mood Per Self Report: Other: I'm okay
BEH Affect: Other: unable to assess, phone visit
BEH Relatedness/Rapport: Other: engaged in the conversation and forthcoming with his symptoms
BEH Insight: Adequate
BEH Judgement: Adequate
BEH Thought Content: Conversationally appropriate
BEH Thought Process: Logical and Coherent
BEH Speech: Spontaneous and well articulated with average rate and volume
BEH Language: Intact
BEH Perception: No Perceptual Abnormalities Reported
BEH Memory: Other: not tested
BEH Attention Span/Concentration: Intact
BEH Intellectual Functioning: Average
BEH Fund of Knowledge: Adequate
BEH Musculoskeletal: Other: phone visit

**Assessment/Plan**

1. Adjustment disorder with mixed anxiety and depressed mood F43.23
Stable per patient. PHQ-9 score 12 today. Continue Escitalopram 15 mg daily. Patient tolerating without adverse effects.

2. Insomnia G47.00
Sleeping well with Trazodone 50 mg at bedtime. Denies adverse effects.
Ordered: traZODone 50 mg oral tablet, 50 mg = 1 tab, Tab, PO, Nightly, PRN PRN insomnia, # 30 tab, 1 Refill(s), Pharmacy: WALGREENS DRUG STORE #19149, Rx or Hx Med, 187.96, 02/04/22 13:50:00 EST, cm, Height/Length Dosing, 107.3, 02/04/22 13:50:00 EST, kg, Weight Dosing

Historical
Adjustment disorder with disturbance of emotion
At risk of venous thromboembolus
Cervical disc disease
Eye pain
Immunization due
Impingement syndrome of right shoulder
Impingement syndrome, shoulder, left
Obesity
Pruritus
Seasonal allergies

**Procedure/Surgical History**
- APPLICATION SHORT LEG SPLINT CALF FOOT (10/25/2018)
- None

**Medications**
**Medications at the Start of the Visit**
1. amLODIPine (amLODIPine 10 mg oral tablet), 10 mg, 1 tab, PO, Daily, 90 tab, 1 Refill(s)
2. aspirin (aspirin 81 mg oral delayed release tablet), 81 mg, 1 tab, PO, Daily, 90 tab, 3 Refill(s)
3. atorvastatin (atorvastatin 40 mg oral tablet), 40 mg, 1 tab, PO, Daily, 90 tab, 3 Refill(s)
4. azelastine nasal (azelastine 137 mcg/inh (0.1%) nasal spray), 1 spray, Inhale-nasal, Daily, 1 ea, 0 Refill(s)
5. beclomethasone (Qvar Redihaler 80 mcg/inh inhalation aerosol), 80 mcg, 1 inhl, Inhalation, 2x/day, for 30 Day(s), rinse mouth after use, 1 ea, 0 Refill(s)
6. beclomethasone (Qvar Redihaler 80 mcg/inh inhalation aerosol), 0 Refill(s)
7. cyanocobalamin (Vitamin B12 1000 mcg oral tablet), 1,000 mcg, 1 tab, PO, Daily, 90 tab, 2 Refill(s)
8. diclofenac topical (diclofenac 1% topical gel), 1 appl, TOP, 4x/day, PRN: as needed for pain, 100 gm, 0 Refill(s)
9. EPINEPHrine (EpiPen 2-Pak 0.3 mg injectable kit), 0.3 mg, 1 ea, IM, One Time, 1 pack, 1 Refill(s)
10. escitalopram (escitalopram 10 mg oral tablet), 15 mg, 1.5 tab, PO, Daily, 45 tab, 1 Refill(s)
11. fexofenadine (fexofenadine 180 mg oral tablet), 180 mg, 1 tab, PO, Daily, 90 tab, 0 Refill(s)
12. fluticasone nasal (Flonase 50 mcg/inh nasal spray), 2 inhl, Nasal, Daily, 2 inhalations per nostril, 16 gm, 3 Refill(s)
13. furosemide (furosemide 20 mg oral tablet), 20 mg, 1 tab, PO, Daily, 90 tab, 0

MedStar Outpt Psych Services at
MFSMC

Behavioral Health Telehealth Note

Visit Date: 02/15/2022 08:55

3. PTSD (post-traumatic stress disorder) F43.10
Still has flashbacks of the accident with nightmares 3-5 times/week. Wakes up
feeling exhausted. Discussed starting individual psychotherapy. Patient is
interested. Will reach out to our front office staff so this can be initiated.
Ordered:   traZODone 50 mg oral tablet, 50 mg = 1 tab, Tab, PO, Nightly, PRN
PRN insomnia, # 30 tab, 1 Refill(s), Pharmacy: WALGREENS DRUG
STORE #19149, Rx or Hx Med, 187.96, 02/04/22 13:50:00 EST, cm,
Height/Length Dosing, 107.3, 02/04/22 13:50:00 EST, kg, Weight
Dosing

**Plan and Treatment Recommendations**

Continue to adhere to med management and psychotherapy sessions as advised to
improve level of functioning, mood and to maintain gains and prevent relapse.
Patient understood the importance of adherence with treatment and coming in for
regular appointments as scheduled.
Patient to follow up with provider in one month or sooner if experiencing worsening
of symptoms, no improvement or experiencing side effects to the medication.
Patient to follow up with primary care provider for all medical concerns.
Patient provided with psychoeducation and brief supportive therapy during session.
Encouraged patient to engage in self-care activities as can tolerate.
BEH Counseling Provided To: Patient
BEH Psychotherapy Type Provided: CBT, Supportive
BEH Counseling Regarding: Importance Of Adherence To Recommended
Treatment, Instructions for Treatment and Follow Up, Risk factor reduction, Patient
and/or Family Education
BEH Psychotherapy Needs: Psychiatric relapse prevention, Psychiatric symptom
management, Consistent implementation of adaptive coping, Grief/loss resolution
BEH Continued Need for Treatment: Relapse prevention, Continued Need For
Structured Care To Adjust Medications, Continued Psychiatric Symptoms Causing
Impairment In Independent Living Or Daily Functioning
BEH Education Method: Discussion
BEH Patient Response: Accepted, Verbalized Understanding
BEH Miscellaneous: Patient advised to call if condition or symptoms worsen

**Duration of Session**
Psychiatry Start Time: 02/15/22 08:58:00
Psychiatry Start Time: 02/15/22 08:58:00
Psychiatry Stop Time: 02/15/22 09:41:00
Psychiatry Time Spent: 43 Minute(s)

**Attestation**
This patient encounter was conducted via a live, two-way HIPAA secure video
platform. The patient consented to care via telehealth platform. The sound and
image quality were adequate for assessment of key findings. The patient was
instructed as needed to demonstrate physical findings for my evaluation.

Refill(s)
14.  gabapentin (gabapentin 100 mg oral
capsule), 100 mg, 1 cap, PO, 3x/day, 90
cap, 0 Refill(s)
15.  ibuprofen (ibuprofen 600 mg oral
tablet), 0 Refill(s)
16.  lidocaine topical (Lidoderm 5%
topical film), 1 patch, TransDERMAL,
Daily, for 7 Day(s), apply up to 12h/d,
max 3 patches at a time, 30 patch, 0 Refill
(s)
17.  metoprolol (metoprolol succinate 25
mg oral tablet, extended release), 25 mg,
1 tab, PO, Daily, 30 tab, 0 Refill(s)
18.  potassium chloride (potassium
chloride 20 mEq oral tablet, extended
release), 20 mEq, 1 tab, PO, Daily, 10 tab,
3 Refill(s)
19.  traZODone (traZODone 50 mg oral
tablet), 50 mg, 1 tab, PO, Nightly, PRN:
insomnia, 30 tab, 1 Refill(s)

**Medication Changes at visit**
1.  traZODone (traZODone 50 mg oral
tablet), 50 mg, 1 tab, PO, Nightly, PRN:
insomnia, 30 tab, 1 Refill(s)
Changed/Refilled

**Medications at the End of the Visit**
1.  amLODIPine (amLODIPine 10 mg oral
tablet), 10 mg, 1 tab, PO, Daily, 90 tab, 1
Refill(s)
2.  aspirin (aspirin 81 mg oral delayed
release tablet), 81 mg, 1 tab, PO, Daily,
90 tab, 3 Refill(s)
3.  atorvastatin (atorvastatin 40 mg oral
tablet), 40 mg, 1 tab, PO, Daily, 90 tab, 3
Refill(s)
4.  azelastine nasal (azelastine 137
mcg/inh ( 0.1%) nasal spray), 1 spray,
Inhale-nasal, Daily, 1 ea, 0 Refill(s)
5.  beclomethasone (Qvar Redihaler 80
mcg/inh inhalation aerosol), 80 mcg, 1
inhl, Inhalation, 2x/day, for 30 Day(s),
rinse mouth after use, 1 ea, 0 Refill(s)
6.  beclomethasone (Qvar Redihaler 80
mcg/inh inhalation aerosol), 0 Refill(s)
7.  cyanocobalamin (Vitamin B12 1000
mcg oral tablet), 1,000 mcg, 1 tab, PO,
Daily, 90 tab, 2 Refill(s)
8.  diclofenac topical (diclofenac 1%
topical gel), 1 appl, TOP, 4x/day, PRN: as
needed for pain, 100 gm, 0 Refill(s)
9.  EPINEPHrine (EpiPen 2-Pak 0.3 mg
injectable kit), 0.3 mg, 1 ea, IM, One
Time, 1 pack, 1 Refill(s)
10.  escitalopram (escitalopram 10 mg
oral tablet), 15 mg, 1.5 tab, PO, Daily, 45

---

**COFIELD, KEENAN KESTER**
DOB: ███/1959

FSH-00680911138
Printed on: 02/24/2022 14:51 EST

EMPI: 36263
Page 3 of 5

Behavioral Health Telehealth Note    Visit Date: 02/16/2022 08:55

tab, 1 Refill(s)

11.  fexofenadine (fexofenadine 180 mg oral tablet), 180 mg, 1 tab, PO, Daily, 90 tab, 0 Refill(s)

12.  fluticasone nasal (Flonase 50 mcg/inh nasal spray), 2 inhl, Nasal, Daily, 2 inhalations per nostril, 16 gm, 3 Refill(s)

13.  furosemide (furosemide 20 mg oral tablet), 20 mg, 1 tab, PO, Daily, 90 tab, 0 Refill(s)

14.  gabapentin (gabapentin 100 mg oral capsule), 100 mg, 1 cap, PO, 3X/day, 90 cap, 0 Refill(s)

15.  ibuprofen (ibuprofen 600 mg oral tablet), 0 Refill(s)

16.  lidocaine topical (Lidoderm 5% topical film), 1 patch, TransDERMAL, Daily, for 7 Day(s), apply up to 12h/d, max 3 patches at a time, 30 patch, 0 Refill(s)

17.  metoprolol (metoprolol succinate 25 mg oral tablet, extended release), 25 mg, 1 tab, PO, Daily, 30 tab, 0 Refill(s)

18.  potassium chloride (potassium chloride 20 mEq oral tablet, extended release), 20 mEq, 1 tab, PO, Daily, 10 tab, 3 Refill(s)

19.  traZODone (traZODone 50 mg oral tablet), 50 mg, 1 tab, PO, Nightly, PRN: insomnia, 30 tab, 1 Refill(s)

**Allergies**
Mold (asthma trigger, Hayfever)
Pollen (Hayfever)
No Known Medication Allergies

**Social History**
Smoking Status
    Never smoker
Alcohol
    Use: Denies.
Employment/School
    Status: Off work temporarily.
Exercise
    Frequency: 1-2 times/week.
Home/Environment
    Born Outside the US: No. Marital Status: Single. Lives with Mother. Comment(s): Lives with 82 yo mother. Patient is the oldest of 4.. Living situation: Home/Independent. Home Equipment: None. Alcohol abuse in household: No. Substance abuse in household: No. Smoker in household: No. Concerns for Domestic Violence: No. Feels unsafe at home: No. Safe place to go: Yes. Family/Friends available for support: Yes. Concern for family members at home: No. Major

COFIELD, KEENAN KESTER
DOB: ████/1959

FSH-00680911138
Printed on: 02/24/2022 14:51 EST

EMPI: 36263
Page 4 of 5

MedStar Outpt Psych Services at
MFSMC

Behavioral Health Telehealth Note

Visit Date: 02/15/2022 08:55

Illness in household: No. Financial
concerns: No.
**Substance Use**
  Use: Denies.
**Tobacco/Nicotine**
  Use: Denies.

**Legal History**
No qualifying data available.

**Family History**
Diabetes mellitus: Mother and Father.
HBP (high blood pressure)......: Mother
  and Father.

**Signature Line**
Electronically signed by:

_____

Audlin, CRNP, Tiffany H. on: 02.15.2022 14:31 EST

COFIELD, KEENAN KESTER
DOB: ▓▓▓/1959

FSH-00680911138
Printed on: 02/24/2022 14:51 EST

EMPI: 36263
Page 5 of 5

# EXHIBIT D

MedStar Health - Primary Care Office/Clinic Note
Title/Subject: Office/Clinic Note - OMT Clinic

COFIELD, KEENAN KESTER  FSH:998801643250
Result Date: March 09, 2022 19:00 EST

# * Final Report *

## Chief Complaint
patient is here for omt

## History of Present Illness
Patient is a 62 year old male with history of MVA x2 (07/2021), bilateral rotator cuff tear, TMJ, back pain, prostate cancer who presents to the office for OMT primarily regarding left shoulder pain and back pain. Had steroid injections of left shoulder with ortho about 4weeks ago. Sees pain management. Will be getting surgery on his left shoulder to repair after he gets surgery for prostate cancer. Last OMT session: 11/17/2021, endorses improved pain.

## Review of Systems
ROS was performed. Pertinent positives were discussed in HPI. All other systems were reviewed and were negative.

## Physical Exam
### Vitals & Measurements
03/09/2022 14:02  T: 36.5 °C (97.7 °F) - Oral  HR: 82  RR: 20  BP: 129/78
HT: 189 cm (6 ft 2 in)  WT: 110.2 kg (242 lbs 7 oz)  BMI: 30.85 kg/m2

### Pain Assessment
Pain Present: No actual or suspected pain (03/09/22 14:02:00)
General- No acute distress, alert and oriented
Heart: appears well perfused
Lungs: No resp distress

MSK (OMT exam):
BODY AREA: cervical
Assessment: BL cervical paraspinal hypertonicity, R > L
OMT Treatments: cervical paraspinal roll, muscle energy
Reassessment: decreased hypertonicity BL,

BODY AREA: thoracic
Assessment: R>L hypertonicity BL paraspinals, Right trapezius muscle hypertonicity, type I somatic dysfunction rotated right, side bend right t1-t7
OMT Treatments: perpendicular stretch  rib raising, posterior scapular stretch
Reassessment: decreased hypertonicity,

BODY AREA: upper extremity
Assessment: hypertonicity R> L Trap, patient noted pain at 90 degrees of shoulder AB duction bilaterally with L>R, L4 L shoulder internal rotation (Apley scratch test)
OMT Treatments: frozen shoulder protocol, muscle energy into resisted Abduction
Reassessment: decreased hypertonicity B, AB duction improved to 110

## Assessment/Plan

1. Cervical spinal stenosis M48.02
   Risk/Benefits, indications, and alternatives to OMT were reviewed extensively, all questions were answered
   Pt verbally consented for OMT
   Patient tolerated procedure well, subjective and objective improvement noted
   Patient was also given IM Toradol 30 mg, advised to avoid other NSAIDs given h/o chronic renal insufficiency

Patient: COFIELD, KEENAN KESTER  DOB: ████1959
Printed on: 03/16/2022 13:34 EDT

## Problem List/Past Medical History
### Ongoing Problems
  Adjustment disorder with mixed anxiety and depressed mood
  Allergic rhinitis
  Asthma
  Carpal tunnel syndrome
  Cervical radiculopathy
  Cervical somatic dysfunction
  Cervical spinal stenosis
  Cervical stenosis of spine
  Complete rotator cuff tear of left shoulder
  Depression
  Erectile dysfunction
  Heart failure with reduced ejection fraction
  History of COPD
  Hypercholesterolemia
  Hypertension
  Impingement syndrome of right shoulder
  Insomnia
  Lumbar herniated disc
  Motor vehicle accident
  Neck pain
  Numbness and tingling of upper extremity
  Obesity
  Other cervical disc displacement at C4-C5 level
  Other cervical disc displacement at C5-C6 level
  Other cervical disc displacement at C6-C7 level
  PTSD (post-traumatic stress disorder)
  Paresthesia of hand, bilateral
  Prostate cancer
  Prostatitis
  Sensorimotor neuropathy
  Shoulder pain, right
  Somatic dysfunction of lumbar region
  Somatic dysfunction of thoracic region
  Somatic dysfunction of upper extremity
  Spondylosis of cervical spine
  Temporomandibular joint (TMJ) pain

## Procedure/Surgical History
• APPLICATION SHORT LEG SPLINT CALF FOOT (10/25/2018)
• None

## Medications

Page 1 of5

MedStar Health - Primary Care Office/Clinic Note
Title/Subject: Office/Clinic Note - OMT Clinic

COFIELD, KEENAN KESTER - FSH-000801643250
Result Date: March 09, 2022 19:00 EST

Explained to pt that he may experience increased muscle soreness and discomfort over the next 24-48 hrs however this should subside
Home exercise and rehabilitation instructions reviewed
RTC for follow up in OMT clinic in 1-2 months

2. Complete rotator cuff tear of left shoulder M75.122
   See above

3. Somatic dysfunction of upper extremity M99.07
   See above
   Ordered:   Bill For Osteopathic Manipulative Tx 3-4 Body Regions AMB - 98926

4. Somatic dysfunction of thoracic region M99.02
   See above
   Ordered:   Bill For Osteopathic Manipulative Tx 3-4 Body Regions AMB - 98926

5. Cervical somatic dysfunction M99.01
   See above
   Ordered:   Bill For Osteopathic Manipulative Tx 3-4 Body Regions AMB - 98926

**Patient Instructions**

- You may experience increased soreness and tightness for the next day or two, it's important to stay hydrated.
- May take Tylenol as needed for the discomfort. You can use topical creams such as lidocaine.
- Continue to incorporate routine gentle stretches. You can refer to the handout provided.
- Return to clinic to follow up with OMT.

**Attending Attestation**

I was present and supervised the resident during the entire OMT manipulation.

I reviewed the resident's note and agree with the documentation and plan of care.

**Medications at the Start of the Visit**

1.       amLODIPine (amLODIPine 10 mg oral tablet), 10 mg, 1 tab, PO, Daily, 90 tab, 1 Refill(s)
2.       ascorbic acid (Vitamin C), 100 mg, 1 tab, PO, Daily, 30 tab, 0 Refill(s)
3.       aspirin (aspirin 81 mg oral delayed release tablet), 81 mg, 1 tab, PO, Daily, 90 tab, 3 Refill(s)
4.       atorvastatin (atorvastatin 40 mg oral tablet), 40 mg, 1 tab, PO, Daily, 90 tab, 3 Refill(s)
5.       azelastine nasal (azelastine 137 mcg/inh ( 0.1%) nasal spray), 1 spray, Inhale-nasal, Daily, 1 ea, 0 Refill(s)
6.       budesonide-formoterol (Symbicort 160 mcg-4.5 mcg/inh inhalation aerosol), 2 puff, Inhalation, 2x/day, 10 gm, 4 Refill(s)
7.       cholecalciferol (Vitamin D3 (cholecalciferol)), PO, Daily, 0 Refill(s)
8.       cyanocobalamin (Vitamin B12 1000 mcg oral tablet), 1,000 mcg, 1 tab, PO, Daily, 90 tab, 2 Refill(s)
9.       diclofenac topical (diclofenac 1% topical gel), 1 appl, TOP, 4x/day, PRN: as needed for pain, 100 gm, 0 Refill(s)
10.      EPINEPHrine (EpiPen 2-Pak 0.3 mg injectable kit), 0.3 mg, 1 ea, IM, One Time, 1 pack, 1 Refill(s)
11.      escitalopram (escitalopram 10 mg oral tablet), 15 mg, 1.5 tab, PO, Daily, 45 tab, 1 Refill(s)
12.      fexofenadine (fexofenadine 180 mg oral tablet), 180 mg, 1 tab, PO, Daily, 90 tab, 0 Refill(s)
13.      fluticasone nasal (Flonase 50 mcg/inh nasal spray), 2 inhl, Nasal, Daily, 2 inhalations per nostril, 16 gm, 3 Refill(s)
14.      furosemide (furosemide 20 mg oral tablet), 20 mg, 1 tab, PO, Daily, 90 tab, 0 Refill(s)
15.      gabapentin (gabapentin 100 mg oral capsule), 100 mg, 1 cap, PO, 3x/day, 90 cap, 0 Refill(s)
16.      ibuprofen (ibuprofen 600 mg oral tablet), 0 Refill(s)
17.      lidocaine topical (Lidoderm 5% topical film), 1 patch, TransDERMAL, Daily, for 7 Day(s), apply up to 12h/d, max 3 patches at a time, 30 patch, 0 Refill(s)
18.      metoprolol (metoprolol succinate 25 mg oral tablet, extended release), 25 mg, 1 tab, PO, Daily, 30 tab, 0 Refill(s)
19.      potassium chloride (potassium chloride 20 mEq oral tablet, extended

Patient: COFIELD, KEENAN KESTER   DOB: ▇▇/1959
Printed on: 03/16/2022 13:34 EDT

Page 2 of 5

MedStar Health - Primary Care - Office/Clinic Note
Title/Subject: Office/Clinic Note - OMT Clinic

release), 20 mEq, 1 tab, PO, Daily, 10 tab, 3 Refill(s)

20.    traZODone (traZODone 50 mg oral tablet), 50 mg, 1 tab, PO, Nightly, PRN: insomnia, 30 tab, 1 Refill(s)

**Medications at the End of the Visit**

1.    amLODIPine (amLODIPine 10 mg oral tablet), 10 mg, 1 tab, PO, Daily, 90 tab, 1 Refill(s)

2.    ascorbic acid (Vitamin C), 100 mg, 1 tab, PO, Daily, 30 tab, 0 Refill(s)

3.    aspirin (aspirin 81 mg oral delayed release tablet), 81 mg, 1 tab, PO, Daily, 90 tab, 3 Refill(s)

4.    atorvastatin (atorvastatin 40 mg oral tablet), 40 mg, 1 tab, PO, Daily, 90 tab, 3 Refill(s)

5.    azelastine nasal (azelastine 137 mcg/inh ( 0.1%) nasal spray), 1 spray, Inhale-nasal, Daily, 1 ea, 0 Refill(s)

6.    budesonide-formoterol (Symbicort 160 mcg-4.5 mcg/inh inhalation aerosol), 2 puff, Inhalation, 2x/day, 10 gm, 4 Refill(s)

7.    cholecalciferol (Vitamin D3 (cholecalciferol)), PO, Daily, 0 Refill(s)

8.    cyanocobalamin (Vitamin B12 1000 mcg oral tablet), 1,000 mcg, 1 tab, PO, Daily, 90 tab, 2 Refill(s)

9.    diclofenac topical (diclofenac 1% topical gel), 1 appl, TOP, 4x/day, PRN: as needed for pain, 100 gm, 0 Refill(s)

10.    EPINEPHrine (EpiPen 2-Pak 0.3 mg injectable kit), 0.3 mg, 1 ea, IM, One Time, 1 pack, 1 Refill(s)

11.    escitalopram (escitalopram 10 mg oral tablet), 15 mg, 1.5 tab, PO, Daily, 45 tab, 1 Refill(s)

12.    fexofenadine (fexofenadine 180 mg oral tablet), 180 mg, 1 tab, PO, Daily, 90 tab, 0 Refill(s)

13.    fluticasone nasal (Flonase 50 mcg/inh nasal spray), 2 inhl, Nasal, Daily, 2 inhalations per nostril, 16 gm, 3 Refill(s)

14.    furosemide (furosemide 20 mg oral tablet), 20 mg, 1 tab, PO, Daily, 90 tab, 0 Refill(s)

15.    gabapentin (gabapentin 100 mg oral capsule), 100 mg, 1 cap, PO, 3x/day, 90 cap, 0 Refill(s)

16.    ibuprofen (ibuprofen 600 mg oral tablet), 0 Refill(s)

17.    lidocaine topical (Lidoderm 5% topical film), 1 patch, TransDERMAL, Daily, for 7 Day(s), apply up to 12h/d, max 3 patches at a time, 30 patch, 0 Refill

Patient: COFIELD, KEENAN KESTER    DOB: 04/13/1959
Printed on: 03/16/2022 13:34 EDT

MedStar Health – Primary Care Office/Clinic Note
Title/Subject: Office/Clinic Note - OMT Clinic

COFIELD, KEENAN KESTER - FSH-000801643250
Result Date: March 09, 2022 19:00 EST

(s)
18.     metoprolol (metoprolol succinate 25 mg oral tablet, extended release), 25 mg, 1 tab, PO, Daily, 30 tab, 0 Refill(s)
19.     potassium chloride (potassium chloride 20 mEq oral tablet, extended release), 20 mEq, 1 tab, PO, Daily, 10 tab, 3 Refill(s)
20.     traZODone (traZODone 50 mg oral tablet), 50 mg, 1 tab, PO, Nightly, PRN: insomnia, 30 tab, 1 Refill(s)

**Allergies**
Mold (asthma trigger, Hayfever)
Pollen (Hayfever)
No Known Medication Allergies

**Social History**
Smoking Status: Never smoker (03/09/22)
    Smoking Status
        Never smoker
Alcohol
    Use: Denies.
Employment/School
    Status: Off work temporarily.
Exercise
    Frequency: 1-2 times/week.
Home/Environment
    Born Outside the US: No. Marital Status: Single. Lives with Mother. Comment(s): Lives with 82 yo mother. Patient is the oldest of 4.. Living situation: Home/Independent. Home Equipment: None. Alcohol abuse in household: No. Substance abuse in household: No. Smoker in household: No. Concerns for Domestic Violence: No. Feels unsafe at home: No. Safe place to go: Yes. Family/Friends available for support: Yes. Concern for family members at home: No. Major illness in household: No. Financial concerns: No.
Substance Use
    Use: Denies.
Tobacco/Nicotine
    Use: Denies.

**Family History**
**Father:** Diabetes mellitus; HBP (high blood pressure)......
**Mother:** Diabetes mellitus; HBP (high blood pressure)......

**Health Maintenance Recommendations Addressed Today**
BMI Due: Documented Today, Next Due January 01, 2023

Patient: COFIELD, KEENAN KESTER   DOB: ███/1959
Printed on: 03/16/2022 13:34 EDT

Page 4 of 5

MedStar Health - Primary Care Office/Clinic Note
Title/Subject: Office/Clinic Note ~ OMT Clinic

COFIELD, KEENAN KESTER - FSH-000801643250
Result Date: March 09, 2022 19:00 EST

Smoking Status Due: Documented Today,
Next Due January 01, 2023

**Signature Line**
Electronically signed by:

_____

Kabert, MD, Lorrane N on: 03.10.2022 07:37 EST

Electronically signed by:

_____

Kabert, MD, Lorrane N on: 03.10.2022 07:38 EST

Electronically signed by:

_____

Pierre, DO, David on: 03.15.2022 11:44 EDT

**Completed Action List:**
* Perform by Kabert, MD, Lorrane N on March 10, 2022 07:37 EST
* Sign by Kabert, MD, Lorrane N on March 10, 2022 07:37 EST
* Modify by Kabert, MD, Lorrane N on March 10, 2022 07:38 EST
* Sign by Kabert, MD, Lorrane N on March 10, 2022 07:38 EST Requested by Kabert, MD,
Lorrane N on March 10, 2022 07:38 EST
* Modify by Pierre, DO, David on March 15, 2022 11:44 EDT
* Sign by Pierre, DO, David on March 15, 2022 11:44 EDT Requested by Kabert, MD,
Lorrane N on March 10, 2022 07:37 EST
* VERIFY by Pierre, DO, David on March 15, 2022 11:44 EDT

MedStar Family Health Center at MFSMC
9101 Franklin Square Drive
Suite 300
Baltimore, MD, 21237
Phone:  (443)777-2000        Fax:   →

Ambulatory Clinical Summary
Visit Date: 03/09/2022 13:40

## * Final Report *

# COFIELD, KEENAN KESTER

**Visit Date:** 03/09/2022 13:40

## Instructions From Your Provider

- You may experience increased soreness and tightness for the next day or two, it's important to stay hydrated.
- May take Tylenol as needed for the discomfort. You can use topical creams such as lidocaine.
- Continue to incorporate routine gentle stretches.  You can refer to the handout provided.
- Return to clinic to follow up with OMT in 1-3 months.

## Other Scheduled Appointments

| | | |
|---|---|---|
| Tuesday<br>**MARCH 15, 2022**<br>08:30 am | **With:**<br>**Where:** | Audlin, CRNP, Tiffany H.<br>MedStar Outpt Psychiatry Services at Franklin Square Med Ctr |
| Wednesday<br>**APRIL 27, 2022**<br>10:30 am | **With:**<br>**Where:** | Cohen, MD, David A.<br>MedStar Orthopaedic Institute at MFSMC |
| Monday<br>**MAY 09, 2022**<br>08:40 am | **With:**<br>**Where:** | Johnson, MD, Martha E.<br>MedStar Family Health Center at Franklin Square Medical Cntr |
| Thursday<br>**MAY 12, 2022**<br>09:30 am | **With:**<br>**Where:** | Dorai, MD, Zeena<br>MedStar UMH Orthopaedics Center of Excellence -Spine |

## Medications

| | What | How Much | When | Why | Instructions |
|---|---|---|---|---|---|
| *Unchanged* | amLODIPine (amLODIPine 10 mg oral tablet) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | ascorbic acid (Vitamin C) | 100 Milligram By Mouth | Every day | | |

COFIELD, KEENAN KESTER
DOB:███/1959

FSH-00676408768
Printed on: 03/16/2022 13:33 EDT

EMPI: 36263
Page 1 of 6

MedStar Family Health Center at MFSMC     Ambulatory Clinical Summary     **Visit Date:** 03/09/2022 13:40

| | What | How Much | When | Why | Instructions |
|---|---|---|---|---|---|
| *Unchanged* | aspirin (aspirin 81 mg oral delayed release tablet) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | atorvastatin (atorvastatin 40 mg oral tablet) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | azelastine nasal (azelastine 137 mcg/ inh ( 0.1%) nasal spray) | 1 Spray(s) Nasal inhalation | Every day | | |
| *Unchanged* | budesonide-formoterol (Symbicort 160 mcg-4.5 mcg/ inh inhalation aerosol) | 2 Puff(s) Inhalation | 2 times a day | | |
| *Unchanged* | cholecalciferol (Vitamin D3 (cholecalciferol)) | By Mouth | Every day | | |
| *Unchanged* | cyanocobalamin (Vitamin B12 1000 mcg oral tablet) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | diclofenac topical (diclofenac 1% topical gel) | 1 Application Topical | 4 Times a Day as needed for as needed for pain | | |
| *Unchanged* | EPINEPHrine (EpiPen 2-Pak 0.3 mg injectable kit) | 1 Each Intramuscular | One Time | | |
| *Unchanged* | escitalopram (escitalopram 10 mg oral tablet) | 1.5 Tablet(s) By Mouth | Every day | Adjustment disorder with disturbance of emotion PTSD (post-traumatic stress disorder) | |
| *Unchanged* | fexofenadine (fexofenadine 180 mg oral tablet) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | fluticasone nasal (Flonase 50 mcg/ inh nasal spray) | 2 Inhalation Nasal | Every day | | 2 inhalations per nostril |

**COFIELD, KEENAN KESTER**
**DOB:** █████/1959

FSH-00676408768
Printed on: 03/16/2022 13:33 EDT

EMPI: 36263
Page 2 of 6

MedStar Family Health Center at MFSMC | Ambulatory Clinical Summary | **Visit Date:** 03/09/2022 13:40

| | What | How Much | When | Why | Instructions |
|---|---|---|---|---|---|
| *Unchanged* | furosemide (furosemide 20 mg oral tablet) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | gabapentin (gabapentin 100 mg oral capsule) | 1 Capsule(s) By Mouth | 3 times a day | | |
| *Unchanged* | ibuprofen (ibuprofen 600 mg oral tablet) | | | | |
| *Unchanged* | lidocaine topical (Lidoderm 5% topical film) | 1 Patch Transdermal | Every day | | Duration: 7 Day (s) apply up to 12h/d, max 3 patches at a time |
| *Unchanged* | metoprolol (metoprolol succinate 25 mg oral tablet, extended release) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | potassium chloride (potassium chloride 20 mEq oral tablet, extended release) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | traZODone (traZODone 50 mg oral tablet) | 1 Tablet(s) By Mouth | Once a day (at bedtime) as needed for insomnia | PTSD (post-traumatic stress disorder) Insomnia | |

## Allergies

Mold (asthma trigger, Hayfever)
Pollen (Hayfever)
No Known Medication Allergies

## My Summary
## My Visit Was For

Cervical spinal stenosis
Complete rotator cuff tear of left shoulder
Somatic dysfunction of upper extremity
Somatic dysfunction of thoracic region

### Vital Signs
**03/09/2022 14:02**
**Temperature:** Oral - 36.5 °C (97.7 °F);
**Heart Rate:** 82
**Respiratory Rate:** 20
**Blood Pressure:** 129/78

**COFIELD, KEENAN KESTER**
**DOB:** ▮▮/1959

FSH-00676408768
Printed on: 03/16/2022 13:33 EDT

EMPI: 36263
Page 3 of 6

MedStar Family Health Center at
MFSMC      Ambulatory Clinical Summary      **Visit Date:** 03/09/2022 13:40

Cervical somatic dysfunction

**Height:** 189 cm (6 ft 2 in)
**Weight:** 110.2 kg (242 lbs 15 oz)
**Body Mass Index (BMI):** 30.85 kg/m2

## Education Materials

**Manage your health care anytime, anywhere with the
myMedStar Patient Portal**

**myMedStar** is a free, secure and convenient way to manage your health care and communicate with
your physician.

**With myMedStar you can:**
- Request and view upcoming appointments
- View most lab, radiology and pathology results as soon as they are available
- Renew prescriptions
- Exchange secure email messages with any of your MedStar Health care providers
- View summaries of your hospital or office visits
- And more

**How to Enroll:**

**Self-enrollment**
1. Go to *myMedstar.org*
2. Click **Enroll Now**
3. Follow the instructions to enroll. You will need:

- First and last name
- Date of birth
- Email address or this **PatientID - 36263**

**Email Invitation:**

If you provided an email address during registration you should have received an invitation to enroll in the
myMedStar patient portal.

