EXHIBIT 3 - DOCKET 14-0

# IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD

DR. KEENAN COFIELD, JD/Ph.D/Psy.D/DD
PLAINTIFF(S)/CLAIMANTS

Vs

CASE NUMBER: **24-C-22-002016**

PASSPORT MOTORS, INC., et. al.

DEFENDANTS

## TO: CLERK OF COURT
## CORRECT ADDRESS

## LINE-PLAINTIFF(S) DEMAND FOR TRIAL BY JURY

COMES now the Plaintiff(s) Dr. Keenan Cofield and all others, in the above styled matter seeking to **DEMAND A TRIAL BY JURY on all COUNTS AND ISSUES**.

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the Baltimore CITY Court in Baltimore, MD, and any and ALL other Defendants or Defendants Counsel with SUMMONS on or about this the 4th day of April, 2023, and/or placed in the United States mail postage prepaid, to all Defendants so served, and served.

_[signature]_

Dr. Keenan Cofield, JD/Ph.D/Psy.D/DD
1236 Kendrick Rd.
Rosedale, MD 21237

443-554-3715

Email: Supremegrandbishop@gmail.com

_____
Dr. Keenan Cofield