EXHIBIT 3 -
DOCKET 19-0

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD

DR. KEENAN K. COFIELD,
LAVERNE THOMPSON & KAYLA NEDD,
et. al.
    Plaintiff(s)

CASE NUMBER: 24-C-22-002016

VS

PASSPORT MOTORS HOLDINGS, INC. et. al.

    DEFENDANTS

## PLAINTIFF(S) MOTION/NOTICE AND PRE-OBJECTIONS TO ANY DEFENDANT(S) FILING NOTICE OF REMOVAL

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and do hereby file and give notice **[PLAINTIFF(S) MOTION/NOTICE AND PRE-OBJECTIONS TO ANY DEFENDANT(S) FILING NOTICE OF REMOVAL], to the U.S.D.C Baltimore, MD and/or any other U.S.D.C having received a TIMELY Notice of Removal,** from the Circuit Court for Baltimore CITY, MD, as the Plaintiff(s) have PRE-FILED their objections and will contests any timely NOTICE OF REMOVAL, as this State Court has subject-matter jurisdiction over the case and parties, and any REMOVAL, the Plaintiff(s) shall file an immediate MOTION TO REMAND back to the Circuit Court. **LET THE RECORD OF THIS CASE REFLECT THE SAME.**

_[signature]_
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
EMAIL: Supremegrandbishop@gmail.com
Dated this the 30th day of April, 2023

_[signature]_
Dr. Keenan Cofield

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the Circuit Court for Baltimore CITY, MD and any and ALL other Defendants or Defendants Counsel on this the 30th day of April, 2023, and/or placed in the United States mail postage prepaid, to all Defendants so served, and served by this Court via the CM/ECF electronic service system of this Court, **WITH THE COMPLAINT, SUMMONS, PAPERS, DOCUMENTS, RECORDS, ETC when the AMENDED COMPLAINT IS SERVED-UPON ALL DEFENDANTS AND/OR COUNSEL**.

_[signature]_
Dr. Keenan Cofield