

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

Reply to Northern Division Address

July 7, 2023

RE: **1:23-cv-01795-JKB**
Cofield et al v. Passport Motors Holding Inc., et al.

Dear Counsel/Parties:

The above-captioned case has been transferred or removed from Circuit Court for Baltimore City to this Court and assigned the above case number

Sincerely,
/s/
Catherine M. Stavlas, Clerk

cc: All counsel/parties

Removal Notification Letter (03/2014)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**