UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| KEENAN COFIELD, *et al*.,<br><br>    Plaintiffs,<br><br>v.<br><br>PASSPORT MOTORS HOLDINGS INC., *et al*.,<br><br>    Defendants. | Case No. 1:23-cv-01795-ELH |

NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Eric J. Janson, hereby enter my appearance as counsel in this matter for Defendants Equifax Information Services LLC and Equifax Inc. I certify that I am admitted to practice in this court and am in good standing.

DATED:  July 10, 2023

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Eric J. Janson*
Eric J. Janson,(D. MD  Bar No. 16928)
ejanson@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC  20004-1454
Telephone:  (202) 463-2400
Facsimile:  (202) 641-9209

*Counsel for Defendant*
*Equifax Information Services LLC and Equifax Inc.*

96437555v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2023, I presented the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

>Dr. Keenan Cofield
>1237 Kendrick Rd.
>Baltimore, MD 21237

>*/s/ Eric J. Janson*
>Eric J. Janson
>*Counsel for Defendant*
>*Equifax Information Services LLC and Equifax Inc.*

96437555v.1