**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

KEENAN COFIELD, *et al*.,

              Plaintiffs,

    v.

Case No. 1:23-cv-01795-ELH

PASSPORT MOTORS HOLDINGS INC., *et al*.,

              Defendants.

**DISCLOSURE OF CORPORATE INTERESTS**

**Check all that apply:**

\_\_\_\_ I certify, as party/counsel in this case that _____
                                               (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association,

partnership or other business entity, not a party to the case, has a financial interest in the outcome

of this litigation as defined in Local Rule 103.3 (D. Md.).

\_X\_ The following corporate affiliations exist with <u>Equifax Information Services LLC</u>
                                               (name of party)

<u>Equifax Information Services LLC's parent company, Equifax Inc., is a publicly traded company</u>
<u>on the NYSE. It has no other corporation owning more than 10% of its stock.</u>

                                     (name of affiliates)
\_\_\_\_ The following corporations, unincorporated associates, partnerships or other business

entities which are not parties may have a financial interest in the outcome of this litigation:

_____
            (name of entities wit possible financial interests)

- 2 -

DATED:  July 10, 2023

Respectfully submitted,

SEYFARTH SHAW LLP


By:  */s/ Eric J. Janson*
      Eric J. Janson,(D. MD  Bar No. 16928)
      ejanson@seyfarth.com
      SEYFARTH SHAW LLP
      975 F Street, N.W.
      Washington, DC  20004-1454
      Telephone:  (202) 463-2400
      Facsimile:  (202) 641-9209

      *Counsel for Defendant*
      *Equifax Information Services LLC*

96437530v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2023, I presented the foregoing DISCLOSURE OF

CORPORATE INTERESTS with the Clerk of the Court using the CM/ECF system, which will

send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail

to the following:

> Dr. Keenan Cofield
> 1237 Kendrick Rd.
> Baltimore, MD 21237

> */s/ Eric J. Janson*
> Eric J. Janson
> *Counsel for Defendant*
> *Equifax Information Services LLC*

96437530v.1