IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KEENAN COFIELD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PASSPORT MOTORS HOLDINGS INC., *et al.*, <br><br> Defendants. | Case No. 1:23-cv-01795-ELH <br><br> *Granted* <br> JKB 7/13/23 |

## CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER

COME NOW, Defendants Equifax Information Services LLC and Equifax Inc. ("Equifax Defendants"), by and through its counsel of record, and respectfully requests an extension of the time in which it may file an Answer or other responsive pleading from July 12, 2023 through and including August 25, 2023. In support of this request, the Equifax Defendants state as follows:

1. Plaintiffs filed the instant Complaint in the Circuit Court for Baltimore City on or about April 25, 2023.

2. Plaintiffs served the Equifax Defendants with a copy of the summons and complaint in this action on June 2, 2023 via their registered agent.

3. On July 5, 2023, Defendant X Corp., as successor in interest to named defendant Twitter, Inc., timely removed this matter to the United States District Court for the District of Maryland. (ECF No. 1).

4. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, the Equifax Defendants must file its responsive pleading by July 12, 2023.

96437544v.1

5. The Equifax Defendants and their counsel require additional time to investigate and respond to the allegations and claims made by Plaintiffs. In addition, the Equifax Defendants intend to engage in good faith settlement discussions with Plaintiffs prior to filing their response to Plaintiffs' Complaint. Thus, in the event the parties are not able to resolve this matter, the Equifax Defendants will need sufficient time to prepare and file their responsive pleading. Accordingly, the Equifax Defendants respectfully request an extension of the deadline to respond to Plaintiffs' Complaint, up to and including August 25, 2023.

6. This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. This extension of time will allow the Equifax Defendants sufficient time to fully investigate the allegations and claims raised by Plaintiffs' Complaint, confer with counsel, and prepare its response. This is the Equifax Defendants' first request for an extension of time.

7. On June 15, 2023, the Equifax Defendants' counsel conferred with Pro Se Plaintiff regarding the basis for this request and its need for an extension. Pro Se Plaintiff consents to the requested extension.

WHEREFORE, Equifax respectfully requests that this Court grant this Motion and Order that Equifax be allowed an extension of time to respond to Plaintiffs' Complaint, up to and including August 25, 2023. A Proposed Order is attached hereto as **Exhibit 1.**

DATED: July 10, 2023

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Eric J. Janson*
    Eric J. Janson,(D. MD Bar No. 16928)
    ejanson@seyfarth.com
    SEYFARTH SHAW LLP
    975 F Street, N.W.
    Washington, DC 20004-1454
    Telephone: (202) 463-2400
    Facsimile: (202) 641-9209

    *Counsel for Defendant*
    *Equifax Information Services LLC and*
    *Equifax Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2023, I presented the foregoing CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

>Dr. Keenan Cofield
>1237 Kendrick Rd.
>Baltimore, MD 21237

>*/s/ Eric J. Janson*
>Eric J. Janson
>*Counsel for Defendant*
>*Equifax Information Services LLC and Equifax Inc.*

96437544v.1