**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

COFIELD *et al.*,

      Plaintiffs,

  v.

PASSPORT MOTOR HOLDINGS, INC. *et al.*,

      Defendants.

Case No. 1:23-cv-01795-JKB

## MOTION FOR EXTENSION OF TIME AND FOR STAY

The United States of America, on behalf of the United States Postal Service ("USPS"), Social Security Administration ("SSA"), the Internal Revenue Service ("IRS"), Consumer Financial Protection Bureau ("CPFB"), and the Federal Trade Commission ("FTC") (collectively, the "Federal Defendants")[1], by and through undersigned counsel, submits this motion, requesting that the Court issue an order extending the time to file an initial responsive pleading and sating the briefing schedule for the pending motions for summary judgment (the "Motion"). In support of this Motion, the Federal Defendants state as follows:

1.      On or about April 25, 2022, Keenan Cofield, Laverne Thompson, Kayla Need, Luluk Novi Fatwamati, Kevin Cofield, Orian Cofield, and Arviette Cofield (collectively, the "Plaintiffs") initiated this action in the Circuit Court for Baltimore City. ECF No. 1 at ¶ 1.

2.      On or about May 8, 2023, Plaintiffs filed a 259-page amended complaint, *see* ECF

---

[1]      Because the allegations against the Federal Defendants sound in tort, a motion requesting that the United States of America be substituted for the Federal Defendants in this action is forthcoming. That motion will likely be filed in conjunction with a dispositive motion.

No. 5 (the "Amended Complaint"), which names upwards[2] of 25 defendants, five of which are the Federal Defendants.

3.     Upon information and belief, Plaintiffs did not, as legally required, duly serve any of the Federal Defendants or the Attorney General of the United States. *See* FED. R. CIV. P. 4(i)(1)(A-C). The United States Attorney's Office for the District of Maryland received a copy of the Amended Complaint on or around June 1, 2023.

4.     The Amended Complaint's claims are scattershot and difficult to follow. In sum, the Amended Complaint's 26 counts appear to be a compilation of alleged wrongs that are wholly unrelated to one another (in nearly every factual way), and that appear to be brought under completely different authorities. Moreover, as it relates specifically to the Federal Defendants, the Amended Complaint's allegations do not even identify, target, or take issue with all five Federal Defendants, despite naming all of them in the caption. In general, for those counts or portions of the Amended Complaint that do identify a Federal Defendant, such allegations sound in tort. *See, e.g.,* ECF No. 5 at ¶ 64 (Count 11). Therefore affording Plaintiffs the most liberal and plausible construction of their claims suggests the Amended Complaint—as it relates to the Federal Defendants—can and should be construed as an action brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671, *et seq*. (the "FTCA").

5.     On July 5, 2023, one of the 25 defendants—X Corp., as successor in interest to named defendant Twitter, Inc. ("Twitter")—timely and duly removed this action to this Court, pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446. ECF No. 1.

6.     On July 7, 2023—despite not all parties being properly served, despite no answers

---

2       The exact number of defendants in this case are unclear as there appear to be duplicates.

or initial pleadings being filed from any of the 25 defendants, and despite their being no initial conference with the Court or period of discovery—Plaintiffs filed two motions for summary judgment. ECF Nos. 7, 8.

7.      Because Plaintiffs have not properly served the Federal Defendants, it is unclear exactly what deadline—if any—deadline applies to their initial responsive pleading, *see* FED. R. CIV. P. 4(i)(1)(A-C), or the two motions for summary judgment.

8.      Due to the press of current deadlines, and because the allegations in the Amended Complaint require coordination, input, and investigation from numerous agencies, the Federal Defendants respectfully requests the deadline for filing such a responsive pleading be extended 60 days, up to and including **September 13, 2023.**

9.      Further, the Federal Defendants request that any response deadline to the two motions for summary judgment be stayed until such a time that the Court determines formal briefing on those motions is appropriate.

10.     Given the Federal Defendants have not been duly served, the Plaintiffs are proceeding *pro se* in this action (with no other contact listed other than mailing addresses), and the time sensitive nature of this Motion, undersigned counsel did not communicate this request to Plaintiffs.

11.     Nevertheless, this Motion is made in good faith, not for purposes of delay, and it is neither believed nor foreseeable that granting it will prejudice any party. This extension of time will allow the Federal Defendants sufficient time to fully investigate the allegations and claims raised by Plaintiffs, confer with counsel, and prepare its response.

12.     By filing this Motion, the Federal Defendants reserve and do not waive any of their

rights or defenses, including, without limitation, those defenses available under Federal Rules of

Civil Procedure 4, 12 and 56.

13.     This is the Federal Defendants' first request for an extension of time in this case.

14.     A proposed order accompanies this Motion.

Date: July 14, 2023                      Respectfully submitted,

                                         Erek L. Barron

                                         United States Attorney

                                         */s/ Patrick G. Selwood*
                                         Patrick G. Selwood (No. 19999)
                                         Assistant United States Attorney
                                         United States Attorney's Office, District of Maryland
                                         36 South Charles Street, Fourth Floor
                                         Baltimore, Maryland, 21201
                                         Telephone: (410) 209-4892
                                         Email: Patrick.Selwood@usdoj.gov

                                         *Counsel for the United States of America,*
                                         *on behalf of the USPS, SSA, IRS, CPFB, and FTC*

-4-

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on July 14, 2023, I caused a copy of the foregoing *Motion for Extension of Time and for Stay* to be served on Plaintiffs, proceeding *pro se*, via the Court's CM/ECF system and via U.S. mail first-class, postage-prepaid mail, at the following[3] addresses:

Keenan Cofield
1236 Kendrick Road
Baltimore, Maryland 21237

Luluk Novi Fatwamati
3622 Greenmount Avenue
Baltimore, Maryland 21218

Plaintiffs, *pro se*

*/s/ Patrick G. Selwood*
Patrick G. Selwood
Assistant United States Attorney

---

[3]     The mailing address listed for Keenan Cofield is the same address listed for Laverne Thompson, Kayla Need, Kevin Cofield, Orian Cofield, and Arviette Cofield.