**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

DR. KEENAN K. COFIELD,

LAVERNE THOMPSON & KAYLA NEDD,

et. al.

      **Plaintiff(s)**

**CASE NUMBER:  1:23-CV-01795-JKB**

**VS**

PASSPORT MOTORS HOLDINGS, INC.et. al.

    **DEFENDANTS**

FILED    ENTERED
LODGED    RECEIVED

JUL 1 3 2023

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**#1**

**NOTICE TO CLERK:**

    **PLAINTIFF(S) NOTICE OF STATE COURT AFFIDAVITS OF SERVICE, WITH SUMMONS**

    COMES now the Plaintiff(s) Dr. Keenan Cofield, LaVerne Thompson, Kayla Nedd, and ALL

other Plaintiff(s) in the above styled matter and says:

**The Plaintiff(s) do hereby CERTIFY that a TRUE STAMP copy of the AFFIDAVITS OF SERVICE filed with the Circuit Court of Baltimore CITY, MD on 07/13/2023, as executed by the Process Server, along with the the issued SUMMONS, etc. to be recorded herein.**

_____

Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
Email:Supremegrandbishop@gmail.com

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the Baltimore CITY Circuit Court Clerk for Baltimore, MD, and all other Defendants and/or Defendants Counsel who have since appeared on this the 12th day of July, 2023 and/or placed in the United States mail postage prepaid, to all Defendants so served, and/or by email or electronic mail delivery service.

A copy has been sent and/or SERVED upon the U.S. Bankruptcy Trustee-Hon. Patricia B. Jefferson-Miles & Stockbridge, P.C. 100 Light St., 10th Floor, Baltimore, MD 21202-EMAIL:bktrustee@milesstockbridge.com, and Christopher C. Dahl,100 Light Street, 19th Floor, Baltimore, MD 21202.

Emily Devan
Counsel for U.S. Bankruptcy Trustee Patricia B. Jefferson
Miles & Stockbridge
100 Light Street
10th Floor
Baltimore, MD 21202

Keenan Cofield
1236 Kendrick Road
Baltimore, MD 21237

Laverne Thompson
1236 Kendrick Road
Baltimore, MD 21237

Luluk Novi Fatwamati
PO Box 133121
Baltimore, MD 21218

Kevin L. Cofield, Sr.
1236 Kendrick Road
Baltimore, MD 21237

Orlan D. Cofield
1236 Kendrick Road
Baltimore, MD 21237

Arviette L. Cofield
1236 Kendrick Road
Baltimore, MD 21237

Kayla Nedd
1236 Kendrick Road
Baltimore, MD 21237

United States Attorney's Office
U.S. Attorney General
36 South Charles Street
Baltimore, MD 21201

The Prentice-Hall Corporation System
c/o Equifax, Inc.
7 St. Paul Street
Baltimore, MD 21202

Equifax Inc.
32 South Street
Baltimore, MD 21202

Equifax Consumer Services LLC
1550 Peachtree Street, NW
Baltimore, MD 21202

Equifax Information Services, LLC
1550 Peachtree Street, NW
Baltimore, MD 21202

Texas Roadhouse
6040 Dutchmans Lane
Louisville, KY 40250

Texas Roadhouse
7 St. Paul Street
Baltimore, MD 21202

Texas Roadhouse, Inc.
8207 Town Center Drive
Baltimore, MD 21236

Ally Financial, Inc.
2405 York Road
Lutherville-Timonium, MD 21093

Ally Financial Inc. and Ally Financial LLC
500 Woodward Avenue
Detroit, MI 48226

Social Security Administration
c/o U.S. Attorney's Office
36 South Charles Street
Baltimore, MD 21201

Consumer Financial Protection Bureau
U.S. Attorney's Office
36 S. Charles Street
Baltimore, MD 21201

Internal Revenue Service
c/o U.S. Attorney's Office
36 S. Charles Street
Baltimore, MD 21201

Internal Revenue Service
c/o U.S. Attorney's Office
1111 Constitution Avenue, NW
Washington, DC 20224

Social Security Administration
c/o U.S. Attorney's Office
1100 West High Rise
Baltimore, MD 21235

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Federal Trade Commission
36 S. Charles Street
Baltimore, MD 21201

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Consumer Financial Protection Bureau
1625 Eye Street, NW
Washington, DC 20006

USPS
900 E. Fayette Street
Room 118
Baltimore, MD 21233

USPS
36 South Charles Street
Baltimore, MD 21201

United States Postal Service Domestic Claims
P.O. Box 80143
Saint Louis, MO 63180

USPS – Headquarters
470 L'Enfant Plaza, SW
Suite 604
Washington, DC 20024

USPS
5600 Spalding Drive
Peachtree Corners, GA 30092

Passport Motors Holding, Inc.
2405 York Road
Suite 201
Lutherville-Timonium, MD 21093

