# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DR. KEENAN K. COFIELD,

LAVERNE THOMPSON & KAYLA NEDD,

et. al.

       Plaintiff(s)

CASE NUMBER: **1:23-CV-01795-JKB**

VS

PASSPORT MOTORS HOLDINGS, INC.et. al.

       DEFENDANTS

**NOTICE TO CLERK:**

**PLAINTIFF(S) MOTION AND REQUEST FOR SCHEDULING ORDER OR IN THE ALTERNATIVE PRE-TRIAL SETTLEMENT CONFERENCE AND/OR TRIAL BY JURY**

COMES now the Plaintiff(s) Dr. Keenan Cofield, LaVerne Thompson, Kayla Nedd, and ALL other Plaintiff(s) in the above styled matter and says:

1). The Plaintiff(s) do hereby state that this case was previously under a SCHEDULING ORDER in the State Court for the Circuit Court for Baltimore CITY, MD.

2). This case is proper for a expedited SCHEDULING ORDER, for pre-trial settlement conference, and/or JURY Trial.

**WHEREFORE, GOOD CAUSE SHOWN, the Plaintiff(s) pray that this Honorable Court GRANT said Motion & Request for Scheduling Order, Pre-Trial Settlement Conference and/or Trial By Jury.**

_____
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
Email:Supremegrandbishop@gmail.com

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the USDC Baltimore, MD, and all other Defendants and/or Defendants Counsel who have since appeared on this the 12th day of July, 2023 and/or placed in the United States mail postage prepaid, to all Defendants so served, and/or by email or electronic mail delivery service.

A copy has been sent and/or SERVED upon the U.S. Bankruptcy Trustee-Hon. Patricia B. Jefferson-Miles & Stockbridge, P.C. 100 Light St., 10th Floor, Baltimore, MD 21202- EMAIL:bktrustee@milesstockbridge.com,  and Christopher C. Dahl,100 Light Street, 19th Floor, Baltimore, MD 21202.

_____

Emily Devan
Counsel for U.S. Bankruptcy Trustee Patricia B. Jefferson
Miles & Stockbridge
100 Light Street
10th Floor
Baltimore, MD 21202

Keenan Cofield
1236 Kendrick Road
Baltimore, MD 21237

Laverne Thompson
1236 Kendrick Road
Baltimore, MD 21237

Luluk Novi Fatwamati
PO Box 133121
Baltimore, MD 21218

Kevin L. Cofield, Sr.
1236 Kendrick Road
Baltimore, MD 21237

Orlan D. Cofield
1236 Kendrick Road
Baltimore, MD 21237

Arviette L. Cofield
1236 Kendrick Road
Baltimore, MD 21237

Kayla Nedd
1236 Kendrick Road
Baltimore, MD 21237

United States Attorney's Office
U.S. Attorney General
36 South Charles Street
Baltimore, MD 21201

The Prentice-Hall Corporation System
c/o Equifax, Inc.
7 St. Paul Street
Baltimore, MD 21202

Equifax Inc.
32 South Street
Baltimore, MD 21202

Equifax Consumer Services LLC
1550 Peachtree Street, NW
Baltimore, MD 21202

Equifax Information Services, LLC
1550 Peachtree Street, NW
Baltimore, MD 21202

Texas Roadhouse
6040 Dutchmans Lane
Louisville, KY 40250

Texas Roadhouse
7 St. Paul Street
Baltimore, MD 21202

Texas Roadhouse, Inc.
8207 Town Center Drive
Baltimore, MD 21236

Ally Financial, Inc.
2405 York Road
Lutherville-Timonium, MD 21093

Ally Financial Inc. and Ally Financial LLC
500 Woodward Avenue
Detroit, MI 48226

Social Security Administration
c/o U.S. Attorney's Office
36 South Charles Street
Baltimore, MD 21201

Consumer Financial Protection Bureau
U.S. Attorney's Office
36 S. Charles Street
Baltimore, MD 21201

Internal Revenue Service
c/o U.S. Attorney's Office
36 S. Charles Street
Baltimore, MD 21201

Internal Revenue Service
c/o U.S. Attorney's Office
1111 Constitution Avenue, NW
Washington, DC 20224

Social Security Administration
c/o U.S. Attorney's Office
1100 West High Rise
Baltimore, MD 21235

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Federal Trade Commission
36 S. Charles Street
Baltimore, MD 21201

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Consumer Financial Protection Bureau
1625 Eye Street, NW
Washington, DC 20006

USPS
900 E. Fayette Street
Room 118
Baltimore, MD 21233

USPS
36 South Charles Street
Baltimore, MD 21201

United States Postal Service Domestic Claims
P.O. Box 80143
Saint Louis, MO 63180

USPS – Headquarters
470 L'Enfant Plaza, SW
Suite 604
Washington, DC 20024

USPS
5600 Spalding Drive
Peachtree Corners, GA 30092

Passport Motors Holding, Inc.
2405 York Road
Suite 201
Lutherville-Timonium, MD 21093

Passport Motors
5000 Auth Way
Suitland, MD 20746

Athens Program Insurance Services
2552 Stanwell Dr.
Concord, CA 94520

Athens Program Insurance Services
P.O. Box 4111
Concord, CA 94524

Allied World Specialty Insurance Company
9 Farms Spring Road
Farmington, CT 06032

Allied World Specialty Insurance Company
c/o Maryland Insurance Administration
200 St. Paul Place
Baltimore, MD 21202

Equifax Information Services, LLC
7 St. Paul Street
Baltimore, MD 21202

Email: Supremegrandbishop@gmail.com

_____
Kayla Nedd

_____
LaVerne Thompson

_____
Luluk N. Fatwamati

_____
Dr. Keenan Cofield

_____

_____

_____