IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COFIELD *et al.*,

    Plaintiffs,

v.

PASSPORT MOTOR HOLDINGS, INC. *et al.*,

    Defendants.

Case No. 1:23-cv-01795-JKB

## ORDER

Upon consideration of the *Motion for Extension of Time and for Stay* submitted by the United States of America, *see* ECF No. 18 (the "Motion"), any response or reply thereto, the record in this case, and for other good cause shown, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**;

2. The United States Postal Service, Social Security Administration, the Internal Revenue Service, Consumer Financial Protection Bureau, and the Federal Trade Commission have up to and including **September 13, 2023** to file their initial responsive pleading.

3. The deadline to respond to Plaintiffs' two motions for summary judgment, *see* ECF Nos. 7, 8, is **STAYED** until such a time that the Court issues formal briefing schedule.

4. The Clerk is instructed to mail a copy of this signed Order to *pro se* Plaintiffs.

Date: July 14, 2023

The Honorable James K. Bredar
United States District Court, Chief Judge