IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KEENAN COFIELD,** *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 1:23-cv-01795-JKB |
| **PASSPORT MOTORS HOLDINGS INC.,** *et al.* | * | |
| | * | |
| Defendants | * | |

*  *  *  *  *  *  *  *  *  *  *  *  *

**MOTION FOR STAY AND EXTENSION OF TIME**

Defendant X Corp., as successor in interest to named defendant Twitter, Inc. ("Twitter"), through its undersigned counsel, hereby submits this Motion for Stay and Extension of Time, requesting that the Court issue an order staying the instant matter pending resolution of the Notice of Abandonment in the United States Bankruptcy Court and extending Defendant's time to file a responsive pleading and/or dispositive motion to Plaintiffs' Amended Complaint, and opposition to Plaintiffs' motions for summary judgment. In support thereof, Twitter states as follows:

1. On or about April 25, 2022, Plaintiffs commenced *Keenan Cofield, et al. v. Passport Motors Holdings Inc., et al.*, Case No. 24-C-22-002016 in the Circuit Court for Baltimore City (the "State Court Action"). *See* Exhibit A.

2. On September 28, 2022, Plaintiff Keenan Cofield filed a Chapter 7 voluntary petition for bankruptcy captioned *In re Keenan Kester Cofield*, Case No. 22-15317-DER in the United States Bankruptcy Court for the District of Maryland (the "Bankruptcy Court Action"). *See* Exhibit B.

3. On April 13, 2023, Plaintiff Keenan Cofield filed in the State Court Action a "Notice to Stay to the Court and Defendants to Stay All the Proceedings in this Case and Allow the U.S. Bankruptcy Trustee to Intervene on Plaintiff Dr. Cofield['s] Behalf Has [sic] Filed a Chapter 7 Proceeding and Included this Case Therein as the Trustee as the Real Party in this Action." *See* Exhibit C. The same day – before Plaintiffs filed their Amended Complaint naming Twitter as a defendant – Plaintiffs filed two motions for summary judgment in the State Court Action (which were re-filed in this Court upon Twitter's removal of the State Court Action.) *See* ECF Nos. 7–8.

4. On May 1, 2023, the Circuit Court for Baltimore City issued an Order staying the State Court Action in its entirety and deferring the proceedings to the United States Bankruptcy Court ("Stay Order"). *See* ECF No. 10.

5. On May 8, 2023 – despite having moved for and obtained a stay order in the State Court Action – Plaintiffs (and not the United States Bankruptcy Trustee) filed an Amended Complaint adding Twitter, Inc. as a defendant in the State Court Action, alleging that Twitter, Inc. violated Plaintiff Keenan Cofield's rights under the Sherman Antitrust Act, Section 5(a) of the FTC Act, the Lanham Act, 15 U.S.C. § 44, § 45(a), § 53(b), § 1114, § 1117(a), § 1121, § 1125, § 1607(c), § 1693(c), 18 U.S.C. § 1961 et seq., 28 U.S.C. §§ 1331, 1338, and unnamed consumer protection statutes.

6. On June 2, 2023, Plaintiffs served the Amended Complaint and Summons issued to Twitter, Inc., among other papers.

7. On July 5, 2023, Twitter timely removed this matter to the United States District Court for the District of Maryland under 28 U.S.C. §§ 1331, 1332, 1441, and 1446. *See* ECF No.

1. Concurrent with that filing, Twitter filed a Notice of Stay, informing the Court of the existence of the Stay Order. *See* ECF No. 2.

8. Shortly before removing on July 5, 2023, counsel for Twitter contacted Emily Devan, who is identified as counsel to the United States Bankruptcy Trustee, to notify Ms. Devan of their involvement in the case. Ms. Devan stated that she was not sure that she had been made aware of the State Court Action. Counsel for Twitter asked Ms. Devan whether – given the Stay Order in the State Court Action – the United States Bankruptcy Trustee would consent to a stay in the removed action. Ms. Devan stated that the United States Bankruptcy Trustee's position was that the matter was already stayed by operation of bankruptcy law. Ms. Devan also stated that she would consider any dispositive motion filed by Twitter to violate the automatic stay under 11 U.S.C. § 362.

9. On July 10, 2023, the United States Bankruptcy Trustee filed a Notice of Abandonment in the Bankruptcy Court Action, proposing to abandon Plaintiff Keenan Cofield's interest in the instant matter. *See* Trustee's Notice of Abandonment, *In re Keenan Kester Cofield*, Case No. 22-15317-DER, ECF No. 68. On July 12, 2023, Plaintiff Keenan Cofield filed a consent to the abandonment. *See* Debtor's Consent to Trustee's Notice of Abandonment, *In re Keenan Kester Cofield*, Case No. 22-15317-DER, ECF No. 69.

