# EXHIBIT C



## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD



DR. KEENAN K. COFIELD,
LAVERNE THOMPSON & KAYLA NEDD,

   **Plaintiff(s)**

       **CASE NUMBER:** <u>**24-C-22-002016**</u>

**VS**

PASSPORT MOTORS HOLDINGS, INC.et. al.

   **DEFENDANTS**

### PLAINTIFF(S)-AMENDED <u>NOTICE TO STAY</u> TO THE COURT AND DEFENDANTS TO STAY ALL THE PROCEEDINGS IN THIS CASE AND ALLOW THE U.S. BANKRUPTCY TRUSTEE TO INTERVENE ON PLAINTIFF DR. COFIELD BEHALF HAS FILED A CHAPTER 7 PETITION AND INCLUDED THIS CASE THEREIN <u>AS THE TRUSTEE IS THE REAL PARTY IN THIS ACTION</u>

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and

do hereby file [**PLAINTIFF(S)-AMENDED <u>NOTICE TO STAY</u> TO THE COURT AND DEFENDANTS TO STAY ALL THE PROCEEDINGS IN THIS CASE AND ALLOW THE U.S. BANKRUPTCY TRUSTEE TO INTERVENE ON PLAINTIFF DR. COFIELD BEHALF HAS FILED A CHAPTER 7 PETITION AND INCLUDED THIS CASE THEREIN AS THE TRUSTEE IS THE REAL PARTY IN THIS ACTION** and says the following:

1). The Plaintiff(s) states the Trial Court and Defendants SHALL inform and/or advise the U.S.

Bankruptcy Trustee Ms. Patricia B. Jefferson, that Plaintiff Dr. Cofield had filed a Chapter 7

Voluntary Petition for Bankruptcy, Case No. 22-15317, on September 28, 2022, but this instant

case is a part of that action, **EFFECTIVE IMMEDIATELY**. (See Attachments-Exhibits 1)

2). "When a debtor files a Chapter 7 bankruptcy petition,, all of the debtor's assets become the property of the bankruptcy estate...." **Schwab v Reilly**, 560 U.S. 770, 774 (2010). **Claims of personal injury "become property of the bankruptcy estate." A bankruptcy trustee has the capacity to sue or be sued..** See 11 U.S.C.A. Sec. 323(b). A trustee has three options with respect to pending actions by the debtor. **Detrick v Panalpina**, 108 F.#d. 529, 535 (4th Cir. 1997)

3). As of September 28, 2022, this instant lawsuit became the property of the bankruptcy estate. Ms. Patricia B. Jefferson is the trustee in Plaintiff's Cofield's bankruptcy proceeding. (See also Maryland Rule 2-201. As a result of Plaintiff's bankruptcy Ms. Jefferson is the real party in interest as trustee. **Ms. Jefferson "simply steps into the shoes of the plaintiff who commenced the actions**." **Adams,** 328 Md. At 481. The Trustee has the authority to decide how this matter is to proceed. See **Detrick,** 108 F.3d. 529, 535 (4th Cir. 1997). The Plaintiffs rights to due process and equal protection clause were violated by the Court and Defendants Counsel who all knew Plaintiff Cofield had filed a Chapter 7 Petition for bankruptcy. **" A circuit court must provide reasonable opportunity to allow the real party in interest to join the action as a co-plaintiff or take the place of the plaintiff who commenced the action BEFORE the court may terminate the action..." Morton,** 449 Md. At 240.

4). **THIS MATTER MUST BE STAYED IN PART TO ALLOW THE BANKRUPTCY TRUSTEE TO INTERVENE.**

**WHEREFORE, FOR GOOD CAUSE SHOWN**, the Plaintiff(s) pray that this Honorable Court **GRANT** the Plaintiff(s) Motion with Notice to the Court Clerk to give Official Notice to the U.S. Bankruptcy Trustee Ms. Patricia Jefferson of this action and allow her to contact all parties

moving forward. The Plaintiff(s) request that this Honorable Court GRANT to the Plaintiff(s) any

and all relief as necessary.

Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
EMAIL: Supremegrandbishop@gmail.com
Dated this the 13th day of April, 2023

Dr. Keenan Cofield

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the Circuit Court for Baltimore CITY, MD in Baltimore, MD, *__Hon. Patricia B. Jefferson, U.S. Bankruptcy Trustee__*, and any and ALL other Defendants or Defendants Counsel on this the 13TH day of April, 2023, and/or placed in the United States mail postage prepaid, to all Defendants so served, and served by this Court via the CM/ECF electronic service system of this Court.

**Patricia B. Jefferson, esq.**
Miles & Stockbridge, P.C.
100 Light Street, 10th Floor
Baltimore, MD 21202

Dr. Keenan Cofield

*MWM - We have two of these
Only one stamped by clerk.*

# IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD

DR. KEENAN K. COFIELD,

LAVERNE THOMPSON & KAYLA NEDD,

        Plaintiff(s)

                                     CASE NUMBER:  **24-C-22-002016**

**vs**

PASSPORT MOTORS HOLDINGS, INC.et. al.

        DEFENDANTS

### PLAINTIFF(S)- **NOTICE TO STAY** TO THE COURT AND DEFENDANTS TO STAY ALL THE PROCEEDINGS IN THIS CASE AND ALLOW THE U.S. BANKRUPTCY TRUSTEE TO INTERVENE ON PLAINTIFF DR. COFIELD BEHALF HAS FILED A CHAPTER 7 PETITION AND INCLUDED THIS CASE THEREIN <u>AS THE TRUSTEE IS THE REAL PARTY IN THIS ACTION</u>

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and

do hereby file [PLAINTIFF(S)- **NOTICE TO STAY** TO THE COURT AND DEFENDANTS TO STAY ALL THE PROCEEDINGS IN THIS CASE AND ALLOW THE U.S. BANKRUPTCY TRUSTEE TO INTERVENE ON PLAINTIFF DR. COFIELD BEHALF HAS FILED A CHAPTER 7 PETITION AND INCLUDED THIS CASE THEREIN AS THE TRUSTEE IS THE REAL PARTY IN THIS ACTION** and says the following:

1). The Plaintiff(s) states the Trial Court and Defendants SHALL inform and/or advise the U.S.

Bankruptcy Trustee Ms. Patricia B. Jefferson, that Plaintiff Dr. Cofield had filed a Chapter 7

Voluntary Petition for Bankruptcy, Case No. 22-15317, on September 28, 2022, but this instant

case is a part of that action, **EFFECTIVE IMMEDIATELY**. (See Attachments-Exhibits 1)

2). "When a debtor files a Chapter 7 bankruptcy petition,, all of the debtor's assets become the property of the bankruptcy estate...." **Schwab v Reilly**, 560 U.S. 770, 774 (2010). **Claims of personal injury "become property of the bankruptcy estate." A bankruptcy trustee has the capacity to sue or be sued..** See 11 U.S.C.A. Sec. 323(b). A trustee has three options with respect to pending actions by the debtor. **Detrick v Panalpina**, 108 F.#d. 529, 535 (4th Cir. 1997)

3). As of September 28, 2022, this instant lawsuit became the property of the bankruptcy estate. Ms. Patricia B. Jefferson is the trustee in Plaintiff's Cofield's bankruptcy proceeding. (See also Maryland Rule 2-201. As a result of Plaintiff's bankruptcy Ms. Jefferson is the real party in interest as trustee. **Ms. Jefferson "simply steps into the shoes of the plaintiff who commenced the actions**." *Adams,* 328 Md. At 481. The Trustee has the authority to decide how this matter is to proceed. See **Detrick,** 108 F.3d. 529, 535 (4th Cir. 1997).  The Plaintiffs rights to due process and equal protection clause were violated by the Court and Defendants Counsel who all knew Plaintiff Cofield had filed a Chapter 7 Petition for bankruptcy. **" A circuit court must provide reasonable opportunity to allow the real party in interest to join the action as a co-plaintiff or take the place of the plaintiff who commenced the action BEFORE the court may terminate the action..." Morton,** 449 Md. At 240.

