**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **KEENAN COFIELD,** *et al.* | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.:  1:23-cv-01795-JKB |
| **PASSPORT MOTORS HOLDINGS INC.,** *et al.* | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

Upon consideration of the Motion for Stay and Extension of Time respectfully submitted by Defendant X Corp., as successor in interest to named defendant Twitter, Inc. ("Twitter"), it is this _____ day of _____, 2023 hereby

**ORDERED**, that the Motion is hereby **GRANTED**; and it is further

**ORDERED**, that the instant matter is **STAYED** until the later of: (a) a ruling on the pending Notice of Abandonment in the Bankruptcy Court Action, or (b) an order from this Court lifting the stay imposed in the Stay Order; and it is further

**ORDERED** Twitter's deadline to respond to Plaintiffs' Amended Complaint is **EXTENDED** until fourteen (14) days after the later of: (a) a ruling on the pending Notice of Abandonment in the Bankruptcy Court Action, or (b) an order from this Court lifting the stay imposed in the Stay Order; and it is further

**ORDERED,** Twitter's deadline to respond to Plaintiffs' motions for summary judgment is **EXTENDED** until such a time that the Court issues a formal briefing schedule.

_____

The Honorable James K. Bredar
District Judge for the U.S. District Court of Maryland