IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KEENAN COFIELD,** *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 1:23-cv-01795-JKB |
| **PASSPORT MOTORS HOLDINGS INC.,** *et al.* | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT'S RESPONSE**
**TO STANDING ORDER CONCERNING REMOVAL**

Defendant X Corp., as successor in interest to named defendant Twitter, Inc. ("Twitter"), through its undersigned counsel, hereby responds to this Court's Standing Order Concerning Removal as follows:

1. The date(s) on which each defendant was served with a copy of the summons and Complaint.

Response: Twitter was served with a copy of the summons and Amended Complaint on June 2, 2023.

On information and belief, Defendant United States Postal Service was served with a copy of the summons and Amended Complaint on June 2, 2023.

On information and belief, Defendants Equifax Information Services LLC and Equifax Inc. were served with a copy of the summons and Amended Complaint on June 2, 2023.

Twitter has no knowledge as to what, if any, other defendants in this matter have been served with a summons and Amended Complaint.

2.　　In actions predicated on diversity of jurisdiction, an indication of whether any defendants who have been served are citizens of Maryland, and, for any entity that is not a corporation, the citizenship of all members.

<u>Response</u>: Twitter principally based its removal on federal question jurisdiction and, as to any state-law claims, supplemental jurisdiction. To the extent that this Court also has diversity jurisdiction, on Twitter's information and belief, all Defendants who have been served are not citizens of Maryland.

3.　　If removal takes place more than thirty (30) days after any defendant was first served with a copy of the summons and complaint, the reasons why removal has taken place at this time and the date on which the defendant(s) was served with a paper identifying the basis for such removal.

<u>Response</u>: Not applicable. Twitter timely removed this action to this Court on July 5, 2023, within thirty (30) days of service of the Amended Complaint.[1]

4.　　In actions removed to this court predicated on diversity jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not be summarily remanded to state court.

<u>Response</u>: Twitter principally based its removal on federal question jurisdiction and, as to any state-law claims, supplemental jurisdiction.

---

[1] Thirty calendar days after June 2, 2023 is July 2, 2023, which fell on a Sunday. By order of this Court dated June 14, 2023, July 3, 2023 was treated as a "legal holiday" for purposes of Federal Rule of Civil Procedure 6. *See* https://www.mdd.uscourts.gov/news/court-closed-monday-july-3-2023-2023-06-14t000000#:~:text=The%20U.S.%20District%20Court%20for,holiday%E2%80%9D%20for%20purposes%20of%20Fed. July 4, 2023 was Independence Day. X Corp. timely removed on July 5, 2023.

To the extent that the Court also has diversity jurisdiction over this action, X Corp. responds as follows. On or about April 25, 2022, Plaintiffs commenced *Keenan Cofield, et al. v. Passport Motors Holdings Inc., et al.*, Case No. 24-C-22-002016 in the Circuit Court for Baltimore City. Defendant was not a party to the original complaint. On May 8, 2023, Plaintiffs filed an Amended Complaint adding Twitter, Inc. as a defendant. On June 2, 2023, Plaintiffs served the Amended Complaint and Summons issued to Twitter, Inc. Therefore, Twitter was not a party to the state court action until June 2, 2023, and it could not have filed for removal prior to that date.

5.	Identification of any defendant who was served in the state court action prior to the time of removal who did not formally join in the notice of removal and the reasons why such defendant did not joint.

<u>Response</u>: On information and belief, Defendants United States Postal Service, Equifax Information Services LLC, and Equifax Inc. were also served in the state court action on June 2, 2023. At the time Twitter filed its notice of removal, none of these other Defendants had entered an appearance and, as Twitter has no connections to the allegations against the other Defendants, it had no way of discerning whether such Defendants would have consented to the removal. Twitter contacted the attorneys for each of those entities after each entered an appearance in this case, and each entity's attorney stated that their clients consented to removal.

Dated: July 19, 2023

/s/ *Christopher C. Dahl*

Christopher C. Dahl (Bar No. 29649)
Sabrina N. Marquez (Bar No. 30516)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
100 Light Street
19th Floor
Baltimore, MD 21202
P:  410.862.1134
F:  410.547.0699
E: cdahl@bakerdonelson.com
E: smarquez@bakerdonelson.com


*/s/ Kenneth M. Trujillo-Jamison*
Kenneth M. Trujillo-Jamison
WILLENKEN LLP
707 Wilshire Boulevard
Suite 3850
Los Angeles, CA 90017
P: 213.955.8031
F: 213.955.9250
E: ktrujillo-jamison@willenken.com

*Counsel for Defendant X Corp., as successor in interest to named defendant Twitter, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of July, 2023, a copy of the foregoing Response to Standing Order Concerning Removal was served via ECF on all attorneys of record. Additional copies were sent via regular U.S. mail, postage prepaid to:

Emily Devan
Counsel for U.S. Bankruptcy Trustee Patricia B. Jefferson
Miles & Stockbridge
100 Light Street
10th Floor
Baltimore, MD 21202

Keenan Cofield
1236 Kendrick Road
Baltimore, MD 21237

Laverne Thompson
1236 Kendrick Road
Baltimore, MD 21237

Luluk Novi Fatwamati
PO Box 133121
Baltimore, MD 21218

Kevin L. Cofield, Sr.
1236 Kendrick Road
Baltimore, MD 21237

Orlan D. Cofield
1236 Kendrick Road
Baltimore, MD 21237

Arviette L. Cofield
1236 Kendrick Road
Baltimore, MD 21237

Kayla Nedd
1236 Kendrick Road
Baltimore, MD 21237

United States Attorney's Office
U.S. Attorney General
36 South Charles Street
Baltimore, MD 21201

Passport Motors Holding, Inc.
2405 York Road
Suite 201
Lutherville-Timonium, MD 21093

Passport Motors
5000 Auth Way
Suitland, MD 20746

Athens Program Insurance Services
2552 Stanwell Dr.
Concord, CA 94520

Athens Program Insurance Services
P.O. Box 4111
Concord, CA 94524

Allied World Specialty Insurance Company
9 Farms Spring Road
Farmington, CT 06032

Allied World Specialty Insurance Company
c/o Maryland Insurance Administration
200 St. Paul Place
Baltimore, MD 21202

Texas Roadhouse
6040 Dutchmans Lane
Louisville, KY 40250

Texas Roadhouse
7 St. Paul Street
Baltimore, MD 21202

Texas Roadhouse, Inc.
8207 Town Center Drive
Baltimore, MD 21236

Ally Financial, Inc.
2405 York Road
Lutherville-Timonium, MD 21093

Ally Financial Inc. and Ally Financial LLC
500 Woodward Avenue
Detroit, MI 48226

/s/ *Christopher C. Dahl*

Christopher C. Dahl (Bar No. 29649)