IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KEENAN COFIELD**, *et al.*, | * | |
| **Plaintiffs**, | * | |
| v. | * | **CIVIL NO. JKB-23-1795** |
| **PASSPORT MOTORS HOLDINGS, INC.,** *et al.*, | * | |
| **Defendants**. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Defendant X Corp., as successor in interest to Twitter, Inc. ("Twitter"), removed this matter from the Circuit Court for Baltimore City ("Circuit Court") on July 5, 2023. (ECF No. 1.) X Corp. now requests that this Court stay this matter and extend the deadline for filing a responsive pleading and/or dispositive motion. (ECF No. 23.)

However, the Circuit Court "issued an Order staying the State Court Action in its entirety and deferring the proceedings to the United States Bankruptcy Court" on May 1, 2023, prior to the removal to federal court. (ECF No. 23; *see* ECF No. 1-5.) Despite the various points of confusion raised by X Corp. concerning the posture of this case, the simple fact is that this action was stayed by a court of competent jurisdiction at the time X Corp. removed the matter. X Corp. now seeks action from a Court to which it has not been granted access and does so without citation to any legal authority demonstrating the propriety of such a request. Indeed, Federal Rule of Bankruptcy Procedure 9027(a)(2) states, in pertinent part:

> (2) *Time for Filing; Civil Action Initiated Before Commencement of the Case Under the Code.* If the claim or cause of action in a civil action is pending when a case under the Code is commenced, a notice of removal may be filed only within the longest of (A) 90 days *after the order for relief in the case under the Code* [or] (B)

30 days *after entry of an order terminating a stay*, if the claim or cause of action in a civil action has been stayed under §362 of the Code.

(emphasis added).

Accordingly, Defendant X Corp., as successor in interest to Twitter, is DIRECTED TO SHOW CAUSE on or before July 30, 2023 as to:

1. Why this motion should not be denied as void *ab initio*; and

2. If any action need be taken, why it should not be addressed by the Circuit Court that issued the order staying this action.

DATED this 20 day of July, 2023.

BY THE COURT:

James K. Bredar
Chief Judge