**CLERK, UNITED STATES DISTRICT COURT**
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JUL 21 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Luluk Novi Fatwamati
3622 Greenmount Ave.
Baltimore, MD 21218

NEOPOST         FIRST-CLASS MAIL
07/10/2023
US POSTAGE  $000.50



ZIP 21201
041M11464066

Inspected By:
JUL 22 2023
Court Security Officer

NIXIE    212    DE 1    0007/19/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 21201260599    *0627-03661-11-02