# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

DR. KEENAN K. COFIELD,
LAVERNE THOMPSON & KAYLA NEDD,
et. al.

    Plaintiff(s)

CASE NUMBER: 1:23-cv-01795

VS

PASSPORT MOTORS HOLDINGS, INC. et. al.

    DEFENDANTS

**LINE ITEM**-PLAINTIFFS <u>MOTION</u> TO VOLUNTARILY DISMISS DEFENDANT TWITTER, INC. AND SUCCESSOR X CORP. WITHOUT PREJUDICE

COMES now the Plaintiff(s) Dr. Keenan Cofield, in the above styled

<u>**PLAINTIFF(S) Motion to Dismiss the Defendants Twitter, Inc. and its successor X Corp. from this cause of action, effective immediately**</u>

1). Under separate cover, the Plaintiff(s) have moved to DISMISS Twitter, Inc. and/or its successor X Corp. from this cause of action, effective immediately.

<u>**WHEREFORE, GOOD CAUSE SHOWN**</u>, the Court should <u>GRANT</u> the Plaintiff(s) Motion to VOLUNTARLY DISMISS Defendant Twitter, Inc./X Corp. effective immediately. That the Court should Rule and Deny the Defendants Twitter/X Corp. Motion and filings as moot, and REMAND this case back to the Circuit Court for Baltimore CITY. <u>The Plaintiff(s) seek any and all other relief this Court deem to award.</u>

_____
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
Email:Supremegrandbishop@gmail.com

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the USDC Court Clerk for Baltimore, MD, and, and other Defendants on this the 16th day of July, 2023 and/or placed in the United States mail postage prepaid, to all Defendants so served, or by email and/or electronic mail this date.

_____
Dr. Keenan Cofield

Email: Supremegrandbishop@gmail.com

_____
Kayla Nedd

_____
LaVerne Thompson

_____
Luluk N. Fatwamati

_____
Dr. Keenan Cofield

_____

_____

_____