# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

SBC-MD B FILED DB
24 JUL '23 PM 6:48

To schedule free Package Pickup, scan the QR code.

Night Drop Box



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

---

FOR DOMESTIC AND INTERNATIONAL USE
PLACE MAILING LABEL HERE



ENTERED
SCS RECEIVED
JUL 24 2023
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Night drop Box

- Guaranteed delivery date.*
- Guaranteed delivery time.†
- USPS Tracking™ included.
- Insurance included.
- Pick up available.
- Signature included upon request.

\* Money back guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at *pe.usps.com* for complete details.

† Money Back Guarantee for U.S. destinations only.

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

*This is my "Second" Set for These Papers*





UNITED STATES POSTAL SERVICE





# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006    EP13F May 2020

**GUARANTEED* ■ TRACKED ■ INSURE**