# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

FOR DOMESTIC AND INTERNATIONAL USE
PLACE MAILING LABEL HERE

- Guaranteed delivery date.*
- Guaranteed delivery time.†
- USPS Tracking™ included.
- Insurance included.
- Pick up available.
- Signature included upon request.

\* Money back guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at *pe.usps.com* for complete details.

† Money Back Guarantee for U.S. destinations only.

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

*Handwritten note:* "This is my "Second" Set for These Papers"

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2



*Stamps:* ENTERED / RECEIVED SLS / JUL 24 2023 / U.S. DISTRICT COURT / DISTRICT OF MARYLAND / DEPUTY / Nightdrop Box

GBC-MD B FILED DB
24 JUL '23 PM 6:48
Night Drop Box





UNITED STATES POSTAL SERVICE



# PRIORITY MAIL EXPRESS®



# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006   EP13F May 2020

**GUARANTEED\* ▪ TRACKED ▪ INSURE**