# EXHIBIT

# A

1/0

RECEIVED

APR 2 5 2022

**This form contains Restricted Information.**

CIRCUIT COURT
FOR BALTIMORE CITY

☒ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** Baltimore City
City/County ▼

Located at _111 NORTH CALVERT ST. BALTIMORE_   Case No. _24-C-22-002016_
Court Address

IN THE MATTER OF: _DR. KEENAN COFIELD, et. al._   vs.   _PASSPORT MOTORS, et. al._
Petitioner/Plaintiff                                                Respondent/Defendant

## REQUEST FOR WAIVER OF PREPAID COSTS
### (Md. Rule 1-325)

**MDEC counties only: Unless you are filing into a restricted case type (Adoption, Emergency Evaluation, Extreme Risk Protective Order (ERPO), Guardianship, Juvenile), you must file a Notice Regarding Restricted Information Pursuant to Rule 20-201.1 (form MDJ-008) with this submission.**

I, _KEENAN COFIELD_____, wish to file a complaint, petition, or other documents
        Name of party
which I have completed and attached. I am unable to prepay the prepaid costs in this matter because of poverty.

Affidavit of Income
I respectfully submit that:

1. There are _____2_____ family members living in my household, including myself.
        Number
   *(Do not include renters or temporary guests).*

2. The total gross household income (before taxes) is $ ___0_____
   *(total income earned by all persons in the household)* per ☐ WEEK / ☐ MONTH / ☐ YEAR.

3. The gross household income (before taxes) is from the following sources
   *(list amounts before taxes)* per ☐ WEEK / ☒ MONTH / ☐ YEAR:

   ☐ Wages.................................................................................. $ 0.00_____
   ☐ Commissions/Bonuses ..................................................... $ 0.00_____
   ☒ Social Security/SSI ........................................................ $ 786.00_____
   ☐ Retirement Income .......................................................... $ 0.00_____
   ☐ Unemployment Insurance ................................................ $ 0.00_____
   ☐ Temporary Cash Assistance ............................................ $ 0.00_____
   ☐ Alimony/Spousal Support................................................ $ 0.00_____
   ☐ Rent received from tenants .............................................. $ 0.00_____
   ☒ Any Other Income *(Do **not** include food stamps/SNAP)* ...... $ 0.00_____

4. I own the following property.
   *(Do **not** list your home, one vehicle, and/or personal items in your home)*:
       ☒ NONE
   ☐ Real estate other than principal home.......................... Value: $ _____
   ☐ Other vehicles including boats ..................................... Value: $ _____
   ☐ Bank accounts .............................................................. Balance: $ _____
   ☐ Stocks or other securities ............................................ Value: $ _____
   ☐ Other property (describe): _____ Value: $ _____

CC-DC-089 (Rev. 07/2021)           Page 1 of 3           RPWNC (New Case);
                                                                        RPWSF (Subsequent Filing)

5. I owe the following debts:

☐ NONE

☐ Credit Card: _____ Amount Owed: $ _____ Monthly Payment: $ _____

☐ Car Loan: _____ Amount Owed: $ _____ Monthly Payment: $ _____

☒ Other Debt: <u>RENT</u> Amount Owed: $ <u>550.00</u> Monthly Payment: $ <u>550.00</u>

6. Other information to demonstrate my inability to prepay the required costs:
<u>MVA-CAUSEDTOTALDISABILITY.</u>
_____
_____
_____

For these reasons, I request a waiver of the prepaid costs.

I understand that I may have to pay these costs at the end of the case, unless the court grants a final waiver of open costs, and that if I want a final waiver of open costs I must request the waiver at the conclusion of the action in accordance with Maryland Rule 1-325(f)(2)(A).

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

| | |
|---|---|
| _Party Signature_ | 443-554-3715 |
| | _Telephone / Fax_ |
| DR. KEENAN COFIELD | Supremegrandbishop@gmail.com |
| _Party Name_ | _E-mail_ |
| 1236 KENDRICK RD. | 04/22/2022 |
| _Address_ | _Date_ |
| ROSEDALE, MD 21237 | |
| _City, State, Zip_ | |

<u>Attorney Certification</u> (*To be completed by your lawyer, if you are represented*).

I, _____, certify that to the best of my knowledge, information,
   _Name of Attorney_
and belief, there is a good ground for this claim, application, or request for process, and it is not interposed for any improper purpose or delay.

On behalf of: _____
                              _Name of party_

| | |
|---|---|
| _Attorney Signature_ | _Attorney Number_ | _Telephone / Fax_ |
| _Attorney Name_ | _E-mail_ |
| _Address_ | _Date_ |
| _City, State, Zip_ | |

**CC-DC-089** (Rev. 07/2021)        Page 2 of 3        RPWNC (New Case);
                                                       RPWSF (Subsequent Filing)

☒ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** Baltimore City ▼
City/County

Located at 111 NORTH CALVERT ST. BALTIMORE   Case No. _____
Court Address

IN THE MATTER OF: DR. KEENAN COFIELD, et. al.   vs.   PASSPORT MOTORS, et. al.
Petitioner/Plaintiff          Respondent/Defendant

## ORDER REGARDING REQUEST FOR WAIVER OF PREPAID COSTS

Upon consideration of the Request for Waiver of Prepaid Costs submitted by

KEENAN COFIELD _____ , and any further documentation as required or authorized by
Name of party

Rule 1-325 or other applicable law,

THE COURT FINDS THAT:

The party named above:

☐ Meets the financial eligibility guidelines of the Maryland Legal Services Corporation.

☐ Does NOT meet the financial eligibility guidelines.

The party named above:

☐ Is unable by reason of poverty to pay the prepaid costs.

☐ Is NOT unable by reason of poverty to pay the prepaid costs.

The claim, appeal, application or request for process

☐ does not appear, on its face, to be frivolous.

☐ DOES appear, on its face, to be frivolous.

☐ Other findings: _____

_____

THE COURT ORDERS that the waiver is:

☐ GRANTED

☐ DENIED. You have 10 days from the date of this order to pay the costs. If the unwaived costs are

not paid in full within 10 days, the pleading or papers filed will be considered withdrawn.

_____     _____     _____
Date                Judge's Signature            ID Number

**CC-DC-089** (Rev. 07/2021)          Page 3 of 3          RPWNC (New Case);
RPWSF (Subsequent Filing)

# COMPLAINT

## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

DR. KEENAN COFIELD, JD/Ph.D/Psy.D/DD
and The Supreme **_GRAND_** Bishop-Cofield
4109 CUTTY SARK RD.
MIDDLE RIVER, MD 21220
EMAIL:psychdotor101@gmail.com
and Superemegrandbishop@gmail.com

RECEIVED

APR 2 5 2022

CIRCUIT COURT
FOR BALTIMORE CITY

LAVERNE THOMPSON-(84 year old Mother Victim)
1236 KENDRICK RD.
ROSEDALE, MD 21237

## MAILING ADDRESS:

DR. KEENAN COFIELD
1236 KENDRICK RD.
ROSEDALE, MARYLAND 21237
443-554-3715

PLAINTIFF(S)/CLAIMANTS

Vs                          CASE AND CLAIM  NUMBER: 24·C·22·002016

**RESIDENT AGENT:**
THE CORPORATION TRUST, INC.
**PASSPORT MOTORS HOLDINGS, INC.**
2405 YORK RD.
SUITE 201
LUTHERVILLE, MD 21093-2264

**PASSPORT MOTORS HOLDINGS, INC.**
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

**PASSPORT NISSAN OF MARLOW HEIGHTS**
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

**PASSPORT MOTORCARS, INC.**
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746, et. al.

1

**KOMI E. DOGBATSE, SALEPERSON**
**PASSPORT NISSAN OF MARLOW HEIGHTS**
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

MR. CHESTER, GENERAL MANAGER
**PASSPORT MOTORS HOLDINGS, INC.**
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

**JOHN & JANE DOE, STATE VEHICLE INSPECTIONS EMPLOYEES**
**PASSPORT MOTORS HOLDINGS, INC. & PASSPORT NISSAN OF MARLOW HEIGHTS**
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

**ATHENS PROGRAM INSURANCE SERVICES**
**C/O SHANNON REGISTER, CLAIMS SPECIALIST**
PO BOX 4111
CONCORD, CA 94524

**ATHENS PROGRAM INSURANCE SERVICES**
**C/O ATHENS ADMINISTRATORS**
PO BOX 4111
CONCORD, CA 94524

**ALLIED WORLD SPECIALTY INSURANCE COMPANY**
**ATHENS ADMINISTRATORS**
9 FARM SPRING ROAD
FARMINGTON, CONNECTICUT 06032-2576

**MARYLAND INSURANCE ADMINISTRATION**
**C/O ALLIED WORLD SPECIALTY INSURANCE COMPANY**
200 ST. PAUL STREET, SUITE 2700
BALTIMORE, MD 21202

ALL DEFENDANTS OR RESPONDENTS ARE BEING SUED AND/OR CLAIMS FILED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY-**KNOWN AND UNKNOWN/NAMED OR UNNAMED**

2).                    **PROCEDURAL AND FACTUAL BACKGROUND**

On or about the 31st day of March, 2021 thru 14th day of May, 2021 to date, the Claimant

purchased a 2011 Mercedes Benz USED R-Class vehicle with **VIN#4JGCB5HEXCA146274.**

3). The Plaintiff Cofield used the product or vehicle described above in a reasonably foreseeable

manner; and the brakes totally failed as a result of the vehicle having replaced with the WRONG

rotors on the rear of the Claimants vehicle, that carried a failed or faulty inspection.

