# EXHIBIT C

23/0

# NOTICE TO ISSUE SUMMONS
# FOR *ALL* DEFENDANTS
### IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD

DR. KEENAN K. COFIELD,
LAVERNE THOMPSON & KAYLA NEDD,
et. al.
       **Plaintiff(s)**

                                   CASE NUMBER: **24-C-22-002016**

VS

PASSPORT MOTORS HOLDINGS, INC.et. al.

       **DEFENDANTS**

## NOTICE TO CLERK:

**PLAINTIFF(S) NOTICE TO COURT & CLERK NO SUMMONS EVER ISSUED IN THIS CASE/OR IN THE ALTERNATIVE ISSUE ALL SUMMONS FOR ALL DEFENDANTS**

COMES now the Plaintiff(s) Dr. Keenan Cofield, LaVerne Thompson, Kayla Nedd, and ALL other Plaintiff(s) in the above styled **[NOTICE & MOTION]** and says:

1). As of this date, **NO SUMMONS has been issued in this case, NOT ONE TIME.**

2). **PLEASE CALL AND CONTACT DR. KEENAN COFIELD AT 443-554-3715 WHEN THE SUMMONS ARE READY.**

WHEREFORE, GOOD CAUSE SHOWN, the Plaintiff(s) pray that this Honorable Court Note said Notice. **That the CLERK OF COURT issue ALL the SUMMONS for ALL DEFENDANTS.**

_____
Dr. Keenan Cofield
1236 Kendrick Rd.

Rosedale, MD 21237
443-554-3715
Email:Supremegrandbishop@gmail.com

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the Baltimore CITY Circuit Court Clerk for Baltimore, MD, and all other Defendants and/or Defendants Counsel who have since appeared on this the 5th day of May, 2023 and/or placed in the United States mail postage prepaid, to all Defendants so served, and/or by email or electronic mail delivery service.

**A copy has been sent and/or SERVED upon the U.S. Bankruptcy Trustee-Hon. Patricia B. Jefferson-Miles & Stockbridge, P.C. 100 Light St., 10th Floor, Baltimore, MD 21202-EMAIL:bktrustee@milesstockbridge.com**

_/s/ [signature]_