# EXHIBIT D

**EXHIBIT 3 -
Writs of Summons**

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L

Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: TWITTER RESIDENT AGENT
    2405 York Rd
    Suite 201
    Lutherville Timonium, MD 21093

   You are hereby summoned to file a written response by pleading or motion, within 30   days after service of this summons upon you, in this court, to the attached Complaint filed by:   Keenan Cofield Dr
                                             1236 Kendrick Rd.
                                             Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per _____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

   To: TWITTER, INC.
      1355 Market St
      Suite 900
      San Francisco, CA 94103

   You are hereby summoned to file a written response by pleading or motion, within 60  days after service of this summons upon you, in this court, to the attached Complaint filed by:  Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   05/24/23     _____
                            Xavier A. Conaway
                            Clerk of the Circuit Court, per_____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: RESIDENT AGENT: THE CORPORATION TRUST, INC. C/O ALLY FINANCIAL, INC.
    2405 York Rd
    Suite 201
    Lutherville Timonium, MD 21093

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by:  Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per _____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389


W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: RESIDENT AGENT: THE CORPORATION TRUST, INC. C/O ALLY FINANCIAL INC & P
    2405 York Rd
    Suite 201
    Lutherville Timonium, MD 21093


You are hereby summoned to file a written response by pleading or motion, within 30   days after service of this summons upon you, in this court, to the attached Complaint filed by:   Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:    05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

WRIT OF SUMMONS (Private Process)
Case Number: 24-C-22-002016 OT
CIVIL
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: REIDENT AGENT: THE CORPORATION TRUST, INC. C/O ALLY FINANCIAL, LLC PAS
    2405 York Rd
    Suite 201
    Lutherville Timonium, MD 21093

    You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Keenan Cofield Dr
    1236 Kendrick Rd.
    Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:  05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: ALLY FINANCIAL, INC
    2405 York Rd
    Suite 201
    Lutherville Timonium, MD 21093

    You are hereby summoned to file a written response by pleading or motion, within 30   days after service of this summons upon you, in this court, to the attached Complaint filed by:  Keenan Cofield Dr
    1236 Kendrick Rd.
    Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   05/24/23
    _____
    Xavier A. Conaway
    Clerk of the Circuit Court, per_____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L

Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: ALLY FINANCIAL INC. & ALLY FINANCIAL LLC
    500 Woodward Ave
    Detroit, MI 48226

    You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached Complaint filed by: Keenan Cofield Dr
    1236 Kendrick Rd.
    Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   05/24/23

_____
Xavier A. Conaway
Clerk of the Circuit Court, per _____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: PASSPORT MOTORS HOLDING, INC
    5000 Auth Way
    Suitland, MD 20746

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:  05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per _____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-002016 OT
C I V I L
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

   To: PASSPORT NISSAN OF MARLOW HEIGHTS
   5000 Auth Way
   Suitland, MD 20746


   You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by:  Keenan Cofield Dr
   1236 Kendrick Rd.
   Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per ____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

```
                    CIRCUIT COURT FOR BALTIMORE CITY
                            Xavier A. Conaway
                        Clerk of the Circuit Court
                             Courthouse East
                        111 North Calvert Street
                                Room 462
                           Baltimore, MD 21202-
              (410)-333-3722, TTY for Deaf: (410)-333-4389
```

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )

Case Number: 24-C-22-002016 OT
C I V I L

Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: PASSPORT MOTORCARS, INC
        5000 Auth Way
        Suitland, MD 20746


    You are hereby summoned to file a written response by pleading or motion, within 30   days after service of this summons upon you, in this court, to the attached Complaint filed by:   Keenan Cofield Dr
                                   1236 Kendrick Rd.
                                   Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   05/24/23

_____
Xavier A. Conaway
Clerk of the Circuit Court, per_____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389


WRIT OF SUMMONS (Private Process)
Case Number: 24-C-22-002016 OT
CIVIL
Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: JOHN & JANE DOE, STATE VEHICLE INSPECTIONS PASSPORT MOTORS HOLDINGS, I
    5000 Auth Way
    Suitland, MD 20746


You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Keenan Cofield Dr
1236 Kendrick Rd.
Baltimore, MD 21237

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued: 05/24/23

Xavier A. Conaway
Clerk of the Circuit Court, per_____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.