# EXHIBIT E

Circuit Court of Maryland

[Go Back Now]

**Case Information**

| | |
|---|---|
| Court System: | **Circuit Court for Baltimore City - Civil System** |
| Case Number: | **24C22002016** |
| Title: | **Keenan Cofield Dr, Et Al Vs Passport Motors Holding, Inc, Et Al** |
| Case Type: | **Other Tort**   Filing Date: **04/25/2022** |
| Case Status: | **Closed/Inactive** |
| Case Disposition: | **Removal**   Disposition Date: **07/06/2023** |

**Plaintiff/Petitioner Information**

*(Each Plaintiff/Petitioner is displayed below)*

Party Type: **Plaintiff**   Party No.: **2**
Name: **Thompson, Lavern**
Address: **1236 Kendrick Rd.**
City:     **Baltimore**   State: **MD**   Zip Code: **21237**

Party Type: **Plaintiff**   Party No.: **1**
Name: **Cofield, Dr, Keenan**
Address: **1236 Kendrick Rd.**
City:     **Baltimore**   State: **MD**   Zip Code: **21237**

Party Type: **Plaintiff**   Party No.: **5**
Business or Organization Name: **U.S. Bankruptcy Trustee**
Address: **100 Light St - 10th Floor**
City:     **Baltimore**   State: **MD**   Zip Code: **21202**

Party Type: **Plaintiff**   Party No.: **7**
Name: **Cofield, Orian D**
Address: **1236 Kendrick Rd**
City:     **Baltimore**   State: **MD**   Zip Code: **21237**

Party Type: **Plaintiff**   Party No.: **3**
Name: **Nedd, Kayla**
Address: **1236 Kendrick Rd**
City:     **Baltimore**   State: **MD**   Zip Code: **21237**

Party Type: **Plaintiff**   Party No.: **4**
Name: **Fatwamati, Luluk Novi**
Address: **3622 Greenmount Ave**
City:     **Baltimore**   State: **MD**   Zip Code: **21218**

Party Type: **Plaintiff**   Party No.: **6**
Name: **Cofield, Sr, Kevin L**
Address: **1236 Kendrick Rd**
City:     **Baltimore**   State: **MD**   Zip Code: **21237**

Party Type: **Plaintiff**   Party No.: **8**
Name: **Cofield, Arviette L**
Address: **1236 Kendrick Rd**
City:     **Baltimore**   State: **MD**   Zip Code: **21237**

**Defendant/Respondent Information**

(Each Defendant/Respondent is displayed below)

Party Type: **Defendant**   Party No.: **1**
Business or Organization Name: **Passport Motors Holding, Inc**
Address: **2405 York Rd**
City: **Lutherville Timonium**   State: **MD**   Zip Code: **21093**
Address: **5000 Auth Way**
City: **Suitland**   State: **MD**   Zip Code: **20746**
Address: **5000 Auth Way**
City: **Suitland**   State: **MD**   Zip Code: **20746**

---

Party Type: **Defendant**   Party No.: **2**
Business or Organization Name: **Passport Nissan Of Marlow Heights**
Address: **5000 Auth Way**
City: **Suitland**   State: **MD**   Zip Code: **20746**
Address: **5000 Auth Way**
City: **Suitland**   State: **MD**   Zip Code: **20746**
Address: **5000 Auth Way**
City: **Suitland**   State: **MD**   Zip Code: **20746**

---

Party Type: **Defendant**   Party No.: **3**
Business or Organization Name: **Passport Motorcars, Inc**
Address: **5000 Auth Way**
City: **Suitland**   State: **MD**   Zip Code: **20746**

---

Party Type: **Defendant**   Party No.: **4**
Business or Organization Name: **Athens Program Insurance Services**
Address: **C/O Athens Administrators**
City: **Concord**   State: **CA**   Zip Code: **94524**
Address: **C/O Shannon Register, Claims Specialist**
City:       State:    Zip Code:

---

Party Type: **Defendant**   Party No.: **5**
Business or Organization Name: **Allied World Specialty Insurance Company**
Address: **9 Farms Spring Rd.**
City: **Farmington**   State: **CT**   Zip Code: **06032**
Address: **200 St Paul St**
City: **Baltimore**   State: **MD**   Zip Code: **21202**

---

Party Type: **Defendant**   Party No.: **6**
Business or Organization Name: **John & Jane Doe, State Vehicle Inspections Passport Motors Holdings, Inc &**
Address: **5000 Auth Way**
City: **Suitland**   State: **MD**   Zip Code: **20746**

---

Party Type: **Defendant**   Party No.: **7**
Business or Organization Name: **Athens Program Insurance Servces C/o Shannon Register, Claims Specialist**
Address: **PO Box 41111**
City: **Concord**   State: **CA**   Zip Code: **94524**

---

Party Type: **Defendant**   Party No.: **8**
Business or Organization Name: **Athens Program Insurance Services C/o Athens Administrators**
Address: **PO Box 4111**
City: **Concord**   State: **CA**   Zip Code: **94524**

---

Party Type: **Defendant**   Party No.: **9**
Business or Organization Name: **Allied World Specialty Insurance Company Athens Administrators**
Address: **9 Farm Spring Rd**
City: **Farmington**   State: **CT**   Zip Code: **06032**

---

Party Type: **Defendant**   Party No.: **10**

Business or Organization Name: **Texas Roadhouse, Inc.**
Address: **8207 Town Center Dr**
City: **Baltimore**  State: **MD**  Zip Code: **21236**

Party Type: **Defendant**  Party No.: **11**
Business or Organization Name: **Texas Roadhouse Of Baltimore County, MC LLC**
Address: **7 St Paul St Suite 820**
City: **Baltimore**  State: **MD**  Zip Code: **21202**

Party Type: **Defendant**  Party No.: **12**
Business or Organization Name: **Texas Roadhouse Management Corp**
Address: **7 St Paul St**
City: **Baltimore**  State: **MD**  Zip Code: **21202**

Party Type: **Defendant**  Party No.: **13**
Business or Organization Name: **CSC - Lawyers Incorporating Service C/o Texas Roadhouse Of Baltimore County**
Address: **7 St Paul St**
City: **Baltimore**  State: **MD**  Zip Code: **21202**

Party Type: **Defendant**  Party No.: **14**
Business or Organization Name: **CSC Lawyers Incorporating Service C/o Texas Roadhouse**
Address: **6040 Dutchmans Lane**
City: **Louisville**  State: **KY**  Zip Code: **40205**
Address: **7 St Paul St**
City: **Baltimore**  State: **MD**  Zip Code: **21202**

Party Type: **Defendant**  Party No.: **15**
Business or Organization Name: **CSC Lawyers Incorporating Service C/o Texas Roadhouse Management Corp**
Address: **7 St Paul St**
City: **Baltimore**  State: **MD**  Zip Code: **21202**

Party Type: **Defendant**  Party No.: **36**
Business or Organization Name: **Equifax Consumer Services LLC**
Address: **1550 Peachtree St NW**
City: **Baltimore**  State: **MD**  Zip Code: **21202**
Address: **7 St Paul St**
City: **Baltimore**  State: **MD**  Zip Code: **21202**

Party Type: **Defendant**  Party No.: **35**
Business or Organization Name: **Equifax Inc**
Address: **32 South St**
City: **Baltimore**  State: **MD**  Zip Code: **21202**

Party Type: **Defendant**  Party No.: **33**
Business or Organization Name: **Resident Agent Csc Lawyers Incorporating Service Company C/o Equifax Inform**
Address: **7 St Paul St**
City: **Baltimore**  State: **MD**  Zip Code: **21202**

Party Type: **Defendant**  Party No.: **34**
Business or Organization Name: **Resident Agent The Prentice-hall Corporation System, Maryland C/o Equifax**
Address: **7 St Paul St**
City: **Baltimore**  State: **MD**  Zip Code: **21202**