- From within the invitation, click the link to accept the invitation.
- After successful verification, you will be prompted to create your account. Follow the onscreen
instructions to complete the enrollment process.

MedStar Health is dedicated to helping improve your overall health care experience by providing
convenient, streamlined resources to help you better manage your health. We now offer the ability for
you to securely connect some of the health management apps you may use(i.e. fitness trackers, dietary
trackers, etc.) to your health record. Email us at mymedstar@medstar.net if you are interested. Once we
receive your request, MedStar Health will work with the appropriate vendors to determine if they meet the
technical requirements in order to establish a secure connection.

If you have questions or need assistance creating your account, please contact myMedStar support toll
free at 1-877-745-5656, 24 hours a day, 7 days a week.

---

COFIELD, KEENAN KESTER                          FSH-00676408768                              EMPI: 36263
DOB:█████/1959                          Printed on: 03/16/2022 13:33 EDT                     Page 5 of 6

MedStar Family Health Center at
MFSMC

Ambulatory Clinical Summary

Visit Date: 03/09/2022 13:40

**Signature Line**
Electronically signed by:

_____

Kabert, MD, Lorrane N on: 03.09.2022 15:16 EST

COFIELD, KEENAN KESTER
DOB: ███████1959

FSH-00676408768
Printed on: 03/16/2022 13:33 EDT

EMPI: 36263
Page 6 of 6

# EXHIBIT E

**MedStar Family Health Center at MFSMC**
9101 Franklin Square Drive
Suite 300
Baltimore, MD, 21237
**Phone:** (443)777-2000    **Fax:** --

Ambulatory Clinical Summary
**Visit Date:** 02/21/2022 09:00
**Scheduled Provider:** Johnson, MD, Martha E.

# * Final Report *

# COFIELD, KEENAN KESTER

**Visit Date:** 02/21/2022 09:00

## Instructions From Your Provider

Good to see you today!

**Assessment/Plan**
1. Fluid overload E87.70
 For the fluid overload, continue to take the furosemide to keep it under control. We will look at your kidneys today to make sure that they have not been affected by this medication. I gave you a referral for a heart doctor to discuss how your heart is doing overall
Ordered:
Referral to MedStar Cardiology

2. Prostate cancer C61
 For the prostate cancer, I did find the lab result from 1/25/2022. Your PSA was 36.7. We will repeat this number today now that you have stopped taking the supplements.

3. Asthma J45.909
 For the breathing, let's see if you feel better with a stronger inhaler. I sent it to the pharmacy. Please let me know if you cannot afford it and I can send over another one.

Heart failure with reduced ejection fraction I50.20

Ordered:
Referral to MedStar Cardiology

## Other Scheduled Appointments

| | | |
|---|---|---|
| Wednesday **March 09, 2022** 01:40 pm | **With:** **Where:** | MedStar Family Health Center at Franklin Square Medical Cntr |
| Tuesday **March 15, 2022** 08:30 am | **With:** **Where:** | Audlin, CRNP, Tiffany H. MedStar Outpt Psychiatry Services at Franklin Square Med Ctr |

COFIELD, KEENAN KESTER
DOB:▨▨▨/1959

FSH-00681445771
Printed on: 02/21/2022 9:53 EST

EMPI: 36263
Page 1 of 6

| | | | | |
|---|---|---|---|---|
| Wednesday **April 27, 2022** 10:30 am | **With:** **Where:** | Cohen, MD, David A. MedStar Orthopaedic Institute at MFSMC | | |
| Thursday **May 12, 2022** 09:30 am | **With:** **Where:** | Dorai, MD, Zeena MedStar UMH Orthopaedics Center of Excellence -Spine | | |

## Medications

| | What | How Much | When | Why | Instructions |
|---|---|---|---|---|---|
| *Unchanged* | amLODIPine (amLODIPine 10 mg oral tablet) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | aspirin (aspirin 81 mg oral delayed release tablet) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | atorvastatin (atorvastatin 40 mg oral tablet) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | azelastine nasal (azelastine 137 mcg/ inh ( 0.1%) nasal spray) | 1 Spray(s) Nasal Inhalation | Every day | | |
| *Unchanged* | beclomethasone (Qvar Redihaler 80 mcg/ inh inhalation aerosol) | | *Symbicort* | | |
| *Unchanged* | beclomethasone (Qvar Redihaler 80 mcg/ inh inhalation aerosol) | 1 Inhalation Inhalation | 2 times a day | | Duration: 30 Day(s) rinse mouth after use |
| *Unchanged* | cyanocobalamin (Vitamin B12 1000 mcg oral tablet) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | diclofenac topical (diclofenac 1% topical gel) | 1 Application Topical | 4 Times a Day as needed for as needed for pain | | |
| *Unchanged* | EPINEPHrine (EpiPen 2-Pak 0.3 mg injectable kit) | 1 Each Intramuscular | One Time | | |

COFIELD, KEENAN KESTER                    FSH-00681445771                    EMPI: 36263
DOB:████/1959                    Printed on: 02/21/2022 9:53 EST                    Page 2 of 6

Case 1:22-cv-01989-GLR   Document 58-1   Filed 10/28/22   Page 37 of 375
MedStar Health Case 1:22-cv-01989-JKB   Document 157   Filed 07/05/23   Page 115 of 259
MFSMC                                    Ambulatory Clinical Summary        Visit Date: 02/21/2022 09:00

|  | What | How Much | When | Why | Instructions |
|---|---|---|---|---|---|
| *Unchanged* | escitalopram (escitalopram 10 mg oral tablet) | 1.5 Tablet(s) By Mouth | Every day | Adjustment disorder with disturbance of emotion PTSD (post-traumatic stress disorder) | |
| *Unchanged* | fexofenadine (fexofenadine 180 mg oral tablet) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | fluticasone nasal (Flonase 50 mcg/ inh nasal spray) | 2 Inhalation Nasal | Every day | | 2 inhalations per nostril |
| *Unchanged* | furosemide (furosemide 20 mg oral tablet) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | gabapentin (gabapentin 100 mg oral capsule) | 1 Capsule(s) By Mouth | 3 times a day | | |
| *Unchanged* | ibuprofen (ibuprofen 600 mg oral tablet) | | | | |
| *Unchanged* | lidocaine topical (Lidoderm 5% topical film) | 1 Patch Transdermal | Every day | | Duration: 7 Day (s) apply up to 12h/ d, max 3 patches at a time |
| *Unchanged* | metoprolol (metoprolol succinate 25 mg oral tablet, extended release) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | potassium chloride (potassium chloride 20 mEq oral tablet, extended release) | 1 Tablet(s) By Mouth | Every day | | |
| *Unchanged* | traZODone (traZODone 50 mg oral tablet) | 1 Tablet(s) By Mouth | Once a day (at bedtime) as needed for insomnia | PTSD (post-traumatic stress disorder) Insomnia | |

## Allergies

Mold (asthma trigger, Hayfever)
Pollen (Hayfever)
No Known Medication Allergies

## Please Complete the Following

BMP 02/21/22
Hepatitis C Virus 02/21/22
PSA Total with Free PSA 02/21/22

## Referrals to be Scheduled

Referral to MedStar Cardiology, 02/21/22 9:45:00 EST to 08/20/22 9:45:00 EDT, Duration 180 days, 12 max visits, Service: Consult w/ Specific Procedures (specify), Place of Service: Office

## My Summary
## My Visit Was For

Fluid overload

Prostate cancer

Asthma

Heart failure with reduced ejection fraction

### Vital Signs

**02/21/2022 09:14**
**Temperature:** Temporal - 36.5 °C (97.7 °F);
**Pulse:** 87
**Respiratory Rate:** 16
**Blood Pressure:** 145/83

**Height:** 187.96 cm (6 ft 2 in)
**Weight:** 110.4 kg (243 lbs 6 oz)
**Body Mass Index (BMI):** 31.25 kg/m2

# UNIVERSAL REFERRAL REQUISITION FORM

| Patient Information: | Carrier Information: |
|---|---|
| Date of Referral:    02/21/22 09:45 EST | Primary Insurance: |
| MRN: FSH–000801643250 | Company:  MDSTR FAMILY MD |
| Name:  COFIELD, KEENAN KESTER | Member #: 910008640 |
| DOB: ██/59 | |
| Sex: Male | |
| Phone: 443–554–3715 | Secondary Insurance: |
| Address: 1236 KENDRICK RD | Company: |
| ROSEDALE, MD 21237 | Member #: |

### Primary or Requesting Provider:

Name: Johnson, MD, Martha E.                                           Provider NPI #: 1669649885
Institution/Group Name:  MedStar Family Health Center at MFSMC
Address: 9101 Franklin Square Drive, Suite 300, Baltimore, MD 21237
Phone:  443–777–2000            Fax: 866–857–9388

### Consultant/Facility Provider:

Name:
Specialty: CARDIOLOGY
Address:  No Address On File
Phone: (  )  –            Fax: (  )  –

**** Please call the Consultant/Facility Provider's office to arrange a date/time and location for your appointment.****

### Referral Information:

| | |
|---|---|
| Requested Start Date/Time | 02/21/22 09:45 EST |
| Requested End Date/Time | 08/20/22 09:45 EDT |
| Referral Duration | 180 days |
| Order Comments | MMG Cardiology |
| | 9105 Franklin Sq. Dr. Ste. 209 |
| | Rosedale, MD 21237 |
| | (Phone) 410–574–1330 |

**DIAGNOSIS:**
Fluid overload (E87.70); Heart failure with reduced ejection fraction (I50.20)

| Services Requested: | Place of Service: |
|---|---|
| Consult w/ Specific Procedures (specify) | Office |

| # of Visits:  12 | Authorization #: | Referral is Valid Until: |
|---|---|---|
| (If blank, 1 visit assumed.) | (If required.) | 8|20|2022 |

Authorizing Signature (electronic):  Johnson, MD, Martha E.            Date/Time: 02/21/22 09:45 EST

A referral does not guarantee payment for any related service by the patient's health plan/insurer. Payment of benefits is subject to many requirements, including a patient's eligibility on the date of service and all other contractual provisions of the plan/insurer. It is the patient's responsibility to verify coverage for any referred service

ORDER: **REFERRAL TO MEDSTAR CARDIOLOGY**                    Page: 1 of 1



**MedStar Health**

COFIELD, KEENAN KESTER
1236 KENDRICK RD
ROSEDALE, MD 21237

February 07, 2022

To Whom It May Concern:

This patient was seen in this office on 02/07/2022.

This patient will not be able to return to work indefinitely.

Sincerely,

The Medstar Orthopaedic Institute

Name: COFIELD, KEENAN KESTER          1 of 1          DOB: ████ 1959

MedStar Orthopaedic Institute at MFSMC
9101 Franklin Square Drive
Suite 200
Baltimore, MD, 21237
**Phone:** (443)777-6788     **Fax:** (844)606-5109

Orthopedic Office/Clinic Note
**Visit Date:** 02/07/2022 09:45
**Scheduled Provider:** Cohen, MD, David A.

# * Final Report *
## Document Contains Addenda

**Chief Complaint**
follow up bilateral shoulder pain

**History of Present Illness**
62-year-old male with a history of prostate cancer and bilateral rotator cuff tears in today for follow-up. The patient has been waiting to hear when his prostate cancer procedure would be scheduled before scheduling for a rotator cuff repair. He states that the procedure will get in March and last for approximately 5 weeks, he would like to have the left rotator cuff repaired afterwards, he states it is still hurting and he was hoping to get a steroid injection in the left shoulder today. He had previously gotten a steroid injection in the right shoulder which also has a rotator cuff tear. He states today his left shoulder is the main concern as it hurts more.
Hand Dominance: Right
Occupation: unemployed
Orthopedic Injury: No

**Physical Exam**

  Vitals & Measurements
  02/04/2022 13:50   HT: 187.96 cm (6 ft 2 in)   WT: 107.3 kg (236 lbs 1 oz)   BMI: 30.37 kg/m2

  Pain Assessment
  Numeric Pain Score: 8
  Primary:   Numeric Pain Score: 8 (02/04/22 13:50:00)
On evaluation of the bilateral shoulders patient is complaining of more pain in the left shoulder than in the right, however he does not complain of any pain on palpation of either shoulder. Patient's forward flexion of both arms is approximately 0-170 degrees. With the left arm abducted to 90 degrees the patient has approximately 80 degrees of internal and 90 degrees of external rotation, the right shoulder has approximately 90 of internal and 90 of external. Patient has good strength in both shoulders on exam, even with supraspinatus testing, however he does complain of some pain in the left shoulder well doing supraspinatus testing. He is neurovascular intact distally.

**Assessment/Plan**

Left rotator cuff tear M75.102
  62-year-old male in today for follow-up evaluation of left rotator cuff tear. Patient states that today the left shoulder is hurting quite a bit worse than the right, he requested and was given a steroid injection in the shoulder today. He would like to have the left rotator cuff repaired, however has prostate cancer and will be undergoing a procedure over the next 5 weeks or so, we will do the steroid injection today, he understands that he will not be able to get surgery on the shoulder for about 3 months, we will reevaluate him in about 6 weeks to see how he was doing, if he is still looking to have the left shoulder operation we may schedule it at that time.
This patient was seen in tandem with Dr. Cohen

**Problem List/Past Medical History**
Ongoing
  Adjustment disorder with mixed anxiety and depressed mood
  Allergic rhinitis
  Back spasm
  Carpal tunnel syndrome
  Cervical radiculopathy
  Cervical somatic dysfunction
  Cervical spinal stenosis
  Cervical stenosis of spine
  Complete rotator cuff tear of left shoulder
  Depression
  Erectile dysfunction
  Heart failure with reduced ejection fraction
  History of COPD
  Hypercholesterolemia
  Hypertension
  Impingement syndrome of right shoulder
  Insomnia
  Lumbar herniated disc
  Motor vehicle accident
  Neck pain
  Numbness and tingling of upper extremity
  Obesity
  Other cervical disc displacement at C4-C5 level
  Other cervical disc displacement at C5-C6 level
  Other cervical disc displacement at C6-C7 level
  Paresthesia of hand, bilateral
  Prostate cancer
  Prostatitis
  PTSD (post-traumatic stress disorder)
  Sensorimotor neuropathy
  Shoulder pain, right
  Somatic dysfunction of lumbar region
  Somatic dysfunction of thoracic region
  Somatic dysfunction of upper extremity
  Spondylosis of cervical spine
  Temporomandibular joint (TMJ) pain
  Upper back pain

**COFIELD, KEENAN KESTER**
**DOB:** ▮▮▮/1959

FSH-00679745786
Printed on: 02/07/2022 12:22 EST

EMPI: 36263
Page 1 of 4

MedStar Orthopaedic Institute at
MFSMC

Orthopedic Office/Clinic Note

**Visit Date:** 02/07/2022 09:45

Shoulder injection

Timeout was called to verify the site and procedure and medication. Risks and benefits were discussed with the patient. Prior to the procedure, 1mL of 80 milligrams of Depomedrol and 3 mL of 1% lidocaine were prepared in a 5mL vile. The site was exposed, cleaned with alcohol pads, a topical anesthetic spray applied, and the injection was completed into the symptomatic joint by inserting the 22 gauge needle into the subacromial space, pressure was applied to stop any bleeding with a gauze pad at the injection site. The site was covered with a band-aid. Patient tolerated procedure no complications.

Ordered: lidocaine 1% injectable solution, 3 mL, Inj, IntraARTiCular, One Time, Routine 02/07/22 11:08:00 EST, Stop: 02/07/22 11:08:00 EST
Kenalog-40 injectable suspension, 40 mg = 1 mL, Inj, IntraARTiCular, One Time, Routine, 02/07/22 11:08:00 EST, Stop: 02/07/22 11:08:00 EST, 02/07/22 11:08:00 EST
Bill For Arthrocentesis Aspir&Inj Major Jt/Bursa W/O Us AMB - 20610

Right rotator cuff tear M75.101
This patient also has a right rotator cuff tear, while was not bothering him as much today I did examine it, he has decent range of motion and strength in this arm, approximately 90 degrees of internal and 90 degrees of external rotation with the arm abducted at 90 degrees, he was also able to get about 170 degrees of forward flexion, 5/5 strength, the right shoulder made some point need to be repaired, but for now does not bothering him very much and will concentrate more on the left at this time.
This patient was seen in tandem with Dr. Cohen

Historical
Adjustment disorder with disturbance of emotion
At risk of venous thromboembolus
Cervical disc disease
Eye pain
Immunization due
Impingement syndrome of right shoulder
Impingement syndrome, shoulder, left
Obesity
Pruritus
Seasonal allergies

Procedure/Surgical History
None

Medications
amLODIPine 10 mg oral tablet, 10 mg= 1 tab, PO, Daily, 1 refills
aspirin 81 mg oral delayed release tablet, 81 mg= 1 tab, PO, Daily, 3 refills
atorvastatin 40 mg oral tablet, 40 mg= 1 tab, PO, Daily, 3 refills
azelastine 137 mcg/inh ( 0.1%) nasal spray, 1 spray, Inhale-nasal, Daily
diclofenac 1% topical gel, 1 appl, TOP, 4x/day, PRN
EpiPen 2-Pak 0.3 mg injectable kit, 0.3 mg= 1 ea, IM, One Time, 1 refills
escitalopram 10 mg oral tablet, 15 mg= 1.5 tab, PO, Daily, 1 refills
fexofenadine 180 mg oral tablet, 180 mg= 1 tab, PO, Daily
Flonase 50 mcg/inh nasal spray, 2 inhl, Nasal, Daily, 3 refills, 2 inhalations per nostril
furosemide 20 mg oral tablet, 20 mg= 1 tab, PO, Daily
gabapentin 100 mg oral capsule, 100 mg= 1 cap, PO, 3x/day
ibuprofen 600 mg oral tablet
Kenalog-40 injectable suspension, 40 mg= 1 mL, IntraARTiCular, One Time
lidocaine 1% injectable solution, 30 mg= 3 mL, IntraARTiCular, One Time
Lidoderm 5% topical film, 1 patch, TransDERMAL, Daily, apply up to 12h/d, max 3 patches at a time
metoprolol succinate 25 mg oral tablet, extended release, 25 mg= 1 tab, PO, Daily
potassium chloride 20 mEq oral tablet, extended release, 20 mEq= 1 tab, PO, Daily, 3 refills
Qvar Redihaler 80 mcg/inh inhalation aerosol

**COFIELD, KEENAN KESTER**
**DOB:** ████/1959

FSH-00679745786
Printed on: 02/07/2022 12:22 EST

EMPI: 36263
Page 2 of 4

MedStar Orthopaedic Institute at
MFSMC

Orthopedic Office/Clinic Note

**Visit Date:** 02/07/2022 09:45

Qvar Redihaler 80 mcg/inh inhalation
aerosol, 80 mcg= 1 inhl, Inhalation,
2x/day, rinse mouth after use
traZODone 50 mg oral tablet, 50 mg= 1
tab, PO, Nightly, PRN, 1 refills
Vitamin B12 1000 mcg oral tablet, 1000
mcg= 1 tab, PO, Daily, 2 refills

## Allergies
Mold (asthma trigger, Hayfever)
Pollen (Hayfever)
No Known Medication Allergies

## Social History
### Smoking Status
Never smoker
### Alcohol
Use: Denies.
### Employment/School
Status: Off work temporarily.
### Exercise
Frequency: 1-2 times/week.
### Home/Environment
Born Outside the US: No. Marital
Status: Single. Lives with Mother.
Comment(s): Lives with 82 yo mother.
Patient is the oldest of 4... Living
situation: Home/Independent. Home
Equipment: None. Alcohol abuse in
household: No. Substance abuse in
household: No. Smoker in household:
No. Concerns for Domestic Violence:
No. Feels unsafe at home: No. Safe
place to go: Yes. Family/Friends
available for support: Yes. Concern for
family members at home: No. Major
illness in household: No. Financial
concerns: No.
### Substance Use
Use: Denies.
### Tobacco/Nicotine
Use: Denies.

## Family History
Diabetes mellitus: Mother and Father.
HBP (high blood pressure)......: Mother
and Father.

## Review of Systems
Headache: Denies
Eyesight Problems: Denies
Swallowing Problems: Denies
Chest Pain: Denies
Shortness of Breath: Denies
Diarrhea: Denies
Constipation: Denies
Poor Circulation: Denies
Blood in Stool: Denies
Ulcers: Denies
Painful Urination: Denies

COFIELD, KEENAN KESTER
DOB: █████1959

FSH-00679745786
Printed on: 02/07/2022 12:22 EST

EMPI: 36263
Page 3 of 4

MedStar Orthopaedic Institute at
MFSMC

Orthopedic Office/Clinic Note

Visit Date: 02/07/2022 09:45

**Signature Line**
Electronically signed by:

_____

Smith, PA-C, Edward C on: 02.07.2022 11:15 EST

**Addendum by Cohen, MD, David A. on February 07, 2022 11:17:07 EST (Verified)**
The patient was seen with the physician's assistant and I agree with the above assessment and plan. The patient is currently undergoing treatment for prostate cancer. Once he is completed this he may consider surgery on his left shoulder sometime in May or June. We will discuss that at his next visit.

**Signature Line**
Electronically signed by:

_____

Cohen, MD, David A. on: 02.07.2022 11:17 EST

COFIELD, KEENAN KESTER
DOB: ███/1959

FSH-00679745786
Printed on: 02/07/2022 12:22 EST

EMPI: 36263
Page 4 of 4

# EXHIBIT-AA



**MedStar Health**

COFIELD, KEENAN
4109 CUTTY SARK RD
MIDDLE RIVER, MD 21220

October 26, 2022

To Whom It May Concern:

This patient was seen in this office on 10/26/2022 and will have their next appointment 1/25/2023.

This patient is under my care patient will not be able to return to work indefinitely due to bilateral shoulders and concussion

Sincerely,

The Medstar Orthopaedic Institute

**MedStar Orthopaedic Institute at MFSMC**
9101 Franklin Square Drive
Suite 200
Baltimore, MD, 21237
**Phone:** (443)777-6788     **Fax:** (844)606-5109

Orthopedic Office/Clinic Note
**Visit Date:** 10/26/2022 09:00
**Scheduled Provider:** Cohen, MD, David A.

# * Final Report *

**Chief Complaint**
right shoulder pain

**History of Present Illness**
63-year-old male presents with a complaint of bilateral shoulder pain. He has a history of a left rotator cuff tear as well as in the right shoulder as well. He was given injections last December which helped. He has had some health issues which have kept him from having surgery. He is inquiring about injections again today.
Hand Dominance: Right
Occupation: Unemployed
Onset of Symptoms: 2 + years
Orthopedic Injury: No

**Physical Exam**
Vitals & Measurements
10/25/2022 10:51  HT: 187 cm (6 ft 2 in)  **WT:** 113 kg (249 lbs 2 oz)  **BMI:** 32.31 kg/m2

10/26/2022 09:20  **HT:** 187 cm (6 ft 2 in)

Pain Assessment
Numeric Pain Score: 6
Primary:    Numeric Pain Score: 6 (10/26/22 09:20:00)
Bilateral shoulders have crepitus and tenderness over the greater tuberosity. He has full range of motion with pain at the end range of forward flexion abduction. He has normal strength in deltoid but some pain with supraspinatus testing. He has normal internal and external rotation strength. He has some pain with the Neer and Hawkins impingement signs.

**Diagnostic Results**
X-rays of the shoulders today show some mild degenerative changes in the AC joint and the glenohumeral joint but no other abnormalities

**Assessment/Plan**

1. Pain in right shoulder M25.511

2. Rotator cuff syndrome of right shoulder M75.101
   Patient has bilateral rotator cuff pathology. We discussed the options and he still wants to continue with conservative treatment. He cannot have surgery right now. He was recently diagnosed with a concussion and he also has some prostate issues. He elected for injections of both shoulders today. A time out was called to verify the site and procedure. Under sterile conditions 40 mg of Kenalog and 3 mL's of 1% lidocaine were injected in the noted joint/area. The injection was tolerated well and a bandaid was applied.
   Ordered:  Kenalog-40 injectable suspension, 40 mg = 1 mL, Inj, IntraARTICular, One Time, Routine, 10/26/22 9:48:00 EDT, Stop: 10/26/22 9:48:00 EDT, 10/26/22 9:48:00 EDT

**Problem List/Past Medical History**
Ongoing
  Adjustment disorder with mixed anxiety and depressed mood
  Allergic rhinitis
  Asthma
  Back spasm
  Carpal tunnel syndrome
  Cervical radiculopathy
  Cervical somatic dysfunction
  Cervical spinal stenosis
  Cervical stenosis of spine
  Complete rotator cuff tear of left shoulder
  Depression
  Erectile dysfunction
  Heart failure with reduced ejection fraction
  History of COPD
  Hypercholesterolemia
  Hypertension
  Impingement syndrome of right shoulder
  Insomnia
  Lumbar herniated disc
  Lumbar radiculopathy
  Motor vehicle accident
  Neck pain
  Numbness and tingling of upper extremity
  Obesity
  Obesity
  Other cervical disc displacement at C4-C5 level
  Other cervical disc displacement at C5-C6 level
  Other cervical disc displacement at C6-C7 level
  Paresthesia of hand, bilateral
  Post-concussion syndrome
  Prostate cancer
  Prostatitis
  PTSD (post-traumatic stress disorder)
  Sensorimotor neuropathy
  Shoulder pain, right
  Somatic dysfunction of cervical region
  Somatic dysfunction of lumbar region

MedStar Orthopaedic Institute at MFSMC | Orthopedic Office/Clinic Note | **Visit Date: 10/26/2022 09:00**

Bill For Arthrocentesis Aspir&/Inj Major Jt/Bursa W/O Us AMB - 20610
Return to Clinic

Left rotator cuff tear M75.102
  Ordered:  lidocaine 1% injectable solution, Dose = 3 mL, Inj, IntraARTiCular, One Time, Routine 10/26/22 9:50:00 EDT, Stop: 10/26/22 9:50:00 EDT
    Kenalog-40 injectable suspension, 40 mg = 1 mL, Inj, IntraARTiCular, One Time, Routine 10/26/22 9:50:00 EDT, Stop: 10/26/22 9:50:00 EDT, 10/26/22 9:50:00 EDT

Somatic dysfunction of thoracic region
Somatic dysfunction of thoracolumbar region
Somatic dysfunction of upper extremity
Spondylosis of cervical spine
Temporomandibular joint (TMJ) pain
Upper back pain

**Historical**
  Adjustment disorder with disturbance of emotion
  At risk of venous thromboembolus
  Cervical disc disease
  Eye pain
  Immunization due
  Impingement syndrome of right shoulder
  Impingement syndrome, shoulder, left
  Obesity
  Pruritus
  Seasonal allergies

**Procedure/Surgical History**
None

**Medications**
amLODIPine 10 mg oral tablet, 10 mg= 1 tab, PO, Daily, 1 refills
aspirin 81 mg oral delayed release tablet, 81 mg= 1 tab, PO, Daily, 3 refills
atorvastatin 40 mg oral tablet, 40 mg= 1 tab, PO, Daily, 3 refills
azelastine 137 mcg/inh ( 0.1%) nasal spray, 1 spray, Inhale-nasal, Daily
benzonatate 100 mg oral capsule, 100 mg= 1 cap, PO, 3x/day, 1 refills
Cialis 10 mg oral tablet, 10 mg= 1 tab, PO, Daily, PRN
diclofenac 1% topical gel, 1 appl, TOP, 4x/day, PRN, 2 refills
EpiPen 2-Pak 0.3 mg injectable kit, 0.3 mg= 1 ea, IM, One Time, 1 refills
fexofenadine 180 mg oral tablet, 180 mg= 1 tab, PO, Daily
Flonase 50 mcg/inh nasal spray, 2 inhl, Nasal, Daily, 3 refills, 2 inhalations per nostril
furosemide 20 mg oral tablet, 20 mg= 1 tab, PO, Daily
gabapentin 300 mg oral capsule, 300 mg= 1 cap, PO, Nightly, 1 refills
Kenalog-40 injectable suspension, 40 mg= 1 mL, IntraARTiCular, One Time
Kenalog-40 injectable suspension, 40 mg= 1 mL, IntraARTiCular, One Time
lidocaine 1% injectable solution, 30 mg= 3 mL, IntraARTiCular, One Time
lidocaine patch removal, 1 ea, TOP, One Time

COFIELD, KEENAN
DOB: ████1959

FSH-00718749930
Printed on: 10/26/2022 12:14 EDT

EMPI: 36263
Page 2 of 4

MedStar Orthopaedic Institute at MFSMC

Orthopedic Office/Clinic Note

**Visit Date: 10/26/2022 09:00**

Lidoderm 5% topical film, 1 patch, TransDERMAL, Daily, apply up to 12h/d, max 3 patches at a time

Melatonin 5 mg oral capsule, 5 mg= 1 cap, PO, Nightly

metoprolol succinate 25 mg oral tablet, extended release, 25 mg= 1 tab, PO, Daily

potassium chloride 20 mEq oral powder for reconstitution, 20 mEq= 1 ea, PO, Daily

potassium chloride 20 mEq oral tablet, extended release, 20 mEq= 1 tab, PO, Daily, 3 refills

Symbicort 160 mcg-4.5 mcg/inh inhalation aerosol, 2 puff, Inhalation, 2x/day, 4 refills

Tylenol 500 mg oral tablet, 1000 mg= 2 tab, PO, q8h, not to exceed 3000 mg/day

Vitamin B12 1000 mcg oral tablet, 1000 mcg= 1 tab, PO, Daily, 2 refills

Vitamin C, 100 mg= 1 tab, PO, Daily

Vitamin D3 (cholecalciferol), PO, Daily

### Allergies
Mold (asthma trigger, Hayfever)
Pollen (Hayfever)
No Known Medication Allergies

### Social History
Smoking Status
  Never smoker
Alcohol
  Use: Denies. Previous treatment: None. Household alcohol concerns: No. Alcohol Counseling: Not Indicated ~ Patient Doesn't Drink.
Employment/School
  Status: Off work temporarily. Work/School description: Patient reported he was employed as a psychologist for 18 years. Patient reported he has been unable to work due to the physical and emotional hardships he has endured after being in two car accidents in 2021.. Highest education level: Post graduate degree (s). Previous employment/school: Patient reported in the past he worked in radio and television broadcasting. Patient reported he attended private school growing up.. Hazardous equipment operation: No.
Exercise
  Frequency: 1-2 times/week.
Home/Environment

---

**COFIELD, KEENAN**
DOB: ███/1959

FSH-00718749930
Printed on: 10/26/2022 12:14 EDT

EMPI: 36263
Page 3 of 4

MedStar Orthopaedic Institute at
MFSMC

Orthopedic Office/Clinic Note

Visit Date: 10/26/2022 09:00

Born Outside the US: No. Marital Status: Single. Lives with Mother. Comment(s): Lives with 82 yo mother. Patient is the oldest of 4.. Living situation: Home/Independent. Home Equipment: None. Alcohol abuse in household: No. Substance abuse in household: No. Smoker in household: No. Concerns for Domestic Violence: No. Feels unsafe at home: No. Safe place to go: Yes. Family/Friends available for support: Yes. Concern for family members at home: No. Major illness in household: No. Financial concerns: No.

Nutrition/Health
Type of Diet: Regular diet. Diet Restrictions: Patient reported, "I can't eat certain foods because of the popping/the TMJ.". Sleeping Concerns Yes.

Sexual
Sexually active: No. History of sexual abuse: No. SelfDescribe Sexual Orientation: Patient reported, "I am free spirited." . Gender Identity: Identifies as male.

Substance Use
Use: Denies.

Tobacco/Nicotine
Use: Denies. Previous treatment: None. Occupational Smoke Exposure: No.

Family History
Diabetes mellitus: Mother and Father. HBP (high blood pressure)......: Mother and Father.