Passport Motors
5000 Auth Way
Suitland, MD 20746

Athens Program Insurance Services
2552 Stanwell Dr.
Concord, CA 94520

Athens Program Insurance Services
P.O. Box 4111
Concord, CA 94524

Allied World Specialty Insurance Company
9 Farms Spring Road
Farmington, CT 06032

Allied World Specialty Insurance Company
c/o Maryland Insurance Administration
200 St. Paul Place
Baltimore, MD 21202

Equifax Information Services, LLC
7 St. Paul Street
Baltimore, MD 21202

2023 JUN 12 AM 11: 27

**CIRCUIT COURT FOR** Baltimore City _____ ▼ **, MARYLAND**

Located at 111 NO CALVERT ST. BALTIMORE, MD      **Case No.** 24-C-22-002016

DR. KEENAN K. COFIELD, et. al.                          PASSPORT MOTORS HOLDING, ET. AL.
Plaintiff                                             vs.   Defendant
1236 KENDRICK RD.                                          5000 AUTH WAY
Address                                                    Address
ROSEDALE, MD 21237     443-554-3715                       SUITLAND, MD 20746
City, State, Zip      Telephone                            City, State, Zip               Telephone

## AFFIDAVIT OF SERVICE
### (Hand Delivery/Private Process)
### (Md. Rule 2-121)

**NOTE:** This form provides proof to the court that copies of documents filed in the above case by one party have been provided to the other party. Complete this form if one of the individuals listed above has asked you to hand deliver, or serve, documents to the other person in this case. Deliver, or serve, the ORIGINAL court-issued summons and the document(s) to the person indicated. <u>Attach a copy of the summons to this notice</u> before submitting this notice to the court.

I certify that I served SEE ATTACHED SUMMONS DEFENI . I served them at 12:30 ☐ a.m. ☒ p.m.
on 06/02/2023 at CSC 7 ST. PAUL ST. STE 820 B'MORE . I served them with a copy of the
    Date               Address
documents checked below, which were previously filed with the court.

**Check <u>all</u> that apply:**

☒ Writ of Summons 05/24/2023
                   Issue date of the summons for the complaint/petition/motion listed below.

☒ Complaint/Petition/Motion _____
                             Name of complaint/petition/motion

☐ Domestic Case Information Report (form CC-DCM-001)

☐ Financial Statement

☐ Show Cause Order and Petition _____

☒ Other (list of all other documents served):          Type of petition
  SEE MOTIONS, ETC.

I completed the delivery, or service, in the following manner *(select one)*:

☒ I personally handed the documents to the ☐ plaintiff ☒ defendant, whose name is
  RESIDENT AGENT FOR THESE SUMMONED DEFENDANTS PER THE SUMMONS

☒ I left the papers with SAME AS ABOVE _____ , who lives at the above-listed
  address and is of suitable age and discretion and whose relationship to the person served is
  _____

The above-listed address is the ☐ plaintiff's ☒ defendant's residence or usual place of abode.

**Description of person served:** Race ___ Sex ___ Height ___ Weight ___ Age ___

I certify that I am at least 18 years old and I am NOT the plaintiff or the defendant.
I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

06/11/2023
Date
JESSE JOHNSON, JR.
Printed Name                                     Signature
2126 PITNEY RD.
Address                                          Telephone Number
BALTIMORE, MD 21234
City, State, Zip                                 Fax

                                                 E-mail

**CC-DR-055** (Rev. 04/2021)

RECEIVED
CIRCUIT COURT FOR
BALTIMORE CITY
2023 JUL 13 AM 11: 57
CIVIL DIVISION

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )

Case Number: 24-C-22-002016 OT
C I V I L

Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: TEXAS ROADHOUSE OF BALTIMORE COUNTY, MC LLC
7 St Paul St Suite 820
Baltimore, MD 21202

You are hereby summoned to file a written response by pleading or motion, within 30   days after service of this summons upon you, in this court, to the attached Complaint filed by: Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:  05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per _____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: TEXAS ROADHOUSE MANAGEMENT CORP
        7 St Paul St
        Suite 820
        Baltimore, MD 21202


    You are hereby summoned to file a written response by pleading or motion,
within 30   days after service of this summons upon you, in this court, to
the attached Complaint filed by:  Keenan Cofield Dr
                                  1236 Kendrick Rd.
                                  Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland


Date Issued:   05/24/23

                        _____
                        Xavier A. Conaway
                        Clerk of the Circuit Court, per_____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   (P r i v a t e   P r o c e s s)
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: CSC LAWYERS INCORPORATING SERVICE C/O TEXAS ROADHOUSE
6040 Dutchmans Lane
Louisville, KY 40205