10. In light of the Stay Order and the ongoing proceedings in the Bankruptcy Court Action, Twitter respectfully requests this Court clarify the stay of the instant action and extend the deadline for filing a responsive pleading and/or dispositive motion to the Amended Complaint to fourteen (14) days after the later of: (a) a ruling on the pending Notice of Abandonment in the Bankruptcy Court Action, or (b) an order from this Court lifting the stay imposed in the Stay Order.

11.     Twitter also respectfully requests that, with respect to it, any response deadline to the two motions for summary judgment be stayed until this Court's issuance of a formal briefing schedule.

12.     This Motion is filed in good faith, without unreasonable delay, and will not prejudice any party if granted. The extension of time will allow Twitter sufficient time to fully investigate the allegations and claims raised in this matter and to prepare its response.

WHEREFORE Defendant Twitter respectfully requests that this Court grant this Motion and Order that the instant action is stayed, Twitter's time to respond to Plaintiffs' Amended Complaint be extended to fourteen (14) after the later of: (a) a ruling on the pending Notice of Abandonment in the Bankruptcy Court Action, or (b) an order from this Court lifting the stay imposed in the Stay Order, and Twitter's time to respond to Plaintiffs' motions for summary judgment is extended until the Court issues a formal briefing schedule.

Dated: July 19, 2023

/s/ *Christopher C. Dahl*

Christopher C. Dahl (Bar No. 29649)
Sabrina N. Marquez (Bar No. 30516)
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, PC
100 Light Street
19th Floor
Baltimore, MD 21202
P:  410.862.1134
F:  410.547.0699
E: cdahl@bakerdonelson.com
E: smarquez@bakerdonelson.com


*/s/ Kenneth M. Trujillo-Jamison*
Kenneth M. Trujillo-Jamison
WILLENKEN LLP
707 Wilshire Boulevard
Suite 3850
Los Angeles, CA 90017
P: 213.955.8031
F: 213.955.9250
E: ktrujillo-jamison@willenken.com

*Counsel for Defendant X Corp., as
successor in interest to named defendant Twitter, Inc.*

5

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of July, 2023, a copy of the foregoing Motion for Stay and Extension of Time electronically filed and served via this Court's CM/ECF e-filing system on all counsel of record and was sent via regular U.S. mail, postage prepaid to:

Emily Devan
Counsel for U.S. Bankruptcy Trustee Patricia B. Jefferson
Miles & Stockbridge
100 Light Street
10th Floor
Baltimore, MD 21202

Keenan Cofield
1236 Kendrick Road
Baltimore, MD 21237

Laverne Thompson
1236 Kendrick Road
Baltimore, MD 21237

Luluk Novi Fatwamati
PO Box 133121
Baltimore, MD 21218

Kevin L. Cofield, Sr.
1236 Kendrick Road
Baltimore, MD 21237

Orlan D. Cofield
1236 Kendrick Road
Baltimore, MD 21237

Arviette L. Cofield
1236 Kendrick Road
Baltimore, MD 21237

Kayla Nedd
1236 Kendrick Road
Baltimore, MD 21237

United States Attorney's Office
U.S. Attorney General
36 South Charles Street
Baltimore, MD 21201

Passport Motors Holding, Inc.
2405 York Road
Suite 201
Lutherville-Timonium, MD 21093

Passport Motors
5000 Auth Way
Suitland, MD 20746

Athens Program Insurance Services
2552 Stanwell Dr.
Concord, CA 94520

Athens Program Insurance Services
P.O. Box 4111
Concord, CA 94524

Allied World Specialty Insurance Company
9 Farms Spring Road
Farmington, CT 06032

Allied World Specialty Insurance Company
c/o Maryland Insurance Administration
200 St. Paul Place
Baltimore, MD 21202

Texas Roadhouse
6040 Dutchmans Lane
Louisville, KY 40250

Texas Roadhouse
7 St. Paul Street
Baltimore, MD 21202

Texas Roadhouse, Inc.
8207 Town Center Drive
Baltimore, MD 21236

Ally Financial, Inc.
2405 York Road
Lutherville-Timonium, MD 21093

Ally Financial Inc. and Ally Financial LLC
500 Woodward Avenue
Detroit, MI 48226

/s/ *Christopher C. Dahl*

Christopher C. Dahl (Bar No. 29649)