4). **THIS MATTER MUST BE STAYED IN PART TO ALLOW THE BANKRUPTCY TRUSTEE TO INTERVENE.  (SEE ATTACHED FILING WITH U.S. BANKRUPTCY COURT BY TRUSTEE HON. MS. JEFFERSON)**

**WHEREFORE, FOR GOOD CAUSE SHOWN,** the Plaintiff(s) pray that this Honorable Court **GRANT** the Plaintiff(s) Motion with Notice to the Court Clerk to give Official Notice to the U.S.

Bankruptcy Trustee Ms. Patricia Jefferson of this action and allow her to contact all parties

moving forward. The Plaintiff(s) request that this Honorable Court GRANT to the Plaintiff(s) any

and all relief as necessary.

Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
EMAIL: Supremegrandbishop@gmail.com
Dated this the 3rd day of May, 2023

Dr. Keenan Cofield

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the Circuit Court for Baltimore CITY, MD in Baltimore, MD, **_Hon. Patricia B. Jefferson, U.S. Bankruptcy Trustee_**, and any and ALL other Defendants or Defendants Counsel on this the 3rd day of May, 2023, and/or placed in the United States mail postage prepaid, to all Defendants so served, and served by this Court via the CM/ECF electronic service system of this Court.

**Patricia B. Jefferson, esq.**
Miles & Stockbridge, P.C.
100 Light Street, 10th Floor
Baltimore, MD 21202

**Dr. Keenan Cofield**

CIRCUIT COURT FOR BALTIMORE CITY

**Civil Division**

**Motion Cover**

Dear File Clerk,

Keep this cover
inside the file
(stuple it to the
cover) Thanks,
Abby

Date: _____5/8/23_____

Judge: _____Nugent_____

Entries: _____8 - 9_____

Case #: 24-C- 22 - 2016

Comments:

CASE IS STAYED. NO RULING
NECESSARY.
J. NUGENT

PTC          Motion

By: _____ABIGALE SONG_____

Trial Date

This is an ADMINISTRATIVE RECORD, not a case record. It is prepared by the court and/or
clerk and used by the court and/or clerk for purposes of judicial administration and is not filed,
nor required to be filed with the clerk of court.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

## IN THE CIRCUIT COURT FOR
## BALTIMORE CITY, MARYLAND

**IN RE: COFIELD, et. al.**

**DR. KEENAN COFIELD, et. al.**

      **Plaintiff(s)**

                                  **Civil Action No. 24-C-22-002016**

vs.

**PASSPORT MOTORS HOLDING, INC. et. al.**

      **Defendant(s)**

## NOTICE OF FILING OF CASE IN BANKRUPTCY COURT

You are hereby notified of the filing of a case in the **BALTIMORE** Division of the United States

Bankruptcy Court for the District of Maryland for the following debtor: **DR. KEENAN COFIELD**,

et. al. The **Bankruptcy Case No.** is **22-15317-DER**. It is a case under **Chapter 7** filed on

**September 28, 2022**. The case is now pending.  The U.S. Bankruptcy Petition was AMENDED to

include this case within that Petition and filing.

Dr. Keenan K. Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
EMAIL:Supremegrandbishop@gmail.com
443-554-3715

## CERTIFICATE OF SERVICE

I hereby certify that on the **3rd** day of **April**, 2023, I SERVED by hand-mail and/or email or I

reviewed the Court's CM/ECF system and it reports that an electronic copy of the ATTACHED

NOTICE will be served electronically by the Court's CM/ECF system on the following: **Hon.**

**Patricia Jefferson, esq.-**Name of Trustee, Chapter 7 Miles & Stockbridge PC 100 Light Street,

10th Floor Baltimore, MD 21202, I further certify that on or about the **3rd** day of April, 2023, a

copy of the above **NOTICE** was also mailed first class, postage prepaid and/or SERVED WITH A

COPY OF THE COMPLAINT, SUMMONS AND OTHER MOTIONS OR DOCUMENTS to:

**ALL DEFENDANTS AND/OR COUNSELS OF RECORD**


Dr. Keenan Cofield

## WHEN A DEBTOR & PLAINTIFF FILES A CHAPTER 7 BANKRUPTCY PETITION

1). When a debtor files a Chapter 7 bankruptcy petition, all of the debtor's assets become the property of the bankruptcy estate..."*Schwab v Reilly*, 560 U.S. 770, 774 (2010). Claims of personal injury "become property of the bankruptcy estate." A bankruptcy trustee has the capacity to sue or be sued... (See 11 U.S.C. Sec. 323(b). A trustee has three options with respect to pending actions by the Debtor. *Detrick v Panalpina,* 108 F.Ed. 529, 535 (4th Cir. 1997). The Bankruptcy Trustee is the REAL PARTY in interest as Trustee. The Trustee by law has the authority to decide how this matter even in the Sate Courts shall proceed.  The Creditor does not have any such right. This Petition was just filed and it shall be some time before the Bankruptcy Trustee and Debtor have the meeting where all this shall be discussed, relating to this case. Any Notice or Motions to STAY at this juncture are premature or moot.

2). The Debtor filed on April 3, 2023, with the Circuit Court & Clerk for Baltimore CITY, MD and U.S. Trustee, Notice was filed and given to that Court of this pending action and the requirement that a STAY be entered on each case until the conclusion of the Bankruptcy action. (See Attachment/State Court filing, etc.

3). In Adams, 328 Md at 481; and Morton, 449 Md. At 240, "A circuit court must provide reasonable opportunity to allow the real party in interest to join the action as a co-plaintiff or take the place of the Plaintiff who commenced the action BEFORE the court may terminate the action.....

Dr. Keenan Cofield

United States Bankruptcy Court
District of Maryland

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the
debtor(s) listed below was filed under
Chapter 7 of the United States Bankruptcy
Code, entered on 09/29/2022 at 4:02 PM
and filed on 09/28/2022.



**Dr. Keenan Kester Cofield**
4109 Cuttty Sark Rd.
Middle River, MD 21220
SSN / ITIN: xxx-xx-5407
Tax ID / EIN: 83-2307196
*aka* **Laverne Thompson**
*aka* **Chere' K. Nedd**
*fdba* **Henrietta Lacks, LLC**
*fdba* **World Cares and Food Bank**

The bankruptcy trustee is:

**Patricia B. Jefferson**
Miles & Stockbridge P.C.
100 Light Street
10th Floor
Baltimore, MD 21202
410-385-3405

The case was assigned case number 22-15317 to Judge David E Rice.

In most instances, the filing of the bankruptcy case automatically stays certain
collection and other actions against the debtor and the debtor's property. Under
certain circumstances, the stay may be limited to 30 days or not exist at all,
although the debtor can request the court to extend or impose a stay. If you
attempt to collect a debt or take other action in violation of the Bankruptcy Code,
you may be penalized. Consult a lawyer to determine your rights in this case.

You may be a creditor of the debtor. If so, you will receive an additional notice
from the court setting forth important deadlines.

of 2

ark A. Neal
Clerk, U.S.
Bankruptcy Court

of 2

| Information to identify the case | | |
|---|---|---|
| Debtor 1 | Dr. Keenan Kester Cofield | Social Security number or ITIN  421–74–5407 |
| | First Name   Middle Name   Last Name | EIN  83–2307196 |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Maryland** | | Date case filed for chapter  7   9/28/22 |
| Case number:  22–15317 DER      Chapter:  7 | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov)..