4). The Plaintiff/Claimant Dr. Cofield suffered serious to permanent injuries as described below

and his Mother LaVerne Thompson suffered minor pain and suffering, injuries or harm as a

result of the defect or failure to inspect the vehicle and all inspection items as required by law

before the vehicle was sold.

## STATEMENT OF THE CASE, FACTS AND CLAIMS
### COMPLAINT AND COUNT ONE-NEGLIGENCE

5).     **COME NOW** the Plaintiff(s) Dr. Keenan Cofield, the Supreme GRAND Bishop,

and his mother (LaVerne Thompson) and for the cause of action state as follows:

## CAUSES OF ACTION

6). Beginning on or about the 24th day of September, 2021, the Defendants,

Respondents, and/or employees, managers, staff, workers, and other officials of

Passport Nissan, Passport MotorCars, Inc. and others thereof, individually, separately

and/or jointly, did knowingly, willingly, purposely, negligently, commit some acts or

conduct with negligence, malice, deliberate indifference, did commit and/or caused or

allowed thereto, to sell a vehicle described above with faulty and/or defective rotors and

brakes that failed causing permanent injuries and bodily damages to Claimant Dr.

Cofield for life, and did so **without** any or proper inspection of the brakes, rotors on the

3

rear of the vehicle as required by State law, selling a motor vehicle falsifying and/or forging with the intent to deceive the vehicle owner injured the MD Vehicle Inspection Forms committing a fraud that the rotors, brakes and other mechanical products were in excellent condition and the vehicle had passed inspection, knowing that not to be or should have known it to be false.

9). At all times herein mentioned Plaintiff(s) and/or Claimant Dr. Keenan Cofield vehicle was operated in a reasonable and prudent manner, with due caution and regard for the motor vehicle laws of the State of Maryland. **Defendants/Respondents Passport Nissan had a duty to Plaintiffs/Claimant Cofield and Thompson to act reasonably**. **Respondents Passport Nissan breached that duty**.

10). Plaintiff(s) suffered injuries because of the WRONG rear rotors of vehicle.

11). At all relevant times, Plaintiff(s) exercised due care for Plaintiff Cofield and his mother (LaVerne Thompson) safety.

12). As a direct and proximate cause of the negligence of Defendants/Respondents Passport Nissan and its agents, employees action, Plaintiffs suffers from permanent physical injuries, conscious mental anguish, pain and suffering in the past and in the future, past medical expenses and future medical expenses.

and

12a). All of the above damages were directly and proximately caused by the aforementioned negligence of Defendants/Respondents Passport Nissan, and were incurred **without** contributory negligence, or assumption of the risk on the part of Plaintiff/Claimant Cofield, or an opportunity for Plaintiff/Claimant Cofield to avoid the accident.

4

13). **On September 24, 2021 @ 3:00 on Pulaski Hwy. (SECOND MVA)-**Vehicle history-The Injured party Dr. Keenan Cofield, purchased a 2012 Mercedes-Benz/R-Class. The vehicle was allegedly State inspected. The vehicle was purchased from PASSPORT NISSAN, Suitland, MD. 301-423-8400. For several weeks after purchase of the vehicle, there was rear noises with the brakes. After many weeks and phone calls to the dealership, I was able to get the vehicle inspected and determined the rear brakes needed **Both rear brake rattle clips**. The repairs occurred on 05/28/21. **Not known at the time, the rear brake rattle clips needed to be changed because of the wrong rotors on the rear of the alleged inspected and faulty sold vehicle.**

14). The noise returned, but not as bad on both sides. On September 24, 2021, at around 3:00 pm on Pulaski Hwy. My 82 year old mother (LaVerne Thompson) was in the vehicle. The brakes failed totally, so immediately as a trained first responder, I located a soft landing spot to stop and slow down the vehicle. I took the vehicle to a high curb causing the greater impact to be on the left or driver side, used my forearm to brace myself against the steering wheel and hit the curb causing my head, neck and other body parts to make a whip lash or neck popping movement, rocking or snapping back and forth quickly. There was NO immediate discomfort **until** hours later when I could not move. I applied various medications to the affected areas and took pain and other meds until I could be seen. My FIRST medical exam for the second MVA was 09/27/2021.

## TOTAL BRAKE FAILURE-WITH INJURIES

15). On 09/29/2021, the vehicle was taken to MONRO BRAKE CENTER on 7870 Eastern Ave. Baltimore. Before any repair work was done pictures were taken at various angles while the brakes what was left were still intact. MONRO determined and placed in their Invoice and notes that the vehicle brakes failed on both sides and the rear right caliper piston failed and the right side rear brake pad was totally missing which can be seen in photos taken. I was in possession of those original brakes as evidence. The total costs for those total REAR brakes, new rotors repair was **$1,068.70**, and **$799.94** for the FRONT brakes and new rotors.

16). Because of wear and tear on front brakes and rotors due to rear problems the front brakes and rotors had to be fully replaced.

17). On 11/06/2021, Mr. Chester General Manager of Passport Nissan denied my claim just relating to the reimbursement of my expenses.

18). The MVA caused me to miss two Federal bankruptcies and civil case deadlines because I **was not** able to prepare responses as Ordered by those Judges, to date. Millions of dollars were at stake. Additionally, I have lost tens of thousands to several hundred thousand in contracts dollars and various works directly from the September 24, 2021 MVA accident. Some of my injuries are permanent with the pains and I may *never* be the same. Including not being able to drive or the fear of driving haunts me, always wondering of the brakes will fall again. Often my daughter and/or brother drive me to most places.

19). As indicated previously I am totally unable to work or function at all at **any** level. Preparing this took me almost a week or more finding the strength was not easy, and the assistance of my Clerk. **A Claim and accident report was made to GEICO my insurance carrier.**

# CURRENT AND ON-GOING LISTINGS OF PRIMARY, TREATING, EXAMINING AND MEDICAL SPECIALISTS WITH NUMBER OF VISITS OF PATIENT DR. KEENAN COFIELD ASSOCIATED WITH OR SUSTAINED FROM MVA PERMANENT INJURIES AND IMPAIRMENTS

20). Dr. Cofield has (22)-visits to ***Physical Therapy-*** <u>**Cofield is being treated for injuries to his Neck, back, lower back, TMJ, both right and left Shoulders and both hands.**</u>

**NOTE: All treating and examining physicians recommended and have expanded PT six (6) times for various other parts of the body due to pain and need for further PT treatments.**

Dr. Cohen terminated and/or temporarily discontinued (PT) due to pain and further injury to Dr. Cofield **until** surgery is performed on both right and left rotator cuffs.

21). (25)--***Psych and Pain Management*** visits—**Dr. Cofield has been diagnosed with PTSD, depression, anxiety, adjustment disorder, pain, Insomnia.** Dr. Cofield was prescribed Escitalopram 10MG Tablets for anxiety, depression, on or about **11/10/2021**, by Dr. C. Nwachukwu, at Aspire. Medstar Family Health Center upgraded patient Dr. Cofield psych referral is now being seen by Velma Viloria-Gragoa, MD (Psychiatrist) at MedStar Behavioral Health Center beginning **01/14/2022**. (1)-Visit… Dr. Viloria-Grageda, underline concurred with the diagnoses of Aspire psych officials. Dr. Viloria prescribed Trazodone  50mg ***every*** night for depression and sleep for Dr. Cofield.