Party Type: **Defendant**  Party No.: **37**
Business or Organization Name: **Equifax Information Services, LLC**
Address: **1550 Peachtree St, NW**
City: **Baltimore**  State: **MD**  Zip Code: **21202**

Party Type: **Defendant**   Party No.: **38**
Business or Organization Name: **U.S. Bankruptcy Trustee Hon. Patricia B Jefferson, Esq.**
Address: **Chapter 7-miles & Stockbridge, PC**
City: **Baltimore**   State: **MD**   Zip Code: **21202**

Party Type: **Defendant**   Party No.: **39**
Business or Organization Name: **Twitter, Inc.**
Address: **1355 Market St**
City: **San Francisco**   State: **CA**   Zip Code: **94103**

Party Type: **Defendant**   Party No.: **40**
Business or Organization Name: **Twitter Resident Agent**
Address: **2405 York Rd**
City: **Lutherville Timonium**   State: **MD**   Zip Code: **21093**

Party Type: **Defendant**   Party No.: **42**
Business or Organization Name: **Federal Trade Commission**
Address: **600 Pennsylvania Ave NW**
City: **Washington**   State: **DC**   Zip Code: **20580**

Party Type: **Defendant**   Party No.: **41**
Business or Organization Name: **Consumer Financial Protection Bureau**
Address: **1625 Eye Street NW**
City: **Washington**   State: **DC**   Zip Code: **20006**

Party Type: **Defendant**   Party No.: **16**
Business or Organization Name: **CSC Lawyers Incorporating Service C/o Texas Roadhouse Holdings LLC**
Address: **7 St Paul St**
City: **Baltimore**   State: **MD**   Zip Code: **21202**

Party Type: **Defendant**   Party No.: **17**
Business or Organization Name: **CSC - Lawyers Incorporating Service C/o Texas Roadhouse Inc**
Address: **8207 Town Center Dr**
City: **Baltimore**   State: **MD**   Zip Code: **21236**

Party Type: **Defendant**   Party No.: **23**
Business or Organization Name: **Reident Agent: The Corporation Trust, Inc. C/o Ally Financial, LLC Passpor**
Address: **2405 York Rd**
City: **Lutherville Timonium**   State: **MD**   Zip Code: **21093**

Party Type: **Defendant**   Party No.: **19**
Business or Organization Name: **United States Postal Service Domestic Claims**
Address: **PO Box 80143**
City: **Saint Louis**   State: **MO**   Zip Code: **63180**

Party Type: **Defendant**   Party No.: **18**
Business or Organization Name: **Usps**
Address: **900 E Fayette St, Rm 118**
City: **Baltimore**   State: **MD**   Zip Code: **21233**
Address: **36 S Charles St**
City: **Baltimore**   State: **MD**   Zip Code: **21201**

Party Type: **Defendant**   Party No.: **20**
Business or Organization Name: **Usps - Headquarters**
Address: **470 L'enfant Plaza Sw Suite 604**
City: **Washington**   State: **DC**   Zip Code: **20024**

Party Type: **Defendant**   Party No.: **21**

Business or Organization Name: **Resident Agent: The Corporation Trust, Inc. C/o Ally Financial, Inc.**
Address: **2405 York Rd**
City: **Lutherville Timonium**   State: **MD**   Zip Code: **21093**

---

Party Type: **Defendant**   Party No.: **22**
Business or Organization Name: **Resident Agent: The Corporation Trust, Inc. C/o Ally Financial Inc & Passpo**
Address: **2405 York Rd**
City: **Lutherville Timonium**   State: **MD**   Zip Code: **21093**

---

Party Type: **Defendant**   Party No.: **24**
Business or Organization Name: **Ally Financial, Inc**
Address: **2405 York Rd**
City: **Lutherville Timonium**   State: **MD**   Zip Code: **21093**