Review of Systems
Headache: Denies
Eyesight Problems: Denies
Swallowing Problems: Denies
Chest Pain: Denies
Shortness of Breath: Denies
Diarrhea: Denies
Constipation: Denies
Poor Circulation: Denies
Blood in Stool: Denies
Ulcers: Denies
Painful Urination: Denies

Signature Line
Electronically signed by:

_____

Cohen, MD, David A. on: 10.26.2022 09:53 EDT

**COFIELD, KEENAN**
DOB: ████ /1959

FSH-00718749930
Printed on: 10/26/2022 12:14 EDT

EMPI: 36263
Page 4 of 4

# SOCIAL SECURITY AND OTHER AGENCY LETTERS
# COMPLAINTS, ETC.

# EXHIBIT A

Case 1:22-cv-01989-GLR Document 57 Filed 07/05/23 Page 131 of 259
Case 1:22-cv-01989-GLR Document 58-1 Filed 10/28/22 Page 261 of 375
Case 1:22-cv-01989 Document 1-3 Filed 08/10/22 Page 36 of 58

# Social Security Administration
# Supplemental Security Income

SOCIAL SECURITY
SUITE 312
5235 KING AVENUE
BALTIMORE, MD 21237-4356
Date: July 12, 2022
BNC#: 22S3912D11681

KEENAN K COFIELD
1236 KENDRICK RD
ROSEDALE, MD 21237-2920

Office Hours:
MON:   9:00AM to 4:00PM
TUE:    9:00AM to 4:00PM
WED:   9:00AM to 4:00PM
THU:   9:00AM to 4:00PM
FRI:     9:00AM to 4:00PM

Dear KEENAN K COFIELD

This is a very important letter about keeping your Supplemental Security
Income (SSI). Please read it carefully. If there is anything you do not
understand, please get in touch with us right away.

## You Have An Appointment

We must regularly review the cases of people who get SSI. We need
information from you to make sure you are still eligible.

We want to talk to you on July 25, 2022 at 09:30 AM. On that date:

- We will call you at (443) 554-3715. Let us know if this number is
  wrong.

**If you can't keep your appointment, please call us. We will make
another appointment for you.**

## What We Need for the Appointment

When you talk with us, please try to have all of the items shown below from
May 1, 2020 to the present. Even if you don't have all of the information, we
need to hear from you. We will help you get anything you do not have.

We must see the original document(s) or a certified copy of these item(s). We
cannot accept photocopies. We will return these items to you.

See Next Page

We received information from computer matching with Unemployment. Since this information may affect your SSI eligibility or payment amount, we would like to discuss it with you. Under the computer-matching law, we cannot use this information to change your SSI until we give you 30 days to disagree with it. Computer matching compares our records with those of other agencies. It helps determine if you are eligible for SSI and how much we can pay you. When you come in, please bring the information requested below.

**If We Do Not Hear From You**

We may stop your SSI if you don't respond to this request or contact us within 30 days to tell us why. If we stop your SSI, you could also lose any Medicaid you have now.

Before we stop your SSI, we will send you another letter to explain our decision. The letter will also explain your right to appeal the decision and how to continue getting SSI during the appeal.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

If you have any questions or need help, please call us at (866) 348-5818 ext. 20340 and ask for Mrs. Ward.

District Manager

Unit: BRW

# EXHIBIT B

3651 S IH 35, STOP 6579 AUSC
AUSTIN  TX  73301-0059

In reply refer to:  1485011111
July 14, 2021  LTR 5071C  BO
※              202012 30
                              00083652
                              BODC: WI



KEENAN K COFIELD
4109 CUTTY SARK RD
MIDDLE RIVER  MD  21220

012498

Taxpayer identification number: ※
                    Tax year: 2020
                Control number: ▮▮▮▮▮▮▮▮
                Letter number: 5071C

Dear TAXPAYER

We received an income tax return, Form 1040, for the tax year
above using your name and Social Security number (SSN) or individual
taxpayer identification number (ITIN). To protect you from possible
identity theft, we need to verify your identity before we process the
income tax return, issue a refund or credit any overpayments to your
account.

                    WHAT YOU NEED TO DO IMMEDIATELY

Go to our identity verification service website at
www.idverify.irs.gov. If you did not file an income tax return, you
can indicate that on the website. It's quick, secure, and available
24 hours a day.

The website has the most up-to-date instructions to assist in
navigating through the identity verification process. Please read the
website page thoroughly, and have the following available:

- This letter; and

- The income tax return for the year shown above (Form 1040, 1040A,
  1040-EZ, 1040-PR, 1040-NR, 1040-SR, etc.). Note: A Form W-2 or Form
  1099 is not a tax return.

                    IF YOU WANT TO CALL US

If you prefer to talk with a representative, call us at 800-830-5084
between 7:00 a.m. and 7:00 p.m. local time within 30
days from the date of this letter. Note that calling us will not
expedite the refund process. If you filed an income tax return, have
the information listed below.

When you call, you MUST have all the following available if you filed
an income tax return:

- This letter.

14850111.
July 14, 2021   LTR 5071C   B0
*                 202012 30
00083653

KEENAN K COFIELD
4109 CUTTY SARK RD
MIDDLE RIVER   MD   21220

- The income tax return for the year shown above (Form 1040, 1040A, 1040-EZ, 1040-PR, 1040-NR, 1040-SR, etc.). Note: A Form W-2 or Form 1099 is not a tax return.

- A prior year's income tax return other than the year shown above. Note: A Form W-2 or Form 1099 is not an income tax return.

- Supporting documents for each year's income tax return (e.g., Form W-2, Form 1099, Schedule C, Schedule F, etc.) that you filed with your income tax return.

            IF YOU DO NOT VERIFY IMMEDIATELY

Until we hear from you, we won't be able to process your income tax return, issue a refund, or credit any overpayments to your account.

If we can't verify your identity online or over the phone, we will ask you to schedule an appointment and bring the documents listed above to your local IRS office to verify in person.

If you choose to authorize someone to represent you before the IRS, complete Form 2848, Power of Attorney and Declaration of Representative. We encourage you to be available with your authorized representative on the call. If you choose to have someone else assist you on the call, you must call us together and you must participate on the call. For more information about Form 2848, visit our website at www.irs.gov/forms-pubs or call 800-829-1040.

After you've successfully authenticated your identity, it may take up to 9 weeks for you to receive your refund or a credit of any overpayment to your account. However, if there are other issues, you may receive a notice asking for more information, and this may delay your refund.

        WHERE YOU CAN GO FOR ADDITIONAL INFORMATION

Usted puede solicitar una copia de esta carta en español, llamando al número de teléfono indicado abajo.

Para obtener más información sobre esta carta, visite www.irs.gov/ltr5071sp.

Visit www.irs.gov/ltr5071c for information about this letter.

Visit www.irs.gov/id for information about identity theft.

Case 1:23-cv-01785-JRR   Document 57   Filed 07/05/23   Page 136 of 259
Case 1:22-cv-01989-GLR   Document 58-1   Filed 10/28/22   Page 266 of 375

Case 1:22-cv-01989   Document 1-3   Filed 08/10/22   Page 41 of 58

```
                                                          1485011111
                              July 14, 2021   LTR 5071C   B0
                              *               202012 30
                                                    00083654
```

KEENAN K COFIELD
4109 CUTTY SARK RD
MIDDLE RIVER  MD  21220

012498

The Taxpayer Advocate Service (TAS) is an independent organization
within the IRS that helps taxpayers and protects taxpayers' rights.
TAS can offer you help if your tax problem is causing a financial
difficulty, you've tried but been unable to resolve your issue with
the IRS, or you believe an IRS system, process, or procedure isn't
working as it should. If you qualify for TAS assistance, which is
always free, TAS will do everything possible to help you. To learn
more, visit www.taxpayeradvocate.irs.gov or call 877-777-4778.

Tax professionals who are independent from the IRS may be able to help
you.

Low Income Taxpayer Clinics (LITCs) can represent low-income persons
before the IRS or in court. LITCs can also help persons who speak
English as a second language. Any services provided by an LITC must be
for free or a small fee. To find an LITC near you:

   - Go to www.taxpayeradvocate.irs.gov/litcmap;
   - Download IRS Publication 4134, Low Income Taxpayer Clinic List,
     available at www.irs.gov/forms-pubs; or
   - Call the IRS toll-free at 800-829-3676 and ask for a copy of
     Publication 4134.

State bar associations, state or local societies of accountants or
enrolled agents, or other nonprofit tax professional organizations may
also be able to provide referrals.

Keep a copy of this letter for your records.

Thank you for your cooperation.


                                  Sincerely yours,



                                  INTEGRITY & VERIFICATION
                                       OPERATIONS
                                  Integrity & Verification Operations
                                  Program Manager, I&VO

Case 1:22-cv-01989-SER Document 57-1 Filed 07/05/23 Page 137 of 259
Case 1:22-cv-01989-SER Document 53-1 Filed 10/28/22 Page 207 of 375
Case 1:22-cv-01989 Document 1-3 Filed 08/10/22 Page 42 of 58

Department of the Treasury
Internal Revenue Service
3651 S IH 35, STOP 6579 AUSC
AUSTIN TX 73301-0059

012498.137391.14416.7249 1 AB 0.428 693

KEENAN K COFIELD
4109 CUTTY SARK RD
MIDDLE RIVER MD 21220

012498

# EXHIBIT C

| Form **14039**<br>(March 2022) | Department of the Treasury - Internal Revenue Service<br>**Identity Theft Affidavit** | OMB Number<br>1545-2139 |
|---|---|---|

This affidavit is for victims of identity theft. To avoid delays do not use this form if you have already filed a Form 14039 for this incident. The IRS process for assisting victims selecting Section B, Box 1 below is explained at irs.gov/victimassistance.

Get an IP PIN: We encourage everyone to opt-in to the Identity Protection Personal Identification Number (IP PIN) program. If you don't have an IP PIN, you can get one by going to irs.gov/ippin. If unable to do so online, you may schedule an appointment at your closest Taxpayer Assistance Center by calling the (844-545-5640). Or, if eligible, you may use IRS Form 15227 to apply for an IP PIN by mail or FAX, also available by going to irs.gov/ippin.

**Section A - Check the following boxes in this section that apply to the specific situation you are reporting** *(required for all filers)*

☒ 1. I am submitting this Form 14039 for myself

☒ 2. I am submitting this Form 14039 in response to an IRS Notice or Letter received
- Provide 'Notice' or 'Letter' number(s) on the line to the right _____
- Check box 1 in Section B and see special mailing and faxing instructions on reverse side of this form.

☐ 3. I am submitting this Form 14039 on behalf of my dependent child or dependent relative
- Complete Sections A-F of this form. Do not use this form if dependent's identity was misused by a parent or guardian in filing taxes, this is not identity theft.

☐ 4. I am submitting this Form 14039 on behalf of another person living or deceased *(other than my dependent child or dependent relative)*
- Complete Sections A- F of this form.

**Section B – How I Am Impacted** *(required when reporting misuse of Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN))*

Check all boxes that apply to the person listed in Section C below. If the person in Section C has previously submitted a Form 14039 for the same incident, there's no need to submit another Form 14039.

☒ 1. I know that someone used my information to fraudulently file a tax return
- ☐ I/My dependent was fraudulently/incorrectly claimed as a dependent
- ☒ My SSN or ITIN was fraudulently used for employment purposes

☐ 2. I don't know if someone used my information to fraudulently file taxes, but I'm a victim of identity theft

Provide an explanation of the identity theft issue, how it impacts your tax account, when you became aware of it and provide relevant dates. If needed, attach additional information and/or pages to this form

MY MOTHER WAS TRYING TO CLAIM ME AND WE FOUND OUT AGAIN SOMEONE USED MY NAME AND SOCIAL SECURITY NUMBER TO FILE FOR TAXES. I DO NOT FILE FOR TAXES PERSONALLY BUT SOMEONE HAS BEEN USING ILLEGALLY MY SSN

**Section C – Name and Contact Information of Identity Theft Victim** *(required)*

| Victim's last name<br>COFIELD | First name<br>KEENAN | Middle<br>initial<br>K | Taxpayer Identification Number<br>*(provide 9-digit SSN or ITIN)*<br>▓▓▓▓▓▓▓ |
|---|---|---|---|

| Current mailing address *(apartment or suite number and street, or P.O. Box)* If deceased, provide last known address<br>1236 KENDRICK RD. | Current city<br>ROSEDALE | State<br>MD | ZIP code<br>21237 |
|---|---|---|---|

| Address used on last filed tax return *(if different than 'Current')* | City *(on last tax return filed)* | State | ZIP code |
|---|---|---|---|

| Telephone number with area code<br>Home phone number  443-554-3715 | Cell phone number | Best time(s) to call<br>ANYTIME |
|---|---|---|

| Language in which you would like to be contacted  ☒ English    ☐ Spanish    ☐ Other |
|---|

**Section D – Tax Account Information:** Last tax return filed (year shown on the tax return) and Returns Impacted *(Do not complete Section D if you selected Box 2 in Section B above)*

☒ I had no filing requirement or filed a non-filer return

| Names used on last filed tax return | The last tax return filed *(year shown on the tax return)* |
|---|---|

What Tax Year(s) you believe were impacted by tax-related identity theft (example: 2020 is input for citing the 2020 tax return though filed the next year(s). (if not known, enter 'Unknown' below))

| 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|

**Section E – Penalty of Perjury Statement and Signature** *(required)*

Under penalty of perjury, I declare that, to the best of my knowledge and belief, the information entered on this Form 14039 is true, correct, complete, and made in good faith.

| Signature of taxpayer, or representative, conservator, parent or guardian | Date signed<br>04/13/2022 |
|---|---|

Submit this completed form to either the mailing address or the FAX number provided on the reverse side of this form.

| Catalog Number 52525A | www.irs.gov | Form **14039** (Rev. 3-2022) |
|---|---|---|

Case 1:22-cv-01989 Document 1-3 Filed 08/10/22 Page 45 of 58

Internal Revenue Service
Disclosure Office
MS 7000 DEN
1999 Broadway
Denver, CO 80202-2490

Official Business
Penalty for Private Use, $300

Keenan Cofield 405938
ECI
30420 Revells Neck Rd.
Westover, MD 21890

# EXHIBIT E

Case 1:22-cv-01989-GLR   Document 58-1   Filed 10/28/22   Page 142 of 259

875 UNION ST NE
SALEM OR  97311-0800
PHONE: (503) 370-5400  FAX: 1-503-371-2893
TOLL-FREE PHONE: 1-833-410-1004

No le podemos pagar la cantidad total de sus beneficios semanales en su
reclamo. El mensaje que sigue explica porque. Por favor, llame o escriba
al centro del seguro de desempleo indicado arriba si necesita ayuda.

KEENAN COFIELD
4109 CUTTY SARK RD
BALTIMORE MD  21220

DATE:            07/13/21
CUST ID:     40-006.475.015
FIELD OFFICE NUMBER: 081
CLAIM EXPIRES:     48-21
                 (WEEK-YEAR)

You claimed unemployment benefits for the week of 04-26-20 through
05-02-20.  We cannot pay benefits for this week:

This week is before the start of your unemployment insurance claim. If your
intent was to claim this week, please call the office listed above to
explain why you claimed this week.  Failure to reply within 5 days will
result in a denial of benefits for this week.

No payment was made because your claim is not valid.  If you have requested
that your claim be redetermined or if there are military, federal, or out
of state wages to be included in your claim, continue to report as
scheduled.

No payment was made because an issue on your claim is still being
resolved.  You will be contacted if more information is needed.  Continue
to report as scheduled.

875 UNION ST NE
PHONE: (503) 370-5400    FAX: 1-503-371-2893
TOLL-FREE PHONE: 1-833-410-1004

No le podemos pagar la cantidad total de sus beneficios semanales en su
reclamo. El mensaje que sigue explica porque. Por favor, llame o escriba
al centro del seguro de desempleo indicado arriba si necesita ayuda.

KEENAN COFIELD                          DATE:            07/13/21
4109 CUTTY SARK RD                      CUST ID:         40-006.475.015
BALTIMORE MD  21220                     FIELD OFFICE NUMBER: 081
                                        CLAIM EXPIRES:      48-21
                                                         (WEEK-YEAR)

You claimed unemployment benefits for the week of 05-03-20 through
05-09-20.  We cannot pay benefits for this week:

This week is before the start of your unemployment insurance claim. If your
intent was to claim this week, please call the office listed above to
explain why you claimed this week.  Failure to reply within 5 days will
result in a denial of benefits for this week.

No payment was made because your claim is not valid.  If you have requested
that your claim be redetermined or if there are military, federal, or out
of state wages to be included in your claim, continue to report as
scheduled.

No payment was made because an issue on your claim is still being
resolved.  You will be contacted if more information is needed.  Continue
to report as scheduled.

Case 1:22-cv-01989-GLR   Document 58-1   Filed 10/28/22   Page 278 of 375
Case 1:22-cv-01989-JKB   Document 157   Filed 07/05/23   Page 144 of 259
Case 1:22-cv-01989   Document 1-3   Filed 08/10/22   Page 53 of 58

STATE OF OREGON-EMPLOYMENT DEPARTMENT
875 UNION ST NE
SALEM OR  97311-0800
PHONE: (503) 370-5400   FAX: 1-503-371-2893
TOLL-FREE PHONE: 1-833-410-1004

No le podemos pagar la cantidad total de sus beneficios semanales en su reclamo. El mensaje que sigue explica porque. Por favor, llame o escriba al centro del seguro de desempleo indicado arriba si necesita ayuda.

KEENAN COFIELD
4109 CUTTY SARK RD
BALTIMORE MD  21220

DATE:           07/13/21
CUST ID:        40-006.475.015
FIELD OFFICE NUMBER: 081
CLAIM EXPIRES:       48-21
                (WEEK-YEAR)

You claimed unemployment benefits for the week of 05-10-20 through 05-16-20.  We cannot pay benefits for this week:

This week is before the start of your unemployment insurance claim.  If your intent was to claim this week, please call the office listed above to explain why you claimed this week.  Failure to reply within 5 days will result in a denial of benefits for this week.

No payment was made because your claim is not valid.  If you have requested that your claim be redetermined or if there are military, federal, or out of state wages to be included in your claim, continue to report as scheduled.

No payment was made because an issue on your claim is still being resolved.  You will be contacted if more information is needed.  Continue to report as scheduled.

Case 1:22-cv-01989-JKB Document 5871 Filed 10/28/22 Page 145 of 259
875 UNION ST NE
Case 1:22-cv-01989 , Document 3-37 Filed 05/10/22   Page 54 of 58
PHONE: (503) 370-5400   FAX: 1-503-371-2893
TOLL-FREE PHONE: 1-833-410-1004

No le podemos pagar la cantidad total de sus beneficios semanales en su reclamo. El mensaje que sigue explica porque. Por favor, llame o escriba al centro del seguro de desempleo indicado arriba si necesita ayuda.

KEENAN COFIELD
4109 CUTTY SARK RD
BALTIMORE MD  21220

DATE:            07/13/21
CUST ID:      40-006.475.015
FIELD OFFICE NUMBER: 081
CLAIM EXPIRES:      48-21
                  (WEEK-YEAR)

You claimed unemployment benefits for the week of 05-17-20 through 05-23-20.  We cannot pay benefits for this week:

This week is before the start of your unemployment insurance claim. If your intent was to claim this week, please call the office listed above to explain why you claimed this week.  Failure to reply within 5 days will result in a denial of benefits for this week.

No payment was made because your claim is not valid.  If you have requested that your claim be redetermined or if there are military, federal, or out of state wages to be included in your claim, continue to report as scheduled.

No payment was made because an issue on your claim is still being resolved.  You will be contacted if more information is needed.  Continue to report as scheduled.

875 UNION ST NE
SALEM OR   97311-0800
PHONE: (503) 370-5400   FAX: 1-503-371-2893
TOLL-FREE PHONE: 1-833-410-1004

No le podemos pagar la cantidad total de sus beneficios semanales en su
reclamo. El mensaje que sigue explica porque. Por favor, llame o escriba
al centro del seguro de desempleo indicado arriba si necesita ayuda.

KEENAN COFIELD
4109 CUTTY SARK RD
BALTIMORE MD  21220

DATE:              07/13/21
CUST ID:        60-006.475.015
FIELD OFFICE NUMBER: 081
CLAIM EXPIRES:        48-21
                     (WEEK-YEAR)

You claimed unemployment benefits for the week of 05-24-20 through
05-30-20.  We cannot pay benefits for this week:

This week is before the start of your unemployment insurance claim. If your
intent was to claim this week, please call the office listed above to
explain why you claimed this week.  Failure to reply within 5 days will
result in a denial of benefits for this week.

No payment was made because your claim is not valid.  If you have requested
that your claim be redetermined or if there are military, federal, or out
of state wages to be included in your claim, continue to report as
scheduled.

No payment was made because an issue on your claim is still being
resolved..  You will be contacted if more information is needed.  Continue
to report as scheduled.

STATE OF OREGON EMPLOYMENT DEPARTMENT
875 UNION ST NE
SALEM OR  97311-0800
PHONE: (503) 370-5400   FAX: 1-503-371-2893
TOLL-FREE PHONE: 1-833-410-1004

No le podemos pagar la cantidad total de sus beneficios semanales en su
reclamo. El mensaje que sigue explica porque. Por favor, llame o escriba
al centro del seguro de desempleo indicado arriba si necesita ayuda.

KEENAN COFIELD                    DATE:           07/13/21
4109 CUTTY SARK RD                CUST ID:     40-006.475.015
BALTIMORE MD  21220               FIELD OFFICE NUMBER: 081
                                  CLAIM EXPIRES:       48-21
                                           (WEEK-YEAR)

You claimed unemployment benefits for the week of 05-31-20 through
06-06-20.  We cannot pay benefits for this week:

This week is before the start of your unemployment insurance claim. If your
intent was to claim this week, please call the office listed above to
explain why you claimed this week.  Failure to reply within 5 days will
result in a denial of benefits for this week.

No payment was made because your claim is not valid.  If you have requested
that your claim be redetermined or if there are military, federal, or out
of state wages to be included in your claim, continue to report as
scheduled.

No payment was made because an issue on your claim is still being
resolved.  You will be contacted if more information is needed.  Continue
to report as scheduled.

Case 1:23-cv-01795-JKB Document 157 Filed 07/06/23 Page 148 of 259
Case 1:22-cv-01989-GLR Document 58-1 Filed 10/28/22 Page 282 of 375
Case 1:22-cv-01989 Document 1-3 Filed 08/10/22 Page 57 of 58

**OREGON EMPLOYMENT DEPARTMENT**
PO Box 14165
Salem, OR 97311
FAX: 503-371-2893

000051

KEENAN COFIELD
4109 CUTTY SARK RD
BALTIMORE MD 21220

| Office Number: | 081 |
|---|---|
| Customer ID: | █████ |
| BYE: | 48-21 |
| Effective Week: | December 6, 2020 |
| Type of Notice: | Initial |

## NOTICE OF DETERMINATION FOR PANDEMIC UNEMPLOYMENT ASSISTANCE (PUA)

| Please read below as to whether you are or are not approved for PUA benefits. |
|---|

You are NOT ENTITLED to PUA benefits. Please see below.

**You are not entitled to PUA because:**

You are not entitled to PUA benefits because you have not worked in Oregon and received wages in the last 18 months nor did you have a job offer that has fallen through due to COVID..

HERIP01
Authorized Representative

July 13, 2021
Date Issued

**See the Back of this form for ADDITIONAL INSTRUCTIONS and/or APPEAL INFORMATION**

| 482021 | 876 | 40006475015 | UI PUB 82P (04/2021) |
|---|---|---|---|

# MERCEDES BENZ RECALL BRAKES LETTER
# TO PLAINTIFF DR. COFIELD, KEENAN

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
SANTA ANA, CA
PERMIT NO. 949

NHTSA
www.safercar.gov

IMPORTANT SAFETY RECALL INFORMATION

Issued in Accordance
With Federal Law

U.S. Department of
Transportation

SAFETY RECALL NOTICE

Mercedes-Benz USA, LLC
P.O. Box 301
Broadway, NJ 08808-0301

One Mercedes-Benz Drive
Sandy Springs, GA 30328
Phone (770) 705-0600

**This notice applies to your vehicle, VIN: 4JGCB5HEXCA146274**
**Inspect Brake Booster**
**NHTSA Recall ID: 22V315**
**MBUSA ID: 2022050014 & 2022050015**
**STOP DRIVE ORDER!**

2022050014
2022050015
4JGCB5HEXCA146274
Keenan Cofield
4109 Cutty Sark Rd
Baltimore, MD 21220-2373

P-13 1460 P1

հիանիկիարդիկրարարագիդիրուկանի կիկիրիկյան

June, 2022

Dear Mercedes-Benz Owner:

> **STOP DRIVE** – Your vehicle can be towed to an
> authorized dealer and a mobility solution provided or a
> mobile repair may be possible
> - An inspection procedure is available
> - Schedule an appointment with your authorized
>   Mercedes-Benz dealership as soon as possible.
> - This repair will be provided FREE of charge.

This notice is being sent to you in accordance with the National Traffic and Motor Vehicle Safety Act.
Mercedes-Benz AG ("MBAG"), the manufacturer of Mercedes-Benz vehicles, has decided that a defect which relates to motor vehicle
safety exists in certain Model Year ("MY") 2006-2011 ML-Class and MY2006-2012 GL-Class and R-Class vehicles. Our records indicate
that your vehicle is included in the affected population of vehicles.

### What is the issue?



Moisture may accumulate and cause corrosion in the brake booster housing unit, which can result in reduced brake
performance. In some cases of severe corrosion, a particularly strong or hard braking application may cause
mechanical damage in the brake booster, which can result in brake failure. In this case, it would not be possible to
decelerate the vehicle via the brake pedal. Reduced brake performance or brake failure can increase the risk of a
crash or injury.

### Owners are advised not to drive their vehicles until the inspection is performed.

### What will your Mercedes-Benz Dealership do?



An authorized Mercedes-Benz dealer will inspect the brake booster housing. While the repair time may be less than 1
hour, your dealer can provide you with a better estimate of the overall time for this inspection. After the inspection,
your vehicle will fall into one of three categories:

**Category 1:** Vehicles will have an aesthetic rubber sleeve removed to eliminate further risk of corrosion. Vehicles
that do not show advanced corrosion may continue to be driven with no further action.

**Category 2:** If, after the rubber sleeve is removed advanced corrosion is present, an additional diagnostic test
will be performed to ensure the functionality of the brake booster. If the vehicle passes inspection, it may be
driven but must return for an additional test and repair within two years. A certificate will be provided by the
performing dealership. When the brake booster parts are available or the vehicle needs to be re-tested, an
additional reminder owner notification letter will be mailed.

**Category 3:** Vehicles that do not pass the additional diagnostic test will require a brake booster replacement and
the stop drive will remain in effect. At this time, parts are not available for an immediate replacement. When
parts are available, an additional owner notification letter will be sent.

In the event your vehicle does not pass the diagnostic test, the vehicle may be stored at your residence or be towed
to a dealership storage location. If the inspection was performed via mobile service and you choose to have the
vehicle towed to a storage location, please contact the dealership to initiate the tow.

**Don't wait. Find an authorized Mercedes-Benz dealership near you
at mbusa.com/recall and schedule the recall inspection right away.**



Should an authorized Mercedes-Benz dealership be unable to address your concerns please contact us at **1-888-548-8514.** We are always happy to hear from you.

If an authorized Mercedes-Benz dealer for any reason is unable to remedy the situation without charge, or within a reasonable amount of time, Pursuant to law 49 U.S.C. Chapter 301, you may submit a complaint to the Administrator, National Highway Traffic Safety Administration, 1200 New Jersey Avenue, S.E., Washington, D.C. 20590 or call the toll-free Auto Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153); or go to https://www.safercar.gov.

## Reimbursement to Customers for Repairs Performed Prior to Recall

If you have already paid to have this recall condition corrected you may be eligible to receive reimbursement. Requests for reimbursement may include parts, labor, fees and taxes. Reimbursement may be limited to the amount the repair would have cost if completed by an authorized Mercedes-Benz dealer. The following documentation must be presented to your dealer for reimbursement.

Original or clear copy of all receipts, invoices and/or repair orders that show:

- The name and address of the person who paid for the repair.
- The Vehicle Identification Number (VIN) of the vehicle that was repaired.
- What problem occurred, what repair was done, when it was done and who repaired it.
- The total cost of the repair expense that is being claimed.
- Proof of payment of repair (copy of front and back of cancelled check, or copy of credit card receipt).
- Reimbursement will be made by check from your dealer.

Please speak with your dealer concerning this matter. Thank you for your cooperation.

We apologize for any inconvenience this may have caused and look forward to taking care of this important safety recall immediately.

Sincerely,
Mercedes-Benz USA

Don't wait. Find an authorized Mercedes-Benz dealership near you
mbusa.com/recall and schedule the recall inspection right away.



# EXHIBIT-GG

# EXHIBIT-HH

# EXHIBIT-1

## PASSPORT NISSAN 06/04/2021

REAR BRAKES RATTLE CLIPS REPAIR TICKET
INVOICE



# PASSPORT NISSAN

5000 AUTH WAY   SUITLAND, MD 20746
MAIN LINE 301-423-8400
SERVICE HOURS MONDAY THRU FRIDAY 7:30 A.M. - 6:00 P.M.
EXPRESS SERVICE 6:00 P.M. - 8:00 P.M.
SATURDAY 8:00 A.M. - 5:00 P.M.
www.passportauto.com

CELL: 410-805-1353

| CUSTOMER NO. 408836 | ADVISOR DAMON WELLS | TAG NO. 8133 4492 | INVOICE DATE 06/04/21 | INVOICE NO. NICS769601 |
|---|---|---|---|---|

| KEVIN LUCIUS COFIELD 4109 CUTTY SARK RD BALTIMORE, MD 21220 | LABOR RATE 149.99 | LICENSE NO. | MILEAGE 57,641 | COLOR BLUE/ | STOCK NO. 62120A |
|---|---|---|---|---|---|

| YEAR/MAKE/MODEL 12/MERCEDES-BENZ/R-CLASS/2012 MERCED | DELIVERY DATE 45,703 |

| VEHICLE I.D. NO. 4 J G C B 5 H E X C A 1 4 6 2 7 4 | SELLING DEALER NO. |  PRODUCTION DATE |

SUPREMEGRANDBISHOP@GMAIL.COM

| R.C.E.NO. | P.O. NO. | R.O. DATE 05/28/21 |

| RESIDENCE PHONE 410-805-1353 | BUSINESS PHONE 410-305-3032 | COMMENTS | MO: 57641 |
|---|---|---|---|

LABOR & PARTS
JOB 1 03M12            MPI Main Shop            TECH(S):7172            INTERNAL
   PERFORM MULTI-POINT VEHICLE INSPECTION

PARTS------QTY---FP-NUMBER--------------DESCRIPTION----------------UNIT PRICE-
                                        JOB # 1 TOTAL PARTS            0.00
                                  JOB # 1 TOTAL LABOR & PARTS          0.00

JOB 2 34M12            BRAKES            TECH(S):7172            INTERNAL
   CUSTOMER STATES THAT THE CAR MAKES A TICKING NOISE WHILE
   DRIVING IT CHANGES WITH SPEEDS CUSTOMER THINK IT MAYBE
   COMING FROM THE BRAKES
   REPLACE BOTH REAR BRAKE RATTLE CLIPS

PARTS------QTY---FP-NUMBER--------------DESCRIPTION----------------UNIT PRICE-
JOB # 2    2    10692-25494    ANTI RATTLE SPRI                   INTERNAL
                                        JOB # 2 TOTAL PARTS           0.00
                                  JOB # 2 TOTAL LABOR & PARTS         0.00

MISC------CODE-------DESCRIPTION----------------------CONTROL NO---------
JOB # A        HMI    DISPOSAL INTERNAL                          INTERNAL
JOB # A        SSI    SHOP SUPPLIES INTERNAL                     INTERNAL
                                              TOTAL - MISC          0.00

TOTALS----------
ALL LABOR PERFORMED AND PARTS REPLACED WERE NECESSARY TO
PERFORM REPAIRS. BY SIGNING YOU AGREE YOU HAVE RECEIVED A
PROPER EXPLANATION OF ALL REPAIRS AND CHARGES. IF YOU HAVE
ANY QUESTIONS PLEASE SEE YOUR SERVICE ADVISOR. ANY SPECIAL
ORDER PARTS NEEDED FOR REPAIRS MUST BE PAID IN ADVANCE AND
ARE NOT REFUNDABLE. ENVIRONMENTAL CONCERNS HAVE FORCED US TO
CHARGE FOR THE EXPENSE INCURRED TO PROPERLY STORE AND
ARRANGE DISPOSAL AND/OR RECYCLING OF OIL, TIRES, COOLANT,
BATTERIES, METAL PARTS AND CLEANING SOLVENTS USED IN THE
REPAIR OF YOUR VEHICLE. YOUR INVOICE MAY ALSO INCLUDE A
CHARGE FOR SHOP MATERIALS.

| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

WHILE YOUR MOTOR VEHICLE IS ON THE PREMISES OF THE AUTOMOTIVE REPAIR FACILITY, DEALER IS NOT RESPONSIBLE FOR LOSS OF OR DAMAGE TO ARTICLES LEFT IN VEHICLE UNDER ANY CIRCUMSTANCES. YOU SHOULD ASK A REPRESENTATIVE OF THE AUTOMOTIVE REPAIR FACILITY ABOUT THE EXTENT OF ITS RESPONSIBILITY, INCLUDING THE EXTENT OF THE INSURANCE COVERAGE OF THE AUTOMOTIVE REPAIR FACILITY.

MANUFACTURER SPECIAL POLICY ADJUSTMENT PROGRAMS: FEDERAL LAW REQUIRES MANUFACTURERS TO FURNISH THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION (N.H.T.S.A.) WITH BULLETINS DESCRIBING ANY DEFECTS IN THEIR VEHICLES. YOU MAY OBTAIN COPIES OF THESE BULLETINS FROM EITHER THE MANUFACTURER OR THE N.H.T.S.A. IN ADDITION, CERTAIN CONSUMER PUBLICATIONS OR ORGANIZATIONS PUBLISH THIS INFORMATION, WHICH MAY BE AVAILABLE FOR A FEE OR FOR FREE.