You are hereby summoned to file a written response by pleading or motion, within 60   days after service of this summons upon you, in this court, to the attached Complaint filed by:  Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )

Case Number: 24-C-22-002016 OT
C I V I L

Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: CSC - LAWYERS INCORPORATING SERVICE C/O TEXAS ROADHOUSE INC
    8207 Town Center Dr
    Baltimore, MD 21236

You are hereby summoned to file a written response by pleading or motion, within 30  days after service of this summons upon you, in this court, to the attached Complaint filed by:  Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:  05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: CSC LAWYERS INCORPORATING SERVICE C/O TEXAS ROADHOUSE HOLDINGS LLC
7 St Paul St
Suite 820
Baltimore, MD 21202

You are hereby summoned to file a written response by pleading or motion, within 30  days after service of this summons upon you, in this court, to the attached Complaint filed by:  Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:  05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: CSC LAWYERS INCORPORATING SERVICE C/O TEXAS ROADHOUSE HOLDINGS LLC
7 St Paul St
Suite 820
Baltimore, MD 21202

You are hereby summoned to file a written response by pleading or motion, within 30   days after service of this summons upon you, in this court, to the attached Complaint filed by:  Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   (P r i v a t e   P r o c e s s)

Case Number: 24-C-22-002016 OT

Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

C I V I L

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: CSC LAWYERS INCORPORATING SERVICE C/O TEXAS ROADHOUSE MANAGEMENT CORP
7 St Paul St
Suite 820
Baltimore, MD 21202

You are hereby summoned to file a written response by pleading or motion, within 30  days after service of this summons upon you, in this court, to the attached Complaint filed by:  Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:  05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: EQUIFAX INC
        32 South St
        Baltimore, MD 21202

    You are hereby summoned to file a written response by pleading or motion,
within 30   days after service of this summons upon you, in this court, to
the attached Complaint filed by:  Keenan Cofield Dr
                                  1236 Kendrick Rd.
                                  Baltimore, MD 21237
WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland

Date Issued:  05/24/23

                        Xavier A. Conaway
                        Clerk of the Circuit Court, per____ SLJ

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   (P r i v a t e   P r o c e s s)
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: EQUIFAX INFORMATION SERVICES, LLC
    1550 Peachtree St, NW
    Baltimore, MD 21202

You are hereby summoned to file a written response by pleading or motion,
within 30   days after service of this summons upon you, in this court, to
the attached Complaint filed by:  Keenan Cofield Dr
                                  1236 Kendrick Rd.
                                  Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland

Date Issued:   05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

   To: EQUIFAX CONSUMER SERVICES LLC
       7 St Paul St
       Suite 820
       Baltimore, MD 21202

   You are hereby summoned to file a written response by pleading or motion,
within 30   days after service of this summons upon you, in this court, to
the attached Complaint filed by:  Keenan Cofield Dr
                                  1236 Kendrick Rd.
                                  Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland

Date Issued:   05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____ SY

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: RESIDENT AGENT THE PRENTICE-HALL CORPORATION SYSTEM, MARYLAND C/O EQUI
7 St Paul St
Suite 820
Baltimore, MD 21202

You are hereby summoned to file a written response by pleading or motion,
within 30   days after service of this summons upon you, in this court, to
the attached Complaint filed by:  Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland

Date Issued:   05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )

Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: RESIDENT AGENT CSC LAWYERS INCORPORATING SERVICE COMPANY C/O EQUIFAX I
7 St Paul St
Suite 820
Baltimore, MD 21202

You are hereby summoned to file a written response by pleading or motion, within 30  days after service of this summons upon you, in this court, to the attached Complaint filed by:  Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )

Case Number: 24-C-22-002016 OT
C I V I L

Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: THE PRENTICE HALL CORPORATION SYSTEM, MARYLAND
7 St Paul St
Baltimore, MD 21202

You are hereby summoned to file a written response by pleading or motion,
within 30   days after service of this summons upon you, in this court, to
the attached Complaint filed by:  Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland

Date Issued:   05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   (P r i v a t e   P r o c e s s)

Case Number: 24-C-22-002016 OT
C I V I L

Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: TEXAS ROADHOUSE, INC.
8207 Town Center Dr
Baltimore, MD 21236

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued: 05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   (P r i v a t e   P r o c e s s)

Case Number: 24-C-22-002016 OT

C I V I L

Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: ALLIED WORLD SPECIALTY INSURANCE COMPANY
200 St Paul St
Suite 2700
Baltimore, MD 21202

You are hereby summoned to file a written response by pleading or motion,
within 30   days after service of this summons upon you, in this court, to
the attached Complaint filed by:   Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland

Date Issued:   05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

Email: Supremegrandbishop@gmail.com

_____
Kayla Nedd

_____
LaVerne Thompson

_____
Luluk N. Fatwamati

_____
Dr. Keenan Cofield

_____

_____

_____