The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov and click on Filing Without An Attorney for additional resources and information.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Dr. Keenan Kester Cofield | |
| 2. | All other names used in the last 8 years | aka Laverne Thompson, aka Chere' K. Nedd, fdba Henrietta Lacks, LLC, fdba World Cares and Food Bank | |
| 3. | Address | 4109 Cuttty Sark Rd. Middle River, MD 21220 | |
| 4. | Debtor's attorney Name and address | PRO SE | |
| 5. | Bankruptcy trustee Name and address | Patricia B. Jefferson Miles & Stockbridge P.C. 100 Light Street 10th Floor Baltimore, MD 21202 | Contact phone 410–385–3405 Email: bktrustee@milesstockbridge.com |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline                    page 1

Debtor  Dr. Keenan Kester Cofield                                                    Case number 22–15317

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal | Hours open:<br>8:45 – 4:00 PM<br><br>Contact phone (410) 962–2688<br><br>Date: 9/29/22 |

| | | |
|---|---|---|
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 27, 2022 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>See https://go.usa.gov/xeHZq or contact the case trustee listed in box 5 of this notice. |

| | |
|---|---|
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |

| | | |
|---|---|---|
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/27/22** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | |
|---|---|
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |

| | |
|---|---|
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | |
|---|---|
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

| | |
|---|---|
| **13.** **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court — additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov. |

Official Form 309A (For Individuals or Joint Debtors) Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline                    page 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **KEENAN KESTER COFIELD,** | * | **Case No. 22-15317-DER** |
| | | **(Chapter 7)** |
| Debtor. | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### TRUSTEE'S APPLICATION TO EMPLOY COUNSEL

Patricia B. Jefferson, Chapter 7 trustee (the "Trustee") on behalf of the Chapter 7 bankruptcy estate of Keenan Kester Cofield (the "Debtor" or "Estate"), hereby applies to the Court for approval to employ counsel in this matter effective as of the date that work commenced and, in support thereof, states as follows:

1.     On September 28, 2022, the Debtor voluntarily filed for relief under Chapter 7 of the Bankruptcy Code, and Patricia B. Jefferson was appointed as the Chapter 7 trustee.

2.     Employment of counsel is necessary for the efficient administration of this case and to obtain maximum net recovery of assets for distribution to creditors.

3.     The Trustee is a principal of Miles & Stockbridge P.C. ("M&S") and requests authority to employ herself and M&S as counsel to perform such legal services as may be necessary or desirable in the administration of this case including, but not limited to:

> (a)     Investigate and liquidate the Debtors' interest in all property of the Estate;
>
> (b)     Negotiate settlements;
>
> (c)     Investigate and prosecute claims and causes of action;
>
> (d)     Assist the Trustee with examining proofs of claim and objecting to the allowance of any claim where purpose would be served in doing so;

114693\000042\4886-7985-0334.v1

      (e)    Prepare any necessary applications, answers, orders, reports and other legal papers, and appearing on the Trustee's behalf in proceedings instituted by or against the Trustee or the Estate; and

      (f)    Perform other legal services for the Trustee which may be necessary and beneficial to the Estate.

4.    The Trustee has chosen herself and M&S because of their expertise in bankruptcy matters. It is necessary for the Trustee to employ counsel to assist her in administering the assets of the Estate.

5.    The Trustee has utilized the services of M&S at the normal hourly rate charged for this type of work. M&S adjusts the hourly rates for its attorneys from time to time, usually at the beginning of each calendar year. The compensation of counsel will be subject to further application and approval of this Court. Other professionals and paraprofessionals of M&S may be called upon to provide services to the Trustee. M&S's hourly rates range as follows:

| Rate Ranges - 2023 | |
| --- | --- |
| Principals | $450 - $1,200 |
| Associate | $325 - $695 |
| Staff Attorney/Of Counsel | $345 - $1,095 |
| Paralegal | $195 - $425 |
| Law Clerks | $185 - $245 |

6.    Expenses incurred by M&S on behalf of the Trustee, such as the cost of copying, filing fees, messenger services, etc., which M&S would typically pass on to its clients, are in addition to its fees and will be charged to the Trustee, as to in-house expenses, in accordance with the attached expense schedule, and as to outside costs, at cost.

2

7.    To the best of the Trustee's knowledge, information and belief, except as otherwise disclosed in the accompanying verified statement, M&S does not have any connection with the Debtors, any creditor or any other party in interest herein, or their respective attorneys or accountants, or the United States Trustee's Office, or any employee of the United States Trustee.