22). ***Neurology*** (8)-visits—**Dr. Deidre J. Ammah, MedStar Neurologist** ruled and diagnosed Dr. Cofield with radiculopathy/cervical region, neuropathy, abnormal NCS & EMG, Cofield has severe to permanent damage to tendons, nerves and muscles upper body, herniated and bulging discs . In ability to HOLD items in either hand can be difficult at any time, caused from MVA. Numbness, tingling and swelling of both hands occurred after the accident and no previous issues prior thereto. **Surgery is required for the C-3, C-4, C-5, C-6, and C-7 discs.**

**Dr. Ammah, MD referred Dr. Cofield to Dr. Zeena Dorai, a neck and spine specialist for further evaluation, on 12/13/2021, for 01/27/2021 exam.**

23).   **PATIENT SLEEPS IN CHAIR BECAUSE OF VARIOUS PAINS & INJURIES**

Patient Dr. Cofield is unable to sleep in his bed any longer due to his injuries from MVA pains suffered and sustained.

24). ***Orthopedic*** (8)-visits—**Dr. Alaee, MD, a MedStar orthopedic specialist,** diagnosed Dr. Cofield with Complete rotator cuff tear of left shoulder. Dr. Alaee, injected Dr. Cofield with a corticosteroid injection in left shoulder. Since this

report, Dr. Cofield was ordered a MRI in the Right shoulder due to severe pain recently and it appears there is tendon tear and damage to the right side.

**Dr. Alaee,** determined that the first MVA on or about 07/20/2021 caused damage to the Left rotator cuff. It is possible the first MVA accident caused rotator cuff damage and injuries to Cofield on both Right and Left sides of shoulders and arms. A MRI determined the Right shoulder findings indicated rotator cuff injury, right shoulder.

25). _Orthopedic Surgeon_- **(4) visit-Dr. Cohen**
Was examined by Dr. Cohen Orthopedic Surgeon on 12/22/21, who confirmed the rotor cuff tear on the Right side Shoulder, as well as the left. Dr. Cohen administered a cortisone shot or injection into my right shoulder for pain.

26). *ENT/TMJ injury*- (4) visit—**On 11/30/21, Dr. Alan H. Shikani, ENT specialist examined Dr. Cofield due to swelling and often lockjaw on left side. Dr. Shikani, fully examined Cofield and immediately determined Dr. Cofield had a permanent TMJ injury stemming from the Second MVA on September 24, 2021. The Family Health Center referred Dr. Cofield to the ENT Center for further evaluation for TMJ. Follow-up on 12/30/21.**

**NOTE: It was highly recommended that Dr. Cofield injuries are very serious and is a life changer as to his diet and many foods he can NO longer consume or eat.** Dr. Cofield can NO longer eat apples and many meats to foods which require chewing, is **_prohibited_** and will cause further permanent damage to the jaw.

27). *FAMILY HEALTH CENTER-AFTER* HOURS REPORTS-(13) calls or visits

28). **FRANKLIN SQUARE HOSPITAL (ER)** (4) visits

29). **Family Health Center**—visits--(19)-Received shot in Right arm due to severe pains, and unable to move arm, etc. on 12/08/2021. On 12/29/21, Dr. Pristell issued a indefinite NO work letter, for Dr. Cofield.

**SPECIAL DISABILITY OUT OF WORK REPORT**--**However on 12/22/2021, Dr. Kelsey Chmielewski, DO because of the MVA injuries and permanent damage to**

8

impairments, "the patient has limited use of upper extremities which interferes with functionality at work and he unable to return."

30). **MedStar URGENT Care**—(8) visits

31). *Family Health Center*-OMT Clinic/Specialty Treatment-(5) visits---Dr. David Pierre, and Stephen C. Kane, diagnosed Dr. Cofield with the following:

Spasm of thoracic back muscle
Cervical somatic dysfunction
Somatic dysfunction of thoracic region
Somatic dysfunction of upper extremity region
Somatic dysfunction of lumbar region-All associated with MVA accident.

32). ***Choice Pain & Rehab Center***-(1) visit-Dr. Cofield was seen and examined at Choice Pain & Rehab Center for a Second Opinion and further specialized treatment on 12/28/21. Because of back, neck and bulging & herniated discs Dr. Cofield will be seen for a *epidural injection* on 1/26/22. It has been recommended Dr. Cofield will require multiple surgeries to his discs beginning this year.

## 33). MEDICAL DEVICE LISTINGS DUE TO MVA INJURIES AND PERMANENT DAMAGE

**NOTE: Dr. Cofield has been prescribed the following medical devices for support due to his many injuries, impairments, and damages sustained as a result of a MVA, by Defendant/Respondents:**

1). Cervical Collar/Neck Brace-Wear at night
2). Back Brace
3). Both Hand Braces
4). Mouth Guard-at night-NEW-ENT Dr.
5). Left Arm Sling

### DAMAGES

# LISTINGS OF MEDICAL DIAGNOSES DUE TO MVA BODILY INJURIES AND PERMANENT DAMAGE TO IMPAIRMENTS RELATING TO MVA ON SEPTEMBER 24, 2021-BRAKE FAILURE-VEHICLE SOLD AND OPERATED WITH WRONG ROTORS ON REAR

34). Adjustment disorder with mixed anxiety and depressed mood-MVA

Adjustment disorder with disturbance of emotion-MVA

Anxiety disorder-MVA

Back spasm-MVA

Bulging & Herniated disc, cervical region, C-3-C-4, C-4-C-5, C-5-c-6, C-6-C-7-MVA

Carpal tunnel syndrome

Cervical disc disease-MVA

Cervical radiculopathy-MVA

Cervical stenosis of spine-MVA

Cervical somatic dysfunction-MVA

Complete rotator cuff tear of left shoulder

Depression-MVA

Epidural Injection for pain back/spine

Impingement syndrome, shoulder, Right-MVA

Impingement syndrome, shoulder, Left-MVA

Insomnia-MVA

Lumbar herniated disc

Lumbar radiculopathy

Motor Vehicle accident

Neck pain

Numbness and tingling of both right and left hands-MVA

Parenthesis of hands, bilateral

Permanent injury, damage or impairments to nerves, tendons, and muscles-MVA

PTSD-MVA

Rotator cuff tear of right shoulder-MVA

Shoulder pain, Right-MVA

Shoulder pain, Left-MVA

Sensorimotor neuropathy-MVA

Somatic dysfunction of thoracic region-MVA

Somatic dysfunction of upper extremity region-MVA
Somatic dysfunction of lumbar region-MVA
Shoulder pain, left-MVA
Spondylosis of cervical spine-MVA
Temporomandibular joint (TMJ) pain
Upper back pain-MVA

35). The Defendants or Respondents at Passport Nissan owed a duty of care to the claimant/vehicle owner, to be able to operate a used vehicle that is safe to operate in a reasonable and prudent manner.

36). The Crash and brake failures was directly and proximately caused by the negligence of Passport Nissan, their employees, staff, and others who's failure to inspect the vehicle the wrong rotors which caused the brakes to fail before selling of the vehicle the subject of this Claim.

37). Plaintiff(s) personal injuries were directly and proximately caused by Passport Nissan agents and employees negligence. Plaintiffs/Claimant suffered serious, painful and permanent bodily injuries, great physical pain and mental anguish, serve emotional distress, as Plaintiff or Claimant Dr. Keenan Cofield is not able to go back to work and is precluded from engaging in normal activities and pursuits, including a loss of ability to earn any and actual earnings from his brand NEW non-profit organization, to other business interests, etc..

38). Defendants and/or Respondents of Passport Nissan is liable for Plaintiff(s) injuries and damages sustained, pain and suffering, and all other elements of damages allowed under the laws of the State of Maryland.

39). Defendants or Respondents of Passport Nissan and their agents thereof, conduct and actions evidence of bad faith, and negligence were and are stubbornly litigious, and have caused Plaintiff(s) undue expense.

## COUNT 2

## COMPLAINT FOR FAILURE TO PROPERLY TRAIN AND SUPERVISOR

40). The Plaintiff(s) do hereby adopt, reassert and incorporate paragraphs 1-39, in further support of **COUNT 2**, and says the following:

41). The Plaintiffs state that the Defendants **each** failed to train and/or properly train and Supervisor Defendants Respondents of Passport agents, employees of their policy and State laws which states and/or mandates that every time any vehicle before it is sold and released, **must** be inspected, according to state law. If the Respondents of Passport had conducted a legally proper and accurate inspection of the rotors and brakes that would have discovered the vehicle was sold with the wrong rotors that caused total brake failure with serious and permanent injuries to Claimant Cofield for life.