---

Party Type: **Defendant**   Party No.: **25**
Business or Organization Name: **Ally Financial Inc. & Ally Financial LLC**
Address: **500 Woodward Ave**
City: **Detroit**   State: **MI**   Zip Code: **48226**

---

Party Type: **Defendant**   Party No.: **26**
Business or Organization Name: **U.S. Government Agencies United States Attorneys Office US Attorney General**
Address: **36 S Charles St**
City: **Baltimore**   State: **MD**   Zip Code: **21201**

---

Party Type: **Defendant**   Party No.: **27**
Business or Organization Name: **Social Security Administration - SSA C/o US Attorney Office**
Address: **36 S Charles St**
City: **Baltimore**   State: **MD**   Zip Code: **21201**

---

Party Type: **Defendant**   Party No.: **28**
Business or Organization Name: **Internal Revenue Service (IRS) C/o US Attorneys Office**
Address: **36 S Charles St**
City: **Baltimore**   State: **MD**   Zip Code: **21201**
Address: **1111 Constitution Ave NW**
City: **Washington**   State: **DC**   Zip Code: **20224**

---

Party Type: **Defendant**   Party No.: **29**
Business or Organization Name: **Consumer Financial Protection Bureau US Attorney Office**
Address: **36 S Charles St**
City: **Baltimore**   State: **MD**   Zip Code: **21201**

---

Party Type: **Defendant**   Party No.: **30**
Business or Organization Name: **Federal Trade Commission**
Address: **36 S Charles St**
City: **Baltimore**   State: **MD**   Zip Code: **21201**
Address: **600 Pennsylvania Ave NW**
City: **Washington**   State: **DC**   Zip Code: **20580**

---

Party Type: **Defendant**   Party No.: **31**
Business or Organization Name: **Social Security Administration - SSA C/o US Attorneys Office - SSA General**
Address: **1100 West High Rise**
City: **Baltimore**   State: **MD**   Zip Code: **21235**

---

Party Type: **Defendant**   Party No.: **32**
Business or Organization Name: **The Prentice Hall Corporation System, Maryland**
Address: **7 St Paul St**
City: **Baltimore**   State: **MD**   Zip Code: **21202**

**Document Tracking**

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

| | |
|---|---|
| Doc No./Seq No.: | **1/0** |
| File Date: | **04/25/2022**   Entered Date: **04/26/2022**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Motion to Waive Prepayment of Filing Fee** |
| | Filed by PLT001-Cofield, PLT002-Thompson |

| | |
|---|---|
| Doc No./Seq No.: | **2/0** |
| File Date: | **04/21/2023**   Entered Date: **04/24/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Motion for Summary Judgment and any response, opposition of any and all defendents motion to dismiss and or in the alternative motion for summary judgment & Memorandum in support thereof separately** |

| | |
|---|---|
| Doc No./Seq No.: | **2/1** |
| File Date: | **04/21/2023**   Entered Date: **04/24/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Memorandum in Support of Motion** |

| | |
|---|---|
| Doc No./Seq No.: | **3/0** |
| File Date: | **04/21/2023**   Entered Date: **04/24/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Notice of filing of case in bankruptacy court** |

| | |
|---|---|
| Doc No./Seq No.: | **4/0** |
| File Date: | **04/21/2023**   Entered Date: **04/24/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Notice of Bankruptcy Stay** |

| | |
|---|---|
| Doc No./Seq No.: | **4/1** |
| File Date: | **05/01/2023**   Entered Date: **05/08/2023**   Decision: |
| Document Name: | **Order of Court** |
| | ………………Ordered that this action is stayed, and the proceedings are deferred to the Bankruptcy Court in accordance with section 362 of Title 11 of the United States code.It is further ordeed that the stay is subject to Maryland rule 2-507Judge Nugent |

| | |
|---|---|
| Doc No./Seq No.: | **4/2** |
| File Date: | **05/08/2023**   Entered Date: **05/08/2023**   Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | **5/0** |
| File Date: | **04/21/2023**   Entered Date: **04/24/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Request for Jury Trial** |