USED REBUILT OR RECONDITIONED PARTS HAVE BEEN SUPPLIED OR A PART OF A COMPONENT SYSTEM SUPPLIED IS COMPOSED OF USED, REBUILT OR RECONDITIONED PARTS.

YES            NO

CLIENT SIGNATURE
*************************        D U P L I C A T E   I N V O I C E        *************************

OCT 06 2021

PAGE 1 OF 1            CUSTOMER COPY            [ END OF INVOICE ]   03:25pm

769601



# PASSPORT NISSAN

5000 AUTH WAY    SUITLAND, MD 20746
MAIN LINE 301-423-8400
HOURS MONDAY THRU FRIDAY 7:30 A.M. - 6:00 P.M.
www.passportauto.com

## RECOMMENDED SERVICES

| OPERATION | OPERATION DESCRIPTION | M/U/M | TOTAL | OPERATION | OPERATION DESCRIPTION | M/U/M | TOTAL |
|---|---|---|---|---|---|---|---|
| 01NIZ1LOF1895 | $19.95 OIL CHANGE | MI | 19.95 | 32NIZALIGN8995 | 4 WHEEL ALIGN $89 | MI | 89.95 |
| S6NIEX89.95LOF | LOF ROTATE/BALANCE | MI | 89.95 | 01NIZ1LOF2495 | $24.89 OIL CHANGE | MI | 24.99 |
| 01NIZ1LOF5FREE | COMP NISSAN OIL CHG | MI | 0.00 | | | | |

## SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 05/28/21 | 769601 | 57641 | 8133 | 7172 | I | 03NIZ | MPI Main Shop |
| | | | | 7172 | I | 34NIZ | BRAKES |
| 03/26/21 | 766178 | 45693 | 8133 | 7172 | I | 03NIZ | MPI Main Shop |
| | | | | 7172 | I | 97NIZMDINSP | ND STATE INSPECTION |
| | | | | 7172 | I | 97NIZZRECONOIL | RECON OIL CHANGE |
| | | | | 7172 | I | 36NIZRB | ROTATE AND BALANCE |

SALESPERSON NO. 7123    KOMI E DOGBATSE       S E R V I C E                                        STATE REG# 2

| TERMS | VEHICLE I.D. NO. | YEAR/MAKE/MODEL | PRODUCTION DATE | STOCK NO. | LICENSE NO. | R.O. NO. |
|---|---|---|---|---|---|---|
| CASH | 4JGCB5HEXCA146274 | 12/MERCEDES-BENZ/R-CLASS/2012 MERCE | | 6212CA | | 769601 |
| CREDIT CARD | CUSTOMER NO. | SERVICE CONTRACT | DELIVERY DATE | DELIVERY MILES | IN DATE DEALER NO. | |
| CHECK | KEVIN LUCIUS COFIELD | 408836 | | | 45,703 | 05/28/21 |
| APPROVED/PAID | 4109 CUTTY SARK RD | | | | | |
| OTHER | BALTIMORE, MD 21220 | COLOR | CONTRACT NO. | | EXPIRATION DATE EXPIRATION MILES | TAG NO. |
| CALL WHEN READY | | BLUE/ | 1 | | | 4492 |
| YES NO | SUPREMEGRANDBISHOP@GMAIL.COM | TURBO NAME | AIR COND P.S. | TRANS | MILEAGE ADVISOR NO. | ADVISOR |
| | | NIZZ | | | 57,641 | 8133 | DAMON WELLS |
| HAVE REMOVED PARTS FOR CUSTOMER | RESIDENCE PHONE | BUSINESS PHONE | | | | |
| YES NO | 410-805-1353 | 410-305-3032 | | | | |
| APPOINTMENT | TIME RECEIVED | DATE/TIME PROMISED | | | | |
| YES NO | 09:11am | 05/28/21 | 08:00pm | 70 | | |
| | CELL: 410-805-1353 | LABOR RATE 149.99 | X | | | |

| JOB | | NOT RESPONSIBLE FOR LOSS OR DAMAGE TO VEHICLES OR ARTICLES LEFT IN VEHICLES IN CASE OF FIRE, THEFT OR ANY OTHER CAUSE BEYOND OUR CONTROL. |
|---|---|---|

1.   03NIZ                  **MPI Main Shop**
PERFORM MULTI-POINT VEHICLE INSPECTION

MANUFACTURER SPECIAL POLICY ADJUSTMENT PROGRAMS: FEDERAL LAW REQUIRES MANUFACTURERS TO FURNISH THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION (N.H.T.S.A.) WITH BULLETINS DESCRIBING ANY DEFECTS IN THEIR VEHICLES. YOU MAY OBTAIN COPIES OF THESE BULLETINS FROM EITHER THE MANUFACTURER OR THE N.H.T.S.A. IN ADDITION, CERTAIN CONSUMER PUBLICATIONS OR ORGANIZATIONS PUBLISH THIS INFORMATION, WHICH MAY BE AVAILABLE FOR A FEE OR FREE.

2.   34NIZ                  **BRAKES**
CUSTOMER STATES THAT THE CAR MAKES A TICKING NOISE WHILE DRIVING IT CHANGES WITH SPEEDS CUSTOMER THINK IT MAYBE COMING FROM THE BRAKES

| ORIGINAL ESTIMATE/ESTIMATED COMPLETION DATE | CUSTOMER ACCEPTANCE |
|---|---|
| | $ |
| AUTHORIZED ADDITIONS | DATE |
| | $ |
| | CUSTOMER CONSENTS TO ADDITIONAL REPAIRS |
| | DATE TIME |

In the event that you, the customer, authorize commencement but do not arrive at completion of a repair or service, a charge will be imposed of disassembly, reassembly or partially completed work. Such charge will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

## CUSTOMERS RIGHTS

1. YOU MAY REQUEST A WRITTEN ESTIMATE FOR REPAIRS WHICH COST MORE THAN $50.

2. YOU MAY NOT BE CHARGED ANY AMOUNT 10% MORE THAN THE WRITTEN ESTIMATE WITHOUT YOUR CONSENT.

3. YOU ARE ENTITLED TO THE RETURN OF ANY REPLACED PARTS EXCEPT WHEN PARTS ARE REQUIRED TO BE RETURNED TO MANUFACTURER UNDER WARRANTY.

4. REPAIRS NOT ORIGINALLY AUTHORIZED BY YOU MAY NOT BE CHARGED TO YOU WITHOUT YOUR CONSENT.

WHILE YOUR MOTOR VEHICLE IS ON THE PREMISES OF THE AUTOMOTIVE REPAIR FACILITY, DEALER IS NOT RESPONSIBLE FOR LOSS OF OR DAMAGE TO ARTICLES LEFT IN VEHICLE UNDER ANY CIRCUMSTANCES. YOU SHOULD ASK A REPRESENTATIVE OF THE AUTOMOTIVE REPAIR FACILITY ABOUT THE EXTENT OF ITS RESPONSIBILITY, INCLUDING THE EXTENT OF THE INSURANCE COVERAGE OF THE AUTOMOTIVE REPAIR FACILITY.

0102J769601

PAGE 1 OF 1        REPRINT # 4                        SERVICE COPY                        769601

# EXHIBIT-2

MONRO BRAKE & TIRE CENTER
09/29/2021 AND 11/12/2021

REAR BRAKES & ROTORS AND FRONT BRAKES &
ROTORS INVOICES

Case 1:23-cv-00645-JRR Document 117 Filed 07/05/23 Page 159 of 259

# MONRO
## AUTO SERVICE *And* TIRE CENTERS

MONRO MUFFLER/BRAKE & SERVICE
7870 EASTERN AVE.
SHOP #457
BALTIMORE,MD 21224
(410)285-7576

| | | | | |
|---|---|---|---|---|
| Guest ID: | 0417619921 | Year: | 2012 | Date/Time: 09/29/21 15:30:10 |
| Name: | KEENAN COFIELD | Make: | MERCEDES-BENZ | Estimate #: 552027 |
| Address: | 4109 CUTTY RD | Model: | R350 4MATIC | Invoice #: 479996 |
| Address 2: | | Lic No: | TEMP | PO Number: |
| City,State,Zip: | BALTIMORE, MD, 21220 | VIN: | GET | Unit Number: |
| Home Phone: | (443) 554-3715 | Color: | | Email Address: none |
| Work Phone: | () - | Engine: | V6 3.5L 24V DOHC ID-276.958 | Fleet/Wholesale: N |
| Other Phone: | () - | Mileage In: | 62151 | Est Created On: 09/25/21 13:02:48 |
| Tax Exempt #: | | Mileage Out: | 62151 | |
| Manager: | CHRISTOPH FAULCON | Inspect Due: | 09/01/21 | |

Services Requested:
CHECK BRAKES

| Qty. Part # | Car Loc | Description | Part | Labor | Amount |
|---|---|---|---|---|---|

Tire Pressure Spec: Not Available     Wheel Torque: Not Available

**INCLUDED WITH EVERY VISIT**
| Qty | Part # | | Description | | | Amount |
|---|---|---|---|---|---|---|
| 1 | CI | | COURTESY INSPECTION | | | NO CHARGE |
| 1 | SM | | SCHED. MAINT. REVIEW | | | NO CHARGE |

**SERVICE**
| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | MEMO | | COMMENTS | | | NO CHARGE |

REAR RIGHT CALIPER HAD NO BRAKE PAD IN THE FRONT OF THE CALIPER. REAR RIGHT CALIPER
PISTON WAS PUSH OUT AND BRAKE FLUID COVER THE WHEEL
TOTAL SERVICE:                                                                                    0.00

**BRAKES**
| 1 | OUTDS | B | 13442 DISC PADS | 61.13 | 0.00 | 61.13 |
|---|---|---|---|---|---|---|
| 1 | OUTBRAKEPAD | B | GMKD1122 BRAKE PADS | 119.99 | 80.00 | 199.99 |

REAR BRAKE PADS GROOVED THE ROTORS ON BOTH SIDE OF THE VEHICLE THEY WERE THE WRONG ROTOR
CAUSE PAD TO FALL OUT

| 2 | OUTR | B | YH200529 BRAKE ROTOR | 112.00 | 38.00 | 300.00 |
|---|---|---|---|---|---|---|
| 1 | BFF | B | BRAKE FLUID EXCHANGE | 65.99 | 69.00 | 134.99 |
| 1 | L033S | B | Clean and Lube Caliper Slides and braking system on opposite axle. | 0.00 | 49.00 | 49.00 |
| | | | Adjust brakes where applicable. | | | |
| | | | TOTAL REAR BRAKES: | | | 745.11 |

| 1 | OUTCA1 | | CALIPER | 243.23 | 37.50 | 280.73 |
|---|---|---|---|---|---|---|
| | | | OVERALL | | | 280.73 |
| | | | TOTAL BRAKES: | | | 1,025.84 |

** Customer Wishes To Discard Old Parts ***

PAY TYPE: VISA 500.00 Date: 9/29/2021 APPROVAL #: 75209B ENTRY: CHIP
:REDIT CARD #: XXXX-XXXX-XXXX-7964
JD: A0000000031010 Terminal ID: 090505001

**S E E   N E X T   P A G E**
INVOICE    INVOICE    MONRO MUFFLER/BRAKE & SERVICE    INVOICE

**CUSTOMER COPY**

Case 1:23-cv-01753-JMC   Document 1-22   Filed 07/06/23   Page 160 of 259

# MONRO
## AUTO SERVICE *And* TIRE CENTERS

7870 EASTERN AVE.
SHOP 417
BALTIMORE,MD   21224
(410)285-7576

| | | | |
|---|---|---|---|
| Guest ID: | 0417519921 | Year: | 2012 |
| Name: | KEENAN COFIELD | Make: | MERCEDES-BENZ |
| Address: | 4109 CUTTY RD | Model: | R350 4MATIC |
| Address 2: | | Lic No: | TEMP |
| City,State,Zip: | BALTIMORE, MD, 21220 | VIN: | GET |
| Home Phone: | (443) 554-3715 | Color: | |
| Work Phone: | 0 - | Engine: | V6 3.5L 24V DOHC ID-276.958 |
| Other Phone: | 0 - | Mileage In: | 62151 |
| Tax Exempt #: | | Mileage Out: | 62151 |
| Manager: | CHRISTOPH FAULCON | Inspect Due: | 09/01/21 |

| | |
|---|---|
| Date/Time: | 09/29/21  15:30:10 |
| Estimate #: | 552027 |
| Invoice #: | 479996 |
| PO Number: | |
| Unit Number: | |
| Email Address: | none |
| Fleet/Wholesale: | N |
| Est Created On: | 09/25/21  13:02:48 |

Services Requested:
CHECK BRAKES

| Qty Part # | Car Loc | Description | Part . | Labor | Amount |
|---|---|---|---|---|---|
| | | | | | |

INVOICE   INVOICE   MONRO MUFFLER/BRAKE & SERVICE   INVOICE

TECH: 001396-0.00    B. ROSITZKY

| | |
|---|---|
| SUB TOTAL | 1,025.84 |
| SALES TAX | 42.86 |
| GRAND TOTAL | 1,068.70 |

All parts are new unless otherwise specified. Please see reverse for warranty details.
I acknowledge that this invoice is for services rendered by [Monro Int.] and now, in acceptance of such service, make payment in the amount set forth on this invoice. If there was an increase in the original estimated price,
I acknowledge notice and approval of such increase. X _____
                                                              **Guest Signature**

I certify that all repairs were properly completed. _____
                                                        *Company Authorized Representative*

CAUTION: Owners of Mag, Custom, Alloy, or Dual Wheels must have lug-nuts retorqued after 25 miles or 24 hours!
The Company will gladly retorque these lug-nuts once after the first 25 miles at no charge. X _____
                                                                                              **Guest Initials**

Did you have a 5-star visit today? Let us know  Google  facebook
                                                  ★★★★★  ★★★★★

| IY | AMT | |
|---|---|---|
| SA | 500.00 | 9/29/2021 |
| \SH | 580.00 | 9/29/2021 |
| IANGE | (11.30) | 9/29/2021 |

YMENT COLLECTED BY: C. FAULCON

**CUSTOMER COPY**

 

MONRO  TIRECHOICE  MR.TIRE  AUTO SERVICE CENTERS  TreadQuarters  AutoTire  Tire Warehouse  Tire Kingdom  Car x

# COURTESY INSPECTION | MOTORIST.ORG   ESTIMATE #

NAME _____ PLATE _____ INSPECTION DUE _____ MILEAGE IN 64730 64

VIN # | | | | | | | | | | | | | | | | | ENGINE SIZE _____ SOHC  DOHC  OHV  HYBRID  DIESEL

DASHBOARD LIGHTS (CIRCLE ANY CURRENTLY ON): (!) VSC (ABS) 🔧 📷 OTHER _____

HUBCAP(S) MISSING? _____ WINDSHIELD CRACKED? _____ SCRATCHES/DENTS? _____

WIPERBLADES ■ ② ③ ④ Ⓐ Ⓑ Ⓒ   HEADLIGHTS ■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ   MINILIGHTS ■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ

## TIRE CHECKUP
7/32" OR GREATER   4/32" TO 6/32   2/32" OR LESS

| | | | |
|---|---|---|---|
| SIZE 225 / 50 / 17 | | | |
| RUN FLAT Y N | TPMS Y N | FWD RWD 4WD/AWD | |

### SPEED RATING

**LF TIRE** | PSI IN | CIRCLE ALL THAT APPLY
EDGEWEAR  CRACKING
CUPPING  PUNCTURE
OUTER / INNER | PSI OUT | CUTS  REPAIRABLE
DEPTH IN 32NDS | | IRREGULARITY  NON-REPAIRABLE

**RF TIRE** | PSI IN | CIRCLE ALL THAT APPLY
EDGEWEAR  CRACKING
CUPPING  PUNCTURE
OUTER / INNER | PSI OUT | CUTS  REPAIRABLE
DEPTH IN 32NDS | | IRREGULARITY  NON-REPAIRABLE

**RR TIRE** | PSI IN | CIRCLE ALL THAT APPLY
EDGEWEAR  CRACKING
CUPPING  PUNCTURE
OUTER / INNER | PSI OUT | CUTS  REPAIRABLE
DEPTH IN 32NDS | | IRREGULARITY  NON-REPAIRABLE

**LR TIRE** | PSI IN | CIRCLE ALL THAT APPLY
EDGEWEAR  CRACKING
CUPPING  PUNCTURE
OUTER / INNER | PSI OUT | CUTS  REPAIRABLE
DEPTH IN 32NDS | | IRREGULARITY  NON-REPAIRABLE

■ □ ■ TIRE MAINTENANCE  ROTATION  BALANCE
■ □ ■ ALIGNMENT CHECK  MAINTENANCE  TIRE WEAR

### ENGINE AND EXHAUST SYSTEMS CHECKUP

■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ AIR FILTER
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ CABIN AIR FILTER
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ WASHER FLUID
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ POWER STEERING FLUID
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ OIL LEVEL  GOOD BETTER BEST ULTIMATE
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ BRAKE FLUID _____ PPM
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ COOLANT LEVEL _____ FREEZE *
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ TRANSMISSION SERVICE
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ COOLANT HOSES
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ BELTS
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ BELT TENSIONER
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ BATTERY/TEST
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ BATTERY ACCESSORIES
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ EXHAUST

## BRAKE CHECKUP
(DISC) 6MM OR GREATER OR (DRUM) 4MM OR GREATER
(DISC) 3MM TO 6MM OR (DRUM) 1.6MM TO 2MM
(DISC) 2MM OR LESS OR (DRUM) 1.6MM OR LESS

■ ① ② LF PAD  INNER 12  OUTER
■ ① ② LF ROTOR  ACTUAL  DISCARD
■ ① ② RF PAD  INNER 0  OUTER
■ ① ② RF ROTOR  ACTUAL  DISCARD
■ ① ② RR PAD  INNER  OUTER
■ ① ② RR ROTOR  ACTUAL  DISCARD
■ ① ② LR PAD  INNER  OUTER
■ ① ② LR ROTOR  ACTUAL  DISCARD

■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ BRAKE HARDWARE/ADJUSTER
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ BRAKE HOSE(S)/LINES
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ MASTER CYLINDER
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ CALIPERS/WHEEL CYLINDERS
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ SEALS/BEARINGS
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ PARKING BRAKE/CABLES

### STEERING AND SUSPENSION CHECKUP

■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ IDLER/PITMAN ARM
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ BUSHINGS/LINK PINS
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ TIE ROD ENDS
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ SHOCKS/STRUTS
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ BALL JOINTS/CONTROL ARMS
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ CV JOINTS/BOOTS/U-JOINT
■ ① ② ③ ④ Ⓐ Ⓑ Ⓒ RACK/PINION

### MOTORIST ASSURANCE PROGRAM (MAP) CODES
OKAY

CHECKED AND ACCEPTABLE

#### REPAIR/REPLACEMENT SUGGESTED
1. CLOSE TO END OF USEFUL LIFE
2. ADDRESS CUSTOMER REQUEST NEED/CONVENIENCE
3. COMPLY WITH MANUFACTURER
4. TECHNICIAN RECOMMENDATION FROM EXPERIENCE

#### REPAIR/REPLACEMENT REQUIRED
A. NO LONGER PERFORMS INTENDED PURPOSE
B. DOES NOT MEET DESIGN SPECIFICATION
C. MISSING

NOTES: *Front rotors Warped and scarecití*
*Front Pad + rotors*

FLUIDS AND FILTER _____ INITIALS _____ CERTIFIED BY _____
TORQUE SPECS 140 LBS (WW) INITIALS _____ CERTIFIED BY _____
DOUBLE-CHECKED FOR ACCURACY _____

NAME _____

DATE _____  *Brake Pad wear sensor*  INITIALS _____ CERTIFIED BY _____ DATE _____  S50071

Case 1:23-cv-01785-SAG Document 157 Filed 07/05/23 Page 162 of 259

# MONRO
## AUTO SERVICE *And* TIRE CENTERS

MONRO MUFFLER/BRAKE & SERVICE
7870 EASTERN AVE
SHOP 417
BALTIMORE,MD 21224
(410)285-7576

PAGE 1

| | | | |
|---|---|---|---|
| Guest ID: | 0417519921 | Year: | 2012 |
| Name: | KEENAN COFIELD | Make: | MERCEDES-BENZ |
| Address: | 4109 CUTTY RD | Model: | R350 4MATIC |
| Address 2: | | Lic No: | TEMP |
| City,State,Zip: | BALTIMORE, MD, 21220 | VIN: | GET |
| Home Phone: | (443) 554-3715 | Color: | |
| Work Phone: | 0 - | Engine: | V6 3.5L 24V DOHC ID-276.958 |
| Other Phone: | 0 - | Mileage In: | 64130 |
| Tax Exempt #: | | Mileage Out: | 64130 |
| Manager: | CHRISTOPH FAULCON | Inspect Due: | 11/01/21 |

| | |
|---|---|
| Date/Time: | 11/12/21 14:47:41 |
| Estimate #: | 552805 |
| Invoice #: | 480447 |
| PO Number: | |
| Unit Number: | |
| Email Address: | none |
| Fleet/Wholesale: | N |
| Est Created On: | 11/12/21 10:13:18 |

**Services Requested:**
CHECK BRAKES

| Qty.Part # | Car Loc | Description | Part | Labor | Amount |
|---|---|---|---|---|---|
| **Tire Pressure Spec:** Not Available | **Wheel Torque:** Not Available | | | | |
| **INCLUDED WITH EVERY VISIT** | | | | | |
| 1 CI | | COURTESY INSPECTION | | | NO CHARGE |
| 1 SM | | SCHED. MAINT. REVIEW | | | NO CHARGE |
| **SERVICE** | | | | | |
| 1 BI | | INSPECT BRAKES | | | NO CHARGE |
| | | TOTAL SERVICE: | | | 0.00 |
| **BRAKES** | | | | | |
| 1 OUTBRAKEPAD | F | GNAD1123 BRAKE PADS | 119.99 | 80.00 | 199.99 |
| 2 OUTR | F | YH200528 BRAKE ROTOR | 112.00 | 38.00 | 300.00 |
| 1 BFF | F | BRAKE FLUID EXCHANGE | 65.99 | 69.00 | 134.99 |
| 1 L0335 | F | Clean and Lube Caliper Slides and braking system on opposite axle. Adjust brakes where applicable. | 0.00 | 49.00 | 49.00 |
| 1 OUTBR | F | BRAKE SENSOR | 47.19 | 0.00 | 47.19 |
| | | TOTAL FRONT BRAKES: | | | 731.17 |
| | | TOTAL BRAKES: | | | 731.17 |
| **MISCELLANEOUS** | | | | | |
| 1 FEE | | SHOP SUPPLY FEE This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal. | 39.00 | 0.00 | 39.00 |
| | | TOTAL MISCELLANEOUS: | | | 39.00 |

*** Customer Wishes To Discard Old Parts ***

PAY TYPE: VISA 799.94 Date: 11/12/2021 APPROVAL #: 528177 ENTRY: CHIP
CREDIT CARD #: XXXX-XXXX-XXXX-9105
AID: A0000000980840 Terminal ID: 090505001

**SEE NEXT PAGE**
INVOICE    INVOICE    MONRO MUFFLER/BRAKE & SERVICE    INVOICE

**CUSTOMER COPY**

7870 EASTERN AVE
SHOP 417
BALTIMORE, MD 21224
(410)285-7576

PAGE 2

Case 1:23-cv-00305-LCB-LPA Document 57 Filed 10/26/22 Page 305 of 375
Case 1:22-cv-00305-WO-JLW Document 157 Filed 07/05/23 Page 163 of 259

# MONRO
## AUTO SERVICE And TIRE CENTERS

| | | | | |
|---|---|---|---|---|
| Guest ID: | 0417619921 | Year: | 2012 | |
| Name: | KEENAN COFIELD | Make: | MERCEDES-BENZ | |
| Address: | 4109 CUTTY RD | Model: | R350 4MATIC | |
| Address 2: | | Lic No: | TEMP | |
| City,State,Zip: | BALTIMORE, MD, 21220 | VIN: | GET | |
| Home Phone: | (443) 554-3715 | Color: | | |
| Work Phone: | () - | Engine: | V6 3.5L 24V DOHC ID-276.958 | |
| Other Phone: | () - | Mileage In: | 64130 | |
| Tax Exempt #: | | Mileage Out: | 64130 | |
| Manager: | CHRISTOPH FAULCON | Inspect Due: | 11/01/21 | |

| | |
|---|---|
| Date/Time: | 11/12/21 14:47:41 |
| Estimate #: | 552805 |
| Invoice #: | 480447 |
| PO Number: | |
| Unit Number: | |
| Email Address: | none |
| Fleet/Wholesale: | N |
| Est Created On: | 11/12/21 10:13:16 |

Services Requested:
CHECK BRAKES

| Qty Part # | Car Loc | Description | Part | Labor | Amount |
|---|---|---|---|---|---|

INVOICE   INVOICE   MONRO MUFFLER/BRAKE & SERVICE   INVOICE

TECH: 001396-0.00   B. ROSITZKY

| | |
|---|---|
| SUB TOTAL | 770.17 |
| SALES TAX | 29.77 |
| GRAND TOTAL | 799.94 |

All parts are new unless otherwise specified. Please see reverse for warranty details.
I acknowledge that this invoice is for services rendered by [Monro Inc.] and now, in acceptance of such service, make payment in the amount set forth on this invoice. If there is an increase in the original estimated price,
I acknowledge notice and approval of such increase. X _____

_____
Guest Signature

I certify that all repairs are properly completed. _____
Company Authorized Representative

CAUTION: Owners of Mag, Custom, Alloy, or Dual Wheels must have lug-nuts retorqued after 25 miles or 24 hours!
The Company will gladly retorque these lug-nuts once after the first 25 miles at no charge. X _____

_____
Guest Initials

Did you have a 5-star visit today? Let us know Google  facebook

| | |
|---|---|
| 4Y | AMT |
| ISA | 799.94 11/12/2021 |

PAYMENT COLLECTED BY: C. FAULCON

**CUSTOMER COPY**

# EXHIBIT-3

MEDSTAR HEALTH

FULL DISABILITY –LETTER

DATED DECEMBER 22, 2021



**MedStar Health**

COFIELD, KEENAN KESTER
4109 CUTTY SARK RD
MIDDLE RIVER, MD 21220

December 22, 2021

This patient has limited use of upper extremities which interferes with functionality at work and he is unable to return.

Please contact 443-777-2000 with any concerns.

Sincerely,

Kelsey Chmielewski DO

9000 Franklin Square Dr.
Baltimore, MD 21237

Name: COFIELD, KEENAN KESTER          Page 1 of 1                    DOB: 04/13/1959


**MedStar Health**

COFIELD, KEENAN KESTER
4109 CUTTY SARK RD
MIDDLE RIVER, MD 21220

October 27, 2021

To Whom It May Concern:

This patient was seen at the Medstar Franklin Square Family Health Center.
Due to severe arm injury, patient should be excused from work for unknown amount of time.
Please excuse from work until otherwise authorized by medical professional.

Sincerely,

Pristell, DO, Chrystal Lynette

9000 Franklin Square Drive     9101 Franklin Square Drive
                               Suite 300
Baltimore, MD 21237            Baltimore, MD 21237

# EXHIBIT-4

MEDSTAR HEALTH

DR. DEIDRE AMMAH, MD (NEURLOGIST)

12/13/2021-REPORT AND 2-MRI REPORTS
FROM Advance Radiology

**MedStar MMG Neurology at MGSH**
5601 Loch Raven Blvd
Smyth Building,Suite 106
Baltimore, MD, 21239
**Phone:** (410)823-3600     **Fax:** (410)823-3605

Neurology Office/Clinic Note
**Visit Date:** 12/13/2021 13:00
**Scheduled Provider:** Ammah, MD, Deidre J

# * Final Report *

**Chief Complaint**
CC: Numbness/Coldness Bilateral Hands

**History of Present Illness**
The patient presents for follow-up appointment. Of note, the patient had EMG NCS on 10/28/2021. This study revealed a severe right greater than left sensorimotor neuropathy. In addition, there was electrophysiologic evidence of a generalized sensory neuropathy involving the bilateral upper extremities. There was chronic denervation detected in all the muscles tested in the bilateral upper extremities. A superimposed plexopathy and radiculopathy cannot be ruled out thus MRI of the brachial plexus as well as cervical spine were ordered.

**Physical Exam**
Vitals & Measurements
12/13/2021 13:13   T: 36.6 °C (97.9 °F) -
Temporal   HR: 46   BP: 138/76   SpO2: 98%
HT: 188.0 cm (6 ft 2 in)   WT: 110.45 kg (242 lbs 15 oz)   BMI: 31.25 kg/m2
Pain Assessment
Primary:   Numeric Pain Score: 9 (12/13/21 13:13:00)
Pain Present: Yes actual or suspected pain (12/13/21 13:13:00)
**MSE:**   The patient was alert and oriented to person, place and time.
**CN:**   CN III, IV, VI:  Eye movements were full and conjugate.
        CN V: Facial sensation intact to temperature in V123 bilaterally.
        CN VII: symmetric brow raise and eye closure
        CN VIII: Hearing intact to finger rub bilaterally.
        CN IX,X,XII:  No dysarthria
        CN XI: Shoulder shrug is 5/5 bilaterally
**Motor:**   Strength is 5/5 in the BUE and BLE except 4+/5 finger flexion bilaterally and bilateral APB
**Reflexes:** 1+ bilateral upper extremity, 2+ bilateral patella.
**Sensation:**   Reports equal sensation to temperature in all 4 extremities.
**Coordination:**   There was no dysmetria on finger-to-ear or heel-to-shin.
**Gait:**   Normal gait.

**Diagnostic Results**
EMG/NCS 10/28/2021
"**Interpretation:**
This is a very abnormal electrodiagnostic test. There is electrophysiological evidence of a severe right greater than left median sensorimotor neuropathy. Unable to localize the right median neuropathy as there was no response in the sensory nor motor nerve conduction studies. The left median sensorimotor neuropathy is localizes to the wrist. There is electrophysiological evidence of a generalized sensory neuropathy. The chronic denervation detected in all of the muscles tested in the bilateral upper extremities could be due to an underlying neuropathy however cannot rule out a superimposed plexopathy or radiculopathy in this patient."

MRI cervical spine with and without contrast 11/8/2021

**Problem List/Past Medical History**
Ongoing
  Allergic rhinitis
  At risk of venous thromboembolus
  Back spasm
  Carpal tunnel syndrome
  Cervical disc disease
  Cervical radiculopathy
  Cervical stenosis of spine
  Complete rotator cuff tear of left shoulder
  Erectile dysfunction
  Eye pain
  Heart failure with reduced ejection fraction
  History of COPD
  Hypercholesterolemia
  Hypertension
  Immunization due
  Impingement syndrome, shoulder, left
  Lumbar herniated disc
  Neck pain
  Numbness and tingling of upper extremity
  Obesity
  Paresthesia of hand, bilateral
  Prostate cancer
  Prostatitis
  Pruritus
  Seasonal allergies
  Sensorimotor neuropathy
  Shoulder pain, left
  Spondylosis of cervical spine
  Temporomandibular joint (TMJ) pain
  Upper back pain
Historical
  No qualifying data

**Procedure/Surgical History**
None

**Medications**
amLODIPine 10 mg oral tablet, 10 mg= 1 tab, PO, Daily, 1 refills
aspirin 81 mg oral delayed release tablet, 81 mg= 1 tab, PO, Daily, 3 refills
atorvastatin 40 mg oral tablet, 40 mg= 1 tab, PO, Daily, 3 refills

**COFIELD, KEENAN KESTER**
**DOB:** ███/1959

GSH-00672648250
Printed on: 12/23/2021 9:21 EST

EMPI: 36263
Page 1 of 2

MedStar MMG Neurology at MGSH          Neurology Office/Clinic Note          Visit Date: 12/13/2021 13:00

"FINDINGS: There is stable cervical vertebral body height and alignment. There is stable homogeneous bone marrow signal without acute compression deformity fracture.
Evaluation of the paravertebral soft tissue structures is grossly unremarkable.
C2-C3: Stable bulging annulus without significant neuroforaminal central spinal stenosis.
C3-C4: Mild annular circumferential disc bulge in combination with bilateral uncovertebral spurring and disc osteophyte complexes results in stable bilateral neural foraminal stenosis, moderate to marked on the left and mild-to-moderate on the right. Stable partial effacement of the ventral epidural CSF space with mild central spinal stenosis.
C4-C5: Stable annular circumferential disc bulge in combination with bilateral disc osteophyte complexes and uncovertebral spurring results in stable moderate to marked bilateral neural foraminal stenosis, right greater than left. Stable mild to moderate central spinal stenosis.
C5-C6: Stable broad-based left paracentral disc protrusion in combination with bilateral disc osteophyte complexes and uncovertebral spurring results in stable moderate to marked right and moderate left neuroforaminal stenosis. Stable mild central spinal stenosis. Stable mild indentation upon the ventral cervical cord without intrinsic cord signal abnormality.
C6-C7: Diffuse annular circumferential disc bulge with stable superimposed broad-based posterior disc protrusion with slight left paracentral disc extent in combination with bilateral uncovertebral spurring results in stable mild left neural foraminal stenosis. No significant right foraminal stenosis. Stable partial effacement of the ventral epidural CSF space with stable mild flattening of the ventral cervical cord. Stable borderline central spinal stenosis. No intrinsic cord signal abnormality.
C7-T1: Unremarkable
IMPRESSION: No significant change or acute abnormality when compared to 6/30/2020 MRI cervical spine."