8.    To the best of the Trustee's knowledge, information and belief, M&S does not represent any interest adverse to the Estate in the matters upon which it is to be employed. A verified statement executed on behalf of M&S in accordance with the provisions of 11 U.S.C. §§ 327 and 328, and Fed. R. Bankr. P. 2014 and 2016, is filed contemporaneously herewith.

9.    It would be in the best interests of the Estate, as well as the creditors and parties in interest, to authorize the employment of M&S.

10.   At the Trustee's direction, M&S began providing services in connection with the administration of the Estate; consequently, the Trustee is requesting that the retention of M&S be effective as of the date that work commenced.

WHEREFORE, Patricia B. Jefferson, Chapter 7 Trustee herein, requests that she be authorized to employ and retain the law firm of Miles & Stockbridge P.C. to represent her for the purposes set forth herein effective as of the date that work commenced.

DATE: April 27, 2023                          Respectfully submitted,

                                              */s/ Emily K. Devan*
                                              Emily K. Devan (Fed. Bar No. 18595)
                                              Patricia B. Jefferson (Fed. Bar No. 27668)
                                              Addison J. Chappell ( Fed. Bar No. 21852
                                              Miles & Stockbridge P.C.
                                              100 Light Street, 10th Floor
                                              Baltimore, Maryland 21202
                                              Phone: (410) 385-3413
                                              Email: *edevan@milesstockbridge.com*
                                              Email: *bktrustee@milesstockbridge.com*
                                              Email: *achappell@milesstockbridge.com*

                                              *Proposed Counsel to the Chapter 7 Trustee*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 27, 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Trustee's Application to Employ Counsel, with Declaration and proposed Order, will be served electronically by the Court's CM/ECF system upon the following:

- **Patricia B. Jefferson**  bktrustee@milesstockbridge.com, MD68@ecfcbis.com
- **Susan Christine Scanlon**  Susan.Scanlon@Maryland.gov, Sheron.gresham@maryland.gov

and via USPS mail, postage pre-paid, upon the following:

Keenan Kester Cofield
4109 Cutty Sark Road
Middle River, MD 21220

Resurgent Capital Services
P.O. Box 10587
Greensville, SC 29603-0587

Tea Olive, LLC
P.O. Box 1931
Burlingame, CA 84011

Quantum3 Group LLC, as agent
For Credit Corp Solutions Inc.
P.O. Box 788
Kirkland, WA 98083-0788

State of Maryland Central Collection Unit
300 West Preston Street
Baltimore, MD 21201

Office of the U.S. Trustee
101 W. Lombard St., #2625
Baltimore, MD 21201

*/s/ Emily K. Devan*
Emily K. Devan

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

In re:                                    *

**KEENAN KESTER COFIELD,**                *       **Case No. 22-15317-DER**
                                                  **(Chapter 7)**

          **Debtor.**                     *

*       *       *       *       *       *       *       *       *       *       *       *       *

## ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY COUNSEL

UPON CONSIDERATION of the application of Patricia B. Jefferson, Chapter 7 trustee,

(the "Trustee") to employ counsel in this matter (the "Application"), and upon the Verified

Statement of Patricia B. Jefferson, a principal of the law firm of Miles & Stockbridge P.C.

("M&S"), and it appearing that M&S represents no interest adverse to the Debtor or the estate in

the matters upon which the firm will be engaged, and that M&S's employment is necessary and

in the best interest of the estate, and good cause appearing therefor, it is, by the United States

Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Trustee is hereby authorized to employ M&S as counsel to the

Trustee, and to represent the Trustee on the terms set forth in the Application effective as of the

date that work commenced; and it is further

ORDERED, that any and all compensation and reimbursement of expenses from the

estate shall be subject to approval of this Court upon proper application.

cc:  • **Patricia B. Jefferson**   bktrustee@milesstockbridge.com, MD68@ecfcbis.com
     • **Susan Christine Scanlon**   Susan.Scanlon@Maryland.gov,
       Sheron.gresham@maryland.gov

## **END OF ORDER**

114693\000042\4886-3076-8478.v1