## COUNT 3

## COMPLAINT FOR NEGLIGENT ENTRUSTMENT

42). The Plaintiff(s) do hereby adopt, reassert and incorporate paragraphs 1-41, in further support of **COUNT 3**, and says the following:

43). The injuries, harm, and damages were incurred by the Plaintiffs/Claimants as a result of the sale of a vehicle that had not been properly or legally inspected that had the wrong rear rotors on it which caused the rear brakes to totally fail and fronts brakes and rotors had to be replaced because of wear and tear from the back brakes.

44). The Defendants/Respondents knew, or should have known that Plaintiff/Claimant Dr. Cofield would likely to operate a motor vehicle they sold to Claimant that would or could operate in a faulty, negligent and reckless manner causing possibly serious or permanent injuries which is the case at bar.

45). As a direct result of Defendants/Respondents negligently entrusting the un or improperly inspected vehicle selling the defective vehicle to Plaintiff/Claimant Cofield, based upon falsified and/or false MD Motor Vehicle Inspection records such negligence caused serious and permanent bodily injuries to Claimant Dr. Cofield, who did suffer the injuries, damages, and harm as previously described in paragraphs 1-44 of this Claim.

## COUNT 4, 5 AND 6

### COMPLAINT FOR STRICT PRODUCT LIABILITY
### COMPLAINT FOR DEFECTIVE AUTO, BREACH OF WARRANTY, MOTOR VEHICLE WARRANTY, BREACH OF CONTRACT

46). The Plaintiff(s) do hereby adopt, reassert and incorporate paragraphs 1-45, in further support of **COUNT 4**, and says the following:

47). At all ties mentioned in this Claim or Complaint, the motor vehicle described herein and later sold to Plaintiffs/Claimant with defective rear rotors and brakes as to the wrong rotors were placed on the vehicle when the last owner and/or Respondents needed to repair the vehicle, causing the vehicle, rear brakes and rotors to be in a dangerous and defective condition that made the vehicle unsafe for their intended use and sale.

48). As a direct and proximate result of the wrong rotors on the rear of the above described vehicle with defective rotors causing a total break failure, Plaintiff/Claimant suffered serious injuries, damages, as outlined above herein which caused or resulted

13

in loss of wages, pain and suffering, permanent disability, medical expenses and mountains of losses in the millions of dollars. Plaintiff/Claimants was damaged by said defects. Plaintiff/Claimant was damaged by said breach of the implied warranties and is entitled to recover therefor. The Respondents of Passport Nissan failed to repair the defects and/or properly inspect the vehicle before it was sold as is as the express warranties and contracts were breached causing the defects to cause serious to permanent injuries to Plaintiff/Claimant, therefor causing the warranties to fail to perform and protect the Claimant Cofield, or fulfill the intended purpose, and the Plaintiff/Claimant Dr. Cofield has consequently been damaged, and Plaintiff pr Claimant is entitled to recover.

49). The Defendants/Respondents failed to and had several opportunities to cure or fix the defects. The Defendants/Respondents of Passport Nissan failed to make the vehicle for for the purpose for which it was sold and intended, was sold as is with the wrong rear rotors that caused serious and permanent injuries to Dr. Cofield for life.

**Claimant has the original photos of the vehicle before, during and after the brakes were removed in a safe secured location. Claimant also has photographs of the entire location of the brake failure and mountains of medical reports, MRI's and other reports are continuing in nature. Plaintiff/Claimant also has photographs that show when the brake likes came on and brake fluid levels at time of brake failure and accident.**

# **RELIEF REQUESTED**

14

50). The Plaintiffs demand and seek judgment in their favor for **$3,500,000 million**

**Dollars** in Compensatory Damages **against each** Defendant(s) and **$10,000,000**

**million Dollars** in Punitive Damages **against each** Defendants named herein for

**COUNTS 1-6**, separately and independently.

## **AMENDED RELIEF**

51). Plaintiff(s)/Claimant Dr. Keenan Cofield and mother LaVerne Thompson
demands against Passport Motors, and any and all others to and is entitled to
recover for and/or **BESTOFFER in the amounts set forth below**:

LaVerne Thompson **only** seeks damages for pain and suffering of **$25,000 dollars**
for being 82 years old in the front passenger seat when the brakes failed.

Pain and Suffering-**MD Maximum-$905,000 dollars**
Personal injuries-**$15,000,000 dollars**
Past, present, and future pain and suffering-**$2,500,000 dollars**
Disability-**$20,000,000 dollars**
Emotional distress-**$5,000,000 dollars**
Disfigurement-**$15,000,000 dollars**
Mental Anguish-**$2,500,000 dollars**
Loss of capacity for the enjoyment of life-**$15,000,000 dollars**
Economic losses-**$2,000,000 dollars**
Incidental expenses-**$350,000 dollars**
Past, present, and future medical expenses-**$2,500,000 dollars**
Lost earnings-**$10,000,000 dollars**
Loss of earning capacity-**$10,000,000 dollars**
Permanent injuries-**$15,000,000 dollars**
Consequential damages-**$1,000,000 dollars**
Loss of Court Bankruptcy Orders and Court Judgments-Appeals, etc.-**$5,000,000
dollars**
**Repair Bills for brakes and rotors-$1870.00.**

52). **AMENDED ADDITIONAL RELIEF-Plaintiffs/Claimants demand that the Respondents of Passport Nissan fully pay off Claimants vehicle that is left on the loan pending. Approximately $15,000 dollars.**

53). **Medical bills are between $75,000 and $100,000 dollars plus and continuing for life.**

54). **DEMAND FOR TRIAL BY JURY ON ALL COUNTS**

55). The Plaintiff(s) and his mother losses were, are and will be due to the carelessness and negligence of Defendants/Respondents **Passport Nissan** employees, salespersons, and agents staff, **without** any negligence or want of due care on the Plaintiff(s) part contributing to harm done. Plaintiff Dr. Cofield is now a forced **disabled** psych doctor, personal injury & Domestic Urban Terrorism expert, International News Director and State Lobbyist.

Dated this the 22[th] day of April, 2022

## VERIFICATION OF COMPLAINT

I, Dr. Keenan Cofield do hereby certify that the above and foregoing VERIFIED COMPLAINT is true and correct to the best of my knowledge, information and belief, under the penalty of perjury and that I am over the age of (21) years and I am competent to testify to the alleged facts herein. **THIS CLAIM IS SUBJECT TO BE AMENDED AND/OR SUPPLEMENTED AS MEDICAL TREATMENTS, AND OTHER SERVICES CONTINUE.**

**The Plaintiffs/Claimants assert and feel confident that this matter can be resolved to the satisfaction of all parties quietly without the need for any long drawn out litigation. But if necessary the Claimant is ready to file a lawsuit and issue Press Releases if forced to do so.**

**The Respondents make a fair and reasonable offer, this matter is over.**

Dr. Keenan Cofield, JD/Ph.D/Psy.D/DD

4109 Cutty Sark Rd.

Middle River, MD 21220

443-554-3715

Email: Supremegrandbishop@gmail.com

# EXHIBIT-1

PASSPORT NISSAN 06/04/2021

REAR BRAKES RATTLE CLIPS REPAIR TICKET
INVOICE



# PASSPORT NISSAN

5000 AUTH WAY    SUITLAND, MD 20746
MAIN LINE 301-423-8400
SERVICE HOURS MONDAY THRU FRIDAY 7:30 A.M. - 6:00 P.M.
EXPRESS SERVICE 6:00 P.M. - 8:00 P.M.
SATURDAY 8:00 A.M. - 5:00 P.M.
www.passportauto.com

CELL: 410-805-1353

| CUSTOMER NO. 408836 | ADVISOR DAMON WELLS 8133 | TAG NO. 4492 | INVOICE DATE 06/04/21 | NICS769601 |
|---|---|---|---|---|

KEVIN LUCIUS COFIELD
4109 CUTTY SARK RD
BALTIMORE, MD 21220

| LABOR RATE 149.99 | LICENSE NO. | MILEAGE 57,641 | COLOR BLUE/ | STOCK NO. 62120A |
|---|---|---|---|---|

YEAR / MAKE / MODEL  12/MERCEDES-BENZ/R-CLASS/2012 MERCED

DELIVERY DATE            DELIVERY MILES 45,703

VEHICLE I.D. NO.  4 J G C B 5 H E X C A 1 4 6 2 7 4

SUPREMEGRANDBISHOP@GMAIL.COM

| RESIDENCE PHONE 410-805-1353 | BUSINESS PHONE 410-305-3032 | F.T.E NO. | P.O. NO. | R. O. DATE 05/28/21 | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|---|---|---|---|

COMMENTS

MO: 57641

WHILE YOUR MOTOR VEHICLE IS ON THE PREMISES OF THE AUTOMOTIVE REPAIR FACILITY, DEALER IS NOT RESPONSIBLE FOR LOSS OF OR DAMAGE TO ARTICLES LEFT IN VEHICLE UNDER ANY CIRCUM-STANCES. YOU SHOULD ASK A REPRESENTATIVE OF THE AUTO-MOTIVE REPAIR FACILITY ABOUT THE EXTENT OF ITS RESPONSIBILITY, INCLUDING THE EXTENT OF THE INSURANCE COVERAGE OF THE AUTOMOTIVE REPAIR FACILITY.