| | |
|---|---|
| Doc No./Seq No.: | **6/0** |
| File Date: | **04/21/2023**   Entered Date: **04/24/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Request for Jury Trial scheduling order** |

| | |
|---|---|
| Doc No./Seq No.: | **7/0** |
| File Date: | **04/21/2023**   Entered Date: **04/24/2023**   Decision: |

| | |
|---|---|
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Notice of Service of Discovery Material** |

| | |
|---|---|
| Doc No./Seq No.: | **8/0** |
| File Date: | **04/21/2023**   Entered Date: **05/05/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Notice of Filing of Case in Bankruptcy Court** |
| | **Filed by PLT001-Cofield, PLT002-Thompson** |

| | |
|---|---|
| Doc No./Seq No.: | **9/0** |
| File Date: | **04/21/2023**   Entered Date: **05/05/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Motion to Stay All the Proceedings in this Case and Allow the US Bankruptcy** |
| | **Trustee to Intervene on Plaintiff Dr. Cofield Behalf Has Filed a Chapter 7 Petition and Included This Case Therein as the Trustee is the Real Party in this Action Filed by PLT001-Cofield, PLT002-Thompson** |

| | |
|---|---|
| Doc No./Seq No.: | **10/0** |
| File Date: | **05/03/2023**   Entered Date: **05/05/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Plaintiff Motion and notice of Filing and/or Consolidation for Trial any** |
| | **abd all issues, claims, seperate issues and/or multiple actions and parties for ttrial pursuant to MD Rule 2-503, Nunc Pro Tunc, Jointly** |

| | |
|---|---|
| Doc No./Seq No.: | **11/0** |
| File Date: | **05/08/2023**   Entered Date: **05/08/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Amended Complaint** |
| | **added defendants and reissued summons** |

| | |
|---|---|
| Doc No./Seq No.: | **12/0** |
| File Date: | **05/08/2023**   Entered Date: **05/08/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **plaintiffs motion/notice and pre-objective to any defendant(s) filing notice** |

| | |
|---|---|
| Doc No./Seq No.: | **13/0** |
| File Date: | **04/21/2023**   Entered Date: **05/08/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Notice of Service of Discovery Material** |

| | |
|---|---|
| Doc No./Seq No.: | **14/0** |
| File Date: | **04/21/2023**   Entered Date: **05/08/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Line - plaintiffs demand for trial by jury** |

| | |
|---|---|
| Doc No./Seq No.: | **15/0** |
| File Date: | **04/21/2023**   Entered Date: **05/08/2023**   Decision: |
| Document Name: | **plaintiffs Motion for summary judgment & memorandum in suport thereof** |

| | |
|---|---|
| Doc No./Seq No.: | **16/0** |
| File Date: | **05/08/2023**   Entered Date: **05/08/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **plaintiff motion and notice of filing of separation and/or consolidation** |

| | |
|---|---|
| Doc No./Seq No.: | **17/0** |
| File Date: | **04/21/2023**   Entered Date: **05/08/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **plaintiffs motion for summary judgment and any response, opposition of any and all defendants motion to dismiss and/or in the alternative motion for summary judgment & memorandum in support thereof seperately** |

| | |
|---|---|
| Doc No./Seq No.: | **18/0** |
| File Date: | **04/21/2023**   Entered Date: **05/08/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Notice of Service of Discovery Material** |

| | |
|---|---|
| Doc No./Seq No.: | **19/0** |
| File Date: | **04/21/2023**   Entered Date: **05/08/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **plaintiff motion/notice and pre-objections to any defendants filing notice of removal** |

| | |
|---|---|
| Doc No./Seq No.: | **20/0** |
| File Date: | **04/21/2023**   Entered Date: **05/08/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Request for Jury Trial** |

| | |
|---|---|
| Doc No./Seq No.: | **21/0** |
| File Date: | **05/08/2023**   Entered Date: **05/11/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Amended Notice to Stay , with Exhibits** **Filed by PLT001-Cofield, PLT002-Thompson, PLT003-Nedd, PLT007-Cofield, PLT004-Fatwamati, PLT005-U.S. Bankruptcy Trustee, PLT006-Cofield, PLT008-Cofield** |