MRI brachial plexus 11/17/2021
"FINDINGS: Image quality is degraded by motion. Unremarkable appearance of the brachial plexus with no edema, mass or abnormal enhancement. No gross evidence of left apical lung mass. No supraclavicular adenopathy. No soft tissue edema or focal fluid collection. Visualized marrow signal is maintained. Partially visualized degenerative changes within the cervical spine.
IMPRESSION: Unremarkable MRI of the brachial plexus allowing for motion artifact."

### Assessment/Plan

1. Sensorimotor neuropathy G62.9
   Recommend blood work to evaluate for potentially treatable causes of neuropathy.
   Will check B1, B6, B12, MMA, hemoglobin A1c, T. pallidum, SPEP, and S IFE.
2. Cervical radiculopathy M54.12
   Recommend patient see spine specialist.
3. Carpal tunnel syndrome G56.00
   Recommend patient sees orthopedic hand specialist.

**Signature Line**
Electronically signed by:

_____

Ammah, MD, Deidre J on: 12.20.2021 13:01 EST

azelastine 137 mcg/inh ( 0.1%) nasal spray, 1 spray, Inhale-nasal, Daily
cetirizine 10 mg oral tablet, 10 mg= 1 tab, PO, Daily
diclofenac 1% topical gel, 1 appl, TOP, 4x/day, PRN
EpiPen 2-Pak 0.3 mg injectable kit, 0.3 mg= 1 ea, IM, One Time, 1 refills
fexofenadine 180 mg oral tablet, 180 mg= 1 tab, PO, Daily
Flonase 50 mcg/inh nasal spray, 2 inhl, Nasal, Daily, 3 refills, 2 inhalations per nostril
furosemide 20 mg oral tablet, 20 mg= 1 tab, PO, Daily
gabapentin 100 mg oral capsule, 100 mg= 1 cap, PO, 3x/day
Lidoderm 5% topical film, 1 patch, TransDERMAL, Daily, apply up to 12h/d, max 3 patches at a time
metoprolol succinate 25 mg oral tablet, extended release, 25 mg= 1 tab, PO, Daily
potassium chloride 20 mEq oral tablet, extended release, 20 mEq= 1 tab, PO, Daily, 3 refills
Qvar Redihaler 80 mcg/inh inhalation aerosol, 80 mcg= 1 inhl, Inhalation, 2x/day, rinse mouth after use

### Allergies
Mold (asthma trigger, Hayfever)
Pollen (Hayfever)
No Known Medication Allergies

Case 1:22-cv-01945-JRR document 58-1 Filed 10/28/22 Page 312 of 375
Case 1:22-cv-0194... document 58-1 Filed 10/28/22 Page 170 of 259
Case 1:22-cv-019... 04/2021 12:11 PM FROM: Fax TO: +1 (410) 654-2179 PAGE: 001 OF 002



· 7253 Ambassador Road
Baltimore, MD 21244



**EXAM REQUESTED BY:**

**DEIDRE AMMAH MD**
**3304 GUILFORD AVE.**
**STE. 487**
**BALTIMORE, MD 21218**

Patient: COFIELD, KEENAN
Date of Birth: ███-1959
Phone: (443) 554-3715
MRN: 7502247S Acc: 18714145
Date of Exam: 11-08-2021
Site: Merritt Boulevard

**EXAM:** MRI RIGHT BRACHIAL PLEXUS WITHOUT AND WITH CONTRAST

**HISTORY:** Anesthesia of skin. Arm weakness. Radiating pain from shoulder to hands. Patient reports neck pain radiating into bilateral arms with numbness and tingling. Symptoms since motor vehicle accident July 2021 and September 2021, symptoms worse on the right side.

**TECHNIQUE:** A 1.5 Tesla system was utilized.

IV Contrast: 23 ml of Clariscan was injected from a 30 ml single use vial.

Multiplanar MRI of the brachial plexus was performed including T1-weighted and T2-weighted sequences. Images were obtained without and with intravenous contrast.

**COMPARISON:** No relevant studies available.

**FINDINGS:** Image quality is degraded especially on coronal and sagittal sequences. Taking this limitation into account, there is grossly normal caliber and opacification of the right cervical neck vasculature extending into the right thoracic inlet and axilla

There is no appreciable abnormal mass or enhancement seen along the expected course of the right brachial plexus.

Limited visualization of the right lung apex is grossly unremarkable.

There is homogeneous bone marrow signal without acute fracture or bone contusion into account degenerative/arthritic changes of the shoulder articulation.

There is homogeneous appearance of the anterior and posterior right upper chest wall musculature. There are incidental degenerative/osteophytic changes of the right shoulder articulation involving the acromioclavicular articulation anterior humeral head.

**IMPRESSION:**
1. No appreciable mass or enhancement seen along the expected course of the right brachial plexus.
2. Incidental degenerative/arthritic changes of the right shoulder articulation as described above which is not entirely included on the field-of-view.

Patient records including study images and reports available through our web portal at
www.advancedradiologyconnect.com     Phone: (410) 918-3150

Printed: 11-08-2021 12:09 PM         COFIELD, KEENAN (Exam: 11-08-2021 10:00 AM)         **Confidential**

# EXHIBIT-4

MEDSTAR HEALTH

DR. DEIDRE AMMAH, MD (NEURLOGIST)

10/28/2021-FINAL REPORT AND ABNORMAL ELECTRODIAGNOSTIC REPORT

12/13/2021-FINAL REPORT

**MedStar Neurology at UMH**
3304 Guildford Ave
Suite 487
Baltimore, MD, 21218
**Phone:** (410)554-2286     **Fax:** (410)554-2179

Neurology Office/Clinic Note
Visit Date: 10/28/2021 13:30
Scheduled Provider: Ammah, MD, Deidre J

# * Final Report *

**Electrodiagnostic Report**

**Patient:** Keenan Cofield
**DOB:** 04/13/1959
**Referring Provider:** Deidre Ammah, MD
**Date of Exam:** 10/28/2021

**Pertinent History and Examination:**
Patient presents for electrodiagnostic testing of the bilateral upper extremities. Patient reports numbness and tingling sensation that goes from his shoulder region and radiates to his distal hand. He reports symptoms are worse on the right. Patient does report some discomfort. On examination, the patient has a 5/5 strength in bilateral upper extremities except 4+5 strength with finger flexion bilaterally and with the bilateral APB. Reflexes were 1+ in bilateral upper extremities. Patient reported equal sensation to pinprick in bilateral upper extremities.

**Test Results:**
**Sensory Nerve Conduction Study**

| Nerve / Sites | Rec. Site | Onset Lat ms | Peak Lat ms | O-P Amp µV | Segments | Distance cm | Velocity m/s |
|---|---|---|---|---|---|---|---|
| **L Median - Dig II (Antidromic)** | | | | | | | |
| Wrist | Index | NR | NR | NR | Wrist - Index | 14 | NR |
| **L Ulnar - Dig V (Antidromic)** | | | | | | | |
| Wrist | Dig V | 2.9 | 3.5 | 11.0 | Wrist - Dig V | 14 | 49 |
| **L Radial - Superficial (Antidromic)** | | | | | | | |
| Forearm | Wrist | 2.2 | 2.9 | 41.4 | Forearm - Wrist | 10 | 46 |
| **R Median - Dig II (Antidromic)** | | | | | | | |
| Wrist | Index | NR | NR | NR | Wrist - Index | 14 | NR |
| **R Ulnar - Dig V (Antidromic)** | | | | | | | |
| Wrist | Dig V | NR | NR | NR | Wrist - Dig V | 14 | NR |
| **R Radial - Superficial (Antidromic)** | | | | | | | |
| Forearm | Wrist | 2.2 | 2.8 | 24.4 | Forearm - Wrist | 10 | 46 |
| **L Medial antebrachial cutaneous - (Antidromic)** | | | | | | | |
| Elbow | Forearm | NR | NR | NR | Elbow - Forearm | 10 | NR |
| **L Lateral antebrachial cutaneous - (Antidromic)** | | | | | | | |
| Elbow | Forearm | NR | NR | NR | Elbow - Forearm | 10 | NR |

**COFIELD, KEENAN KESTER**
**DOB:** ▇/1959

UMH-00663198364
Printed on: 11/05/2021 15:35 EDT

EMPI: 36263
Page 1 of 4

MedStar Neurology at UMH          Neurology Office/Clinic Note          Visit Date: 10/28/2021 13:30

**R Medial antebrachial cutaneous - (Antidromic)**

| Elbow | Forearm | NR | NR | NR | Elbow - Forearm | 10 | NR |
|-------|---------|-----|-----|-----|------------------|-----|-----|

**R Lateral antebrachial cutaneous - (Antidromic)**

| Elbow | Forearm | NR | NR | NR | Elbow - Forearm | 10 | NR |
|-------|---------|-----|-----|-----|------------------|-----|-----|

**Motor Nerve Conduction Study**

| Nerve / Sites | Muscle | Latency ms | Amplitude mV | Segments | Distance cm | Lat Diff ms | Velocity m/s |
|---------------|--------|------------|--------------|----------|-------------|-------------|--------------|

**L Median - APB**

| Wrist | APB | 9.1 | 6.4 | Wrist - APB | 7 | | |
|-------|-----|-----|-----|-------------|---|---|---|
| Elbow | APB | 14.5 | 6.3 | Elbow - Wrist | 24 | 5.4 | 44 |

**L Ulnar - ADM**

| Wrist | ADM | 3.3 | 6.3 | Wrist - ADM | 7 | | |
|-------|-----|-----|-----|-------------|---|---|---|
| B.Elbow | ADM | 7.6 | 5.9 | B.Elbow - Wrist | 23 | 4.3 | 53 |
| A.Elbow | ADM | 10.9 | 5.8 | A.Elbow - B.Elbow | 17 | 3.3 | 52 |

**R Median - APB**

| Wrist | APB | NR | NR | Wrist - APB | 7 | | |
|-------|-----|-----|-----|-------------|---|---|---|

**R Ulnar - ADM**

| Wrist | ADM | 3.4 | 8.2 | Wrist - ADM | 7 | | |
|-------|-----|-----|-----|-------------|---|---|---|
| B.Elbow | ADM | 7.9 | 7.6 | B.Elbow - Wrist | 24 | 4.6 | 53 |
| A.Elbow | ADM | 10.3 | 6.8 | A.Elbow - B.Elbow | 12 | 2.4 | 51 |

| EMG Summary Table | | | | | | | | | | | |
|-------------------|------|-------|----|-----|-----|------|-------|-----|------|-----|------------|
| | | | **Spontaneous** | | | | | **MUAP** | | | **Recruitment** |
| **Muscle** | **Nerve** | **Roots** | IA | Fib | PSW | Fasc | Other | Amp | Dur. | PPP | **Pattern** |
| L. Deltoid | Axillary | C5-C6 | NL | None | None | None | —— | 1+ | NL | 1+ | Reduced |
| L. Biceps brachii | Musculocut. | C5-C6 | NL | None | None | None | —— | NL | NL | 1+ | Reduced |
| L. Extensor digitorum communis | Radial | C7-C8 | NL | None | None | None | —— | NL | NL | 1+ | Reduced |
| L. First dorsal interosseous | Ulnar | C8-T1 | NL | None | None | None | —— | 1+ | NL | NL | Reduced |
| L. Abductor pollicis brevis | Median | C8-T1 | NL | None | None | None | —— | NL | NL | 1+ | Reduced |
| L. Cervical paraspinals (up) | | - | NL | None | None | None | | | | | |
| L. Cervical paraspinals (mid) | | | NL | None | None | None | —— | | | | |
| | | | NL | None | None | None | —— | | | | |

**COFIELD, KEENAN KESTER**
**DOB:** ▓▓/1959

MedStar Neurology at UMH                 Neurology Office/Clinic Note         Visit Date: 10/28/2021 13:30

**Signature Line**
Electronically signed by:

_____

Ammah, MD, Deidre J on: 10.29.2021 09:28 EDT

MedStar Neurology at MGSH
5601 Loch Raven Blvd
Smyth Building,Suite 106
Baltimore, MD, 21239
**Phone:** (410)823-3600          **Fax:** (410)823-3605

Neurology Office/Clinic Note
**Visit Date:** 12/13/2021 13:00
**Scheduled Provider:** Ammah, MD, Deidre J

# * Final Report *

**Chief Complaint**
CC: Numbness/Coldness Bilateral Hands

**History of Present Illness**
The patient presents for follow-up appointment. Of note, the patient had EMG NCS on 10/28/2021. This study revealed a severe right greater than left sensorimotor neuropathy. In addition, there was electrophysiological evidence of a generalized sensory neuropathy involving the bilateral upper extremities. There was chronic denervation detected in all the muscles tested in the bilateral upper extremities. A superimposed plexopathy and radiculopathy cannot be ruled out thus MRI of the brachial plexus as well as cervical spine were ordered.

**Physical Exam**
Vitals & Measurements
12/13/2021 13:13  T: 36.6 °C (97.9 °F) -
Temporal  HR: 46  BP: 138/76  SpO2: 98%
HT: 188.0 cm (6 ft 2 in)  WT: 110.45 kg (242 lbs 15 oz)  BMI: 31.25 kg/m2

Pain Assessment
Primary:    Numeric Pain Score: 9 (12/13/21 13:13:00)
Pain Present: Yes actual or suspected pain (12/13/21 13:13:00)
**MSE:**   The patient was alert and oriented to person, place and time.
**CN:**    CN III, IV, VI:  Eye movements were full and conjugate.
    CN V: Facial sensation intact to temperature in V123 bilaterally.
    CN VII: symmetric brow raise and eye closure
    CN VIII: Hearing intact to finger rub bilaterally.
    CN IX,X,XII:  No dysarthria
    CN XI: Shoulder shrug is 5/5 bilaterally
**Motor:**   Strength is 5/5 in the BUE and BLE except 4+/5 finger flexion bilaterally and bilateral APB
**Reflexes:** 1+ bilateral upper extremity, 2+ bilateral patella.
**Sensation:**   Reports equal sensation to temperature in all 4 extremities.
**Coordination:**    There was no dysmetria on finger-to-ear or heel-to-shin.
**Gait:**    Normal gait.

**Diagnostic Results**
EMG/NCS 10/28/2021
"**Interpretation:**
This is a very abnormal electrodiagnostic test. There is electrophysiological evidence of a severe right greater than left median sensorimotor neuropathy. Unable to localize the right median neuropathy as there was no response in the sensory nor motor nerve conduction studies. The left median sensorimotor neuropathy is localizes to the wrist. There is electrophysiological evidence of a generalized sensory neuropathy. The chronic denervation detected in all the muscles tested in the bilateral upper extremities could be due to an underlying neuropathy however cannot rule out a superimposed plexopathy or radiculopathy in this patient."

MRI cervical spine with and without contrast 11/8/2021

**Problem List/Past Medical History**
Ongoing
  Allergic rhinitis
  At risk of venous thromboembolus
  Back spasm
  Carpal tunnel syndrome
  Cervical disc disease
  Cervical radiculopathy
  Cervical stenosis of spine
  Complete rotator cuff tear of left shoulder
  Erectile dysfunction
  Eye pain
  Heart failure with reduced ejection fraction
  History of COPD
  Hypercholesterolemia
  Hypertension
  Immunization due
  Impingement syndrome, shoulder, left
  Lumbar herniated disc
  Neck pain
  Numbness and tingling of upper extremity
  Obesity
  Paresthesia of hand, bilateral
  Prostate cancer
  Prostatitis
  Pruritus
  Seasonal allergies
  Sensorimotor neuropathy
  Shoulder pain, left
  Spondylosis of cervical spine
  Temporomandibular joint (TMJ) pain
  Upper back pain
Historical
  No qualifying data

**Procedure/Surgical History**
None

**Medications**
amLODIPine 10 mg oral tablet, 10 mg= 1 tab, PO, Daily, 1 refills
aspirin 81 mg oral delayed release tablet, 81 mg= 1 tab, PO, Daily, 3 refills
atorvastatin 40 mg oral tablet, 40 mg= 1 tab, PO, Daily, 3 refills

**COFIELD, KEENAN KESTER**
**DOB:** ███1959

GSH-00672648250
Printed on: 12/23/2021 9:21 EST

EMPI: 36263
Page 1 of 2

MedStar Georgetown Neurology at MGSH          Neurology Office/Clinic Note          Visit Date: 12/13/2021 13:00

"FINDINGS: There is stable cervical vertebral body height and alignment. There is stable homogeneous bone marrow signal without acute compression deformity fracture.
Evaluation of the paravertebral soft tissue structures is grossly unremarkable.
C2-C3: Stable bulging annulus without significant neuroforaminal central spinal stenosis.
C3-C4: Mild annular circumferential disc bulge in combination with bilateral uncovertebral spurring and disc osteophyte complexes results in stable bilateral neural foraminal stenosis, moderate to marked on the left and mild-to-moderate on the right. Stable partial effacement of the ventral epidural CSF space with mild central spinal stenosis.
C4-C5: Stable annular circumferential disc bulge in combination with bilateral disc osteophyte complexes and uncovertebral spurring results in stable moderate to marked bilateral neural foraminal stenosis, right greater than left. Stable mild to moderate central spinal stenosis.
C5-C6: Stable broad-based left paracentral disc protrusion in combination with bilateral disc osteophyte complexes and uncovertebral spurring results in stable moderate to marked right and moderate left neuroforaminal stenosis. Stable mild central spinal stenosis. Stable mild indentation upon the ventral cervical cord without intrinsic cord signal abnormality.
C6-C7: Diffuse annular circumferential disc bulge with stable superimposed broad-based posterior disc protrusion with slight left paracentral disc extent in combination with bilateral uncovertebral spurring results in stable mild left neural foraminal stenosis. No significant right foraminal stenosis. Stable partial effacement of the ventral epidural CSF space with stable mild flattening of the ventral cervical cord. Stable borderline central spinal stenosis. No intrinsic cord signal abnormality.
C7-T1: Unremarkable
IMPRESSION: No significant change or acute abnormality when compared to 6/30/2020 MRI cervical spine."

MRI brachial plexus 11/17/2021
"FINDINGS: Image quality is degraded by motion. Unremarkable appearance of the brachial plexus with no edema, mass or abnormal enhancement. No gross evidence of left apical lung mass. No supraclavicular adenopathy. No soft tissue edema or focal fluid collection. Visualized marrow signal is maintained. Partially visualized degenerative changes within the cervical spine.
IMPRESSION: Unremarkable MRI of the brachial plexus allowing for motion artifact."

### Assessment/Plan

1. Sensorimotor neuropathy G62.9
   Recommend blood work to evaluate for potentially treatable causes of neuropathy.
   Will check B1, B6, B12, MMA, hemoglobin A1c, T. pallidum, SPEP, and S IFE.
2. Cervical radiculopathy M54.12
   Recommend patient see spine specialist.
3. Carpal tunnel syndrome G56.00
   Recommend patient sees orthopedic hand specialist.

**Signature Line**
Electronically signed by:

_____

Ammah, MD, Deidre J on: 12.20.2021 13:01 EST

azelastine 137 mcg/inh ( 0.1%) nasal spray, 1 spray, Inhale-nasal, Daily
cetirizine 10 mg oral tablet, 10 mg= 1 tab, PO, Daily
diclofenac 1% topical gel, 1 appl, TOP, 4x/day, PRN
*EpiPen 2-Pak 0.3 mg injectable kit, 0.3 mg= 1 ea, IM, One Time, 1 refills*
fexofenadine 180 mg oral tablet, 180 mg= 1 tab, PO, Daily
Flonase 50 mcg/inh nasal spray, 2 inhl, Nasal, Daily, 3 refills, 2 inhalations per nostril
furosemide 20 mg oral tablet, 20 mg= 1 tab, PO, Daily
gabapentin 100 mg oral capsule, 100 mg= 1 cap, PO, 3x/day
Lidoderm 5% topical film, 1 patch, TransDERMAL, Daily, apply up to 12h/d, max 3 patches at a time
metoprolol succinate 25 mg oral tablet, extended release, 25 mg= 1 tab, PO, Daily
potassium chloride 20 mEq oral tablet, extended release, 20 mEq= 1 tab, PO, Daily, 3 refills
Qvar Redihaler 80 mcg/inh inhalation aerosol, 80 mcg= 1 inhl, Inhalation, 2x/day, rinse mouth after use

**Allergies**
Mold (asthma trigger, Hayfever)
Pollen (Hayfever)
No Known Medication Allergies

# EXHIBIT-5

MEDSTAR HEALTH

DR. DAVID A. COHEN, MD (ORTHOPEDIC SURGEON)

12/22/2021-FINAL REPORT

MedStar Orthopaedic Institute at MFSMC
9101 Franklin Square Drive
Suite 200
Baltimore, MD, 21237
**Phone:** (443)777-6788      **Fax:** (844)606-5109

Orthopedic Office/Clinic Note
**Visit Date:** 12/22/2021 13:45
**Scheduled Provider:** Cohen, MD, David A.

# * Final Report *

## Chief Complaint
New Bilateral Shoulder Pain

## History of Present Illness
This is a 62-year-old right-hand-dominant male who presents with bilateral shoulder pain. He was involved in a motor vehicle accident over the summer in July. He has had pain in both shoulders. Initially was worse than the left but now is getting pain in the right as well. He went through physical therapy for 18 visits but said that it actually made things worse. He had seen Dr. Allaee who gave him an injection in the left shoulder which did help reduce some of the pain. He still has difficulty sleeping at night and with overhead activities. He recently had MRIs of both shoulders. I reviewed the MRIs from advance radiology as well as the reports and gave my own independent reading. He has evidence of an anterior supraspinatus tear in both shoulders about 1-1/2 cm. There is signs of some impingement. Inflammation along the biceps tendon. The findings are very symmetric in both shoulders.
Hand Dominance: Right
Occupation: Retired
Orthopedic Injury: Yes

## Physical Exam
### Vitals & Measurements
12/22/2021 08:47  **HT:** 187 cm (6 ft 2 in)  **WT:** 107 kg (235 lbs 6 oz)  **BMI:** 30.6 kg/m2
Patient's neck is supple nontender. He has full range of motion negative Spurling sign. He has full forward flexion abduction both shoulders but significant pain. He has normal strength in deltoid but pain and weakness with supraspinatus testing bilaterally. There is crepitus and a click felt over the greater tuberosity in both shoulders. He has pain with both Neer and Hawkins impingement signs as well as the O'Brien's test. He otherwise has a normal neurological vascular exam.

## Assessment/Plan

1. Complete rotator cuff tear of left shoulder M75.122
  The patient has rotator cuff pathology and tears in both shoulders. He was recently diagnosed with prostate cancer and is in the process of getting that treated. He would like to consider surgery but wants to get through that process first. He elected for an injection of the right shoulder today. A time out was called to verify the site and procedure. Under sterile conditions 40 mg of Kenalog and 3 mL's of 1% lidocaine were injected in the noted joint/area. The injection was tolerated well and a bandaid was applied. The patient will follow up in 4 to 6 weeks. Once he has a clear idea of how his prostate treatment is going to go he will consider surgery. He would like to think about surgery sometime next year. We did brief discussion about the surgery and told him that we would do 1 and then possibly 6 to 8 weeks later we could do the other side.
  Ordered: Return to Clinic

2. Right rotator cuff tear M75.101
  Ordered: Bill For Arthrocentesis Aspir&/Inj Major Jt/Bursa W/O Us AMB - 20610

## Problem List/Past Medical History
### Ongoing
 Allergic rhinitis
 At risk of venous thromboembolus
 Back spasm
 Carpal tunnel syndrome
 Cervical disc disease
 Cervical radiculopathy
 Cervical stenosis of spine
 Complete rotator cuff tear of left shoulder
 Erectile dysfunction
 Eye pain
 Heart failure with reduced ejection fraction
 History of COPD
 Hypercholesterolemia
 Hypertension
 Immunization due
 Impingement syndrome, shoulder, left
 Lumbar herniated disc
 Neck pain
 Numbness and tingling of upper extremity
 Obesity
 Paresthesia of hand, bilateral
 Prostate cancer
 Prostatitis
 Pruritus
 Seasonal allergies
 Sensorimotor neuropathy
 Shoulder pain, left
 Spondylosis of cervical spine
 Temporomandibular joint (TMJ) pain
 Upper back pain
### Historical
 No qualifying data

## Procedure/Surgical History
None

## Medications
amLODIPine 10 mg oral tablet, 10 mg= 1 tab, PO, Daily, 1 refills
aspirin 81 mg oral delayed release tablet, 81 mg= 1 tab, PO, Daily, 3 refills
atorvastatin 40 mg oral tablet, 40 mg= 1 tab, PO, Daily, 3 refills

**COFIELD, KEENAN KESTER**
**DOB:** ■■/1959

FSH-00674340815
Printed on: 12/23/2021 13:20 EST

EMPI: 36263
Page 1 of 3

| MedStar Orthopaedic Institute at MFSMC | Orthopedic Office/Clinic Note | Visit Date: 12/22/2021 13:45 |
|---|---|---|

Return to Clinic

azelastine 137 mcg/inh ( 0.1%) nasal spray, 1 spray, Inhale-nasal, Daily

cetirizine 10 mg oral tablet, 10 mg= 1 tab, PO, Daily

diclofenac 1% topical gel, 1 appl, TOP, 4x/day, PRN

EpiPen 2-Pak 0.3 mg injectable kit, 0.3 mg= 1 ea, IM, One Time, 1 refills

fexofenadine 180 mg oral tablet, 180 mg= 1 tab, PO, Daily

Flonase 50 mcg/inh nasal spray, 2 inhl, Nasal, Daily, 3 refills, 2 inhalations per nostril

furosemide 20 mg oral tablet, 20 mg= 1 tab, PO, Daily

gabapentin 100 mg oral capsule, 100 mg= 1 cap, PO, 3x/day

ibuprofen 600 mg oral tablet

Lidoderm 5% topical film, 1 patch, TransDERMAL, Daily, apply up to 12h/d, max 3 patches at a time

metoprolol succinate 25 mg oral tablet, extended release, 25 mg= 1 tab, PO, Daily

potassium chloride 20 mEq oral tablet, extended release, 20 mEq= 1 tab, PO, Daily, 3 refills

Qvar Redihaler 80 mcg/inh inhalation aerosol, 80 mcg= 1 inhl, Inhalation, 2x/day, rinse mouth after use

**Allergies**
Mold (asthma trigger, Hayfever)
Pollen (Hayfever)
No Known Medication Allergies

**Social History**
  Smoking Status
    Never smoker
Alcohol
  Use: Denies.
Employment/School
  Status: Off work temporarily.
Exercise
  Frequency: 1-2 times/week.
Substance Use
  Use: Denies.
Tobacco/Nicotine
  Use: Denies.

**Family History**
Diabetes mellitus: Mother and Father.
HBP (high blood pressure)......: Mother and Father.

**Review of Systems**
Headache: Denies
Eyesight Problems: Denies
Swallowing Problems: Denies
Chest Pain: Denies

COFIELD, KEENAN KESTER
DOB: /1959

FSH-00674340815
Printed on: 12/23/2021 13:20 EST

EMPI: 36263
Page 2 of 3

MedStar Orthopaedic Institute at
MFSMC                              Orthopedic Office/Clinic Note        **Visit Date:** 12/22/2021 13:45

Shortness of Breath: Denies
Diarrhea: Denies
Constipation: Denies
Poor Circulation: Denies
Blood in Stool: Denies
Ulcers: Denies
Painful Urination: Denies

**Signature Line**
Electronically signed by:

_____

Cohen, MD, David A. on: 12.22.2021 16:11 EST

# EXHIBIT-6

MEDSTAR HEALTH

DR. ALAEE, MD (ORTHOPEDIC SURGEON)

12/20/2021-FINAL REPORT

**MedStar Orthopaedic Institute at MFSMC**
9101 Franklin Square Drive
Suite 200
Baltimore, MD, 21237
**Phone:** (443)777-6788    **Fax:** (844)606-5109

Orthopedic Office/Clinic Note
**Visit Date:** 12/20/2021 10:45
**Scheduled Provider:** Alaee, MD, Farhang

# * Final Report *

**Chief Complaint**
F/U Rt. Shoulder/ MRI review

**History of Present Illness**
Patient is here for review of MRI results and evaluation of his left shoulder. He continues to have significant pain in left shoulder. We had given him an injection which helped to some extent. However he thinks that therapy is actually exacerbating his pain. He is feeling pain over the anterior lateral and top of the shoulder. Sometimes pain in the neck as well. MRIs from both shoulders have been done which show rotator cuff tears.
Hand Dominance: Right
Occupation: Retired / Phychologist
Orthopedic Injury: Yes

**Physical Exam**

Vitals & Measurements
12/20/2021 10:26  HT: 187 cm (6 ft 2 in)  WT: 107 kg (235 lbs 6 oz)  BMI: 30.6 kg/m2
Examination of the left shoulder reveals pain with abduction forward elevation. Some tenderness to palpation laterally and anteriorly. He has good strength around his shoulder.

**Diagnostic Results**
MRI as above

**Assessment/Plan**

1. Impingement syndrome, shoulder, left M75.42
At this point I think he he should be referred to one of my shoulder specialist colleagues to consider arthroscopic debridement/repair. He has not responded favorably to nonoperative treatment. In the meantime I recommended continued gentle exercises and Tylenol/Motrin for pain.
· Ordered:  Return to Clinic

**Problem List/Past Medical History**
Ongoing
  Allergic rhinitis
  At risk of venous thromboembolus
  Back spasm
  Carpal tunnel syndrome
  Cervical disc disease
  Cervical radiculopathy
  Cervical stenosis of spine
  Complete rotator cuff tear of left shoulder
  Erectile dysfunction
  Eye pain
  Heart failure with reduced ejection fraction
  History of COPD
  Hypercholesterolemia
  Hypertension
  Immunization due
  Impingement syndrome, shoulder, left
  Lumbar herniated disc
  Neck pain
  Numbness and tingling of upper extremity
  Obesity
  Paresthesia of hand, bilateral
  Prostate cancer
  Prostatitis
  Pruritus
  Seasonal allergies
  Sensorimotor neuropathy
  Shoulder pain, left
  Spondylosis of cervical spine
  Temporomandibular joint (TMJ) pain
  Upper back pain
Historical
  No qualifying data

**Procedure/Surgical History**
None

**Medications**
amLODIPine 10 mg oral tablet, 10 mg= 1 tab, PO, Daily, 1 refills
aspirin 81 mg oral delayed release tablet, 81 mg= 1 tab, PO, Daily, 3 refills
atorvastatin 40 mg oral tablet, 40 mg= 1 tab, PO, Daily, 3 refills

**COFIELD, KEENAN KESTER**
**DOB:** ▓▓/1959

FSH-00674040076
Printed on: 12/21/2021 14:27 EST

EMPI: 36263
Page 1 of 3

MedStar Orthopaedic Institute at
MFSMC

Orthopedic Office/Clinic Note

**Visit Date:** 12/20/2021 10:45

azelastine 137 mcg/inh ( 0.1%) nasal
spray, 1 spray, Inhale-nasal, Daily
cetirizine 10 mg oral tablet, 10 mg= 1
tab, PO, Daily
diclofenac 1% topical gel, 1 appl, TOP,
4x/day, PRN
EpiPen 2-Pak 0.3 mg injectable kit, 0.3
mg= 1 ea, IM, One Time, 1 refills
fexofenadine 180 mg oral tablet, 180
mg= 1 tab, PO, Daily
Flonase 50 mcg/inh nasal spray, 2 inhl,
Nasal, Daily, 3 refills, 2 inhalations per
nostril
furosemide 20 mg oral tablet, 20 mg= 1
tab, PO, Daily
gabapentin 100 mg oral capsule, 100
mg= 1 cap, PO, 3x/day
Lidoderm 5% topical film, 1 patch,
TransDERMAL, Daily, apply up to 12h/d,
max 3 patches at a time
metoprolol succinate 25 mg oral tablet,
extended release, 25 mg= 1 tab, PO,
Daily
potassium chloride 20 mEq oral tablet,
extended release, 20 mEq= 1 tab, PO,
Daily, 3 refills
Qvar Redihaler 80 mcg/inh inhalation
aerosol, 80 mcg= 1 inhl, Inhalation,
2x/day, rinse mouth after use

**Allergies**
Mold (asthma trigger, Hayfever)
Pollen (Hayfever)
No Known Medication Allergies

**Social History**
    Smoking Status
        Never smoker
Alcohol
    Use: Denies.
Employment/School
    Status: Off work temporarily.
Exercise
    Frequency: 1-2 times/week.
Substance Use
    Use: Denies.
Tobacco/Nicotine
    Use: Denies.