MANUFACTURER SPECIAL POLICY ADJUSTMENT PROGRAMS: FEDERAL LAW REQUIRES MANUFACTURERS TO FURNISH THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION (N.H.T.S.A) WITH BULLETINS DE-SCRIBING ANY DEFECTS IN THEIR VEHICLES. YOU MAY OBTAIN COPIES OF THESE BULLETINS FROM EITHER THE MANUFACTURER OR THE N.H.T.S.A. IN ADDITION, CERTAIN CONSUMER PUBLICATIONS OR ORGANIZATIONS PUBLISH THIS INFORMATION, WHICH MAY BE AVAILABLE FOR A FEE OR FOR FREE.

USED REBUILT OR RECONDITIONED PARTS HAVE BEEN SUPPLIED OR A PART OF A COMPONENT SYSTEM SUPPLIED IS COMPOSED OF USED, REBUILT OR RECONDITIONED PARTS.

YES        NO

LABOR & PARTS

J# 1 03NIZ            MPI Main Shop          TECH(S):7172            INTERNAL
               PERFORM MULTI-POINT VEHICLE INSPECTION

PARTS------QTY---FP-NUMBER-------------DESCRIPTION---------------UNIT PRICE--
                                              JOB #  1 TOTAL PARTS        0.00
                                         JOB #  1 TOTAL LABOR & PARTS     0.00

J# 2 34NIZ            BRAKES                 TECH(S):7172            INTERNAL
               CUSTOMER STATES THAT THE CAR MAKES A TICKING NOISE WHILE
               DRIVING IT CHANGES WITH SPEEDS CUSTOMER THINK IT MAYBE
               COMING FROM THE BRAKES
               REPLACE BOTH REAR BRAKE RATTLE CLIPS

PARTS------QTY---FP-NUMBER-------------DESCRIPTION---------------UNIT PRICE--
JOB # 2    2    10692-25494          ANTI RATTLE SPRI              INTERNAL
                                              JOB #  2 TOTAL PARTS        0.00
                                         JOB #  2 TOTAL LABOR & PARTS     0.00

MISC------CODE-------DESCRIPTION-----------------CONTROL NO---------
JOB # A        HWI   DISPOSAL INTERNAL                          INTERNAL
JOB # A        SSI   SHOP SUPPLIES INTERNAL                     INTERNAL
                                              TOTAL - MISC                0.00

TOTALS

ALL LABOR PERFORMED AND PARTS REPLACED WERE NECESSARY TO PERFORM REPAIRS. BY SIGNING YOU AGREE YOU HAVE RECEIVED A PROPER EXPLANATION OF ALL REPAIRS AND CHARGES. IF YOU HAVE ANY QUESTIONS PLEASE SEE YOUR SERVICE ADVISOR. ANY SPECIAL ORDER PARTS NEEDED FOR REPAIRS MUST BE PAID IN ADVANCE AND ARE NOT REFUNDABLE. ENVIRONMENTAL CONCERNS HAVE FORCED US TO CHARGE FOR THE EXPENSE INCURRED TO PROPERLY STORE AND ARRANGE DISPOSAL AND/OR RECYCLING OF OIL, TIRES, COOLANT, BATTERIES, METAL PARTS AND CLEANING SOLVENTS USED IN THE REPAIR OF YOUR VEHICLE. YOUR INVOICE MAY ALSO INCLUDE A CHARGE FOR SHOP MATERIALS.

| TOTAL LABOR.... | 0.00 |
|---|---|
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |

TOTAL INVOICE $      0.00

OCT 06 2021

CLIENT SIGNATURE
*****************************    D U P L I C A T E   I N V O I C E    ****************************



769601

# PASSPORT NISSAN

5000 AUTH WAY  SUITLAND, MD 20746
MAIN LINE 301-423-8400
HOURS MONDAY THRU FRIDAY 7:30 A.M. - 6:00 P.M.
www.passportauto.com

## RECOMMENDED SERVICES

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|---|---|---|---|---|---|---|---|
| 01NIZ1LOF1995 | $19.95 OIL CHANGE | MI | 19.95 | 32NIZALIGN8995 | 4 WHEEL ALIGN $89 | HI | 39.95 |
| 56NIEX89.95LOF | LOF ROTATE/BALANCE | MI | 89.95 | 01NIZ1LOF2495 | $24.99 OIL CHANGE | HI | 24.99 |
| 01NIZ1LOF5FREE | COMP NISSAN OIL CHG | MI | 0.00 | | | | |

## SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 05/28/21 | 769601 | 57641 | 8133 | 7172 | I | 03NIZ | MPI Main Shop |
| 03/26/21 | 766178 | 45693 | 8133 | 7172 | I | 34NIZ | BRAKES |
| | | | | 7172 | I | 03NIZ | MPI Main Shop |
| | | | | 7172 | I | 97NIZMDINSP | MD STATE INSPECTION |
| | | | | 7172 | I | 97NIZRECONOIL | RECON OIL CHANGE |
| | | | | 7172 | I | 36NIZRB | ROTATE AND BALANCE |

SALESPERSON NO. 7123    KOMI E DOGBATSE

# S E R V I C E

STATE REG# 2

VEHICLE I.D. NO.
**4JGCB5HEXCA146274**    12/MAKE/MODEL 12/MERCEDES-BENZ/R-CLASS/2012 MERCE

| TERMS | | |
|---|---|---|
| CASH | | |
| CREDIT CARD | | |
| CHECK | | |
| (PRIOR APPROVAL) | | |
| OTHER | | |

CALL WHEN READY
☐ YES

SAVE REMOVED PARTS FOR CUSTOMER
☐ YES  ☐ NO

APPOINTMENT?
☐ YES
☒ No

KEVIN LUCIUS COFIELD
4109 CUTTY SARK RD
BALTIMORE, MD 21220

RESIDENCE PHONE
410-805-1353

BUSINESS PHONE
410-305-3032

TIME RECEIVED
09:11am

DATE/TIME PROMISED
05/28/21    08:00pm

CELL: 410-805-1353

CUSTOMER NO.
408836

COLOR
BLUE/

TURBO    MAIC    AIR COND  P S    TRANS
NIZZ

PRIORITY
70

LABOR RATE
149.99

SERVICE CONTRACT

PRODUCTION DATE

STOCK NO.
6212CA

DELIVERY MILES
45,703

CONTRACT NO.
1

MOS
57,641

DELIVERY DATE

EXPIRATION DATE

LICENSE NO.

STOCK NO.
769601

NEW USED DEALER NO.

EXPIRATION DATE

ADVISOR NO.
8133

R.O. NO.
769601

DATE
05/28/21

WE DO NO.
4492

ADVISOR
DAMON WELLS

Tapes, Tachometers, Extra Speakers, Tape Players or Radios and Phones or vehicle are left in vehicle in case of fire, theft or any other cause beyond our control... VEHICLES LEFT OVER 72 HOURS SUBJECT TO A CHARGE OF $50.00 PER DAY.

---

## 1 * 03NIZ
### MPI Main Shop
PERFORM MULTI-POINT VEHICLE INSPECTION

## * 34NIZ
### BRAKES
CUSTOMER STATES THAT THE CAR MAKES A TICKING NOISE WHILE
DRIVING IT CHANGES WITH SPEEDS CUSTOMER THINK IT MAYBE
COMING FROM THE BRAKES

NOT RESPONSIBLE FOR LOSS OR DAMAGE TO VEHICLES OR ARTICLES LEFT IN VEHICLE IN CASE OF FIRE, THEFT OR ANY OTHER CAUSE BEYOND OUR CONTROL.