| | |
|---|---|
| Doc No./Seq No.: | **22/0** |
| File Date: | **05/10/2023**   Entered Date: **05/15/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Notice to court bankruptacy trustee filed application to employee counsel to assist in this and all case matters pending** |

| | |
|---|---|
| Doc No./Seq No.: | **23/0** |
| File Date: | **05/16/2023**   Entered Date: **05/24/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Request to Reissue Summons** |

| | |
|---|---|
| Doc No./Seq No.: | **24/0** |
| File Date: | **05/19/2023**   Entered Date: **05/25/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Notice of Change of Address for Plaintiff** |

| | |
|---|---|
| Doc No./Seq No.: | **25/0** |
| File Date: | **05/24/2023**   Entered Date: **05/25/2023**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Plaintiff(s) Notice of Federal bankruptcy Judges Order Appointing the U.S Trustee Hon. Patricia Jefferson and M&S to Represent Plaintiff/Debtors** |

| | |
|---|---|
| Doc No./Seq No.: | **26/0** |
| File Date: | **06/15/2023**   Entered Date: **06/15/2023**   Decision: |
| Party Type: | **Defendant**   Party No.: **18** |
| Document Name: | **Return of Service - Served** |

WRIT OF SUMMONS (Private Process) served 05/23/23

Doc No./Seq No.: 27/0
File Date: 07/06/2023   Entered Date: 07/07/2023   Decision:
Party Type: Defendant   Party No.: 39
Document Name: Notice of Filing of Notice of Removal

Doc No./Seq No.: 28/0
File Date: 07/13/2023   Entered Date: 07/14/2023   Decision:
Party Type: Defendant   Party No.: 5
Document Name: Affidavit of Service

Doc No./Seq No.: 29/0
File Date: 07/13/2023   Entered Date: 07/17/2023   Decision:
Party Type: Defendant   Party No.: 7
Document Name: Affidavit of Service

Doc No./Seq No.: 30/0
File Date: 07/12/2023   Entered Date: 07/17/2023   Decision:
Party Type: Defendant   Party No.: 11
Document Name: Return of Service - Served
WRIT OF SUMMONS (Private Process) served 06/02/23

Doc No./Seq No.: 31/0
File Date: 07/12/2023   Entered Date: 07/17/2023   Decision:
Party Type: Defendant   Party No.: 16
Document Name: Return of Service - Served
WRIT OF SUMMONS (Private Process) served 06/02/23

Doc No./Seq No.: 32/0
File Date: 07/12/2023   Entered Date: 07/17/2023   Decision:
Party Type: Defendant   Party No.: 12
Document Name: Return of Service - Served
WRIT OF SUMMONS (Private Process) served 06/02/23

Doc No./Seq No.: 33/0
File Date: 07/12/2023   Entered Date: 07/17/2023   Decision:
Party Type: Defendant   Party No.: 14
Document Name: Return of Service - Served
WRIT OF SUMMONS (Private Process) served 06/02/23

Doc No./Seq No.: 34/0
File Date: 07/12/2023   Entered Date: 07/17/2023   Decision:
Party Type: Defendant   Party No.: 17
Document Name: Return of Service - Served
WRIT OF SUMMONS (Private Process) served 06/02/23

Doc No./Seq No.: 35/0
File Date: 07/12/2023   Entered Date: 07/17/2023   Decision:
Party Type: Defendant   Party No.: 10
Document Name: Return of Service - Served
WRIT OF SUMMONS (Private Process) served 06/02/23

Doc No./Seq No.: 36/0
File Date: 07/12/2023   Entered Date: 07/17/2023   Decision:
Party Type: Defendant   Party No.: 35
Document Name: Return of Service - Served
WRIT OF SUMMONS (Private Process) served 06/02/23