**Family History**
Diabetes mellitus: Mother and Father.
HBP (high blood pressure).......: Mother
and Father.

**Review of Systems**
Headache: Denies
Eyesight Problems: Denies
Swallowing Problems: Denies
Chest Pain: Denies
Shortness of Breath: Denies

**COFIELD, KEENAN KESTER**
**DOB:** ▮▮▮/1959

FSH-00674040076
Printed on: 12/21/2021 14:27 EST

EMPI: 36263
Page 2 of 3

Office/Clinic Note   Visit Date: 12/20/2021 10:45

Diarrhea: Denies
Constipation: Denies
Poor Circulation: Denies
Blood in Stool: Denies
Ulcers: Denies
Painful Urination: Denies
As per HPI

**Signature Line**
Electronically signed by:

Alaee, MD, Farhang on: 12.20.2021 11:39 EST

COFIELD, KEENAN KESTER
DOB: ▮▮▮/1959

FSH-00674040076
Printed on: 12/21/2021 14:27 EST

EMPI: 36263
Page 3 of 3

# EXHIBIT-7

MEDSTAR HEALTH

DR. ALAEE, MD (ORTHOPEDIC SURGEON)

11/08/2021-FINAL REPORT

**MedStar Orthopaedic Institute at MFSMC**
9101 Franklin Square Drive
Suite 200
Baltimore, MD, 21237
**Phone:** (443)777-6788    **Fax:** (844)608-5109

Orthopedic Office/Clinic Note
**Visit Date:** 11/08/2021 14:30
**Scheduled Provider:** Alaee, MD, Farhang

# * Final Report *

## Chief Complaint
Follow up Shoulder/neck pain

## History of Present Illness
Patient is here for follow-up evaluation of left shoulder pain. We had seen him in the past and with suspicion of cuff tear, he had an MRI. MRI showed tear of the supraspinatus tendon also inflammation around the biceps tendon. Is doing some therapy, however feels a lot of discomfort in the shoulder superiorly and also on the lateral aspect of the arm. He is also undergoing some evaluations by neurologist for tingling in the hands bilaterally. He is here for further treatment of his shoulder.
Hand Dominance: Right
Occupation: Retired
Onset of Symptoms: 07-20-2021
Orthopedic Injury: Yes
Orthopedic Injury Description: twisted upper body while driving

## Physical Exam
### Vitals & Measurements
11/08/2021 14:52  **HT:** 187 cm (6 ft 2 in)  **WT:** 110 kg (242 lbs)  **BMI:** 31.46 kg/m2

### Pain Assessment
Numeric Pain Score: 10
Orthopedic Pain Character: Aching
Primary:    Numeric Pain Score: 10 (11/08/21 14:52:00)
Examination of the left shoulder reveals good passive range of motion, passive motion above 90 degrees of abduction and forward flexion causes some pain. He has pain and some weakness with external rotation as well. Distal neurovascular function within normal limits.

## Diagnostic Results
MRI as above

## Procedure
Today, after obtaining consent, the patient underwent a corticosteroid injection into the L shoulder subacromial region to help decrease joint pain. The area was prepped in sterile fashion using three Alcohol swabs. Using a 22G x 1½" needle, the joint was accessed via the lateral approach. 5 cc of the injectable solution was dispersed without difficulty. The solution consisted of 1.0 cc/40 mg of Kenalog and 2 cc of 0.25% preservative-free Marcaine and 2 cc of 1% plain Lidocaine. Sterile dressing was applied and the patient tolerated the procedure without difficulty.

## Assessment/Plan

1. Complete rotator cuff tear of left shoulder M75.122
   My recommendation at this point is for him to receive a corticosteroid injection and start some therapy for strengthening and range of motion. I explained that if therapy and injection are not helpful in relieving his symptoms, he may be candidate to be referred to shoulder specialist for arthroscopic repair. Continue Tylenol Motrin as needed for pain.

## Problem List/Past Medical History
### Ongoing
Allergic rhinitis
At risk of venous thromboembolus
Back spasm
Carpal tunnel syndrome
Cervical disc disease
Cervical radiculopathy
Cervical stenosis of spine
Complete rotator cuff tear of left shoulder
Erectile dysfunction
Eye pain
Heart failure with reduced ejection fraction
History of COPD
Hypercholesterolemia
Hypertension
Impingement syndrome, shoulder, left
Lumbar herniated disc
Neck pain
Numbness and tingling of upper extremity
Obesity
Paresthesia of hand, bilateral
Pruritus
Seasonal allergies
Shoulder pain, left
Spondylosis of cervical spine
Upper back pain
### Historical
No qualifying data

### Procedure/Surgical History
None

### Medications
amLODIPine 10 mg oral tablet, 10 mg= 1 tab, PO, Daily, 1 refills
aspirin 81 mg oral delayed release tablet, 81 mg= 1 tab, PO, Daily, 3 refills
atorvastatin 40 mg oral tablet, 40 mg= 1 tab, PO, Daily, 3 refills
azelastine 137 mcg/inh ( 0.1%) nasal spray, 1 spray, Inhale-nasal, Daily
cefdinir 300 mg oral capsule, 300 mg= 1 cap, PO, q12h
cetirizine 10 mg oral tablet, 10 mg= 1 tab, PO, Daily

**COFIELD, KEENAN KESTER**
**DOB:** ███/1959

FSH-00667918056
Printed on: 11/08/2021 15:25 EST

**EMPI:** 36263
Page 1 of 3

MedStar Orthopaedic Institute at MFSMC

Orthopedic Office/Clinic Note

**Visit Date:** 11/08/2021 14:30

Ordered: Marcaine HCl 0.25% injectable solution, 4 mL, Inj, IntraARTICular, One Time, Routine 11/08/21 15:17:00 EST, Stop: 11/08/21 15:17:00 EST

lidocaine 1% injectable solution, 4 mL, Inj, IntraARTICular, One Time, Routine 11/08/21 15:17:00 EST, Stop: 11/08/21 15:17:00 EST

Kenalog-40 injectable suspension, 40 mg = 1 mL, Inj, IntraARTICular, One Time, Routine, 11/08/21 15:17:00 EST, Stop: 11/08/21 15:17:00 EST, 11/08/21 15:17:00 EST

Bill For Arthrocentesis Aspir&/Inj Major Jt/Bursa W/O Us AMB - 20610
Referral to MedStar Physical Therapy
Return to Clinic

diclofenac 1% topical gel, 1 appl, TOP, 4x/day, PRN

EpiPen 2-Pak 0.3 mg injectable kit, 0.3 mg= 1 ea, IM, One Time, 1 refills

fexofenadine 180 mg oral tablet, 180 mg= 1 tab, PO, Daily

Flonase 50 mcg/inh nasal spray, 2 inhl, Nasal, Daily, 3 refills, 2 inhalations per nostril

furosemide 20 mg oral tablet, 20 mg= 1 tab, PO, Daily

gabapentin 100 mg oral capsule, 100 mg= 1 cap, PO, 3x/day

Kenalog-40 injectable suspension, 40 mg= 1 mL, IntraARTICular, One Time

lidocaine 1% injectable solution, 40 mg= 4 mL, IntraARTICular, One Time

Lidoderm 5% topical film, 1 patch, TransDERMAL, Daily, apply up to 12h/d, max 3 patches at a time

Marcaine HCl 0.25% injectable solution, 4 mL, IntraARTICular, One Time

metoprolol succinate 25 mg oral tablet, extended release, 25 mg= 1 tab, PO, Daily

potassium chloride 20 mEq oral tablet, extended release, 20 mEq= 1 tab, PO, Daily, 3 refills

Qvar Redihaler 80 mcg/inh inhalation aerosol, 80 mcg= 1 inhl, Inhalation, 2x/day, rinse mouth after use

**Allergies**
Mold (asthma trigger, Hayfever)
Pollen (Hayfever)
No Known Medication Allergies

**Social History**
Smoking Status
    Never smoker
Alcohol
    Use: Denies.
Employment/School
    Status: Off work temporarily.
Exercise
    Frequency: 1-2 times/week.
Substance Use
    Use: Denies.
Tobacco/Nicotine
    Use: Denies.

**Family History**
Diabetes mellitus: Mother and Father.
HBP (high blood pressure).......: Mother and Father.

**Review of Systems**
Headache: Denies
Eyesight Problems: Denies
Swallowing Problems: Denies

COFIELD, KEENAN KESTER
DOB: ████/1959

FSH-00667918056
Printed on: 11/08/2021 15:25 EST

EMPI: 36263
Page 2 of 3

MedStar Orthopaedic Institute at MFSMC          Orthopedic Office/Clinic Note          **Visit Date:** 11/08/2021 14:30

Chest Pain: Denies
Shortness of Breath: Denies
Diarrhea: Denies
Constipation: Denies
Poor Circulation: Denies
Blood in Stool: Denies
Ulcers: Denies
Painful Urination: Denies
As per HPI

**Signature Line**
Electronically signed by:

_____

Alaee, MD, Farhang on: 11.08.2021 15:20 EST

# MONRO
## AUTO SERVICE And TIRE CENTERS

**MONRO MUFFLER/BRAKE & SERVICE**
**7870 EASTERN AVE.**
**SHOP 417**
**BALTIMORE,MD  21224**
**(410)285-7576**

PAGE  2

| | | | |
|---|---|---|---|
| Guest ID: | 0417519921 | Year: | 2012 |
| Name: | KEENAN COFIELD | Make: | MERCEDES-BENZ |
| Address: | 4109 CUTTY RD | Model: | R350 4MATIC |
| Address 2: | | Lic No: | TEMP |
| City,State,Zip: | BALTIMORE, MD, 21220 | VIN: | GET |
| Home Phone: | (443) 554-3715 | Color: | |
| Work Phone: | 0 - | Engine: | V6 3.5L 24V DOHC ID-276.958 |
| Other Phone: | 0 - | Mileage In: | 62151 |
| Tax Exempt #: | | Mileage Out: | 62151 |
| Manager: | CHRISTOPH FAULCON | Inspect Due: | 09/01/21 |

| | |
|---|---|
| Date/Time: | 09/29/21 15:30:10 |
| Estimate #: | 552027 |
| Invoice #: | 479998 |
| PO Number: | |
| Unit Number: | |
| Email Address: | none |
| Fleet/Wholesale: | N |
| Est Created On: | 09/25/21 13:02:48 |

Services Requested:
CHECK BRAKES

| Qty. Part # | Car Loc | Description | Part | Labor | Amount |
|---|---|---|---|---|---|
| | | | | | |

INVOICE   INVOICE   MONRO MUFFLER/BRAKE & SERVICE   INVOICE

TECH: 001396-0.00   B. ROSITZKY

| | |
|---|---|
| SUB TOTAL | 1,025.84 |
| SALES TAX | 42.86 |
| GRAND TOTAL | 1,068.70 |

All parts are new unless otherwise specified. Please see reverse for warranty details.
I acknowledge that this invoice is for services rendered by [Monro Inc.] and now, in acceptance of such service, make payment in the amount set forth on this invoice. If there was an increase in the original estimated price,
I acknowledge notice and approval of such increase. X _____

_____
Guest Signature

I certify that all repairs were properly completed. _____

_____
Company Authorized Representative

CAUTION: Owners of Mag, Custom, Alloy, or Dual Wheels must have lug-nuts retorqued after 25 miles or 24 hours!
The Company will gladly retorque these lug-nuts once after the first 25 miles at no charge. X _____

_____
Guest Initials

Did you have a 5-star visit today? Let us know   Google   facebook

| PAY | AMT | |
|---|---|---|
| VISA | 500.00 | 9/29/2021 |
| CASH | 580.00 | 9/29/2021 |
| CHANGE | (11.30) | 9/29/2021 |

PAYMENT COLLECTED BY: C. FAULCON

**CUSTOMER COPY**

Case 1:22-cv-01989-GLR   Document 58-1   Filed 10/28/22   Page 190 of 259

# MONRO

**AUTO SERVICE And TIRE CENTERS**

**MONRO MUFFLER/BRAKE & SERVICE**
7870 EASTERN AVE.
SHOP 417
BALTIMORE,MD   21224
(410)285-7576                                          PAGE   1

| | | |
|---|---|---|
| . Guest ID: | 0417519921 | |
| Name: | KEENAN COFIELD | |
| Address: | 4109 CUTTY RD | |
| Address 2: | | |
| City,State,Zip: | BALTIMORE, MD, 21220 | |
| Home Phone: | (443) 554-3715 | |
| Work Phone: | () - | |
| Other Phone: | () - | |
| Tax Exempt #: | | |
| Manager: | CHRISTOPH FAULCON | |

| | |
|---|---|
| Year: | 2012 |
| Make: | MERCEDES-BENZ |
| Model: | R350 4MATIC |
| Lic No: | TEMP |
| VIN: | GET |
| Color: | |
| Engine: | V6 3.5L 24V DOHC ID-276.958 |
| Mileage In: | 62151 |
| Mileage Out: | 62151 |
| Inspect Due: | 09/01/21 |

| | |
|---|---|
| Date/Time: | 09/29/21  15:30:10 |
| Estimate #: | 552027 |
| Invoice #: | 479998 |
| PO Number: | |
| Unit Number: | |
| Email Address: | none |
| Fleet/Wholesale: | N |
| Est Created On: | 09/25/21  13:02:48 |

Services Requested:
CHECK BRAKES

| Qty. Part # | Car Loc | Description | Part | Labor | Amount |
|---|---|---|---|---|---|

Tire Pressure Spec: Not Available     Wheel Torque: Not Available

| Qty | Part # | Car Loc | Description | Part | Labor | Amount |
|---|---|---|---|---|---|---|
| | **INCLUDED WITH EVERY VISIT** | | | | | |
| 1 | CI | | COURTESY INSPECTION | | | NO CHARGE |
| 1 | SM | | SCHED. MAINT. REVIEW | | | NO CHARGE |
| | **SERVICE** | | | | | |
| 1 | MEMO | | COMMENTS | | | NO CHARGE |
| | REAR RIGHT CALIPER HAD NO BRAKE PAD IN THE FRONT OF THE CALIPER. REAR RIGHT CALIPER PISTON WAS PUSH OUT AND BRAKE FLUID COVER THE WHEEL | | | | | |
| | | | TOTAL SERVICE: | | | 0.00 |
| | **BRAKES** | | | | | |
| 1 | OUTDS | B | 13442 DISC PADS | 61.13 | 0.00 | 61.13 |
| 1 | OUTBRAKEPAD | | GMKD1122 BRAKE PADS | 119.99 | 80.00 | 199.99 |
| | REAR BRAKE PADS GROOVED THE ROTORS ON BOTH SIDE OF THE VEHICLE THEY WERE THE WRONG ROTOR CAUSE PAD TO FALL OUT | | | | | |
| 2 | OUTR | B | YH200529 BRAKE ROTOR | 112.00 | 38.00 | 300.00 |
| 1 | BFF | B | BRAKE FLUID EXCHANGE | 65.99 | 69.00 | 134.99 |
| 1 | L0335 | B | Clean and Lube Caliper Slides and braking system on opposite axle. Adjust brakes where applicable. | 0.00 | 49.00 | 49.00 |
| | | | TOTAL REAR BRAKES: | | | 745.11 |
| 1 | OUTCA1 | | CALIPER | 243.23 | 37.50 | 280.73 |
| | | | OVERALL | | | 280.73 |
| | | | TOTAL BRAKES: | | | 1,025.84 |

\*\*\* Customer Wishes To Discard Old Parts \*\*\*

PAY TYPE: VISA 500.00 Date: 9/29/2021 APPROVAL #: 75209B ENTRY: CHIP
CREDIT CARD #: XXXX-XXXX-XXXX-7964
AID: A0000000031010 Terminal ID: 090505001

**S E E   N E X T   P A G E**
INVOICE   INVOICE   MONRO MUFFLER/BRAKE & SERVICE   INVOICE

**CUSTOMER COPY**

# EXHIBIT-II

**MedStar Health System**
Franklin Square Hospital Center
9000 Franklin Square Dr, Baltimore, MD 21237
(443) 777-7000

Patient Name: NEDD, KAYLA ARIANA
MRN: FSH-000801267003, FIN: FSH-03045528548

Birthdate: [REDACTED]/2004 Age: 18 Years. Sex: Female. Weight: 70 kg (154 lbs). Height: 170 cm (5 ft 7 in)

Patient Address: 9304 INDIAN TRAIL WAY        Home Phone: (410)501-9988
PERRY HALL, MD 21128        Work Phone: (410)572-7455

Allergies: Peanuts

Pharmacist please note.—Allergy list may be incomplete.

Prescription Details:        Date Issued: 04/03/2022

Rx: Zofran 4 mg oral tablet        Date Written: 04/03/2022
SIG:        1 tab PO One Time
Dispense/Supply: *****10(ten) tab*****
Refill: *****0(zero)*****
Diagnosis: Gastroenteritis (K52.9)

_(Prescriber's Signature)_        _(Prescriber's Pager #)_
SUBSTITUTION PERMITTED

Prescribed By: Danielle R Whearty

NPI #: 1366040362

Supervising Physician: Teresa K. Muns, MD
ATTENTION: THIS RX NOT VALID FOR CONTROLLED SUBSTANCES

TOTAL MEDICATIONS: 1

WARNING: This document contains the following industry recognized tamper resistant security features.
Copy Void Pantograph — When copying is attempted on many copiers and scanners the message "COPY" appears in the background
TRDYmark™ — Diagonal repeating "watermark" consisting of variable data from the document located on front or back of page
Micro Print — Area of very small print which must be read under magnification found wherever the ▲P symbol appears
Security Features Warning Box — Warning Box describing the security features contained within this document

# MedStar Franklin Square Medical Center

9000 Franklin Square Drive Baltimore, MD 21237
Phone: (443) 777-7000
www.franklinsquare.org

## Emergency Department

## New Prescription Summary For NEDD, KAYLA ARIANA

### Printed Prescriptions

The medication(s) listed below have been printed and given to the patient to take to their local pharmacy.

| Prescription | Instructions |
|---|---|
| ondansetron (Zofran 4 mg oral tablet) | 1 tab By Mouth One Time . 10 tab dispensed. 0 refill(s) |

# UNITED STATES POSTAL SERVICE
# DOCUMENTS, COMPLAINTS, CLAIMS AND EVIDENCE OF THEFT, ETC.

**UNITED STATES POSTAL SERVICE**

Please file domestic claims online at
**www.usps.com/domestic-claims**

# Domestic Claim

*Print Legibly using Blue or Black Ball-Point Pen*

## What is the reason for the claim?
Check one of these five boxes.

*Stolen*

[X] Lost  [ ] Damaged Contents  [X] Missing Contents

[ ] Non-negotiable document reconstruction expenses for Priority Mail Express™

[ ] No COD remittance received – amount to be remitted to mailer  $ ☐☐☐ . ☐☐

**Tracking/Label Number:** *(Number from mailing receipt/label -- include all letters and numbers)*

`9 5 0 5 5 1 1 9 6 1 1 1 2 0 5 7 3 1 0 0 6`

**COD #**

**Date of Mailing (MM/DD/YYYY)** `07 / 24 / 2021`

**Mail Category (Select only one category)**

[X] First-Class Mail®  [ ] Priority Mail Express™  [ ] Priority Mail Express™ COD  [ ] Bound Printed Matter Parcels

[X] Priority Mail®  [ ] Collect on Delivery (COD)  [ ] First-Class Package Service®  [ ] Standard Mail® (bulk insurance only)

[ ] Standard Post™  [ ] Library Mail  [ ] Registered Mail™

[ ] Media Mail®  [ ] Critical Mail®  [ ] Parcel Select Lightweight® (bulk insurance only)

## Mailer Name and Address Information

**First Name**  `DR KEENAN B`  **MI** `K`  **Last Name** `COFIELD`

**Business Name**

**Address 1 (Number, Street)** `1236 KENDRICK RD`  **Address 2 (Suite / Apartment Number)**

**City** `ROSEDALE`

**State** `MD`  **ZIP+4® Code** `21237` - ☐☐☐☐

**Urbanization (Puerto Rico Only)**

**E-mail Address (Optional)** `Supremegrandbishopg@mail.com`

## Addressee Name and Address Information

**First Name** `CHINEYE`  **MI** ☐  **Last Name** `FRANK`

**Business Name**

**Address 1 (Number, Street)** `4580 HOLCOMB BRIDGE RD`  **Address 2 (Suite / Apartment Number)** `4`

**City** `NORCROSS`

**State** `GA`  **ZIP+4® Code** `30092` - ☐☐☐☐

**Urbanization (Puerto Rico Only)**

**E-mail Address (Optional)**

Continue on Page 2

PS Form 1000, January 2014  (*Page 1 of 3*) PSN 7530-02-000-9931

`* F O R M 1 0 0 0 0 1 2 0 1 4 0 1 *`



# UNITED STATES POSTAL SERVICE.

ROSEDALE
7000 GOLDEN RING RD
ROSEDALE, MD 21237-9998
(800)275-8777

07/24/2021                    12:18 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail 2-Day 1 | | | $15.50 |
| Flat Rate Box | | | |
| Peachtree Corners, GA 30092 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Tue 07/27/2021 | | | |
| Tracking #: | | | |
| 9505 5117 9661 1205 7510 06 | | | |
| Insurance | | | $0.00 |
| Up to $50.00 included | | | |
| Total | | | $15.50 |
| USPS Tradition 3 | 3 | $11.00 | $33.00 |

Grand Total                              $48.50

Credit Card Remitted                     $48.50
    Card Name: VISA
    Account #: XXXXXXXXXXXX6962
    Approval #: 786679
    Transaction #: 892
    Receipt #: 089184
    Debit Card Purchase: $48.50
    AID: A0000000980840          Chip
    AL: US DEBIT
    PIN: Verified

# T··Mobile·

## Receipt

| | |
|---|---|
| **Store** | **Customer** |
| T-MOBILE 9679 | THEWORLDCARERS.FCU@BANK.ORG |
| 1101 EASTERN BLVD | (443) 551 3715 |
| ESSEX, MD, 21221-3420 | |
| (410) 780-4985 | |
| Sales Rep #: *****83F | |

| | |
|---|---|
| **Date:** | 07 24 2021 11 55 11 |
| **Account #:** | ******504 |
| **Register #:** | 61 |
| **Trans #:** | 2762 |

## Transaction Details

| SKU | Description | Qty @ Price | Down Payment / Due Today |
|---|---|---|---|
| Installment Purchase 0190001142300014 | APPLE IPHONE 12 (64G) BLK + EIP EFFORT KIT | 1 @ 1099.99 | $397.00 † |
| | Mobile Number: 4439195855 | | |
| | 302-004-036012200028A | | |
| | Activation | | |
| | Not Contract Eligible | | |

| | | |
|---|---|---|
| | Sale Amount | $1,099.99 |
| | Installment Purchases Down Payment | $337.99 |
| | TAX 1069.99 @ 6.0% | $66.00 |
| | Installment Purchases Total | $1,165.99 |
| | Installment Purchases Down Payment Total | $403.99 |

| SKU | Description | Qty @ Price | Extension |
|---|---|---|---|
| Purchases Not on Installment DNSUPCHG | ASSISTED SUPPORT CHG | 1 @ 30.00 | $30.00 † |
| | Mobile Number: 4439195855 | | |
| | Not Contract Eligible | | |
| 190209169242 00420 | 30W USB-C POWER ADAPTER | 1 @ 19.99 | $19.99 † |
| | ALL | | |
| | Not Contract Eligible | | |

| | | |
|---|---|---|
| | Sale Amount | $49.99 |
| | TAX 19.99 @ 6.0% | $1.20 |
| | Purchases Not on Installment Total | $51.19 |

| | | |
|---|---|---|
| | Purchases Not on Installment | $49.99 |
| | Installment Purchases Down Payment | $337.99 |
| | Total TAX 1119.98 @ 6.0% | $67.20 |
| | **Total Due Today** | **$518.18** |
| | Debit ****6982 0972 V3 C10 | $-515.18 |
| | Reference # : 863196002 | |
| | AID: A0000000980840 | |
| | US DEBIT | |
| | PIN Verified | |

Visit my.t-mobile.com to view details on your account

If you activate or use T-Mobile service, or purchase a T-Mobile device, you agree to T-Mobile's Terms and Conditions and any terms specific to your rate plan.

If you have a device or accessory under one of our device programs, refer to your agreement for the specific terms and conditions of that program.

**Disputes.** T-Mobile REQUIRES ARBITRATION OF DISPUTES unless for new customers YOU OPT OUT WITHIN 30 DAYS OF ACTIVATION, or for existing customers YOU PREVIOUSLY OPTED OUT PURSUANT TO T-MOBILE'S TERMS AND CONDITIONS. For details see T-Mobile's Terms and Conditions at www.T-Mobile.com/terms-conditions.

**Return Policy.** T-Mobile will gladly assist you with your Returns. You can return or exchange a Device or accessory ("Device") for a refund within 14 days of the purchase or lease date of the original Device. Return the Device with your receipt, in its package, with all contents, undamaged and in good working condition, with no material alterations to the Device's hardware or software to the sales channel where you received your Device. Refunds and exchanges will be less any rebates received and shipping costs. Certain promotional offers may require you to return all items you received with your Device and could cause you to become ineligible for any promotional offers.

Page 1 of 2

https://photos.google.com/photo/AF1QipMLDEdKHyd757XFhoKxFcA8In60qTl2JujEbPQz

1/1

Please file domestic claims online at
**www.usps.com/domestic-claims**

| Item Codes | 01 Cash or Certificates | 05 Media, Music/Video | 09 Sports Equipment | 13 Firearms |
|---|---|---|---|---|
| | 02 Jewelry | 06 Electronics | 10 Liquor/Wine | 14 Hazardous Material |
| | 03 Clothing/Home Products | 07 Computers | 11 Animals | 15 Other |
| | 04 Arts/Crafts | 08 Collectibles | 12 Document Reconstruction | 16 Event Tickets |

**Description of Lost Article or Article with Damaged and/or Missing Contents**

Describe contents and select the Lost box or Damaged/Missing box including item code for each item listed. (List one item per line.)

**1** OG

Lost ☒   Damaged/Missing ☒   Item Code ☐☐   Purchase Date (MM / DD / YYYY) 07 / 24 / 2020   Value or Repair Cost (USD) $ 1099 . 99

**2**

Lost ☐   Damaged/Missing ☐   Item Code ☐☐   Purchase Date (MM / DD / YYYY) ☐☐ / ☐☐ / ☐☐☐☐   Value or Repair Cost (USD) $ ☐☐☐☐☐ . ☐☐

**3**

Lost ☐   Damaged/Missing ☐   Item Code ☐☐   Purchase Date (MM / DD / YYYY) ☐☐ / ☐☐ / ☐☐☐☐   Value or Repair Cost (USD) $ ☐☐☐☐☐ . ☐☐

For more than three items, add extra pages as needed.

**Total amount for claimed items listed above (do not include postage or fees here).** $ 1099 . 99

Fees Paid   Postage $ 15 . 70   Add'l Insurance $ ☐☐ . ☐☐   COD or Registered $ ☐☐ . ☐☐   Other $ ☐☐ . ☐☐

**Payment**   ☒ Pay the Mailer   ☐ Pay the Addressee (In some cases, payment may be limited to the mailer or addressee.)

**Supporting Documents**
Read "WHAT YOU NEED" on the next page for required attachments.
Did you attach a copy of your proof of value and/or estimate of repair for the items listed above? ☒ Yes   ☐ No
Did you attach your original mailing receipt? ☐ Yes   ☒ No

**Certification** Please sign, date, and enter your full 10-digit telephone number.

I certify that all information furnished on this form is accurate, truthful, and complete, and that I understand that anyone who furnishes false or misleading information on this form or who omits information requested on this form may be subject to criminal and/or civil penalties, including fines and imprisonment.

**Customer Submitting Claim:** ☒ Mailer   ☐ Addressee

Signature of U.S. Customer Filing the Claim _____   Date Signed (MM/DD/YYYY) 09 / 20 / 2021

Telephone Number (include area code) 410 - 864 - 8015

See our Privacy Act statement on Page 3

● PS Form 1000, January 2014 *(Page 2 of 3)* PSN 7530-02-000-9931

FORM100001201402

# Step 6: Confirmation ⓘ

✔ **Your email has been sent.**
Thank you for contacting USPS®. Please find
your service request number below. You will
receive a confirmation email soon. Click "Close"
to return to the Email Us start page.

**Service Request Number: 29209196**

**What's next?**
You'll receive an email response about your
issue within 1-3 days.

[ **Close** ]

## Related Articles

Where is my package?

‖‖‖        ◯        ‹

*Handwritten note (right side):*

U.S. POSTAL
Service
Complaint #

Also filed local
Police Report
with Balt. Co.
MD Police Dept.

United States Postal Service
Domestic Claims
Accounts Payable Branch
PO Box 80143
St Louis MO 63180-0143

**UNITED STATES POSTAL SERVICE**

October 7, 2021

DR KEENAN K COFIELD
1236 KENDRICK RD
ROSEDALE MD 21237-2920

Claim ID: 7980869
Date Mailed: July 24, 2021
CHENEYE FRANK
3380 HOLCOMB BRIDGE RD
PEACHTREE CORNERS GA 30092-5410

Article Number: 9505511796611205751006

Dear DR KEENAN K COFIELD

This letter is in response to the insurance claim referenced above. Based on our initial review, your claim has been denied because it was not filed within the specified timeframe. If you disagree with our decision, you can appeal it within 30 days from the date of this letter.

Domestic claims must be filed within a specific filing period. If your item arrived damaged or is missing contents, you may file a claim immediately but must file no later than 60 days after the mailing date. If your item does not arrive, claim can be filed based on Mail Type or Service timeframes

For more information about filing period and claims, please visit our Web site at https://www.usps.com/help/claims.htm (Filing a Claim for Lost Mail or Packages) or your local Post Office.

If you wish to appeal this decision, please explain why you disagree with our decision and include any additional support documents.

If the original claim was filed online at usps.com, please submit your appeal online using your customer account.

If the original claim was filed by mail, please send a copy of this letter and a written statement explaining why you disagree with our decision and any additional support documents to:

CLAIM APPEALS
ACCOUNTING SERVICES
PO BOX 80141
ST LOUIS, MO 63180-0141

The US Postal Service values your business. We apologize for any inconvenience you may have experienced as a result of this matter.

Sincerely,

Supervisor, Domestic Claims
Accounts Payable Branch
St. Louis Accounting Service Center
PO Box 80143
St Louis MO 63180-0143

DC-15

# KAYLA NEDD MEDICAL RECORDS AND REPORTS
# FOR FOOD POISONING INJURIES, ETC.



# MedStar Franklin Square Medical Center

9000 Franklin Square Drive Baltimore, MD 21237
Phone: (443) 777-7000
www.franklinsquare.org

## Emergency Department

## Work/School Note

To whom it may concern:
This certifies that NEDD, KAYLA ARIANA was a patient in the MedStar Franklin Square Medical Center
Emergency Department on 04/03/22 15:34:55

**NOTE:** This note is only to show your employer/school that you were seen by a physician and/or
physician's assistant in evaluation of an acute illness or injury.

Complete days off are provided only for a severe medical illness. The Emergency Department staff cannot
decide whether or not you can work due to an injury. If you were assigned "light duty (partial disability)", the
note above describes what type of physical activity is limited. Your work supervisor needs to determine if
there is light duty available or make other arrangements for you. If you feel a need for additional days in light
duty status, you will need to contact and follow up with another clinician as noted in your discharge
instructions.
If you feel that you need additional days off due to illness, you will need to contact and follow up with another
clinician as noted in your discharge instructions.
The Emergency Department staff does NOT determine total disability due to injury.

NEDD, KAYLA ARIANA                FIN: FSH-03045528548          EMPI: FSH-000801267003
Date of Birth: ▮▮/2004            Apr/03/2022 15:34:56                      2 of 15



# MedStar Franklin Square Medical Center

9000 Franklin Square Drive Baltimore, MD 21237
Phone: (443) 777-7000
www.franklinsquare.org

## Emergency Department

## Patient Discharge Instructions For NEDD, KAYLA ARIANA

MedStar Franklin Square Medical Center would like to thank you for allowing us to assist you with your healthcare needs. Our entire staff strives to make your experience in the Emergency Department positive and reassuring. In the next 2-3 weeks you may receive a survey in the mail about today's visit. If you receive a survey from us in the mail, it will arrive in a white envelope from us with "Your Response Requested" on the front. We encourage you to participate in this survey. Your feedback helps identify ways we can improve the care and service we provide. If you need help getting a follow up appointment, copies of your imaging tests or records. or any other concerns please call our patient experience navigator at (443)777-2534. Please return to the emergency department if worsening symptoms or pain, trouble breathing, or any other concerns.
**We care about you, if you or a loved one have thoughts of hurting yourself/themselves please call the National Suicide Hotline 24/7 at 1-800-273-8255.**

Access your information on line by registering for MYMEDSTAR, our patient portal, at www.mymedstar.org.

## Patient Information

| Name: **NEDD, KAYLA ARIANA** | Arrival Date and Time: 04/03/2022 11:36 |
|---|---|
| Date of Birth: ▮▮▮/2004 | Discharge Date and Time: 04/03/2022 15:34 |
| Patient ID: **8339178** | |

## Healthcare Provider Information

Clinician(s):
Redmer, PA-C, Brooke J
Whearty, PA-C, Danielle R
Yacovelli, MD, Michael R.

## Information About Hospital Visit

Diagnoses: **Gastroenteritis**

## Follow Up Instructions
You must call each Provider to make/verify your appointment.

| PHYSICIAN/PROVIDER | DETAILS |
|---|---|
| Silver-Isenstadt, MD, Ari D, Pediatrics | When: In 1 day 04/04/2022 |

**Your blood pressure reading(s) as seen below are considered high and require follow up:**

BP    Documented
128/7704/03/2022 12:01:38

If blood pressure measurement numbers stay above normal (120/80) most of the time, you may have hypertension (high blood pressure). This is a long term (chronic) condition that can lead to serious health problems if not treated.

RISKS RELATED TO HIGH BLOOD PRESSURE
High blood pressure can lead to: **Heart attack, stroke, heart failure, kidney damage, vision problems and memory and concentration problems**

HOW TO MANAGE YOUR BLOOD PRESSURE
Blood pressure can be managed effectively with lifestyle changes and medicines (if needed). Your primary care provider will help you come up with a plan to bring your blood pressure within a normal range.