MANUFACTURER SPECIAL POLICY ADJUSTMENT PROGRAMS, FEDERAL LAW REQUIRES MANUFACTURERS TO FURNISH THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION (N.H.T.S.A.) WITH BULLETINS DESCRIBING ANY DEFECTS IN THEIR VEHICLES. YOU MAY OBTAIN COPIES OF THESE BULLETINS FROM EITHER THE MANUFACTURER OR THE N.H.T.S.A. IN ADDITION, CERTAIN CONSUMER PUBLICATIONS AND ORGANIZATIONS PUBLISH THIS INFORMATION, WHICH MAY BE AVAILABLE FOR A FEE OR FOR FREE.

| ORIGINAL ESTIMATE ESTIMATED COMPLETION DATE | CUSTOMER ACCEPTANCE |
|---|---|
| $ DATE | |
| AUTHORIZED ADDITIONS | CUSTOMER CONSENTS TO ADDITIONAL REPAIRS |
| $ DATE | TIME |

In the event that you, the customer, authorize commencement but do not authorize completion of a repair or service, a charge will be imposed for disassembly, necessary to partially completed work. Such charge will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

## CUSTOMER'S RIGHTS

1. YOU MAY REQUEST A WRITTEN ESTIMATE FOR REPAIRS WHICH COST MORE THAN $50.

2. YOU MAY NOT BE CHARGED ANY AMOUNT 10% MORE THAN THE WRITTEN ESTIMATE WITHOUT YOUR CONSENT.

3. YOU ARE ENTITLED TO THE RETURN OF ANY REPLACED PARTS EXCEPT WHEN PARTS ARE REQUIRED TO BE RETURNED TO MANUFACTURER UNDER WARRANTY.

4. REPAIRS NOT ORIGINALLY AUTHORIZED BY YOU MAY NOT BE CHARGED TO YOU WITHOUT YOUR CONSENT.

WHILE YOUR MOTOR VEHICLE IS ON THE PREMISES OF THE AUTOMOTIVE REPAIR FACILITY, DEALER IS NOT RESPONSIBLE FOR LOSS OF OR DAMAGE TO ARTICLES LEFT IN VEHICLE UNDER ANY CIRCUMSTANCES. YOU SHOULD ASK A REPRESENTATIVE OF THE AUTOMOTIVE REPAIR FACILITY ABOUT THE EXTENT OF ITS RESPONSIBILITY, INCLUDING THE EXTENT OF THE INSURANCE COVERAGE OF THE AUTOMOTIVE REPAIR FACILITY.

AGE 1 OF 1    REPRINT # 4    0102J769601

SERVICE COPY

# EXHIBIT-2

MONRO BRAKE & TIRE CENTER

09/29/2021 AND 11/12/2021

REAR BRAKES & ROTORS AND FRONT BRAKES & ROTORS INVOICES

# MONRO

## AUTO SERVICE *And* TIRE CENTERS

**MONRO MUFFLER/BRAKE & SERVICE**
7870 EASTERN AVE.
SHOP 417
BALTIMORE,MD  21224
(410)285-7576

PAGE    1

| | |
|---|---|
| Guest ID: | **0417519921** |
| Name: | **KEENAN COFIELD** |
| Address: | 4109 CUTTY RD |
| Address 2: | |
| City,State,Zip: | BALTIMORE, MD, 21220 |
| Home Phone: | (443) 554-3715 |
| Work Phone: | () - |
| Other Phone: | () - |
| Tax Exempt #: | |
| Manager: | CHRISTOPH FAULCON |

| | |
|---|---|
| Year: | 2012 |
| Make: | MERCEDES-BENZ |
| Model: | R350 4MATIC |
| Lic No: | TEMP |
| VIN: | GET |
| Color: | |
| Engine: | V6 3.5L 24V DOHC ID-276.958 |
| Mileage In: | 62151 |
| Mileage Out: | 62151 |
| Inspect Due: | 09/01/21 |

| | |
|---|---|
| Date/Time: | 09/29/21  15:30:10 |
| Estimate #: | 552027 |
| Invoice #: | 479996 |
| PO Number: | |
| Unit Number: | |
| Email Address: | none |
| Fleet/Wholesale: | N |
| Est Created On: | 09/25/21  13:02:48 |

Services Requested:
CHECK BRAKES

| Qty. Part # | Car Loc | Description | Part | Labor | Amount |
|---|---|---|---|---|---|
| Tire Pressure Spec: Not Available | | Wheel Torque: Not Available | | | |
| **INCLUDED WITH EVERY VISIT** | | | | | |
| CI | | COURTESY INSPECTION | | | NO CHARGE |
| SM | | SCHED. MAINT. REVIEW | | | NO CHARGE |
| **SERVICE** | | | | | |
| MEMO | | COMMENTS | | | NO CHARGE |
| REAR RIGHT CALIPER HAD NO BRAKE PAD IN THE FRONT OF THE CALIPER. REAR RIGHT CALIPER PISTON WAS PUSH OUT AND BRAKE FLUID COVER THE WHEEL | | | | | |
| | | TOTAL SERVICE: | | | 0.00 |
| **BRAKES** | | | | | |
| OUTDS | B | 13442 DISC PADS | | | |
| OUTBRAKEPAD | B | GMKD1122 BRAKE PADS | 61.13 | 0.00 | 61.13 |
| REAR BRAKE PADS GROOVED THE ROTORS ON BOTH SIDE OF THE VEHICLE THEY WERE THE WRONG ROTOR CAUSE PAD TO FALL OUT | | | 119.99 | 80.00 | 199.99 |
| OUTR | | | | | |
| BFF | B | YH200529 BRAKE ROTOR | 112.00 | 38.00 | 300.00 |
| L0335 | B | BRAKE FLUID EXCHANGE | 65.99 | 69.00 | 134.99 |
| | B | Clean and Lube Caliper Slides and braking system on opposite axle. | 0.00 | 69.00 | 134.99 |
| | | Adjust brakes where applicable. | 0.00 | 49.00 | 49.00 |
| | | TOTAL REAR BRAKES: | | | 745.11 |
| OUTCA1 | | CALIPER | | | |
| | | OVERALL | 243.23 | 37.50 | 280.73 |
| | | TOTAL BRAKES: | | | 280.73 |
| | | | | | 1,025.84 |

*** Customer Wishes To Discard Old Parts ***

TYPE: VISA 500.00 Date: 9/29/2021 APPROVAL #: 75209B ENTRY: CHIP
CREDIT CARD #:  XXXX-XXXX-XXXX-7964
A0000000031010 Terminal ID: 090505001

**S E E   N E X T   P A G E**

INVOICE    INVOICE    MONRO MUFFLER/BRAKE & SERVICE    INVOICE

**CUSTOMER COPY**

# MONRO
## AUTO SERVICE *And* TIRE CENTERS

MONRO MUFFLER/BRAKE & SERVICE
7870 EASTERN AVE.
SHOP 417
BALTIMORE,MD  21224
(410)285-7576

PAGE   2

| | | |
|---|---|---|
| **Guest ID:** 0417519921 | | |
| **Name:** KEENAN COFIELD | **Year:** 2012 | **Date/Time:** 09/29/21  15:30:10 |
| **Address:** 4109 CUTTY RD | **Make:** MERCEDES-BENZ | **Estimate #:** 552027 |
| **Address 2:** | **Model:** R350 4MATIC | **Invoice #:** 479996 |
| **City,State,Zip:** BALTIMORE, MD, 21220 | **Lic No:** TEMP | **PO Number:** |
| **Home Phone:** (443) 554-3715 | **VIN:** GET | **Unit Number:** |
| **Work Phone:** ()- | **Color:** | **Email Address:** none |
| **Other Phone:** ()- | **Engine:** V6 3.5L 24V DOHC ID-276.958 | **Fleet/Wholesale:** N |
| **Tax Exempt #:** | **Mileage In:** 62151 | **Est Created On:** 09/25/21  13:02:46 |
| **Manager:** CHRISTOPH FAULCON | **Mileage Out:** 62151 | |
| | **Inspect Due:** 09/01/21 | |

Services Requested:
CHECK BRAKES

| Qty. Part # | Car Loc | Description | Part | Labor | Amount |
|---|---|---|---|---|---|

INVOICE   INVOICE   MONRO MUFFLER/BRAKE & SERVICE   INVOICE

CH: 001396-0.00   B. ROSITZKY

| | |
|---|---|
| SUB TOTAL | 1,025.84 |
| SALES TAX | 42.86 |
| GRAND TOTAL | 1,068.70 |

All parts are new unless otherwise specified. Please see reverse for warranty details.
I acknowledge that this invoice is for services rendered by [Monro Inc.] and now, in acceptance of such service, make payment in the amount set forth on this invoice. If there was an increase in the original estimated price,
I acknowledge notice and approval of such increase. X _____