Doc No./Seq No.: 37/0

| | |
|---|---|
| File Date: | 07/12/2023   Entered Date: 07/17/2023   Decision: |
| Party Type: | Defendant   Party No.: 37 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 06/02/23 |

Doc No./Seq No.: 38/0
| | |
|---|---|
| File Date: | 07/12/2023   Entered Date: 07/17/2023   Decision: |
| Party Type: | Defendant   Party No.: 36 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 06/02/23 |

Doc No./Seq No.: 39/0
| | |
|---|---|
| File Date: | 07/12/2023   Entered Date: 07/17/2023   Decision: |
| Party Type: | Defendant   Party No.: 34 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 06/02/23 |

Doc No./Seq No.: 40/0
| | |
|---|---|
| File Date: | 07/12/2023   Entered Date: 07/17/2023   Decision: |
| Party Type: | Defendant   Party No.: 33 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 06/02/23 |

Doc No./Seq No.: 41/0
| | |
|---|---|
| File Date: | 07/12/2023   Entered Date: 07/17/2023   Decision: |
| Party Type: | Defendant   Party No.: 32 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 06/02/23 |

Doc No./Seq No.: 42/0
| | |
|---|---|
| File Date: | 07/12/2023   Entered Date: 07/17/2023   Decision: |
| Party Type: | Defendant   Party No.: 5 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 06/02/23 |

Doc No./Seq No.: 43/0
| | |
|---|---|
| File Date: | 07/12/2023   Entered Date: 07/17/2023   Decision: |
| Party Type: | Defendant   Party No.: 39 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 06/02/23 |

Doc No./Seq No.: 44/0
| | |
|---|---|
| File Date: | 07/12/2023   Entered Date: 07/17/2023   Decision: |
| Party Type: | Defendant   Party No.: 21 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 06/02/23 |

Doc No./Seq No.: 45/0
| | |
|---|---|
| File Date: | 07/12/2023   Entered Date: 07/17/2023   Decision: |
| Party Type: | Defendant   Party No.: 22 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 06/02/23 |

Doc No./Seq No.: 46/0
| | |
|---|---|
| File Date: | 07/12/2023   Entered Date: 07/17/2023   Decision: |
| Party Type: | Defendant   Party No.: 23 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 06/02/23 |

Doc No./Seq No.: 47/0
| | |
|---|---|
| File Date: | 07/12/2023   Entered Date: 07/17/2023   Decision: |
| Party Type: | Defendant   Party No.: 24 |
| Document Name: | Return of Service - Served |

WRIT OF SUMMONS (Private Process) served 06/02/23

| | |
|---|---|
| Doc No./Seq No.: | 48/0 |
| File Date: | 07/12/2023   Entered Date: 07/17/2023   Decision: |
| Party Type: | Defendant   Party No.: 25 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 06/02/23 |

| | |
|---|---|
| Doc No./Seq No.: | 49/0 |
| File Date: | 07/12/2023   Entered Date: 07/17/2023   Decision: |
| Party Type: | Defendant   Party No.: 1 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 06/02/23 |

| | |
|---|---|
| Doc No./Seq No.: | 50/0 |
| File Date: | 07/12/2023   Entered Date: 07/17/2023   Decision: |
| Party Type: | Defendant   Party No.: 2 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 06/02/23 |

| | |
|---|---|
| Doc No./Seq No.: | 51/0 |
| File Date: | 07/12/2023   Entered Date: 07/17/2023   Decision: |
| Party Type: | Defendant   Party No.: 6 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 06/02/23 |

| | |
|---|---|
| Doc No./Seq No.: | 52/0 |
| File Date: | 07/12/2023   Entered Date: 07/17/2023   Decision: |
| Party Type: | Defendant   Party No.: 3 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 06/02/23 |

| | |
|---|---|
| Doc No./Seq No.: | 53/0 |
| File Date: | 07/12/2023   Entered Date: 07/17/2023   Decision: |
| Party Type: | Defendant   Party No.: 40 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 06/02/23 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*