**Please schedule an appointment with your primary care provider within the next 1-2 weeks. If you do not have a primary care doctor, we can refer you to one today.**

**Laboratory or Other Results This Visit** (last charted value for your 04/03/2022 visit)

<u>Hematology</u>
   04/03/22 12:13:00
      Neutro Absolute: 5.4 k/uL -- Normal range between ( 1.7 and 8.1 )
      Monocyte Abs: 0.7 k/uL -- Normal range between ( 0.1 and 1.3 )
      Eosinophil Abs: 0.0 k/uL -- Normal range between ( 0.0 and 0.7 )
      Basophil Abs: 0.0 k/uL -- Normal range between ( 0.0 and 0.2 )
      Lymph Absolute: 0.6 k/uL -- Normal range between ( 0.6 and 4.9 )

NEDD, KAYLA ARIANA                FIN: FSH-03045528548                    EMPI: FSH-000801267003
Date of Birth: ███/2004            Apr/03/2022 15:34:56                    4 of 15

NRBC Abs: 0.0 k/uL -- Normal range between ( 0.0 and 0.1 )
NRBC auto: 0 /100 wbcs -- Normal range between ( 0 and 2 )
Eos %: 0.0 % -- Normal range between ( 0.0 and 6.0 )
Lymph %: 9.1 % -- Normal range between ( 15.0 and 45.0 )
MCH: 30.3 pg -- Normal range between ( 27.0 and 31.0 )
MCHC: 32.8 gm/dL -- Normal range between ( 31.0 and 36.0 )
MCV: 92.3 FL -- Normal range between ( 81.0 and 100.0 )
Mono %: 9.8 % -- Normal range between ( 3.0 and 12.0 )
MPV: 9.0 FL -- Normal range between ( 7.5 and 10.4 )
Neutro %: 80.7 % -- Normal range between ( 43.0 and 75.0 )
Basophil %: 0.1 % -- Normal range between ( 0.0 and 2.0 )
Hct: 42.1 % -- Normal range between ( 34.5 and 44.0 )
Hgb: 13.8 gm/dL -- Normal range between ( 11.0 and 14.5 )
RBC: 4.56 million/uL -- Normal range between ( 3.60 and 5.00 )
RDW: 12.6 % -- Normal range between ( 11.5 and 15.5 )
Platelet: 365 k/uL -- Normal range between ( 145 and 400 )
WBC: 6.7 k/uL -- Normal range between ( 4.0 and 10.8 )
Imm Gran %: 0.3 % -- Normal range between ( 0.1 and 0.3 )
Imm Gran Absolute: 0.02 k/uL -- Normal range between ( 0.01 and 0.03 )

## Urinalysis

04/03/22 12:41:00
UA Color: Yellow
UA Glucose: Negative mg/dL
UA Ketones: >=80 mg/dL
UA Leuk Est: Negative
UA Nitrite: Negative
UA Clarity: Slightly Cloudy
UA Bili: Negative
UA Blood: Negative
UA Protein: Negative mg/dL
UA Urobilinogen: 1.0 Ehrlich's
UA pH: 6.0  -- Normal range between ( 5.0 and 8.5 )
UA Spec Grav: >=1.030  -- Normal range between ( 1.005 and 1.030 )

## General Chemistry

04/03/22 12:13:00
Creatinine: 0.80 mg/dL -- Normal range between ( 0.52 and 1.04 )
A/G Ratio: 1.3  -- Normal range between ( 1.0 and 3.8 )
Globulin: 3.5 gm/dL -- Normal range between ( 1.3 and 4.7 )
AGAP: 3 mmol/L -- Normal range between ( 5 and 15 )
Bili Total: 0.8 mg/dL -- Normal range between ( 0.3 and 1.2 )
CO2: 28 mmol/L -- Normal range between ( 22 and 30 )
Albumin Lvl: 4.6 gm/dL -- Normal range between ( 3.2 and 4.8 )
Alk Phos: 86 units/L -- Normal range between ( 46 and 116 )
ALT: 20 units/L -- Normal range between ( 10 and 49 )

Lipase Lvl: 228 units/L -- Normal range between ( 11 and 82 )

**AST:** 27 units/L -- Normal range between ( 0 and 33 )

**Bili Direct:** 0.25 mg/dL -- Normal range between ( 0.00 and 0.30 )

**Glucose Lvl Random:** 91 mg/dL -- Normal range between ( 65 and 140 )

**Sodium Lvl:** 136 mmol/L -- Normal range between ( 137 and 145 )

**Total Protein:** 8.1 gm/dL -- Normal range between ( 5.7 and 8.2 )

**BUN:** 11 mg/dL -- Normal range between ( 7 and 17 )

**Calcium Ionized:** 1.11 mmol/L -- Normal range between ( 1.12 and 1.32 )

**Chloride:** 105 mmol/L -- Normal range between ( 98 and 107 )

**Potassium Lvl:** 3.8 mmol/L -- Normal range between ( 3.5 and 5.1 )

est. CrCl: 110.61 mL/min

GFR Universal: >60 mL/min/1.73 m2

## Infectious Disease
04/03/22 12:13:00

**COVID-19/Coronavirus RNA PCR:** Not Detected

**Influenza A RNA PCR:** Not Detected

**Influenza B RNA PCR:** Not Detected

**RSV RNA PCR:** Not Detected

## Endocrinology
04/03/22 12:13:00

**Beta hCG Ql:** Negative

## Allergies and Immunizations

Allergies
  Peanuts (hives)

## Current Medication List as of 04/03/22 15:34:55

MedStar Franklin Square Medical Center ED Physicians are providing you with a complete list of medications post discharge. If you have been instructed to stop taking a medication please ensure you also follow up with this information to your Primary Care Provider.

Unless otherwise noted, you will continue to take medications as prescribed prior to the Emergency Room visit. Any specific questions regarding your chronic medications and dosages should be discussed with your Primary Care Provider and Pharmacy.

**EPINEPHrine (EpiPen 2-Pak 0.3 mg injectable kit)**
Directions: 0.3 mg inject 0.3 mg intramuscular one time as needed for anaphylaxis
Special Instructions: may repeat if necessary call 911 if using
Take Next Dose:_____

**ethinyl estradiol-norgestimate (Sprintec 0.25 mg-35 mcg oral tablet)**
Directions: 1 tablet by mouth every day
Take Next Dose:_____

**hydrocortisone topical (hydrocortisone 2.5% topical ointment)**
Directions: Use as previously directed by your prescribing physician
Take Next Dose:_____

**ibuprofen 600 mg oral tablet**
Directions: 1 tablet by mouth every 8 hours
Take Next Dose:_____

**montelukast 5 mg oral tablet, chewable**
Directions: 1 tablet by mouth every day
Take Next Dose:_____

**ondansetron (Zofran 4 mg oral tablet)**
Directions: 1 tablet by mouth one time
*New Prescription*: Printed || Refills: 0
Take Next Dose:_____

**triamcinolone topical (triamcinolone 0.1% topical ointment)**
Directions: Use as previously directed by your prescribing physician
Take Next Dose:_____

NEDD, KAYLA ARIANA                     FIN: FSH-03045528548          EMPt: FSH-000801267003
Date of Birth: ██████/2004             Apr/03/2022 15:34:56          7 of 15

**Physician(s) who completed Medication Reconciliation**
Whearty, PA-C, Danielle R (04/03/2022 15:31)

NEDD, KAYLA ARIANA
Date of Birth: /2004

FIN: FSH-03045528548
Apr/03/2022 15:34:56

EMR: FSH-000801267003
8 of 25

Patient and Medication Education

# Manage your health care anytime, anywhere with the myMedStar Patient Portal

myMedStar is a free, secure and convenient way to manage your health care and communicate with your physician.

With myMedStar you can:
- Request and view upcoming appointments
- View most lab, radiology and pathology results as soon as they are available
- Renew prescriptions
- Exchange secure email messages with any of your MedStar Health care providers
- View summaries of your hospital or office visits
- And more

## How to Enroll:

Self-enrollment
1. Go to *myMedstar.org*
2. Click **Enroll Now**
3. Follow the instructions to enroll. You will need:

- First and last name
- Date of birth
- Email address or this **PatientID - 8339178**

Email Invitation:

If you provided an email address during registration you should have received an invitation to enroll in the myMedStar patient portal.

- From within the invitation, click the link to accept the invitation.
- After successful verification, you will be prompted to create your account. Follow the onscreen instructions to complete the enrollment process.

MedStar Health is dedicated to helping improve your overall health care experience by providing convenient, streamlined resources to help you better manage your health. We now offer the ability for you to securely connect some of the health management apps you may use(i.e. fitness trackers, dietary trackers, etc.) to your health record. Email us at mymedstar@medstar.net if you are interested. Once we receive your request, MedStar Health will work with the appropriate vendors to determine if they meet the technical requirements in order to establish a secure connection.

If you have questions or need assistance creating your account, please contact myMedStar

NEDD, KAYLA ARIANA                    FIN: FSH-03045528548                    EMPI: FSH-000801267003
Date of Birth: ████/2004               Apr/03/2022 15:34:56                     9 of 15

**You were seen in the emergency department today for symptoms of vomiting and diarrhea following consumption of rare steak yesterday evening.**

**Your work-up did not identify any evidence of acute infection or dehydration.  It is likely that your gastrointestinal infection is related to food poisoning.**

**I have provided you with a prescription for Zofran, and antinausea medication.  Please use this medication as needed.**

**Please return to the emergency department should you develop fever, shaking chills, uncontrollable vomiting, bloody vomit, bloody diarrhea.**

# Diarrhea, Adult

Diarrhea is frequent loose and watery bowel movements. Diarrhea can make you feel weak and cause you to become dehydrated. Dehydration can make you tired and thirsty, cause you to have a dry mouth, and decrease how often you urinate.

Diarrhea typically lasts 2–3 days. However, it can last longer if it is a sign of something more serious. It is important to treat your diarrhea as told by your health care provider.

**Follow these instructions at home:**

Eating and drinking

NEDD, KAYLA ARIANA                FIN: FSH-03045528548          EMPI: FSH-000801267003
Date of Birth: ▮▮▮/2004          Apr/03/2022 15:34:56                       10 of 15



Follow these recommendations as told by your health care provider:

- Take an oral rehydration solution (ORS). This is an over-the-counter medicine that helps return your body to its normal balance of nutrients and water. It is found at pharmacies and retail stores.
- Drink plenty of fluids, such as water, ice chips, diluted fruit juice, and low-calorie sports drinks. You can drink milk also, if desired.
- Avoid drinking fluids that contain a lot of sugar or caffeine, such as energy drinks, sports drinks, and soda.
- Eat bland, easy-to-digest foods in small amounts as you are able. These foods include bananas, applesauce, rice, lean meats, toast, and crackers.
- Avoid alcohol.
- Avoid spicy or fatty foods.

Medicines

- Take over-the-counter and prescription medicines only as told by your health care provider.
- If you were prescribed an antibiotic medicine, take it as told by your health care provider. **Do not stop using the antibiotic even if you start to feel better.**

General instructions



- Wash your hands often using soap and water. If soap and water are not available, use a hand sanitizer. Others in the household should wash their hands as well. Hands should be washed:
  - After using the toilet or changing a diaper.
  - Before preparing, cooking, or serving food.
  - While caring for a sick person or while visiting someone in a hospital.

NEDD, KAYLA ARIANA
Date of Birth: ▮▮▮/2004
FIN: FSH-03045528548
Apr/03/2022 15:34:56
EMPI: FSH-000801267003
11 of 15

- Drink enough fluid to keep your urine pale yellow.
- Rest at home while you recover.
- Watch your condition for any changes.
- Take a warm bath to relieve any burning or pain from frequent diarrhea episodes.
- Keep all follow-up visits as told by your health care provider. This is important.

## Contact a health care provider if:

- You have a fever.
- Your diarrhea gets worse.
- You have new symptoms.
- You cannot keep fluids down.
- You feel light-headed or dizzy.
- You have a headache.
- You have muscle cramps.

## Get help right away if:

- You have chest pain.
- You feel extremely weak or you faint.
- You have bloody or black stools or stools that look like tar.
- You have severe pain, cramping, or bloating in your abdomen.
- You have trouble breathing or you are breathing very quickly.
- Your heart is beating very quickly.
- Your skin feels cold and clammy.
- You feel confused.
- You have signs of dehydration, such as:
  - Dark urine, very little urine, or no urine.
  - Cracked lips.
  - Dry mouth.
  - Sunken eyes.
  - Sleepiness.
  - Weakness.

## Summary

- Diarrhea is frequent loose and watery bowel movements. Diarrhea can make you feel weak and cause you to become dehydrated.
- Drink enough fluids to keep your urine pale yellow.
- Make sure that you wash your hands after using the toilet. If soap and water are not available, use hand sanitizer.
- Contact a health care provider if your diarrhea gets worse or you have new symptoms.
- Get help right away if you have signs of dehydration.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 12/08/2003 Document Revised: 05/24/2019 Document Reviewed: 05/24/2019
Elsevier Patient Education © 2020 Elsevier Inc.

**End of Discharge Education and Instructions**

NEDD, KAYLA ARIANA
Date of Birth: ████/2004

FIN: FSH-03045528548
Apr/03/2022 15:34:56

EMPI: FSH-000801267003
13 of 15

# Patient Visit Summary

Diagnoses: **Gastroenteritis**

I, NEDD, KAYLA ARIANA, have received the attached patient education materials/instructions and have verbalized understanding.

_____
Patient/Patient Representative Signature          Date/Time


_____
Relationship to Patient


_____
Nurse Signature                                  Date/Time
*Hospital has retained last page for medical records

NEDD, KAYLA ARIANA                  FIN: FSH-03045528548           EMPt: FSH-000801267003
Date of Birth: ▓▓8/2004             Apr/03/2022 15:34:56                         14 of 15

MedStar Urgent Care at Perry Hall
8605 Ridgely's Choice Dr
Perry Hall, MD, 21236
**Phone:**  (855) 910-3278       **Fax:**  (410)248-2311

Ambulatory Clinical Summary
**Visit Date:** 04/05/2022 10:20
**Scheduled Provider:** Brown, MD, Stephanie Denise

# * Final Report *

# NEDD, KAYLA ARIANA

**Visit Date:** 04/05/2022 10:20

## Instructions From Your Provider

**You were seen in urgent care for abdominal pain back pain vomiting and diarrhea as a result of food poisoning. You should start to feel better starting tomorrow. You can continue to take the Zofran as needed for nausea and vomiting. Please keep yourself well-hydrated with water and electrolytes. Please take Tylenol for the back pain and headache as well. If you are doing no better in 2 days you may want to go back to the emergency department for further labs to see if you are dehydrated or anything else is abnormal that needs to be treated.**

Thank you for choosing MedStar PromptCare today!

Your vital signs were reviewed.

rest and plenty of fluids.
you may take Ibuprofen or acetaminophen for fever or pain.
We have discussed your assessment and plan and all questions have been answered.
Information given.

MedStar Urgent Care is not a substitute for ongoing care with a primary care provider. Please follow up with your primary care provider for continuing symptoms. If your symptoms are worsening or for severe symptoms, go to the emergency department for evaluation.

If you are unsure about where to go for your symptoms contact MedStar e-vist at  https://medstar-evisit.com.

If you had any laboratory testing today, you may view your results when they become available on the myMedStar Patient Portal. Instructions for accessing the myMedStar Patient Portal can be found at https://www.mymedstar.org.

**Follow Up with** Follow up
with primary care provider

NEDD, KAYLA ARIANA
DOB:▮▮▮/2004

MPP-00689969152
Printed on: 04/05/2022 12:12 EDT

EMPI: 8339178
Page 1 of 9

MedStar Urgent Care at Perry Hall          Ambulatory Clinical Summary          Visit Date: 04/05/2022 10:20

Urgent Care appointments never replace routine physicals and check-ups with your doctors (Primary Care, Gynecology, etc.). Please schedule these and any follow-up recommended from your visit.

If you have had blood work or a specimen collected during this **MedStar Health Urgent Care** visit and it is to be sent out for off site testing, you will only receive a call regarding your results if your results are abnormal or if additional testing or treatment is needed.

## Other Scheduled Appointments

| Thursday **April 07, 2022 02:30 pm** | **With:** Medley, MD, Tia R. |
|---|---|
| | **Where:** MedStar Franklin Square Med Center Pediatrics at Perry Hall |

## Medications

| | What | How Much | When | Why | Instructions |
|---|---|---|---|---|---|
| *Unchanged* | cetirizine (ZyrTEC) | By Mouth | Every day | | Contact prescribing physician if questions or concerns |
| *Unchanged* | EPINEPHrine (EpiPen 2-Pak 0.3 mg injectable kit) | 0.3 Milligram Intramuscular | One Time as needed for anaphylaxis | | may repeat if necessary call 911 if using Contact prescribing physician if questions or concerns |
| *Unchanged* | ethinyl estradiol-norgestimate (Sprintec 0.25 mg-35 mcg oral tablet) | 1 Tablet(s) By Mouth | Every day | | Contact prescribing physician if questions or concerns |

**NEDD, KAYLA ARIANA**
DOB: ████/2004

MPP-00689969152
Printed on: 04/05/2022 12:12 EDT

EMPI: 8339178
Page 2 of 9

Med Start: Oak Cave at Perry Hall        Ambulatory Clinical Summary        Visit Date: 04/05/2022 10:20
Case 1:22-cv-01989-GLR   Document 58-1   Filed 10/28/22   Page 303 of 376
Case 1:22-cv-01989-JKB   Document 157   Filed 07/06/23   Page 217 of 259

| | What | How Much | When | Why | Instructions |
|---|---|---|---|---|---|
| *Unchanged* | hydrocortisone topical (hydrocortisone 2.5% topical ointment) | | | | apply to affected area twice a day for 7 days, then as needed for flare-ups! Contact prescribing physician if questions or concerns |
| *Unchanged* | ibuprofen (ibuprofen 600 mg oral tablet) | 1 Tablet(s) By Mouth | Every 8 hours | | Contact prescribing physician if questions or concerns |
| *Unchanged* | montelukast (montelukast 5 mg oral tablet, chewable) | 1 Tablet(s) By Mouth | Every day | | Contact prescribing physician if questions or concerns |
| *Unchanged* | ondansetron (Zofran 4 mg oral tablet) | 1 Tablet(s) By Mouth | One Time | Gastroenteritis | Contact prescribing physician if questions or concerns |
| *Unchanged* | triamcinolone topical (triamcinolone 0.1% topical ointment) | | | | Contact prescribing physician if questions or concerns |

## Allergies

Peanuts (hives)

## My Summary

NEDD, KAYLA ARIANA
DOB: ▮▮▮/2004

MPP-00689969152
Printed on: 04/05/2022 12:12 EDT

EMPI: 8339178
Page 3 of 9

## My Visit Was For

Abdominal pain

Nausea vomiting and diarrhea

## Test Results

**Laboratory**
**Endocrinology**
POC hCG QI: Negative   (04/05/22 10:53 AM EDT)
**POC Source**
POC Handling Specimen
  URINE   (04/05/22 10:53 AM EDT)
  URINE   (04/05/22 10:53 AM EDT)
POC Lot#/Manufacture
  110047   (04/05/22 10:53 AM EDT)
  HCG1102081   (04/05/22 10:53 AM EDT)
**Urinalysis**
POC Urinalysis Glucose: Negative   (04/05/22 10:53 AM EDT)
POC Urinalysis Bilirubin: Negative   (04/05/22 10:53 AM EDT)
POC Urinalysis Ketone: 15 mg/dl   (04/05/22 10:53 AM EDT)
POC Urinalysis Specific Gravity: 1.020   (04/05/22 10:53 AM EDT)
POC Urinalysis Blood: Negative   (04/05/22 10:53 AM EDT)
POC Urinalysis pH: 7   (04/05/22 10:53 AM EDT)
POC Urinalysis Protein: Negative   (04/05/22 10:53 AM EDT)
POC Urinalysis Urobilinogen: 1 mg/dl (normal)   (04/05/22 10:53 AM EDT)
POC Urinalysis Nitrite: Negative   (04/05/22 10:53 AM EDT)
POC Urinalysis Leukocyte: Negative   (04/05/22 10:53 AM EDT)

## Vital Signs

**04/05/2022 10:47**
**Temperature:** Tympanic - 36.7 °C (98.1 °F);
**Pulse:** 64
**Respiratory Rate:** 16
**Blood Pressure:** 93/62
**Oxygen Level:** 99%

**Height:** 170 cm (5 ft 7 in)
**Weight:** 69.5 kg (153 lbs 4 oz)
**Body Mass Index (BMI):** 24.05 kg/m2

**04/05/2022 10:52**
**Body Mass Index Percentile:** 76.58

**Last Menstrual Period:** 03/24/2022
**Growth Chart Percentiles**
Weight Dosing : 69.5kg ( 86%)

Height/Length Dosing : 170cm ( 86%)

Body Mass Index Dosing : 24.05kg/m2 ( 77%)

Case 1:22-cv-01989-GLR   Document 58-1   Filed 10/28/22   Page 367 of 375
MedStar Urgent Care at Perry Hall          Ambulatory Clinical Summary          Visit Date: 04/05/2022 10:20
Case 1:23-cv-01795-JKB   Document 157   Filed 07/05/23   Page 219 of 259

**Education Materials**

# Nausea and Vomiting, Adult

Nausea is the feeling that you have an upset stomach or that you are about to vomit. Vomiting is when stomach contents are thrown up and out of the mouth as a result of nausea. Vomiting can make you feel weak and cause you to become dehydrated.

Dehydration can make you feel tired and thirsty, cause you to have a dry mouth, and decrease how often you urinate. Older adults and people with other diseases or a weak disease-fighting system (immune system) are at higher risk for dehydration. It is important to treat your nausea and vomiting as told by your health care provider.

## Follow these instructions at home:

Watch your symptoms for any changes. Tell your health care provider about them. Follow these instructions to care for yourself at home.

### Eating and drinking



- Take an oral rehydration solution (ORS). This is a drink that is sold at pharmacies and retail stores.
- Drink clear fluids slowly and in small amounts as you are able. Clear fluids include water, ice chips, low-calorie sports drinks, and fruit juice that has water added (diluted fruit juice).
- Eat bland, easy-to-digest foods in small amounts as you are able. These foods include bananas, applesauce, rice, lean meats, toast, and crackers.
- Avoid fluids that contain a lot of sugar or caffeine, such as energy drinks, sports drinks, and soda.
- Avoid alcohol.
- Avoid spicy or fatty foods.

### General instructions

- Take over-the-counter and prescription medicines only as told by your health care provider.

- Drink enough fluid to keep your urine pale yellow.
- Wash your hands often using soap and water. If soap and water are not available, use hand sanitizer.
- Make sure that all people in your household wash their hands well and often.
- Rest at home while you recover.
- Watch your condition for any changes.
- Breathe slowly and deeply when you feel nauseated.
- Keep all follow-up visits as told by your health care provider. This is important.

## Contact a health care provider if:

- Your symptoms get worse.
- You have new symptoms.
- You have a fever.
- You cannot drink fluids without vomiting.
- Your nausea does not go away after 2 days.
- You feel light-headed or dizzy.
- You have a headache.
- You have muscle cramps.
- You have a rash.
- You have pain while urinating.

## Get help right away if:

- You have pain in your chest, neck, arm, or jaw.
- You feel extremely weak or you faint.
- You have persistent vomiting.
- You have vomit that is bright red or looks like black coffee grounds.
- You have bloody or black stools or stools that look like tar.
- You have a severe headache, a stiff neck, or both.
- You have severe pain, cramping, or bloating in your abdomen.
- You have difficulty breathing, or you are breathing very quickly.
- Your heart is beating very quickly.
- Your skin feels cold and clammy.
- You feel confused.
- You have signs of dehydration, such as:
  ◦ Dark urine, very little urine, or no urine.
  ◦ Cracked lips.
  ◦ Dry mouth.
  ◦ Sunken eyes.
  ◦ Sleepiness.
  ◦ Weakness.

**These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

## Summary

**NEDD, KAYLA ARIANA**
DOB: ███/2004

MPP-00689969152
Printed on: 04/05/2022 12:12 EDT

EMPI: 8339178
Page 6 of 9

- Nausea is the feeling that you have an upset stomach or that you are about to vomit. As nausea gets worse, it can lead to vomiting. Vomiting can make you feel weak and cause you to become dehydrated.
- Follow instructions from your health care provider about eating and drinking to prevent dehydration.
- Take over-the-counter and prescription medicines only as told by your health care provider.
- Contact your health care provider if your symptoms get worse, or you have new symptoms.
- Keep all follow-up visits as told by your health care provider. This is important.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 12/18/2006 Document Revised: 04/10/2020 Document Reviewed: 05/28/2019
Elsevier Patient Education © 2020 Elsevier Inc.

**Manage your health care anytime, anywhere with the myMedStar Patient Portal**

**myMedStar** is a free, secure and convenient way to manage your health care and communicate with your physician.

**With myMedStar you can:**
- Request and view upcoming appointments
- View most lab, radiology and pathology results as soon as they are available
- Renew prescriptions
- Exchange secure email messages with any of your MedStar Health care providers
- View summaries of your hospital or office visits
- And more

**How to Enroll:**

**Self-enrollment**
1. Go to *myMedstar.org*
2. Click **Enroll Now**
3. Follow the instructions to enroll. You will need:

- First and last name
- Date of birth
- Email address or this **PatientID - 8339178**

**Email Invitation:**

If you provided an email address during registration you should have received an invitation to enroll in the myMedStar patient portal.

- From within the invitation, click the link to accept the invitation.
- After successful verification, you will be prompted to create your account. Follow the onscreen instructions to complete the enrollment process.

MedStar Health is dedicated to helping improve your overall health care experience by providing convenient, streamlined resources to help you better manage your health. We now offer the ability for

NEDD, KAYLA ARIANA
DOB: ▮▮/2004

MPP-00689969152
Printed on: 04/05/2022 12:12 EDT

EMPI: 8339178
Page 7 of 9

MedStar Urgent Care at Perry Hall        Ambulatory Clinical Summary        **Visit Date:** 04/05/2022 10:20

## Work School Materials

**MedStar Health Urgent Care at Perry Hall**
8605 Ridgely's Choice Dr
Perry Hall MD, 21236
(855) 910-3278

To Whom It May Concern,

KAYLA NEDD was seen at MedStar Health Urgent Care at Perry Hall on 04/05/2022. Please excuse from work and/or school on 04/05/2022.

If you feel that you need additional days off due to illness, you will need to contact and follow-up with another clinician as noted in your discharge instructions. The Urgent Care staff does NOT determine total disability due to injury.

---

**Signature Line**
Electronically signed by:

_____

Brown, MD, Stephanie Denise on: 04.05.2022 12:12 EDT

NEDD, KAYLA ARIANA                MPP-00689969152                EMPI: 8339178
DOB: ▓▓▓/2004                Printed on: 04/05/2022 12:12 EDT                Page 9 of 9

## [Release & Consent Form]

I **Kayla Nedd, do** hereby give permission to [Dr. Keenan Cofield, JD/Ph.D/Psy.D/DD-(My Father)] to use:

Description: this **RELEASE AND CONSENT FORM** to submit and represent me FULLY on my claims **officials and others,** should be given to: **Dr. Keenan Cofield,** whose address is **1236 Kendrick Rd. Rosedale, MD 21237,** his number is **443-554-3715,** and Email **is-Psychdoctor101@gmail.com,** and **Supremegrandbishop@gmail.com,** without any limitation or restriction. **Any and all communication should be sent to Dr. Keenan Cofield, and myself.**

By signing this document, I understand that: I hereby hold harmless and release and forever discharge the [Dr. Keenan Cofield-My Father] from all claims, demands, liability and causes of action which I, my heirs, representatives, executors, administrators, or any other persons acting on my behalf or on behalf of my estate have or may have by reason of this authorization. In addition, I would like to specify the following conditions for use of the materials: **Dr. Keenan Cofield has the FULL right and authority to discuss this Claim, negotiate this claim and settle the same on my behalf and/or share any and all information with Ms. Amanda Henry or any other Claims representative for Texas Roadhouse.** This authorization is continuous and may only be withdrawn by my specific rescission of this authorization. I have read this release before signing below and I fully understand the contents, meaning, and impact of this release.

I/We feel confident this matter can be resolved and settle very quickly.

**********************************************************************************************

Signature Date: **04/19/2022**

Printed Name **Kayla Nedd**

Address **402 Hardin Dr.**

City, State & Zip **Joppa, MD 21085-4227**

Phone number Alt Phone : **410-501-9988**

# COUNTS 14, 15, 16, 17, 18, 19, 20-TWITTER, INC. EXHIBITS AND ATTACHMENTS

# TWITTER, INC.: F22900757

**Department ID Number:**
F22900757

**Business Name:**
TWITTER, INC.

**Principal Office:**
1355 MARKET STREET
STE. 900
SAN FRANCISCO CA 94103

**Resident Agent:**
THE CORPORATION TRUST INCORPORATED
2405 YORK ROAD
SUITE 201
LUTHERVILLE TIMONIUM MD 21093-2264

**Status:**
MERGED

**Good Standing:**
THIS BUSINESS IS NOT IN GOOD STANDING

**Business Type:**
FOREIGN CORPORATION

**Business Code:**
03 ORDINARY BUSINESS - STOCK

**Date of Formation/ Registration:**
05/02/2022

**State of Formation:**
DE

**Stock Status:**
STOCK

**Close Status:**
N/A

## TWITTER, INC.: F22900757

## Annual Report/Personal Property

Mailing Address:  ℹ️     TWITTER, INC.
                        1355 MARKET STREET
                        STE. 900
                        SAN FRANCISCO CA 94103

## Annual Report/Personal Property Tax Filings

| Asmt. Year | Date Filed | Extension | Penalty Amount | Date Penalty Paid |
|------------|-----------|-----------|----------------|-------------------|
| 2023 | | No | | |
| 2022 | | No | | |
| 2021 | | No | | |
| 2020 | | No | | |
| 2019 | | No | | |
| 2018 | | No | | |
| 2017 | | No | | |
| 2016 | | No | | |
| 2015 | | No | | |
| 2014 | | No | | |

## Personal Property Assessments Summary (Select year to view details)

| Asmt. Year | County Base | Town Base | Date Certified |
|------------|-------------|-----------|----------------|
| 2023 | 0 | 0 | |
| 2022 | 0 | 0 | |
| 2021 | 0 | 0 | |
| | 0 | 0 | |
| Privacy - Terms | 0 | 0 | |

| Asmt. Year | County Base | Town Base | Date Certified |
|---|---|---|---|
| 2018 | 0 | 0 | |
| 2017 | 0 | 0 | |
| 2016 | 0 | 0 | |
| 2015 | 0 | 0 | |
| 2014 | 0 | 0 | |

# COUNTS -   21 THRU 26- EQUIFAX EXHIBITS AND ATTACHMENTS SHOWING THE TAX CLAIM FRAUD SCHEME, ETC.

☐ CORRECTED (if checked)  VTQ S 000000576

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| EQUIFAX INC 1550 PEACHTREE STREET NW ATLANTA GA 30309 404-885-8227 | $ | **2018** | |
| | 2 Royalties $ | Form 1099-MISC | |
| | 3 Other income $ 7000.00 | 4 Federal income tax withheld $ | Copy 2 To be filed with recipient's state income tax return, when required. |

| PAYER'S TIN | RECIPIENT'S TIN | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
|---|---|---|---|---|
| 58-0401110 | ▮▮▮▮▮-5407 | | | |

| RECIPIENT'S name DR KEENAN KESTER COFIELD | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
|---|---|---|
| Street address (including apt. no.) 419 CUTTY SARK RD | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ |
| City or town, state or province, country, and ZIP or foreign postal code BALTIMORE,MD 21220 | 11 | 12 |

| Account number (see instructions) | FATCA filing requirement ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
|---|---|---|---|
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. |  18 State income $ |

Form **1099-MISC**    www.irs.gov/Form1099MISC    Department of the Treasury - Internal Revenue Service

- - - - - - - - - - - - - - - - - - - - Detach Here - - - - - - - - - - - - - - - - - - - -

☐ CORRECTED (if checked)  VTQ S 000000576

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| EQUIFAX INC 1550 PEACHTREE STREET NW ATLANTA GA 30309 404-885-8227 | $ | **2018** | |
| | 2 Royalties $ | Form 1099-MISC | |
| | 3 Other income $ 7000.00 | 4 Federal income tax withheld $ | Copy B For Recipient |

| PAYER'S TIN | RECIPIENT'S TIN | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
|---|---|---|---|---|
| 58-0401110 | ▮▮▮▮▮-5407 | | | |

| RECIPIENT'S name DR KEENAN KESTER COFIELD | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| Street address (including apt. no.) 419 CUTTY SARK RD | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| City or town, state or province, country, and ZIP or foreign postal code BALTIMORE,MD 21220 | 11 | 12 | |

| Account number (see instructions) | FATCA filing requirement ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
|---|---|---|---|
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form **1099-MISC**    (keep for your records)    www.irs.gov/Form1099MISC    Department of the Treasury - Internal Revenue Service

Case 1:23-cv-01785-JRR Document 37 Filed 07/07/23 Page 230 of 259

PAYER'S name, street address, city or town, state or province, country, ZIP
or foreign postal code, and telephone no.