I certify that all repairs were properly completed.   _____ Guest Signature

CAUTION: Owners of Mag, Custom, Alloy, or Dual Wheels must have lug-nuts retorqued after 25 miles or 24 hours!
The Company will gladly retorque these lug-nuts once after the first 25 miles at no charge.   X _____

_____ Company Authorized Representative

Did you have a 5-star visit today? Let us know   Google Reviews   facebook   _____ Guest Initials

| | AMT | |
|---|---|---|
| | 500.00 | 9/29/2021 |
| | 580.00 | 9/29/2021 |
| CHANGE | (11.30) | 9/29/2021 |

PAYMENT COLLECTED BY: C. FAULCON

**CUSTOMER COPY**

       

# COURTESY INSPECTION | MOTORIST ASSURANCE PROGRAM MOTORIST.ORG

ESTIMATE # _____

NAME _____ PLATE _____ INSPECTION DUE _____ MILEAGE IN _____

VIN # | | | | | | | | | | | | | | | | |   ENGINE SIZE _____ SOHC  DOHC  OHV  HYBRID  DIESEL

DASHBOARD LIGHTS (CIRCLE ANY CURRENTLY ON): (!)  VSC OFF  (ABS)  🔧  🔋  OTHER _____

HUBCAP(S) MISSING? _____ WINDSHIELD CRACKED? _____ SCRATCHES/DENTS? _____

WIPERBLADES ■ 1 2 3 4 A B C   HEADLIGHTS ■ 1 2 3 4 A B C   MINILIGHTS ■ 1 2 3 4 A B C

## TIRE CHECKUP

| 7/32" OR GREATER | 3/32" TO 6/32" | 2/32" OR LESS |
|---|---|---|

SIZE _____ / _____   SPEED RATING _____
RUN FLAT  Y  N    TPMS  Y  N    FWD  RWD  4WD/AWD

**LF TIRE**  □  PSI IN _____
OUTER | INNER   PSI OUT _____
DEPTH IN 32NDS
CIRCLE ALL THAT APPLY
EDGEWEAR    CRACKING
CUPPING     PUNCTURE
CUTS        REPAIRABLE
IRREGULARITY  NON-REPAIRABLE

**RF TIRE**  □  PSI IN _____
OUTER | INNER   PSI OUT _____
DEPTH IN 32NDS
CIRCLE ALL THAT APPLY
EDGEWEAR    CRACKING
CUPPING     PUNCTURE
CUTS        REPAIRABLE
IRREGULARITY  NON-REPAIRABLE

**RR TIRE**  □  PSI IN _____
OUTER | INNER   PSI OUT _____
DEPTH IN 32NDS
CIRCLE ALL THAT APPLY
EDGEWEAR    CRACKING
CUPPING     PUNCTURE
CUTS        REPAIRABLE
IRREGULARITY  NON-REPAIRABLE

**LR TIRE**  □  PSI IN _____
OUTER | INNER   PSI OUT _____
DEPTH IN 32NDS
CIRCLE ALL THAT APPLY
EDGEWEAR    CRACKING
CUPPING     PUNCTURE
CUTS        REPAIRABLE
IRREGULARITY  NON-REPAIRABLE

■ □ ■ TIRE MAINTENANCE  ROTATION  BALANCE
■ □ ■ ALIGNMENT CHECK  MAINTENANCE  TIRE WEAR

## ENGINE AND EXHAUST SYSTEMS CHECKUP

■ 1 2 3 4 A B C  AIR FILTER
■ 1 2 3 4 A B C  CABIN AIR FILTER
■ 1 2 3 4 A B C  WASHER FLUID
■ 1 2 3 4 A B C  POWER STEERING FLUID
■ 1 2 3 4 A B C  OIL LEVEL  GOOD BETTER BEST ULTIMATE
■ 1 2 3 4 A B C  BRAKE FLUID _____ PPM
■ 1 2 3 4 A B C  COOLANT LEVEL _____ FREEZE °
■ 1 2 3 4 A B C  TRANSMISSION FLUID
■ 1 2 3 4 A B C  COOLANT HOSES
■ 1 2 3 4 A B C  BELTS
■ 1 2 3 4 A B C  BELT TENSIONER
■ 1 2 3 4 A B C  BATTERY/TEST
■ 1 2 3 4 A B C  BATTERY ACCESSORIES
■ 1 2 3 4 A B C  EXHAUST

## BRAKE CHECKUP

(DISC) 6MM OR GREATER OR (DRUM) 2.4MM OR GREATER
(DISC) 3MM TO 6MM OR (DRUM) 1.6MM TO 2.4MM
(DISC) 2MM OR LESS OR (DRUM) 1.6MM OR LESS

■ □ □  LF PAD _____ INNER _____ OUTER
■ □ □  LF ROTOR _____ ACTUAL _____ DISCARD
■ □ □  RF PAD _____ INNER _____ OUTER
■ □ □  RF ROTOR _____ ACTUAL _____ DISCARD
■ □ □  RR PAD _____ INNER _____ OUTER
■ □ □  RR ROTOR _____ ACTUAL _____ DISCARD
■ □ □  LR PAD _____ INNER _____ OUTER
■ □ □  LR ROTOR _____ ACTUAL _____ DISCARD

■ 1 2 3 4 A B C  BRAKE HARDWARE/ADJUSTER
■ 1 2 3 4 A B C  BRAKE HOSE(S)/LINES
■ 1 2 3 4 A B C  MASTER CYLINDER
■ 1 2 3 4 A B C  CALIPERS/WHEEL CYLINDERS
■ 1 2 3 4 A B C  SEALS/BEARINGS
■ 1 2 3 4 A B C  PARKING BRAKE/CABLES

## STEERING AND SUSPENSION CHECKUP

■ 1 2 3 4 A B C  IDLER/PITMAN ARM
■ 1 2 3 4 A B C  BUSHINGS/LINK PINS
■ 1 2 3 4 A B C  TIE ROD ENDS
■ 1 2 3 4 A B C  SHOCKS/STRUTS
■ 1 2 3 4 A B C  BALL JOINTS/CONTROL ARMS
■ 1 2 3 4 A B C  CV JOINTS/BOOTS/U-JOINT
■ 1 2 3 4 A B C  RACK/PINION

## MOTORIST ASSURANCE PROGRAM (MAP) CODES

**OKAY**
CHECKED AND ACCEPTABLE

**REPAIR/REPLACEMENT SUGGESTED**
1. CLOSE TO END OF USEFUL LIFE
2. ADDRESS CUSTOMER REQUEST NEED/CONVENIENCE
3. COMPLY WITH MANUFACTURER
4. TECHNICIAN RECOMMENDATION FROM EXPERIENCE

**REPAIR/REPLACEMENT REQUIRED**
A. NO LONGER PERFORMS INTENDED PURPOSE
B. DOES NOT MEET DESIGN SPECIFICATION
C. MISSING

NOTES: _____

NAME _____
DATE _____

FLUIDS AND FILTER _____ INITIALS _____ CERTIFIED BY _____
TORQUE SPECS _____ LBS _____ INITIALS _____ CERTIFIED BY _____
DOUBLE-CHECKED FOR ACCURACY
_____ INITIALS _____ CERTIFIED BY _____ DATE _____

SS0071

Case 1:23-cv-01795-JKB    Document 20    Filed 07/28/23    Page 29 of 33

# MONRO

## AUTO SERVICE *And* TIRE CENTERS

**MONRO MUFFLER/BRAKE & SERVICE**
7870 EASTERN AVE.
SHOP 417
BALTIMORE,MD   21224
(410)285-7576

PAGE   1

| | |
|---|---|
| uest ID: | 0417519921 |
| ame: | KEENAN COFIELD |
| ddress: | 4109 CUTTY RD |
| ddress 2: | |
| ity,State,Zip: | BALTIMORE, MD, 21220 |
| ome Phone: | (443) 554-3715 |
| ork Phone: | ()- |
| ther Phone: | ()- |
| ax Exempt #: | |
| anager: | CHRISTOPH FAULCON |

| | |
|---|---|
| Year: | 2012 |
| Make: | MERCEDES-BENZ |
| Model: | R350 4MATIC |
| Lic No: | TEMP |
| VIN: | GET |
| Color: | |
| Engine: | V6 3.5L 24V DOHC ID-276.958 |
| Mileage In: | 64130 |
| Mileage Out: | 64130 |
| Inspect Due: | 11/01/21 |