EQUIFAX INC
1550 PEACHTREE STREET NW
ATLANTA GA  30309

404-885-8227

| | |
|---|---|
| 1 Rents $ | |
| 2 Royalties $ | **2018** Form 1099-MISC |
| 3 Other income $ 4000.00 | 4 Federal income tax withheld $ |

**Miscellaneous Income**

**Copy 2**
To be filed with recipient's state income tax return, when required.

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 58-0401110 | ████-5409 |

| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ |
|---|---|

RECIPIENT'S name

KEVIN COFIELD SR

Street address (including apt. no.)

4109 CUTTY SARK RD

City or town, state or province, country, and ZIP or foreign postal code

BALTIMORE, MD 21220

| 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
|---|---|
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ |
| 11 | 12 |

| Account number (see instructions) | FATCA filing requirement ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
|---|---|---|---|
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form **1099-MISC**       www.irs.gov/Form1099MISC       Department of the Treasury - Internal Revenue Service

✂ - - - - - - - - - - - - - - - - - - - - - - - Detach Here - - - - - - - - - - - - - - - - - - - - - - - ✂

☐ CORRECTED (if checked)   VTQ S 000001153

PAYER'S name, street address, city or town, state or province, country, ZIP
or foreign postal code, and telephone no.

EQUIFAX INC
1550 PEACHTREE STREET NW
ATLANTA GA  30309

404-885-8227

| | |
|---|---|
| 1 Rents $ | OMB No. 1545-0115 |
| 2 Royalties $ | **2018** Form 1099-MISC |
| 3 Other income $ 4000.00 | 4 Federal income tax withheld $ |

**Miscellaneous Income**

**Copy B**
For Recipient

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 58-0401110 | ████-5409 |

| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ |
|---|---|

RECIPIENT'S name

KEVIN COFIELD SR

Street address (including apt. no.)

4109 CUTTY SARK RD

City or town, state or province, country, and ZIP or foreign postal code

BALTIMORE, MD 21220

| 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
|---|---|
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ |
| 11 | 12 |

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| Account number (see instructions) | FATCA filing requirement ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
|---|---|---|---|
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form **1099-MISC**   (keep for your records)   www.irs.gov/Form1099MISC       Department of the Treasury - Internal Revenue Service

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| EQUIFAX INC 1550 PEACHTREE STREET NW ATLANTA GA 30309 | 2 Royalties $ | **2018** | |
| 404-885-8227 | 3 Other income $ 4000.00 | Form **1099-MISC** 4 Federal income tax withheld $ | **Copy 2** To be filed with recipient's state income tax return, when required. |

| PAYER'S TIN | RECIPIENT'S TIN | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
|---|---|---|---|---|
| 58-0401110 | ███-1238 | | | |

| RECIPIENT'S name | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
|---|---|---|
| BERRI A WELLS | | |

| Street address (including apt. no.) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ |
|---|---|---|
| 7723 ENGLISH OAK CIR | 11 | 12 |

| City or town, state or province, country, and ZIP or foreign postal code | | |
|---|---|---|
| ELKRIDGE, MD 21075 | | |

| Account number (see instructions) | FATCA filing requirement ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
|---|---|---|---|

| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |
|---|---|---|---|---|

Form **1099-MISC**   www.irs.gov/Form1099MISC   Department of the Treasury - Internal Revenue Service

✂----------------------------- Detach Here -----------------------------✂

☐ CORRECTED (if checked)   VTQ S 000000197

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| EQUIFAX INC 1550 PEACHTREE STREET NW ATLANTA GA 30309 | 2 Royalties $ | **2018** | |
| 404-885-8227 | 3 Other income $ 4000.00 | Form **1099-MISC** 4 Federal income tax withheld $ | **Copy B** For Recipient |

| PAYER'S TIN | RECIPIENT'S TIN | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
|---|---|---|---|---|
| 58-0401110 | ███-1238 | | | |

| RECIPIENT'S name | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
|---|---|---|
| BERRI A WELLS | | |

| Street address (including apt. no.) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ |
|---|---|---|
| 7723 ENGLISH OAK CIR | 11 | 12 |

| City or town, state or province, country, and ZIP or foreign postal code | | |
|---|---|---|
| ELKRIDGE, MD 21075 | | |

| Account number (see instructions) | FATCA filing requirement ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
|---|---|---|---|

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ $ |
|---|---|---|---|---|

1099-MISC

# EXHIBIT AD AND/OR AMENDMENT AND/OR SUPPLEMENT TO THE ORIGINAL COMPLAINT FILED HEREIN

1). **THE PLAINTIFF(S) SEEK TO AMEND AND/OR SUPPLEMENT AND/OR INCORPORATE THE CLAIMS AND STATEMENT MADE HEREIN BELOW AND ARE OTHERWISED ADOPTED AS PART OF THE ORIGINAL RECORD IN THE EVENT THIS ISSUE IS RAISED BY ANY DEFENDANTS.**

**2).** The instant Defendants seek to have this Court to allow them to challenge, collect on a federally DISCHARGED DEBT, and enforce an illegal, unconstitutional Baltimore County State Court Judgment that was illegally issued and void on its face 24 years ago.

3). No Defendant, not even the U.S. was a party, and no counsel for any Defendants were involved as counsel or party to that 24 year old unconstitutional, and expired void judgment that cannot be enforced by any court or any judgment.

**THE JANUARY 12, 1998 ORDER FROM BALTIMORE CIRCUIT COURT <u>CASE NUMBER 03-C-97-000059 FELDER, et. al. v McDonalds, et. al</u>. HEARD ON APRIL 25, 1997, WAS ILLEGAL AND UNCONSTITUTIONAL WHEN IT VIOLATED MD ARTICLE IV OF THE MARYLAND CONSTITUTION SEC. 23-(SEE <u>EXHIBIT 1</u>)**

**ISSUE #1**

4). The Defendants herein first error was the use and filing as a copycat BAD FAITH filing seeking to have a federal court enforce a unconstitutional judgment/order that was never **<u>EXEMPLIFIED CERTIFIED</u>** by the Baltimore County Circuit Court as required by MD State Rules, as **<u>anytime</u>** the Judgment of another Court and/or Foreign Court is used, referenced, filed or recorded with any State Court, that party **<u>must</u>** attach a EXEMPLIED Order in order for that **document to have FULL FAITH AND CREDIT standing, <u>in any other case, court or proceedings</u>.** **<u>Exhibit 1</u>, was never CERTIFIED by the proper authority.**

**ISSUE #2**

**5). On April 25, 1997, in Baltimore County Circuit Court was the hearing on the <u>Felder v McDonalds </u>case. This case contested the appearance of Harford County Circuit Court Judge**

Cypert O. Whitfill, orally and later in writing. It was later determined after an investigation

according to various online reports, Judge **did not** reside in Harford County, but had moved

Baltimore County, then PA while still on the bench away from his residency election county,

**due to martial problems**. Such an act for or regarding a MD State Judge was clearly illegal.

**ISSUE #3**

6). There was NO Removal Order from the Presiding Judge and/or Administrative Judge

Turnbull, noted in the records, pursuant to MD Rules 2-505. MD Rules 16-105, govern the

Circuit Court-County Administrative Judges powers, authority, and jurisdiction as to Assignment

of cases, or reassignment of cases. **There is NO record of any Order or Orders of the**

**assignment and/or reassignment of Felder v McDonalds, Baltimore County Circuit Court Case**

**No. 03-C-97-000059, to Harford County Circuit Judge Cypert O. Whitfill, or any other Judge as**

**to the April 25, 1997, hearing.** (See Also **MD Rules 16-108, and 16-102)** MD Court of Appeals

Chief Judge Bell **did not** issue any Order or Orders to have McDonalds case reassigned to and/or

transferred to Harford County Circuit Court and/or to assign Judge Whitfill to hear or try the

case on April 25, 1997. The Plaintiff(s) rights to due process and equal protection of the law

were violated at all levels, and the hearing was the equalivent of a *"Kangaroo Court*

*Conspiracy."*

7). MD Rule Section 1-501, Maryland Articles Courts and Judicial Proceedings, makes it clear

that a Circuit Courts **common law,** *equity powers, and jurisdiction in all civil*

*and criminal cases,* **only lies within its county, period.** This case is PRIME proof, that the

Orders issued illegally by Judge Whitfill or any other State Court Judge of the <u>Felder v</u>
<u>McDonalds,</u> case exceeds the State Judges rights, power, authority and jurisdiction to do so
other otherwise. Judge Whitfill January 12, 1998, Order and Judgment was a nullity on its face
and cannot be enforced by any Judge/Court or party to non-party anywhere. Former State
Court Judge Whitfill violated MD Rule Article IV, Section 7, and (b)(1)(4), makes it clear that **_NO_**
**_judge shall sit in any case he may be interested, or sit in judgment in any hearing involving_**
**_that judge's own conduct._** Judge Whitfill can NO longer preside over having taken and ruling on
the McDonalds case without, the right, power, authority, jurisdiction and venue to do so in
Baltimore County from Harford County, where he resided at one time, and had moved out the
County to PA, where he is neither elected or lawfully appointed by the Governor.

.

**ISSUE # 4**

8). The illegal to expired to unconstitutional Judgment Order referenced by these Defendants
requires this Court as duty bound to end this madness and BAD FAITH filings by attorneys
clogging up the court with frivolous pleadings and filings that are of no use and irreverent to
the instant case. Judge Whitfill just like counsel who failed and/or refused to do their due
diligence, research and investigation, violated Article IV-Section 23 of the MD Constitution,
when the hearing was held on April 25, 1997, issued the Court's Memorandum Opinion on
September 8, 1997, and Order on January 12, 1998. **SECTON 23-says, "The Judges of the**
**respective Circuit Court of this State shall render their decisions, in all cases argued before**
**them, or submitted for their judgment, within two months, after the same shall have been so**
**argued or submitted."** The two month DEADLINE for the illegal referenced Judgment/Order to

be by Judge 25, 1997, not (5) months later, on September 8, 1997, or January 12, 1998, 9

months later for the story to be presented. This Court and no Judge of any Court State or

Federal has any subject matter power, rights or jurisdiction to entertain any part of this court

and there is NO legal bases that gives this Court the right to seek to enforce a (24) year old stale

order that fails to have ever the force and effect of any law to have made the judgment legally

binding and enforceable after 24 years. **(Exhibit-2)**

**ISSUE #5**

9). The MD State Archives 9/11/2020, and 9/14/2020, CERTIFIED, in writing and email to the

Plaintiff Cofield, that NONE of the Orders of **any** kind existed, could be found or located by that

agency for Baltimore Co. Circuit Court **Case Number: 03-C-97-000059.** (See **Exhibit 3)** Clearly,

this Honorable Court must TAKE JUDICIAL NOTICE of the fact, NONE of the Orders including the

Memorandum Opinion from Judge Whitfill dated or filed September 8, 1997, and Order dated

January 12, 1998, are not in the records were illegally taken out by some official in the last (24)

years. Now, the Defendants counsel seek to have this Court enforce this missing Orders from

the 6 boxes of records, as anything but valid and play Former Alabama Governor George C.

Wallace and stand in the doorway, with a set of Orders that were not legally valid, expired and

now DO NOT exist.

**ISSUE #6**

10). Not ONLY did Judge Whitfill place a time limit and restriction on the Orders, but **Judge**

**Whitfill on page 81 of the illegal and unconstitutional Memorandum Opinion and Paragraph 6**

**of the Order made it clear, "that the injunction against Cofield and the restriction shall**

remain in effect as long as the money judgments entered pursuant to this Order remain

unsatisfied. Pursuant to MD Rules 2-625, a money judgments expires 12 from the date of

entry. NO DEFENDANT OR COUNSEL FOR THAT CASE FILED TO EXTEND THAT JUDGMENT.

11). That judgment the subject of this Motion was never renewed. When the money judgment

expired, the entire Order and Memorandum expired, died and voided it, and became

unenforceable, as ordered by Judge Whitfll. **MD Rule 5-102(a)(3) further addresses the 12 year**

**limitation period for the filing of any action and/or en DEAD and enforcement of a judgment,**

**otherwise DEAD and invalid and unenforceable on its face, is the Memorandum and Order**

**presented to this Court seeking to enforce an illegal unconstitutional Order and Judgment**

**that can never be enforced by any Judge of any Honorable Court.** The Judgment and Order the

subject of this Motion was never recorded as required by MD Rule 2-623.

**ISSUE #7-THE ORDERS AND JUDGMENT OF JUDGE WHITFILL WERE FILED, ATTACHED,
INCLUDED, SUBMITTED AND APPROVED AS PART OF THE CHAPTER 7 BANKRPUTCY FILING
BEFORE HON. U.S. BANKRUPTCY JUDGE IN CASE NO. 20-16090, THAT WAS DULY
DISCHARGED-(SEE EXHIBIT 4)**

12). As set forth and cited above, this Honorable Court, unless the bankruptcy matter was

appealed and it was not this Honorable Court, **does not** have jurisdiction over that Judges Order

who issued a DISCHARGE September 22, 2020, that include the Baltimore County Circuit Court

**Felder v McDonalds** case. That Bankruptcy DISCHARGE ORDER, halts any Judge from reviewing

and especially seeking to enforce an order from non-parties of a judgment or cause of action

they were not party to of representatives of.

**ISSUE 8**

13). Plaintiffs have and/or had NO legal obligation by the Baltimore County Circuit Court to file **any prior** notices to any Court, State or Federal. This case is now in the USDC, not State Courts.

14). The Plaintiff has successfully filed with this Court several previous actions over the years, New Jersey, even against the United States and this was never an issue, and NO USDC Judge even with this Court ever entertained this outrageous matter at any point. **FOR THE RECORD- ALL THE CASES IN PRINCE GEORGES COUNTY AND BALTIMORE COUNTY, WERE DEBTS AND DULY INCLUDED AND PART OF THE U.S. BANKRUPTCY COURT DISCHARGE ORDER, AS DIRECTED BY THAT TRUSTEE, WHO ORDERED THE PLAINTIFF TO INCLUDE ALL THOSE CASES IN THE BANKRUPTCY. ADDITIONALLY, IN EVER CASE CITED BY COUNSEL, NOTICES WERE FILED IN EACH CASE WITH THOSE COURTS CASES AS DEBTS AND THEOSE COURTS AND PARTIES WERE CREDITORS INCLUDED IN THE BANKRUPTCY FILING.**

## AMENDMENT TO RELIEF:

**WHEREFORE, GOOD CAUSE SHOWN**, the Plaintiffs pray that this Honorable Court **GRANT** said Motion and relief, in their favor which Declares,  **permanently enjoin and strictly prohibits** any Defendants Counsel, Defendants, in any State or Federal Court or other Judge, or person or parties, from any use, further use and/or reference to **Felder v McDonalds, et. al.** Baltimore County Circuit Court **Case Number: 03-C-97-000059 in any form**, was illegal, unconstitutional Judgment, that violated numerous state rules, statutes and MD Constitution, it can never be enforced as an expired, now DISCHARGED Judgment/Order not legally issued in effect nor ever enforceable in any Court, against the Plaintiff Dr. Keenan Cofield. And that the Clerk shall

STRIKE from the records any filings, in any cases documents or references to **Felder v**

**McDonalds.**

That this Honorable shall order SANCTIONS be ordered against counsel for their BAD FAITH

filing as determined by this Court. The Plaintiffs seek any and all other relief to ensure he is NO

longer a victim, damaged and defamed by this illegal, expired DISCHARGED Order as a debt that

is or was unenforceable still being used 24 years later. Rule and Order that the Plaintiff Dr.

Keenan Cofield rights to due process and equal protection rights were violated, and intentional.

That this Court should **DENY** and enjoin and/or prohibit the Defendants, any counsel, and non-

parties, **and any** further Defendants counsel Motion to Dismiss or any Motions to pleadings

that use or reference Baltimore County Circuit Court case **Felder v McDonalds**, in any way

against the Plaintiff Dr. Keenan Cofield, **seeking to collect on a DISCHARGED debt and/or**

**enforce on a DISCHARGED expired Illegal and unconstitutional State Court Judgment, is a**

**PROHIBITED ACT.**

Rule, that none of the Defendants and/or Defendants Counsel are not or were not Creditors,

enforcement counsel or parties to that former State court action or Judgment with any

STANDING to collect and/or enforce that void Judgment Order, that long expired, against the

Plaintiffs.

Rule, that the Plaintiff Dr. Keenan Cofield has and had NO legal obligation as alleged by the

Defendants, and the Plaintiff is not under that or any LEGAL State Court judgments or

enforcement orders from Baltimore County Circuit Court to file any notices with any state

courts, which is very clear.

Rule, that a State Court Judges jurisdiction of a MD Circuit Court/Judge, ONLY lies within that

COUNTY-Circuit Court, and that the DISCHARGED expired **Felder v McDonalds, Order**, **was not**

a EXEMPLIFIED TRIPLE SEALED COPY as required and this Court or NO Court can take

jurisdiction over such an improper State Court Judgment Order.

**Rule that ALL THE DEFENDANTS MOTION TO DISMISS BE DENIED AND/OR DISMISSED.**

# EXHIBIT 1

Cofield (hereinafter "Plaintiff Cofield"), alone. Plaintiff Cofield is hereby ORDERED to

and shall pay attorneys' fees to the law firm of Gilbert & Kurent in the amount of

$41,173.75 and attorneys' fees to the law firm of King & Attridge in the amount of

$21,216.12. The Court finds that the attorneys' fees, which were submitted under

affidavit by defense counsel, pursuant to Rule 1-341, are fair and were incurred as a direct

result of Defendants being forced to defend themselves against the claims set forth in

Plaintiffs' Complaint all of which were asserted without substantial justification and that

the said action was interposed to harass, annoy, intimidate and extort settlement from the

Defendants. The Court further finds that Plaintiff Cofield clearly knew and/or reasonably

should have known that the Complaint and the claims asserted therein were without

substantial justification. However, for the reasons set forth in the Memorandum Opinion,

the Court does not order Plaintiff Karen Felder to pay the said attorneys' fees. Based on

the foregoing findings and those set forth in the Memorandum Opinion, Plaintiff Cofield

is also hereby ORDERED to pay all costs of this proceeding that are assessed by the

Clerk of the Circuit Court for Baltimore County, and it is further,

4. ORDERED, that the Clerk of the Circuit Court for Baltimore County shall not

accept for filing in the future any pleadings filed in a civil action by Plaintiff Cofield,

regardless of whether Plaintiff Cofield prepays the filing fees and costs, unless any such

pleading has been submitted to a judge of this Court to determine whether or not such

pleadings are frivolous; and it is further,

Case 1:23-cv-00200 Doc 27-1 Filed 09/06/20 Page 9 of 20
Case 1:23-cv-01988-GLR Document 45-1 Filed 09/27/23 Page 9 of 20
Case 1:23-cv-01785-JKB Document 157 Filed 07/06/23 Page 244 of 259

5. ORDERED, that Plaintiff Cofield be and hereby is ENJOINED from filing any

civil action in any court in the State of Maryland other than the Circuit Court for

Baltimore County, regardless of whether he pays the filing fees and costs, unless each

such pleadings are accompanied by a copy of this Order and this Court's Memorandum

Opinion filed September 8, 1997, thus giving notice to such court of Plaintiff Cofield's

history as a vexatious and frivolous litigator; and it is further

ORDERED, that the injunction against Mr. Cofield as delineated in Paragraph 5.

of this ORDER and the restriction on Mr. Cofield's right to file pleadings in the Circuit

Court for Baltimore County as delineated in Paragraph 4. of this Order shall remain in

effect as long as the money judgments entered pursuant to this Order remain unsatisfied.

JUDGE

cc: Keenan Cofield and
Karen Felder
46 Neptune Court
Baltimore, Maryland 21234

John A. King, Esquire
51 Monroe Street
Suite 1604
Rockville, Maryland 20850

Paul Mayhew, Esquire
400 Washington Avenue
Old Courthouse, 2nd Floor
Towson, Maryland 21204

Case 1:22-cv-01896-GLR Document 42-1 Filed 08/23/22 Page 98 of 98
Case 1:22-cv-01896-GLR Document 42-1 Filed 08/23/22 Page 98 of 98
Case 1:23-cv-00795-JKB Document 157 Filed 07/05/23 Page 245 of 259

Barry D. Trebach, Esquire
Kathleen Wynne, Esquire
Charles P. Spigelman, Esquire
1250 I Street, N.W. Suite 600
Washington, D.C. 20005

Case 1:22-cv-01989-GLR   Document 45-1   Filed 09/30/22   Page 5 of 20
Case 1:22-cv-01989-GLR   Document 57   Filed 07/05/23   Page 246 of 259
Case 1:22-cv-01989-GLR   Document 42-1   Filed 09/27/22   Page 5 of 20

5.   ORDERED, that Plaintiff Cofield be and hereby is ENJOINED from filing any

civil action in any court in the State of Maryland other than the Circuit Court for

Baltimore County, regardless of whether he pays the filing fees and costs, unless each

such pleadings are accompanied by a copy of this Order and this Court's Memorandum

Opinion filed September 8, 1997, thus giving notice to such court of Plaintiff Cofield's

history as a vexatious and frivolous litigator; and it is further

ORDERED, that the injunction against Mr. Cofield as delineated in Paragraph 5.

of this ORDER and the restriction on Mr. Cofield's right to file pleadings in the Circuit

Court for Baltimore County as delineated in Paragraph 4. of this Order shall remain in

effect as long as the money judgments entered pursuant to this Order remain unsatisfied.

_____
JUDGE

cc: Keenan Cofield and
     Karen Felder
     46 Neptune Court
     Baltimore, Maryland 21234

     John A. King, Esquire
     51 Monroe Street
     Suite 1604
     Rockville, Maryland  20850

     Paul Mayhew, Esquire
     400 Washington Avenue
     Old Courthouse, 2nd Floor
     Towson, Maryland 21204



Search

# CONSTITUTION OF MARYLAND

## ARTICLE IV

### *JUDICIARY DEPARTMENT.*

- Part I - General Provisions
- Part II - Courts of Appeal
- Part IIA - Interim Provisions
- Part III - Circuit Courts
- Part IV - Courts of Baltimore City
- Part V - Orphans' Court
- Part VI - District Court
- Part VII - Sheriffs

### *Part I - General Provisions.*

**SECTION 1.** The Judicial power of this State is vested in a Court of Appeals, such intermediate courts of appeal as the General Assembly may create by law, Circuit Courts, Orphans' Courts, and a District Court. These Courts shall be Courts of Record, and each shall have a seal to be used in the authentication of all process issuing from it *(amended by Chapter 10, Acts of 1966, ratified Nov. 8, 1966; Chapter 789, Acts of 1969, ratified Nov. 3, 1970; Chapter 681, Acts of 1977, ratified Nov. 7, 1978; Chapter 523, Acts of 1980, ratified Nov. 4, 1980).*

**SEC. 1A.** The several Courts existing in this State at the time of the adoption of this Constitution shall, until superseded under its provisions, continue with like powers and jurisdiction, and in the exercise thereof, both at Law and in Equity, in all respects, as if this Constitution had not been adopted; and when said Courts shall be so superseded, all causes, then depending in said Courts, shall pass into the jurisdiction of the several Courts, by



Case 1:22-cv-01989-JRR Document 7 Filed 07/05/23 Page 249 of 259

(b) There shall be at least four circuit court judges resident in each circuit, and at least one circuit court judge shall be resident in each county. There shall be at least two such judges resident in Anne Arundel County, at least three resident in Baltimore County, at least four resident in Prince George's County, and at least five resident in Montgomery County.

(c) The senior judge in length of service in each circuit shall be the chief judge of the circuit. The other judges shall be associate judges.

(d) Except as otherwise provided by law, one judge shall constitute a quorum for the transaction of any business.

(e) The terms of the circuit courts shall be determined by law.

(f) A person is not ineligible for appointment or election as a judge because he was a member of the General Assembly at a time when the number or salary of judges were increased or decreased *(amended by Chapter 515, Acts of 1912, ratified Nov. 4, 1913; Chapter 426, Acts of 1935, ratified Nov. 3, 1936; Chapter 494, Acts of 1937, ratified Nov. 8, 1938; Chapter 200, Acts of 1939, ratified Nov. 5, 1940; Chapter 494, Acts of 1941, ratified Nov. 3, 1942; Chapter 772, Acts of 1943, ratified Nov. 7, 1944; Chapter 607, Acts of 1953, ratified Nov. 2, 1954; Chapters 65 and 68, Acts of 1954, ratified Nov. 2, 1954; Chapters 642 and 761, Acts of 1959, ratified Nov. 8, 1960; Chapter 372, Acts of 1966, ratified Nov. 8, 1966; Chapter 542, Acts of 1976, ratified Nov. 2, 1976).*

SEC. 21A. If the amendments to sections 3 and 21 of Article IV proposed by House Bill 972, Senate Bill 390 (1976), and the amendments to those sections proposed by House Bill 1048 (1976) are ratified by the voters at the election in Nov. 1976, the amendments to those sections proposed in House Bill 972, Senate Bill 390 (1976) shall take effect *(added by Chapter 542, Acts of 1976, ratified Nov. 2, 1976).*

SEC. 22. Where any Term is held, or trial conducted by less than three Circuit Judges, upon the decision or determination of any point, or question, by the Court, it shall be competent to the party, against whom the ruling or decision is made, upon motion, to have the point, or question reserved for the consideration of the three Judges of the Circuit, who shall constitute a court *in banc* for such purpose; and the motion for such reservation shall be entered of record, during the sitting, at which such decision may be made; and the procedure for appeals to the Circuit Court *in banc* shall be as provided by the Maryland Rules. The decision of the said Court *in banc* shall be the effective decision in the premises, and conclusive, as against the party at whose motion said points, or questions were reserved; but such decision *in banc* shall not preclude the right of Appeal by an adverse party who did not seek *in banc* review, in those cases, civil or criminal, in which appeal to the Court of Special Appeals may be allowed by Law. The right of having questions reserved shall not, however, apply to trials of Appeals from judgments of the District Court, nor to criminal cases below the grade of felony, except when the punishment is confinement in the Penitentiary; and this Section shall be subject to such provisions as may hereafter be made by Law *(amended by Chapter 681, Acts of 1977, ratified Nov. 7, 1978; Chapter 421, Acts of 2006, ratified Nov. 7, 2006).*

SEC. 23. The Judges of the respective Circuit Courts of this State shall render their decisions, in all cases argued before them, or submitted for their judgment, within two months after the same shall have been so argued or submitted *(amended by Chapter 523, Acts of 1980, ratified Nov. 4, 1980).*

SEC. 24. The salary of each Chief Judge and of each Associate Judge of the Circuit Court shall not be diminished during his continuance in office *(amended by Chapter 99, Acts of 1956, ratified Nov. 6, 1956).*

# EXHIBIT-3

# EXHIBIT-4

NOTICE AND CERTIFIED VERIFICATION
**_RECORDS_** FROM MARYLAND STATE
ARCHIVES IN BALTIMORE COUNTY CIRCUIT
COURT CASE NUMBER **FELDER, et. al. v**
**MCDONALDS, CORP, et. al., --Case No. 03-**
**C-97-000059-**

**That there were NO Court Orders from the**
**Baltimore County Circuit Court**
**Administrative Judge or any of Judge of**
**either the MD Special and/or Court of**
**Appeals, transferring, assigning and/or any**
**reassignment of this case for a hearing**
**and/or trial before Judge Cypert O.**
**Whitfill, of Harford County Circuit Court of**
**this case on April 25, 1997.**

Case 1:22-cv-01989-GLR   Document 45-1   Filed 09/30/22   Page 11 of 20
Case 1:22-cv-01989-GLR   Document 42-1   Filed 09/27/22   Page 11 of 20
Case 1:23-cv-01989-GLR   Document 8-57   Filed 07/05/23   Page 253 of 259

DR. KEENAN COFIELD
10 BLACKFOOT COURT
MIDDLE RIVER, MD 21220

Date: 09-11-2020

Receipt: 5970761952536988804003; $50.00

RE: Legal Case File Request# 51934

Thank you for your record request received August 10, 2020. Unfortunately, we were unable to locate the record you desire. The following work was performed upon your request:

We have searched the files for case number 03-C-97-000059, six files. No reference of the documents that you are asking for were found in the case files.

We regret that we are unable to be of greater assistance.

Sincerely,

Dale King
Maryland State Archives

Hon. Boyd K. Rutherford
Lt. Governor
Timothy D. Baker
State Archivist and
  Commissioner of Land Patents.
Matthew P. Lalumia
Chairman, Maryland Commission
on Artistic Property

Hall of Records Commission:
Hon. Mary Ellen Barbera, Chair
Ellington E. Churchill, Jr.
Robert L. Carel, Ph.D.
Ronald Daniels, L.L.M., J.D.
Hon. Peter V. R. Franchot
Hon. Nancy K. Kopp
Mark Letzer
Hon. Thomas V. Mike Miller, Jr.
Peter Kanelos, Ph.D.
Hon. Samuel I. Rosenberg
David Wilson, Ed.D.

September 14, 2020

Dr Keenan Cofield

10 Blackfoot Court

Middle River, MD 21220

Dear Dr. Keenan,

This is to inform you that the Maryland State Archives have searched for the files of Karen D. Felder, et.
al vs McDonalds, et. al, case number 03-C-97-000059. There were no documents or Orders found for the
time period under these case numbers.

Sincerely,

Dale King

Maryland State Archives

Case 1:22-cv-01989-GLR Document 45-1 Filed 09/30/22 Page 13 of 20
Case 1:22-cv-01989-GLR Document 42 Filed 07/06/23 Page 13 of 20
Case 1:22-cv-01989-GLR Document 57 Filed 07/06/23 Page 255 of 259

 Gmail

Supreme GRAND Bishop Cofield <supremegrandbishop@gmail.com>

---

## Receipt for your Maryland State Archives Record Order

---

Maryland State Archives <noreply@maryland.gov>
To: Supremegrandbishop@gmail.com

Mon, Aug 10, 2020 at 12:16 PM

**The following is a copy of your receipt.**

**Payment Confirmation Number: 5970761952536988804003**

Legal Case File Order Form
County Where Heard: Baltimore County
Date of Case: 1/3/1997
Court: Circuit
Type of Case: Civil
Charge:
Plaintiff's Name: Karen D. Felder, et. al.
Defendant's Name: McDonalds, et. al.
Defendant's Date of Birth: ███/1954
Case Number: 03-C-97-000059
MSA Citation: T697-6584, Location CW/10/05/068/S12, Box-624,
Additional Information: Dear MSA- We have SEARCHED the Docket History of this case and find NO such Orders ever issued of our requests. 1). According to the Case DOCKET History of 03-C-97-000059, give the date, and provide a copy of any Orders was issued by the Presiding Judge of this case to recuse himself and assign or reassign the case to County Administrative Judge, and/or Circuit Administrative Judge to Harford Co. Circuit Judge Whitfill for the April 25, 1997 hearing/trial? 2). Provide a copy of any ORDERS if any issued when the Presiding Judge, The Administrative Judge, or Circuit Administrative Judge issued his Order to assigned or reassigned the case and/or appointed Harford Co. Circuit Judge Whitfill to case no. 03-C-97-000059 for the hearing on April 25, 1997? 3). Provide a copy of any Order or Order(s) issued in the record in case number: 03-C-97-000059 of any appointment, assignment or reassignment of this case to Judge Whitfill, from Harford Co. Circuit Court? If you have NO records of any Orders issued per Requests 1, 2 or 3, please State, verify and CERTIFY that NO such records or Orders exist, or were ever issued in this case. If any such Order or Orders are located I am requesting a copy of the same. THIS IS A URGENT LEGAL MATTER. I am requesting the same so I will not have to have a Federal Court Subpoena issued. But if that makes matters faster, Ill prepare the same for filing and service.
Number of Copies: 1

**Total Cost: $50.00**

Shipping Information
DR. KEENAN COFIELD
1938
10 Blackfoot Ct.
Middle River, MD 21220
Supremegrandbishop@gmail.com
4105543715

If you have any questions regarding your order, please contact us by phone at 410-260-6487 or by email at msa.helpdesk@maryland.gov.

# Receipt for your Maryland State Archives Record Order

**Supreme GRAND Bishop Cofeld** <supremegrandbishop@gmail.com>          Wed, Sep 2, 2020 at 5:53 PM
To: MSA Helpdesk -MSA- <msa.helpdesk@maryland.gov>, Emily Oland Squires -MSA- <emily.squires@maryland.gov>,
Supreme GRAND Bishop Cofeld <Supremegrandbishop@gmail.com>
Cc: Dale W King -MSA- <dale.king@maryland.gov>

Please advise me of the status of my order and request? I was told that my requests and the files in question would be
reviewed on Monday, to determine any possible Orders from April 25, 1997, backwards as to the assigning, transferring
and/or reassignment of that Baltimore County Circuit Court Case Number 03-C-97-000059, from Baltimore Co. to Cypert
Whitfill, Harford County Circuit Court Judge to hear the Balt. Co case for that hearing on April 25, 1997.

Dr. Keenan Cofield
[Quoted text hidden]



**MARYLAND STATE ARCHIVES**
HALL OF RECORDS
350 ROWE BLVD.
ANNAPOLIS, MD 21401

DR. KEENAN COFIELD
10 BLACKFOOT COURT
MIDDLE RIVER, MD 21220

**MARYLAND STATE ARCHIVES**
HALL OF RECORDS
350 ROWE BLVD.
ANNAPOLIS, MD 21401

BALTIMORE MD 212

14 SEP 2020 PM 5 L

DR. KEENAN COFIELD
10 BLACKFOOT COURT
MIDDLE RIVER, MD.
          21220

21220-367410        ||�**⟩**||**⟩**|||⟩||⟩|⟩⟩|⟩|⟩||⟩||⟩|||⟩|⟩|⟩⟩||

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**