| | |
|---|---|
| Date/Time: | 11/12/21  14:47:41 |
| Estimate #: | 552805 |
| Invoice #: | 480447 |
| PO Number: | |
| Unit Number: | |
| Email Address: | none |
| Fleet/Wholesale: | N |
| Est Created On: | 11/12/21  10:13:16 |

ervices Requested:
 CHECK BRAKES

| ty. Part # | | Car Loc | Description | Part | Labor | Amount |
|---|---|---|---|---|---|---|
| re Pressure Spec: Not Available | | Wheel Torque: Not Available | | | | |
| **CLUDED WITH EVERY VISIT** | | | | | | |
| CI | | | COURTESY INSPECTION | | | NO CHARGE |
| SM | | | SCHED. MAINT. REVIEW | | | NO CHARGE |
| **RVICE** | | | | | | |
| BI | | | INSPECT BRAKES | | | |
| | | | TOTAL SERVICE: | | | NO CHARGE |
| | | | | | | 0.00 |
| **AKES** | | | | | | |
| OUTBRAKEPAD | | F | GNAD1123 BRAKE PADS | 119.99 | 80.00 | 199.99 |
| OUTR | | F | YH200528 BRAKE ROTOR | 112.00 | 38.00 | 300.00 |
| BFF | | F | BRAKE FLUID EXCHANGE | 65.99 | 69.00 | 134.99 |
| L0335 | | F | Clean and Lube Caliper Slides and braking system on opposite axle. Adjust brakes where applicable. | 0.00 | 49.00 | 49.00 |
| OUTBR | | F | BRAKE SENSOR | 47.19 | 0.00 | 47.19 |
| | | | TOTAL FRONT BRAKES: | | | 731.17 |
| | | | TOTAL BRAKES: | | | 731.17 |
| **SCELLANEOUS** | | | | | | |
| FEE | | | SHOP SUPPLY FEE This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal. | 39.00 | 0.00 | 39.00 |
| | | | TOTAL MISCELLANEOUS: | | | 39.00 |

Customer Wishes To Discard Old Parts ***

TYPE: VISA 799.94 Date: 11/12/2021 APPROVAL #: 528177 ENTRY: CHIP
DIT CARD #:  XXXX-XXXX-XXXX-9105
A0000000980840 Terminal ID: 090505001

## S E E   N E X T   P A G E

INVOICE    INVOICE    MONRO MUFFLER/BRAKE & SERVICE    INVOICE

**CUSTOMER COPY**

Case 1:23-cv-01795-JKB   Document 29-1   Filed 07/28/23   Page 30 of 33

# MONRO
## AUTO SERVICE *And* TIRE CENTERS

7870 EASTERN AVE
SHOP 417
BALTIMORE, MD   21224
(410)285-7576

Guest ID:   0417519921
Name:   **KEENAN COFIELD**
Address:   **4109 CUTTY RD**
Address 2:
City,State,Zip:   **BALTIMORE, MD, 21220**
Home Phone:   **(443) 554-3715**
Work Phone:   () -
Other Phone:   () -
Tax Exempt #:
Manager:   **CHRISTOPH FAULCON**

Services Requested:
**CHECK BRAKES**

| | Year: | 2012 |
|---|---|---|
| | Make: | MERCEDES-BENZ |
| | Model: | R350 4MATIC |
| | Lic No: | TEMP |
| | VIN: | GET |
| | Color: | |
| | Engine: | V6 3.5L 24V DOHC ID-276.958 |
| | Mileage In: | 64130 |
| | Mileage Out: | 64130 |
| | Inspect Due: | 11/01/21 |

| Date/Time: | 11/12/21  14:47:41 |
|---|---|
| Estimate #: | 552805 |
| Invoice #: | 480447 |
| PO Number: | |
| Unit Number: | |
| Email Address: | none |
| Fleet/Wholesale: | N |
| Est Created On: | 11/12/21  10:13:16 |

| Qty. Part # | Car Loc | Description | Part | Labor | Amount |
|---|---|---|---|---|---|

INVOICE   INVOICE   MONRO MUFFLER/BRAKE & SERVICE   INVOICE

H: 001396-0.00   B. ROSITZKY

| | |
|---|---|
| SUB TOTAL | 770.17 |
| SALES TAX | 29.77 |
| GRAND TOTAL | 799.94 |

All parts are new unless otherwise specified. Please see reverse for warranty details.
I acknowledge that this invoice is for services rendered by [Monro Inc.] and now, in acceptance of such service, make payment in the amount set forth on this invoice. If there was an increase in the original estimated price,
I acknowledge notice and approval of such increase. X _____

                                                        **Guest Signature**

I certify that all repairs were properly completed. _____
                                                        Company Authorized Representative

CAUTION: Owners of Mag, Custom, Alloy, or Dual Wheels must have lug-nuts retorqued after 25 miles or 24 hours!
The Company will gladly retorque these lug-nuts once after the first 25 miles at no charge.   X _____
                                                        **Guest Initials**

Did you have a 5-star visit today? Let us know   Google Reviews   facebook ★★★★★

AMT
799.94 11/12/2021

PAYMENT COLLECTED BY: C. FAULCON

**CUSTOMER COPY**

IN THE CIRCUIT COURT FOR ~~Baltimore City~~

*(City or County)*

## CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant:* You must file an Information Report as required by Rule 2-323(h).

*THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING*

**FORM FILED BY:** ☒ PLAINTIFF  ☐ DEFENDANT    **CASE NUMBER** _____
*(Clerk to insert)*

**CASE NAME:** <u>DR. KEENAN COFIELD, et. al.</u>  vs.  <u>PASSPORT MOTORS HOLDINGS</u>, INC.. et.
*Plaintiff*          *Defendant*

**PARTY'S NAME:** <u>DR. KEENAN COFIELD</u>                **PHONE:** 443-554-3715

**PARTY'S ADDRESS:** <u>1236 KENDRICK RD. ROSEDALE, MD 21237</u>

**PARTY'S E-MAIL:** <u>Supremegrandbishop@gmail.com</u>

**If represented by an attorney:**

**PARTY'S ATTTORNEY'S NAME:** _____  **PHONE:** _____

**PARTY'S ATTTORNEY'S ADDRESS:** _____

**PARTY'S ATTTORNEY'S E-MAIL:** _____

**JURY DEMAND?** ☒ Yes  ☐ No

**RELATED CASE PENDING?** ☐ Yes  ☒ No  If yes, Case #(s), if known: _____

**ANTICIPATED LENGTH OF TRIAL?:** _____ hours  <u>2</u>  days

RECEIVED

APR 2 5 2022

CIRCUIT COURT
FOR BALTIMORE CITY

### PLEADING TYPE

**New Case:** ☒ Original       ☐ Administrative Appeal    ☐ Appeal
**Existing Case:** ☐ Post-Judgment    ☐ Amendment

*If filing in an existing case,* skip Case Category/ Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint – DOB of Youngest Plt:_____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☒ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☒ Product Liability
- ☐ Specfic Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Forclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Worker's Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

**CC-DCM-002** (Rev. 10/2021)          Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☒ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☒ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☒ Court Costs/Fees
- ☒ Damages-Compensatory
- ☒ Damages-Punitive

- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Financial Exploitation
- ☒ Findings of Fact
- ☐ Foreclosure
- ☒ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☒ Judgment-Declaratory

- ☒ Judgment-Default
- ☐ Judgment-Interest
- ☒ Judgment-Summary
- ☒ Liability
- ☐ Oral Examination
- ☒ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order

- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated **Liability** above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☒ Liability is conceded.    ☐ Liability is not conceded, but is not seriously in dispute.    ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000    ☐ $10,000 - $30,000    ☐ $30,000 - $100,000    ☒ Over $100,000

☒ Medical Bills $ 100,000    ☐ Wage Loss $ ?    ☒ Property Damages $ ?

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation          ☒ Yes ☐ No        C. Settlement Conference    ☒ Yes ☐ No
B. Arbitration        ☐ Yes ☒ No        D. Neutral Evaluation        ☐ Yes ☒ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*

### *(Case will be tracked accordingly)*

☐ 1/2 day of trial or less        ☐ 3 days of trial time
☐ 1 day of trial time            ☐ More than 3 days of trial time
☐ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☒ **Expedited** - Trial within 7 months of        ☐ **Standard** - Trial within 18 months of
Defendant's response                            Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☒ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☒ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ Tax Sale Forclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

04/22/2022
_____
Date

1236 KENDRICK RD
_____
Address

ROSEDALE          MD      21237
_____
City          State      Zip Code

_____
Signature of Counsel /Party          Attorney Number

DR. KEENAN COFIELD
_____
Printed Name